-01596-VC   Document 117   Filed 11/17/20

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611151725
Cashier ID: buensum
Transaction Date: 11/17/2020
Payer Name: STEVE KENYATTA WILSON
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: STEVE WILSON BRIGGS
 Case/Party: D-CAN-3-20-CV-001596-001
 Amount:         $505.00
----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 105
 Amt Tendered: $505.00
----------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```