No. 20-17229

_____

## UNITED STATES COURTS OF APPEALS
## FOR THE NINTH CIRCUIT

_____

STEVE WILSON BRIGGS

Appellant/Petitioner

vs.

JAMES CAMERON, NEWS CORPORATION, TWENTIETH CENTURY FOX
FILM CORPORATION, ZERO GRAVITY MANAGEMENT LLC,
INTERNET ARCHIVE, LIGHTSTORM ENTERTAINMENT INC,
MICHAEL PIERCE, MARK WILLIAMS, ROBERT MARK KAMEN

Appellees/Respondents

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. CV 20-1596, Hon. Judge Vince Chhabria

_____

## EXCERPTS OF THE RECORD

Of Appellant Steve Wilson Briggs

_____

Steve Wilson Briggs
4322 Chico Ave,
Santa Rosa, CA 95407
(510) 200 3763
snc.steve@gmail.com

*Appellant, In Propria Persona*

## Table Of Contents of the EXCERPTS OF THE RECORD

1. Table…………………………………………………………………… i

2. Notice of Appeal…………………………………………………… 1

3. Docket Sheet………………………………………………………... 2

4. Order…………………………………………………………………….. 11

5. Judgment………………………………………………………… 17

6. Honorable Judge Orrick's Recusal……………………………………… 18

7. Honorable Judge Chhabria's Assignment……………………………….. 19

8. Excerpts from Complaint…………………………………………… 20

9. Excerpts from Fourth Request For Judicial Notice………………………. 32

10. Excerpts from Appellant/Plaintiff's Amended Second Motion

   In Limine……………………………………………………… 40

11. Excerpts from Appellant/Plaintiff's Fifth Motion In Limine…………….. 41

12. Excerpts from Appellant/Plaintiff's Amended Second Motion

   In Limine……………………………………………………… 61

13. Excerpts from Defendant Google LLC's Motion To Dismiss……………. 65

14. Excerpts from Appellant/Plaintiff's Amended Opposition

   to Google's Motion to Dimiss………………………………... 67

15. Excerpts From Amended Second Declaration Of Steve Wilson Briggs

   [Appellant Plaintiff]In Support Of Complaint…………………... 71

1 Steve Wilson Briggs
2 4322 Chico Ave.,
 Santa Rosa, CA 95407
3 510 200 3763
 snc.steve@gmail.com
4 PLAINTIFF In Propria Persona
5
6
7
8 **UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA,**
9 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 10 STEVE WILSON BRIGGS, | |
| 11 Plaintiff, | Civ No: 20-CV-1596-VC |
| 12 vs | NOTICE OF APPEAL |
| 13 JAMES CAMERON et al, | |
| 14 Defendants. | |

15
16 **NOTICE OF APPEAL**
17    Notice is hereby given that Plaintiff, Steve Wilson Briggs, hereby appeals to the
18 United States Court of Appeals for the Ninth Circuit, to reverse or remand the Final
19 Judgment (docket #112, filed October 16, 2020) entered by the Court on October 16, 2020,
20 and any an all prior orders in this matter, including ORDER DISMISSING LAWSUIT AND
21 RESOLVING ALL PENDING MOTIONS (docket # 111, also filed October 16, 2020).
22    Although Circuit Court Rule 3-2 states that no FRAP 12(b) is required of appeals
23 filed by pro se appellants, in respect and appreciation for the Clerk's Office, the Plaintiff has
24 completed and attached a Form 1 (Notice of Appeal) and a Form 6 Representation
25 Statement found on the United States Courts for the Ninth Circuit's website.
26  Dated: November 12, 2020                 Respectfully Submitted,
27                                                    /s/ Steve Wilson Briggs
                                                    Plaintiff, In Propria Persona
28

Notice of Appeal
1

## Other Supporting Documents

[3:20-cv-01596-VC Briggs v. Cameron et al](#) **CASE CLOSED on 10/16/2020**

ADRMOP,AO279,APPEAL,CLOSED,E-ProSe,ProSe

*Select the appropriate event(s) to which your event relates:*

☐ 03/04/2020 **1**   COMPLAINT against James Cameron, Google LLC, Internet Archive, Robert Kamen, Lightstorm Entertainment Inc., News Corp, Michael Pierce, Twentieth Century Fox Film Corp., Mark Williams, Zero Gravity (Filing fee $ 400.). Filed bySteve Wilson Brig gs. (Attachments: # **1** Complaint Part 2, # **2** Exh Part 1, # **3** Exh Part 2, # **4** Exh Part 3, # **5** Exh Part 4)(fabS, COURT STAFF) (Filed on 3/4/2020) (Additional attachment(s) added on 3/4/2020: # **6** Exh Part 5, # **7** Exh Part 6) (fabS, COURT STAFF). (Additional attachment(s) added on 3/4/2020: # **8** Exh Part 7, # **9** Exh Part 8) (fabS, COURT STAFF). (Additional attachment(s) added on 3/4/2020: # **10** Exh Part 9, # **12** Exh Part 10) (fabS, COURT STAFF). (Additional attachment(s) added o n 3/4/2020: # **13** Exh Part 11, # **14** Exh Part 12) (fabS, COURT STAFF). (Additional attachment(s) added on 3/4/2020: # **15** Exh Part 13, # **16** Exh Part 14) (fabS, COURT STAFF). (Additional attachment(s) added on 3/4/2020: # **17** Civil Cover Shee t, # **18** Receipt) (fabS, COURT STAFF).

☐ 03/04/2020 **2**   **Initial Case Management Scheduling Order with ADR Deadlines: Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras. Case Management Statement due by 5 /26/2020. Initial Case Management Conference set for 6/2/2020 02:00 PM in San Francisco, Courtroom 02, 17th Floor. (Attachments: # 1 Standing Order, # 2 Notice of Eligibility for Video Recording)(fabS, COURT STAFF) (Filed on 3/4/2020)**

☐ 03/04/2020 **3**   DECLARATION of Dr. Morgan Marchbanks in Support of **1** Complaint filed bySteve Wilson Briggs. (Related document(s) **1** ) (fabS, COURT STAFF) (Filed on 3/4/2020)

☐ 03/04/2020 **5**   CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Steve Wilson Briggs. (fabS, COURT STAFF) (Filed on 3/4/2020)

☐ 03/04/2020 **6**   REPORT on the filing or determination of an action regarding copyright (cc: form mailed to register). (fabS, COURT STAFF) (Filed on 3/4/2020)

☐ 03/04/2020 7   Received Document: CD (VIDEO EXHIBITS 1-4 re **1** Complaint) by Steve Wilson Briggs. (fabS, COURT STAFF) (Filed on 3/4/2020)

☐ 04/24/2020 **9**   Proposed Summons. (fabS, COURT STAFF) (Filed on 4/24/2020) (Entered: 04/29/2020)

☐ 04/29/2020 **10**   Summons Issued as to James Cameron, Google LLC, Internet Archive, Robert Kamen, Lightstorm Entertainment Inc., News Corp, Michael Pierce, Twentieth Century Fox Film Corp., Mark Williams, Zero Gravity. (fabS, COURT STAFF) (Filed on 4/29/2020)

☐ 05/09/2020 **11**   CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re **1** Complaint,,,, (Wilson Briggs, Steve) (Filed on 5/9/2020)

☐ 05/09/2020 **12**   CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re **1** Complaint,,,, (Wilson Briggs, Steve) (Filed on 5/9/2020)

☐ 05/09/2020 **13**   CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re **1**

Complaint,,,, (Wilson Briggs, Steve) (Filed on 5/9/2020)

☐ 05/09/2020 14    CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 1 Complaint,,,, (Wilson Briggs, Steve) (Filed on 5/9/2020)

☐ 05/09/2020 15    CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 1 Complaint,,,, (Wilson Briggs, Steve) (Filed on 5/9/2020)

☐ 05/09/2020 16    Request for Judicial Notice *RULE 4(c)(3) REQUEST FOR COURT ORDER THAT SPECIFIED DEFENDANTS BE SERVED BY U.S. MARSHAL* filed bySteve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 5/9/2020)

☐ 05/15/2020 17    CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs *POS-010 for def Lightstorm (with date and time page)* (Wilson Briggs, Steve) (Filed on 5/15/2020)

☐ 05/16/2020 19    Statement re 18 MOTION for Extension of Time to File Answer *with Supporting Declaration of Jean-Paul Jassy and Exhibit A Proof of Service* by Lightstorm Entertainment Inc., Twentieth Century Fox Film Corp.. (Baldridge, Elizab eth) (Filed on 5/16/2020)

☐ 05/17/2020 20    OPPOSITION/RESPONSE (re 18 MOTION for Extension of Time to File Answer *with Supporting Declaration of Jean-Paul Jassy and Exhibit A* ) *Plaintiff's Opposition to Def Twentieth Century Fox Film Corporation's and Lightstorm En tertainment Inc's Motion For Extension of Time to File Answer* filed bySteve Kenyatta Wilson Briggs. (Attachments: # 1 Exhibit Exhibit A) (Wilson Briggs, Steve) (Filed on 5/17/2020)

☐ 05/17/2020 21    STATUS REPORT *Service of Process Status Report, and Request to Reschedule Meet-and-Confer, ADR Cert Signing, and Rule 26(f) Report* by Steve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 5/17/2020)

☐ 05/19/2020 22    **ORDER ADDRESSING VARIOUS REQUESTS by Judge William H. Orrick granting 4 Motion for Permission for Electronic Case Filing; finding as moot and terminating 8 Motion; granting 18 Motion for Extension of Time to Answer. Fox and Lightstorm sha ll respond to the complaint on or by June 22, 2020. Case Management Conference reset for 8/11/2020 02:00 PM in San Francisco, Courtroom 02, 17th Floor. Case Management Statement due by 8/4/2020. (jmdS, COURT STAFF) (Filed on 5/19/2020)**

☐ 05/20/2020 23    NOTICE of Appearance by Jean-Paul Jassy (Jassy, Jean-Paul) (Filed on 5/20/2020)

☐ 05/20/2020 24    NOTICE of Appearance by Kevin Lester Vick (Vick, Kevin) (Filed on 5/20/2020)

☐ 05/21/2020 25    CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 1 Complaint,,,, 10 Summons Issued *Cert of Service of Internet Archive (San Francisco office) by process server Peter With* (Wilson Briggs, Steve) (Filed on 5/21/2020)

☐ 05/21/2020 26    CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 1 Complaint,,,, 10 Summons Issued *Proof of Service on out of state defendant (INTERNET ARCHIVE) by certified mail with Return Receipt Requested* (Wilson Briggs, Steve) (Filed on 5/21/2020)

☐ 05/21/2020 27    CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 1 Complaint,,,, *Corrected POS-010 service form for service of out-of-state defendant (NEWS CORPORATION) via Certified Mail with Return Receipt Requested (service executed May 7, 202 0)* (Wilson Briggs, Steve) (Filed on 5/21/2020)

☐ 05/22/2020 28    NOTICE of Appearance by Whitty Somvichian (Somvichian, Whitty) (Filed on 5/22/2020)

☐ 05/22/2020 29   Certificate of Interested Entities by Google LLC (Somvichian, Whitty) (Filed on 5/22/2020)

☐ 05/22/2020 30   NOTICE of Appearance by Katherine E. Green (Green, Katherine) (Filed on 5/22/2020)

☐ 05/22/2020 32   CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 1 Complaint,,,, 26 Certificate of Service, *Corrected POS-010 form for proof of service of out-of-state def (INTERNET ARCHIVE, Washington DC branch), certified with return receipt requested (the original POS-010 mistakenly stated that an "Amended Complaint" was also served; this should have stated that an "Amended Summons" was also served).* (Wilson Briggs, Steve) (Filed on 5/22/2020)

☐ 05/26/2020 33   OPPOSITION/RESPONSE (re 31 MOTION to Dismiss *Complaint* ) *Plaintiff's Opposition to Google LLC's Motion To Dismiss* filed bySteve Kenyatta Wilson Briggs. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F)(Wilson Briggs, Steve) (Filed on 5/26/2020)

☐ 05/28/2020 34   OPPOSITION/RESPONSE (re 31 MOTION to Dismiss *Complaint* ) *Plaintiff's Amended Opposition to Google LLC's Motion to Dismiss* filed bySteve Kenyatta Wilson Briggs. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhi bit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F)(Wilson Briggs, Steve) (Filed on 5/28/2020)

☐ 06/01/2020 36   **ORDER GRANTING NEWS CORP.'S 35 MOTION TO ENLARGE TIME UNDER CIVIL L.R. 6-3 by Judge William H. Orrick. (jmdS, COURT STAFF) (Filed on 6/1/2020)**

     Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)

☐ 06/03/2020 38   CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 1 Complaint,,,, 10 Summons Issued *POS of Zero Gravity Management LLC, by mail, on out-of-state Defendant, with return receipt requested* (Wilson Briggs, Steve) (Filed on 6/3/2 020)

☐ 06/11/2020 40   CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 1 Complaint,,,, 10 Summons Issued *Proof of Service of Michael Pierce* (Wilson Briggs, Steve) (Filed on 6/11/2020)

☐ 06/11/2020 41   CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 1 Complaint,,,, 10 Summons Issued *Proof of Service of Lightstorm Entertainment* (Wilson Briggs, Steve) (Filed on 6/11/2020)

☐ 06/11/2020 42   Declaration of Steve Wilson Briggs in Support of 34 Opposition/Response to Motion, *Declaration is support of Plaintiff's Amended Opposition to Defendant Google LLC's Motion To Dismiss* filed bySteve Kenyatta Wilson Briggs. (Related document(s) 34 ) (Wilson Briggs, Steve) (Filed on 6/11/2020)

☐ 06/11/2020 44   Declaration of Steve Wilson Briggs *in Support of Complaint* filed bySteve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 6/11/2020)

☐ 06/12/2020 46   REPLY (re 31 MOTION to Dismiss *Complaint* ) filed byGoogle LLC. (Somvichian, Whitty) (Filed on 6/12/2020)

☐ 06/12/2020 47   **ORDER GRANTING INTERNET ARCHIVE'S 45 MOTION TO ENLARGE TIME UNDER CIVIL L.R. 6-3 by Judge William H. Orrick. (jmdS, COURT STAFF) (Filed on 6/12/2020)**

     Any non-CM/ECF Participants have been served by First Class Mail t o the addresses of record listed on the Notice of Electronic Filing (NEF)

☐ 06/15/2020 48   STATUS REPORT *Plaintiff's Status Report Re Def Zero Gravity*

*Management* by Steve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 6/15/2020)

☐ 06/17/2020 49　CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 1 Complaint,,,,, 10 Summons Issued *Proof of Service of Defendant James Cameron* (Wilson Briggs, Steve) (Filed on 6/17/2020)

☐ 06/17/2020 50　AFFIDAVIT of Service for Summon and Complaint *Seclaration of Non Service of Defendant Zero Gravity Management, by process serve Kim McGinnis*, filed by Steve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 6/17/2020)

☐ 06/22/2020 54　Request for Judicial Notice re 53 MOTION to Dismiss *Plaintiff's Complaint with Declaration of Marlene Rios and Exhibits A, B* filed byJames Cameron, Lightstorm Entertainment Inc., News Corp, Twentieth Century Fox Film Corp.. (Attachments: # 1 Proposed Order)(Related document(s) 53 ) (Baldridge, Elizabeth) (Filed on 6/22/2020)

☐ 06/22/2020 55　NOTICE by James Cameron, Lightstorm Entertainment Inc., News Corp, Twentieth Century Fox Film Corp. re 54 Request for Judicial Notice, 53 MOTION to Dismiss *Plaintiff's Complaint Notice of Lodging with Proof of Service* ( Baldridge, Elizabeth) (Filed on 6/22/2020)

☐ 06/22/2020 56　Certificate of Interested Entities by Twentieth Century Fox Film Corp. identifying Corporate Parent The Walt Disney Company for Twentieth Century Fox Film Corp.. (Baldridge, Elizabeth) (Filed on 6/22/2020)

☐ 06/22/2020 57　Certificate of Interested Entities by Lightstorm Entertainment Inc. (Baldridge, Elizabeth) (Filed on 6/22/2020)

☐ 06/22/2020 58　Certificate of Interested Entities by News Corp (Baldridge, Elizabeth) (Filed on 6/22/2020)

☐ 06/22/2020 59　Certificate of Interested Entities by James Cameron (Baldridge, Elizabeth) (Filed on 6/22/2020)

☐ 06/23/2020 60　**ORDER OF RECUSAL. Signed by Judge William H. Orrick on 06/23/2020. (jmdS, COURT STAFF) (Filed on 6/23/2020)**

Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice o f Electronic Filing (NEF)

☐ 06/23/2020 61　**ORDER, Case Reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Vince Chhabria for all further proceedings. Judge William H. Orrick no longer assigned to the case. Notice: The assigned judge p articipates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras.. Signed by The Clerk on 6/23/20. (Attachments: # 1 Notice of Eligibility for Video Recording)(haS, COURT STAFF) (Filed on 6/23/2020)**

Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)

☐ 06/24/2020 62　Renotice motion hearing re 53 MOTION to Dismiss *Plaintiff's Complaint* filed byJames Cameron, Lightstorm Entertainment Inc., News Corp, Twentieth Century Fox Film Corp.. (Related document(s) 53 ) (Baldridge, Elizabeth) (Fil ed on 6/24/2020)

☐ 06/24/2020 64　Renotice motion hearing re 31 MOTION to Dismiss *Complaint* filed byGoogle LLC. (Related document(s) 31 ) (Somvichian, Whitty) (Filed on 6/24/2020)

☐ 06/25/2020 65　OPPOSITION/RESPONSE (re 43 MOTION in Limine *Plaintiff's Amended Motion In Limine for the Inclusion of New Facts and Evidence, and Request for Judicial Notice*, 51 MOTION in Limine *TO INCLUDE NEW EVIDENCE,*



*IN SUPPORT OF COMPLA INT, AND IN CONTEMPLATION OF DEF GOOGLE LLCS MOTION TO DISMISS,* 52 Second MOTION in Limine *PLAINTIFFS AMENDED SECOND MOTION IN LIMINE TO INCLUDE NEW EVIDENCE, IN SUPPORT OF COMPLAINT, AND IN CONTEMPLATION OF DEF GOOGLE LLCS MOTION TO DISMI SS,* 39 MOTION in Limine *Plaintiff's Motion In Limine to Include New Evidence, And Request For Judicial Notice* ) filed byJames Cameron, Lightstorm Entertainment Inc., News Corp, Twentieth Century Fox Film Corp.. (Baldridg e, Elizabeth) (Filed on 6/25/2020)

☐ 06/25/2020 66 OPPOSITION/RESPONSE (re 43 MOTION in Limine *Plaintiff's Amended Motion In Limine for the Inclusion of New Facts and Evidence, and Request for Judicial Notice,* 52 Second MOTION in Limine *PLAINTIFFS AMENDED SECOND MOTION IN LIM INE TO INCLUDE NEW EVIDENCE, IN SUPPORT OF COMPLAINT, AND IN CONTEMPLATION OF DEF GOOGLE LLCS MOTION TO DISMISS* ) filed byGoogle LLC. (Somvichian, Whitty) (Filed on 6/25/2020)

☐ 06/29/2020 69 CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 1 Complaint,,,, 10 Summons Issued *Proof of Service of Defendant Robert Kamen* (Wilson Briggs, Steve) (Filed on 6/29/2020)

☐ 06/30/2020 70 CLERK'S NOTICE RESCHEDULING MOTION HEARINGS TO 9/3/2020.

Hearing on 31 Motion to Dismiss, 53 Motion to Dismiss, 63 Motion to Dismiss, 67 Motion to Dismiss, and 68 Motion to Disqualify set for 9/3/2020 10:00 AM before Judge Vince Chhabria. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (vclc3, COURT STAFF) (Filed on 6/30/2020)

---

Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)

☐ 06/30/2020 71 NOTICE by Michael Pierce re 63 First MOTION to Dismiss *COMPLAINT Renotice Motion to Dismiss Complaint* (Sheik, Shahrokh) (Filed on 6/30/2020)

☐ 07/01/2020 72 REASSIGNED CASE - NOTICE OF NEW HEARING DATE: You are notified that the Court has scheduled an Initial Case Management Conference before Judge Vince Chhabria upon reassignment. For a copy of Judge Chhabria's Standing Order and other information, please refer to the Court's website at www.cand.uscourts.gov.

Case Management Statement due by 9/23/2020.
Initial Case Management Conference set for 9/30/2020 10:00 AM.

For Zoom connection, see: https://apps.cand.uscourts.gov/telhrg /

This proceeding will be a Zoom video conferencing webinar. ADVANCE REGISTRATION OF PARTICIPATING COUNSEL IS REQUIRED and must be done by emailing a list of names and emails of counsel who will be participating in the hearing to vccrd@cand.us courts.gov by no later than Monday, September 28, 2020, at 10:00 a.m..

PLEASE NOTE: Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceed ings, including screenshots or other visual copying of a hearing, is absolutely prohibited. See General Order 58 at Paragraph III.

Case participants may also receive an email invitation from the court with different information which should be followed.

All counsel, members of the public and press please click the link or use the information below to join the webinar:

https://cand-uscourts.zoomgov.com/j/1612857657?
pwd=WE5Gcm1zS293WU84V0tyd0c2Ulp1UT09

Meeting ID: 161 285 7657**Password: 547298**

**Dial by your location**
**+1 929 205 6099 US (New York)**
**+1 253 215 8782 US**
**+1 301 715 8592 US**
**+1 312 626 6799 US (Chicago)**
**+1 346 248 7799 US (Houston)**
**+1 669 900 6833 US (San Jose)**
**Find your local number: h ttps://zoom.us/u/ac4JkPfcjo**

**For important information and guidance on technical preparation, please see https://www.cand.uscourts.gov/zoom/.**

**Initial Case Management Con ference set for 9/30/2020 10:00 AM.**

***(This is a text-only entry generated by the court. There is no document associated with this entry.)*(knm, COURT STAFF) (Filed on 7/1/2020)**

☐ 07/06/2020 73   OPPOSITION/RESPONSE (re 53 MOTION to Dismiss *Plaintiff's Complaint* ) *PLAINTIFFS OPPOSITION TO TWENTIETH CENTURY FOX FILM CORP., LIGHTSTORM ENTERTAINMENT INC., NEWS CORP. AND JAMES CAMERONS MOTION TO DISMISS COMPLAINT* filed b ySteve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 7/6/2020)

☐ 07/06/2020 74   CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 1 Complaint,,,, 38 Certificate of Service, 10 Summons Issued *Corrected Proof of Service on Def Zero Gravity Management LLC* (Wilson Briggs, Steve) (Filed on 7/6/2020)

☐ 07/06/2020 75   AFFIDAVIT of Service for Declaration of Due Diligence and non-service *on Defendant Mark Williams*, filed by Steve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 7/6/2020)

☐ 07/08/2020 76   OPPOSITION/RESPONSE (re 63 First MOTION to Dismiss *COMPLAINT* ) *PLAINTIFFS OPPOSITION TO DEFENDANT MICHAEL PIERCES MOTION TO DISMISS COMPLAINT* filed bySteve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 7/8/2020)

☐ 07/10/2020 77   OPPOSITION/RESPONSE (re 67 MOTION to Dismiss *Complaint* ) *Plaintiff's Opposition to Defendant Internet Archive's Motion To Dismiss* filed bySteve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 7/10/2020)

☐ 07/13/2020 78   REPLY (re 53 MOTION to Dismiss *Plaintiff's Complaint* ) filed byJames Cameron, Lightstorm Entertainment Inc., News Corp, Twentieth Century Fox Film Corp.. (Baldridge, Elizabeth) (Filed on 7/13/2020)

☐ 07/13/2020 79   OPPOSITION/RESPONSE (re 68 MOTION to Disqualify Judge *Motion To Disqualify Hon Judge Vince Chhabria, Pursuant To 28 USC §§ 144 And 455*

) filed byJames Cameron, Lightstorm Entertainment Inc., News Corp, Twentieth Centur y Fox Film Corp.. (Baldridge, Elizabeth) (Filed on 7/13/2020)

| | 07/15/2020 [82] | Clerk's Notice ENTRY OF DEFAULT (Related documents(s) [80] )(fabS, COURT STAFF) (Filed on 7/15/2020) |

Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of El ectronic Filing (NEF)

| | 07/21/2020 85 | Clerk's Notice ENTRY OF DEFAULT as to Robert Kamen. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (Related documents(s) [84] )(fabS, COURT STAFF) (Filed on 7/21/2020) |

Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)

| | 07/22/2020 [88] | REPLY (re [67] MOTION to Dismiss *Complaint* ) *Defendant Internet Archives Reply Brief In Support Of Its Motion To Dismiss Complaint* filed byInternet Archive. (Catalanotti, Peter) (Filed on 7/22/2020) |

| | 08/04/2020 89 | Received Lodged Exhibits A and B re [55] Notice of Lodging, by James Cameron, Lightstorm Entertainment Inc., News Corp, Twentieth Century Fox Film Corp. *This is a text only entry. No document is associated with this entry.* (wsnS, COU RT STAFF) (Filed on 8/4/2020) |

| | 08/18/2020 [90] | Declaration of Steve Wilson Briggs in Support of [1] Complaint,,,, *Second Declaration of Plaintiff Steve Wilson Briggs, in support of Complaint* filed bySteve Kenyatta Wilson Briggs. (Related document(s) [1] ) (Wilson Briggs, Steve) (File d on 8/18/2020) |

| | 08/25/2020 [92] | Declaration of Steve Wilson Briggs in Support of [1] Complaint,,,, *Amended Second Declaration In Support of Complaint* filed bySteve Kenyatta Wilson Briggs. (Related document(s) [1] ) (Wilson Briggs, Steve) (Filed on 8/25/2020) |

| | 08/25/2020 [93] | Proposed Order re [68] MOTION to Disqualify Judge *Motion To Disqualify Hon Judge Vince Chhabria, Pursuant To 28 USC §§ 144 And 455 Amended/Corrected Proposed Order* by Steve Kenyatta Wilson Briggs. (Wilson Briggs, Steve ) (Filed on 8/25/2020) |

| | 08/26/2020 [94] | Request for Judicial Notice *Plaintiff's Second Request For Judicial Notice* filed bySteve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 8/26/2020) |

| | 08/28/2020 [95] | Request for Judicial Notice *Plaintiff's Third Request For Judicial Notice* filed bySteve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 8/28/2020) |

| | 08/29/2020 96 | CLERK'S NOTICE RESCHEDULING THE FOLLOWING HEARINGS TO THURSDAYS WHEN THE COURT HOLDS MOTION CALEDNARS: [86] First MOTION for Default Judgment by the Court as to *Defendant Zero Gravity Management LLC,* [87] First MOTION for Default Jud gment by the Court as to *Defendant Robert Kamen,* and [91] Third MOTION in Limine *Plaintiff's Third Motion In Limine For The Inclusion of New Facts and Evidence*. |

Mr. Briggs is reminded to review the Court's available date s for hearing under the scheduling notes section of Judge Chhabria's webpage, on the court's website: https://cand.uscourts.gov/judges/chhabria-vince-vc/.

Motion Hearing re [86] First MOTION for Default Judgment by the Court as to *D efendant Zero Gravity Management LLC,* and [87] First MOTION for

Default Judgment by the Court as to *Defendant Robert Kamen* set for 9/10/2020, 10:00 AM, before Judge Vince Chhabria.

Motion Hearing re 91 Third MOTION in Limine < i>Plaintiff's Third Motion In Limine For The Inclusion of New Facts and Evidence set for 10/1/2020, 10:00 AM, before Judge Vince Chhabria.

Both proceedings will be held via a Zoom webinar.

**Webinar Access:** All counsel, member s of the public, and media may access the webinar information at https://www.cand.uscourts.gov/vc

**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at vccrd@cand.uscourts.gov no later than Not less than 3 court days in advance of the hearing.

**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visua l copying of a hearing, is absolutely prohibited.

**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.

*(This is a text-only entry generated by the co urt. There is no document associated with this entry.)*(knm, COURT STAFF) (Filed on 8/29/2020)

☐ 08/31/2020 97 CLERK'S NOTICE vacating the motion hearings scheduled for 9/3/2020, 9/10/2020, and 10/1/2020, and vacating the initial case management conference scheduled for 9/30/2020. The Court will issue a written ruling on the motions. *(This is a te xt-only entry generated by the court. There is no document associated with this entry.)* (knm, COURT STAFF) (Filed on 8/31/2020)

☐ 09/03/2020 98 OPPOSITION/RESPONSE (re 91 Third MOTION in Limine *Plaintiff's Third Motion In Limine For The Inclusion of New Facts and Evidence* ) *and Opposition/Response to Dkt. Nos. 90, 92, 94, and 95* filed byJames Cameron, Lightstorm Ente rtainment Inc., News Corp, Twentieth Century Fox Film Corp.. (Baldridge, Elizabeth) (Filed on 9/3/2020)

☐ 09/08/2020 100 OPPOSITION/RESPONSE (re 91 Third MOTION in Limine *Plaintiff's Third Motion In Limine For The Inclusion of New Facts and Evidence*, 99 Fourth MOTION in Limine *Plaintiff's Fourth Motion In Limine to Include* ) *(re 94 Second Request for Judicial Notice and 95 Third Request for Judicial Notice)* filed byGoogle LLC. (Somvichian, Whitty) (Filed on 9/8/2020)

☐ 09/11/2020 102 CLERK'S NOTICE vacating the hearings scheduled for 9/30/2020 re 99 and 101 Fourth Motion in Limine. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (knm, COURT STAFF) (Fil ed on 9/11/2020)

☐ 09/24/2020 104 CASE MANAGEMENT STATEMENT *Plaintiff's Case Management Statement and ADR Certification* filed by Steve Kenyatta Wilson Briggs. (Attachments: # 1 ADR Certification, # 2 Certificate/Proof of Service Proof of Service)(Wilson Briggs, St eve) (Filed on 9/24/2020)

☐ 10/05/2020 106 NOTICE by Steve Kenyatta Wilson Briggs *Notice to the Court and the Clerk's Office* (Attachments: # 1 Certificate/Proof of Service)(Wilson Briggs,

9

Steve) (Filed on 10/5/2020)

☐ 10/05/2020 107 ERRATA re 91 Third MOTION in Limine *Plaintiff's Third Motion In Limine For The Inclusion of New Facts and Evidence* by Steve Kenyatta Wilson Briggs. (Attachments: # 1 Certificate/Proof of Service)(Wilson Briggs, Steve) (Filed on 10/5/2020)

☐ 10/05/2020 108 Request for Judicial Notice *Plaintiff's Fourth Request For Judicial Notice* filed bySteve Kenyatta Wilson Briggs. (Attachments: # 1 Certificate/Proof of Service)(Wilson Briggs, Steve) (Filed on 10/5/2020)

☐ 10/07/2020 110 **ORDER RE NEW FILINGS. Signed by Judge Vince Chhabria on 10/7/2020. (vclc3S, COURT STAFF) (Filed on 10/7/2020)**

☐ 10/16/2020 111 **ORDER DISMISSING LAWSUIT AND RESOLVING ALL PENDING MOTIONS. Signed by Judge Vince Chhabria on 10/16/2020. (vclc3S, COURT STAFF) (Filed on 10/16/2020)**

☐ 10/16/2020 112 **JUDGMENT. Signed by Judge Vince Chhabria on 10/16/2020. (vclc3S, COURT STAFF) (Filed on 10/16/2020)**

☐ 11/12/2020 113 NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by Steve Kenyatta Wilson Briggs. Appeal of Judgment 112 , Complaint,,,, 1 , Order 111 *Notice of Notice of Appeal* (Wilson Briggs, Steve) (Filed on 11/12/2020)

☐ 11/16/2020 114 USCA Case Number 20-17229 USCA 9th Circuit for 113 Notice of Appeal filed by Steve Kenyatta Wilson Briggs. (fabS, COURT STAFF) (Filed on 11/16/2020)

☐ 11/17/2020 115 ORDER of USCA (fabS, COURT STAFF) (Filed on 11/17/2020)

☐ 11/12/2020 116 LETTER from Plaintiff to Clerk. (fabS, COURT STAFF) (Filed on 11/12/2020) (Entered: 11/18/2020)

☐ 11/17/2020 117 USCA Appeal Fees received $ 505 receipt number 34611151725 re 113 Notice of Appeal filed by Steve Kenyatta Wilson Briggs (fabS, COURT STAFF) (Filed on 11/17/2020) (Entered: 11/18/2020)

[ SUBMIT ]  [ Clear ]

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE KENYATTA WILSON BRIGGS, | Case No. 20-cv-01596-VC |
| Plaintiff, | |
| v. | **ORDER DISMISSING LAWSUIT AND RESOLVING ALL PENDING MOTIONS** |
| JAMES CAMERON, et al., | Re: Dkt. Nos. 31, 53, 63, 67, 86, 91, 105 |
| Defendants. | |

This is the latest in a series of lawsuits by pro se plaintiff Steve Wilson Briggs against Hollywood figures, alleging conspiracies relating to the theft of his screenplay, Butterfly Driver. *See, e.g.*, *Briggs v. Blomkamp*, 70 F. Supp. 3d 1155 (N.D. Cal. 2014), *affirmed as Briggs v. Sony Pictures Entertainment, Inc*., 714 F. App'x 712 (9th Cir. 2018); *Briggs v. Universal Pictures, et al.*, No. 3:17-cv-6552-VC (N.D. Cal. Apr. 25, 2017); and *Briggs v. Spacey, et al.*, No. 3:18-cv-4952-VC (N.D. Cal. Dec. 22, 2018), *affirmed*, 793 F. App'x 634 (9th Cir. 2020). In the first lawsuit, Briggs sued Neil Blomkamp, among others, alleging that the film Elysium infringed Butterfly Driver. In the second, he again alleged that Elysium infringed Butterfly Driver, but added some new defendants, including Kevin Spacey, Matt Damon, and Ben Affleck. In the third lawsuit, Briggs made similar claims about Elysium and Butterfly Driver. In this lawsuit, Briggs sues James Cameron and others, claiming that two other films, Avatar and Taken, infringed Butterfly Driver.

Among the numerous defendants sued in this case, most have responded, and all that have responded have done so with motions to dismiss. Those motions are granted, and dismissal is with prejudice. As for the defendants that have not responded to the complaint, Briggs moves

for default judgment. That motion is denied, and the claims against those defendants are dismissed with prejudice as well. Briggs's motion to disqualify is denied, and the numerous motions that he has titled "motions in limine" are denied as well. Judgment will be entered against Briggs and in favor of all the defendants.

I. Motions to Dismiss

Much of Briggs's 845-page complaint is unintelligible, but the core allegation is that his screenplay, Butterfly Driver, was stolen and used to create two movies, Avatar and Taken. Briggs also describes a vast conspiracy to hide this alleged theft—one that includes publishing fraudulent websites to falsely portray that these works predate his own; creating fake archives of the fraudulent websites to conceal the fraud; and hacking into his personal computer to stymie his preparation of this lawsuit.

(1) Copyright Claim. Butterfly Driver is clearly not substantially similar to Avatar or Taken. The test for substantial similarity on a motion to dismiss involves "assess[ing] the objective similarities of the two works, focusing only on the protectable elements of the plaintiff's expression." *Rentmeester v. Nike, Inc.*, 883 F.3d 1111, 1118 (9th Cir. 2018), *overruled on other grounds by Skidmore v. Zeppelin*, 952 F.3d 1051 (9th Cir. 2020). The court filters out unprotectable elements, such as ideas and concepts as well as material in the public domain. The remaining protectable elements are then compared "to assess similarities in the objective details of the works." *Id.* The test focuses on "articulable similarities between the plot, themes, dialogue, mood, setting, pace, characters, and sequence of events" in the relevant works. *Funky Films, Inc. v. Time Warner Entertainment Co., L.P.*, 462 F.3d 1072, 1077 (9th Cir. 2006), *overruled on other grounds by Skidmore v. Zeppelin*, 952 F.3d 1051 (9th Cir. 2020).

Many, if not all, of the asserted similarities between Butterfly Driver and Avatar or Taken are unprotectable elements, such the primacy of family and the horror of corporate greed. After filtering out those elements, an analysis of the "plot, themes, dialogue, mood, setting, pace, characters, and sequence of events" shows that neither Avatar and Butterfly Driver nor Taken and Butterfly Driver are remotely similar. Avatar is the story of a man who is sent to a different

planet as part of a mining operation to enrich a corporation on earth. He transforms into a genetically engineered alien body, falls in love with another alien, and helps prevent the corporation from destroying the alien planet. Taken is the story of a father searching for his teenage daughter, who was kidnapped by a human trafficking ring during her trip to Europe with a friend. The father, an ex-CIA operative, uses his skills to infiltrate that human trafficking ring and save her from a sex-slave auction. Butterfly Driver depicts a man who is wrongly accused of a crime, escapes custody, goes on a mission to find medicine for his sick child, and destroys a satellite city that is controlled by a corrupt politician. For the reasons set forth in Twentieth Century Fox's Motion to Dismiss, which includes a more in-depth analysis of the plot, dialogue, mood, setting, pace, and characters of these three works, the complaint fails to pass the substantial similarity test.

Dismissal with prejudice is proper when, like here, "[n]othing disclosed during discovery could alter the fact that the allegedly infringing works are as a matter of law not substantially similar." *Rentmeester*, 883 F.3d at 1123; *see also Masterson v. Walt Disney Co.*, 821 F. App'x 779, 780 n.1 (9th Cir. 2020) (listing cases). This lack of substantial similarity is a "defect [that] cannot be cured by amendment[.]" *Campbell v. Walt Disney Co.*, 718 F. Supp. 2d 1108, 1116 (N.D. Cal. 2010). Thus, Briggs's copyright claim is dismissed with prejudice. His claims of vicarious copyright infringement and contributory copyright infringement are also dismissed with prejudice, as they are precluded by the absence of copyright infringement.

(2) Intentional Misrepresentation and Breach of Contract. Briggs fails to allege the necessary elements for an intentional misrepresentation claim against Twentieth Century Fox, News Corp, Lightstorm, Cameron, Pierce, and Internet Archives. For example, the complaint lacks allegations that these defendants made a relevant representation to Briggs. Briggs does allege that he had communications with ZGM, such as when he submitted Butterfly Driver to the agency, but he does not clearly allege that pertinent representations from the other defendants

were made to him.[1]

Briggs's misrepresentation claim against Google is different in nature, but it must also be dismissed because Briggs has not alleged facts that support his theory of misrepresentation. The claim is premised on an alleged Google statement: "We provide our Services using a commercially reasonable level of skill and care." The complaint, however, does not allege that Google provided any "Service" with inadequate "skill and care." Instead, Briggs claims that Google engaged in hacking and other actions outside of its normal provision of "Services." Furthermore, Briggs states that he was harmed by Google's representation because it was the basis for him joining Gmail. But Google's alleged wrongdoing, according to the complaint, involved search results on Google Search and the display of URLs in Google Chrome—not Gmail. Thus, the factual allegations do not adequately support Briggs's intentional misrepresentation theory, and this mandates dismissal.

The complaint similarly fails to state a claim for breach of contract or confidence. Indeed, Briggs's breach of contract claim contains only direct allegations relating to ZGM. His references to Twentieth Century Fox and News Corp are insufficient. Meanwhile, Briggs's breach of confidence claim is also legally deficient. Briggs makes no relevant allegations regarding Twentieth Century Fox or News Corp.[2]

These claims for intentional misrepresentation as well as breach of contract and confidence are dismissed with prejudice. Viewed in insolation, the factual and legal assertions underlying these claims appear frivolous. But now that the copyright claim has been adjudicated definitively against Briggs, it becomes even more clear that he cannot possibly prevail on these ancillary claims. It is implausible that a complex web of intentional misrepresentations, breaches of contract, and breaches of confidence occurred in concealing the use of Briggs's screenplay

---

[1] Even the more concrete allegations against ZGM fail to state a claim. Briggs himself claims that the "actual harm" from ZGM's misrepresentations is the alleged copyright infringement, which did not occur.

[2] Even as to ZGM, these claims lack merit since there is no underlying copyright infringement. *See, e.g.*, *Ryder v. Lightstorm Entertainment Inc.*, 246 Cal. App. 4th 1064, 1074 (2016); *Spinner v. American Broadcasting Co.*, 215 Cal. App. 4th 172, 184-185 (2013).

when there was clearly no copyright infringement that required hiding.[3]

## II. Motions for Default Judgment

Brigg's motions for default judgment against the defendants that have not responded to the complaint are denied. As discussed above, the allegations in the complaint fail to state a claim, which precludes Briggs from obtaining a default judgment. *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986); *Aldabe v. Aldabe*, 616 F.2d 1089, 1092-93 (9th Cir.1980).

Furthermore, these claims are dismissed with prejudice because there is no conceivable set of circumstances under which Briggs could obtain relief. *Sparling v. Hoffman Construction Co.*, 864 F.2d 635, 638 (9th Cir. 1988); *Wong v. Bell*, 642 F.2d 359, 361 (9th Cir.1981); *see Aldabe*, 616 F.2d; *In re Chavez*, 2006 WL 6810920, at *4 (B.A.P. 9th Cir. June 19, 2006), *affirmed*, 286 F. App'x 527 (9th Cir. 2008); *Capital One Auto Finance, Inc. v. Bosch Auto Center, Inc.*, 2010 WL 11507586, at *5 (C.D. Cal. July 29, 2010). The court is not required to give notice when, as is the case here, the plaintiff cannot possibly win relief. *See, e.g.*, *Omar v. Sea-Land Service, Inc.*, 813 F.2d 986, 991 (9th Cir.1987). Because these claims against the defendants that have not responded are dismissed with prejudice, Briggs's motion for service by publication is denied as moot.

## III. Motion to Disqualify

Briggs's motion to disqualify is denied because it is based on this Court's rulings in prior cases. This is insufficient to constitute "bias or prejudice" under 28 U.S.C. sections 144 and 455. Litigants who do not like the way a judge has ruled in the past do not have grounds to disqualify that judge. *See, e.g.*, *Herrington v. Sonoma County*, 834 F.2d 1488, 1502 (9th Cir. 1987).

---

[3] Furthermore, even if Briggs were to attempt to reassert these claims as stand-alone claims that did not depend on the alleged copyright violation, this Court would have no jurisdiction over them because those claims are "so attenuated and unsubstantial as to be absolutely devoid of merit." *Hagans v. Lavine*, 415 U.S. 528, 536 (1974); *see, e.g.*, *Neitzke v. Williams*, 490 U.S. 319, 327 n.6 (1989); *Bell v. Hood*, 327 U.S. 678, 682-83 (1946); *Steel Co. v. Citizens for a Better Environment*, 523 U.S. 83, 89 (1998); *Franklin v. Murphy*, 745 F.2d 1221, 1227 n.6 (9th Cir.1984); *Fiedler v. Clark*, 714 F.2d 77, 78 (9th Cir. 1983); *Franklin v. Oregon Welfare Division*, 662 F.2d 1337, 1342-43 (9th Cir.1981).

## IV. Motions in Limine

Briggs has brought five "motions in limine" in which he invokes Federal Rules of Evidence 401 and 402. These motions are procedurally improper, but in any event, they are denied as moot. The Court notes, however, that it has considered these motions in assessing whether there are any allegations Briggs could conceivably add to the complaint to state a claim, and they only confirm that he could not.

**IT IS SO ORDERED.**

Dated: October 16, 2020

VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVE KENYATTA WILSON BRIGGS,

Plaintiff,

v.

JAMES CAMERON, et al.,

Defendant.

20-cv-01596-VC

**JUDGMENT**

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendants and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  October 16, 2020

_____

VINCE CHHABRIA
United States District Judge

**Many Interwoven Stories**

16. This Complaint tells at least six interwoven stories…

**#1 :** <u>The Creation Of Plaintiff's Screenplay</u>

17. How Plaintiff created an unprecedented screenplay, featuring 6 or 10 original ideas.

**#2 :** <u>The Forgotten Truth</u>

18. The true history of events, before 20CFOX invented the scriptment story.

**#3 :** <u>Access & Cover-up</u>

19. How ZGM, NC and 20CFOX accessed Plaintiff's work and covered it up.

**#4 :** <u>Ain't It Cool News *Scriptment* Scheme</u>

20. Feb 3, 2006, 14 days after ZGM acquired Plaintiff's script, *Ain't It Cool News* (**AICN**), at aintitcool.com, released a story claiming that in 1995 Cameron wrote an Avatar *scriptment* (containing Plaintiff's ideas) which leaked online in 1996. The story linked to 7 falsified documents and the newly created *scriptment*—which did not exist before.

**#5 :** <u>Internet Fraud & Cover-Up (Using The Internet Archive)</u>

21. How the Defs used the IA to verify their fraudulent web articles, used small and unreliable publications (that do not produce hardcopy) to promulgate a fake scriptment story, and used Register.com and Corporation Service Company (CSC) to backdate websites.

- **#6 :** <u>Taken - The Second Case of Infringement</u>

22. How News Corp and 20CFOX infringed Plaintiff's script, again, to make ***Taken***.

**#7 :** <u>The Ramifications Of The Fraudulent Scriptment Story</u>

23. Def Cameron has been sued several times, previously, for Avatar. The fraudulence of the scriptment story explains the conflicting scriptment descriptions (80 pages, 90-plus, 102 pages…) and why Cameron fought to redact scriptment documents in prior court filings.

**Invitation To The Free Press**

24. This Complaint shows how the Defs used their media outlets and the Internet Archive to produce falsified documents to steal Plaintiff's work. They will likely use these resources to suppress this (see *Briggs v Spacey*, dismissed **Saturday**, Dec 22, 2018; also see p 119). Thus, Plaintiff invites the press to monitor the Defs' actions, as this matter moves forward.

COMPLAINT

**Acknowledgement**

25.  Long ago Plaintiff lost interest in most American films.  Thus, Plaintiff has missed most films produced over the past two decades.  However, beginning around 2009, from time to time, Plaintiff's family and friends would describe films that sounded strikingly similar to his screenplay (*Butterfly Driver*, AKA *Uberopolis: City of Light*).  Plaintiff assumed this was coincidental and did not inquire further.

26.  March 15, 2018, Plaintiff received a voicemail from a woman named Shirley Potash, a retired L.A. attorney in her 80s, who had worked as a paralegal for years before becoming an attorney.  [A biography about Ms Potash from **Top Attorneys Of North America**, is attached as **Exhibit A.**]  Ms Potash said she had just read a legal article regarding the 9th Circuit's recent (unpublished) ruling against Plaintiff re *Briggs v Blomkamp* (**BvB**) 2013, and said she felt the Court had committed an injustice, and asked Plaintiff to return her call.

27.  Plaintiff immediately returned her call.  During the 20-30 minute talk, Ms Potash said that for years she worked for a law firm that represented many big L.A. film studios.  She explained, "You know what I think?  I think, not only did they [the *Briggs v Blomkamp* defs] read your screenplay, I think **a lot** of them [Hollywood professionals] read it."  Plaintiff understood Ms Potash's heavy emphasis of the words "a lot" was her tactful way of informing him that through insiders she had heard that countless dozens of Hollywood insiders accessed his script.  Thus, Plaintiff resolved to investigate what films Hollywood released after he began marketing his screenplay (early 2006)—starting with those films that his friends and family had described that sounded similar to his work.  [Due to Plaintiff's effort taking BvB to the US Supreme Court (Oct 2018), followed by serious family issues (late 2018 to mid 2019), Plaintiff would not begin this search, in earnest, until July 2019.]

28.  March 20, 2018, a few days after Plaintiff's talk with Ms Potash,  Plaintiff (who was not on social media) emailed his mother to ask her to contact Ms Potash (via FaceBook or social media) to tell her how much he appreciated her call.  Said email is attached as **Exhibit B**. (Unfortunately, Plaintiff's mother was unable to reach Ms Potash.)

29.  Plaintiff thanks Ms Shirley Potash for her honesty, her kindness, and for speaking up.

COMPLAINT

148.   Things were fantastic for ZGM in 2003, and the first half of 2004.  But ZGM's second movie, *In Enemy Hands* (2004), would be **perhaps  of the biggest money losers in American film history**; costing $5,400,000 but only earning $64,000.  And In 2005, ZGM's next film *Chaos*, only made $7M, against a cost of $12.5M.

149.   Thus, Sept 12, 2005, ZGM filed a certificate of cancellation, attached as **Exhibit U**.

150.   Zero Gravity Management was out of business.

**Rebirth, Access & Misappropriation**

151.   Unaware that ZGM was out of business, January 20, 2006, Plaintiff found an online listing saying ZGM was accepting screenplays; thus, he sent ZGM an inquiry email, with two synopses to consider: a comedy titled *Sunflowers*, and a science fiction script titled *Uberopolis: City of Light*.   A few hours later, ZGM asked for *City of Light*.   Plaintiff emailed his script immediately.  [See Ex J.]

152.   **Six days later**, January 26, 2006, ZGM filed a new California business registration, and was back in business.  [ZGM's new CA business registration is attached as **Exhibit V**.]

153.   Six months later, News Corp founded the company **880 Productions LTD** (a News Corp subsidiary).  [880 Production LTD's BES is attached as **Exhibit  W.**]  Avatar was filmed in New Zealand, and 880 Productions hired production personnel.  [See Exhibit. 67.]

154.   Next, Aug 30, 2006, ZGM partnered with billionaire investor Stephen Margolis, owner of Future Films Ltd, Future Capital Partners (and more than 30 companies starting with the word "future") and filed a CA BES for the new company, *Future Films Delaware Limited Partnership*   [Future Films Delaware LP's BES is attached as **Exhibit X**.]

155.   21 days later, Sept 20, 2006, ZGM and Margolis opened **FUTURE SERVICE INC,** which would soon be on 13 Avatar copyrights.  The Delaware Dept of State Division of Corporations' (**DDSDC**) report on Future Service Inc is attached as **Exhibit Y**.

**Future Service, Inc, IS A SUBSIDIARY OF 20CFOX**

156.   20CFOX immediately **bought** Future Service Inc and made it a subsidiary.   In 2006 **News Corporation** was the parent company of 20CFOX (then called Fox Entertainment Group, Inc).  Future Service Inc is identified as a subsidiary of News Corporation (and a

COMPLAINT

20

subsidiary of *Fox Entertainment Group Inc*: 20CFOX) on page 276 of News Corporation's June 30, **2007** Form10-K Annual Report to the *Securities and Exchange Commission* (S.E.C.). [Page 276 of News Corp's 2007 10-K SEC report is attached as **Exhibit Z.]**

157. Future Service Inc was registered in Delaware because Delaware allows companies to conceal the owner's identity in their filings. This was perfect for the Defs, who wanted to conceal ZGM's connections to Future Service Inc and the Avatar copyrights.

158. Margolis and *Future Films Limited* did not announce their relationship with ZGM until Nov 2009, in a Screen Daily (**SD**) article. [Said SD article is attached as **Exhibit A2**.]

157. 27 days after opening Future Service Inc (Oct 19, **2006**), ZGM's Pierce and Williams opened "**Victim, LLC**." Dec 7, 2006 (4 days before Future Service Inc appeared on the first Avatar copyright), Victim, LLC filed its first CA BES, attached as **Exhibit B2.** Five years later, December 2011, Victim LLC filed a CA Certificate of Cancellation (CoC), and closed.

159. Since the *Screen Actors Guild* is named on Victim LLC's only Copyright Office film credit (a 15 minute short), attached as **Exhibit C2**, Victim LLC was likely created to accept payments from 20CFOX and **other** film companies that ZGM sold Plaintiff's work to.

160. To conceal their connection to Avatar, Nov 26, 2007, Pierce and Williams filed a CA CoC (cancellation), closing ZGM. Said 2007 CA COC for ZGM is attached as **Exhibit D2**.

161. To further confirm the link between ZGM (Pierce, Williams), and Margolis, and 20CFOX, and confirm the Defs' intent to deceive Plaintiff and State and federal authorities, Plaintiff asks the Court to examine the address on each of the following documents:

   **1.** 2004 CA BES for Pierce's company True Grit LLC, attached as **Exhibit E2**;

   **2.** Victim, LLC's 2006 CA BES (Exhibit B2)**;**

   **3.** ZGM's CA Certificate of Cancellation, filed Nov 26, 2007 (Exhibit D2);

162. The court will notice on exhibits B2 and E2, Pierce uses the address **1531 14 St. Santa Monica, CA 90404**, and Williams claims this same address on exhibits B2 and D2.

163. Similarly, in Exhibit Y, **Future Films Delaware LP's** 2006 California's BES uses the address **1531 14 St. Santa Monica, CA 90404.**, and identifies **Simon Horsman** as the agent for service of process.

COMPLAINT

21

164.    Page 87 of the 2009 UK Film Council Research and Statistics Unit (UKFCRSU) handbook "Film In The UK; A Briefing Paper," is attached as **Exhibit F2**.  Examining Ex H2, the Court will notice that the UKFCRSU handbook names Stephen Margolis as Future Films Limited's *Chief Executive,* and names **Simon Horsman** as *CEO* of Future Films USA.

165.    **Future Films USA'**s California business registration is attached as **Exhibit G2**. This BES identifies **Simon Horsman** as *Future Films USA*'s agent for service, and claims the address **1531 14 St. Santa Monica, CA 90404**, but does not identify Horsman as CEO**.**

166.    *Future Films Delaware* and *Future Films USA* claimed to live/work at **1531 14 St. Santa Monica, CA, 90404,** at the same time that **ZGM** (and Michael Pierce and Mark Williams) claimed that address.  But Future Films did NOT use Pierce's or Williams' names, to conceal its connection to ZGM and the Avatar copyrights.

167.    According to *Spokeo.com*, Pierce lived at 1531 14th St, Santa Monica until 2011, but none of the parties named on Future Films Delaware's BES, and none of the executives of Future Films Limited ever lived there.  [Said Spokeo report is attached as **Exhibit H2**.]

168.    **THIS IS BUSINESS FRAUD**, and further illustrate that the Defendants unlawfully accessed Plaintiff's work using false representations.

SUMMARY OF ACCESS

169.   In 2006, after receiving Plaintiff script (Jan 20, 2006), Margolis, Pierce and Williams started at least 3 new businesses (Future Films Delaware, Future Films USA, and Future Service Inc) and used ZGM's (Pierce's and Williams') address for these businesses.  Dec 11, 2006, ZGM's new company, Future Service Inc, appeared on the first Avatar copyright, [**Ex U4**] and is a 20CFOX subsidiary.  In the next 3 years, Future Service Inc would appear on 13 of 21 Avatar/Project 880 copyrights, including the Avatar film copyright.  [**Ex X4**]

170.   **Two months** after appearing on the first Avatar copyright, Pierce, Williams and Margolis were credited as producers of Margolis's film *Flawless* (Feb 2007).

171.   With Plaintiff's script in hand, ZGM went from being out-of-business, to being (1) signatories on the most important Avatar copyrights, (2) business partners with famed billionaire Stephen Margolis, and (3) executives of a 20CFOX subsidiary.

COMPLAINT

22

**NEW FACTS & EVIDENCE WARRANT RULE 60 MOTION TO REMAND**

**New *Access* Facts Re *Briggs v Blomkamp* Warrant Rule 60 Motion;**

585.  As Plaintiff researched this matter, he unearthed new facts and evidence related to his prior suit *Briggs v Blomkamp* (**BvB**).  Plaintiff submits these facts, hopeful that the Court will contemplate a Rule 60 motion to remand BvB.

586.  In BvB, 2013, Plaintiff theorized the defendants accessed his work in 2007, while his script was posted on TriggerStreet.com. The District was not satisfied with this access theory.  However, the new facts, presented herein, show Blomkamp accessed the Plaintiff's work about **1.5 years earlier**, via Zero Gravity Management (see Section Three, p 24).

587.  New evidence shows that beginning in 2006, Blomakamp created fraudulent websites and news articles, **and used the IA to produce fake webpages and crawls** for his 2006 short film *Alive in Joberg* (**AIJ**), which infringed Plaintiff's work, and led to the production of District 9 (based on AIJ) and Elysium.  Both infringe Plaintiff's work.

588.  As Wikipedia indicates, Neill Blomkamp's 5-minute short, AIJ, was first publicly displayed on **Sept 6, 2006** (7.5 months after ZGM accessed the Plaintiff's work). [Wikipedia's AIJ entry is attached as **Exhibit C6**.]  Three year later, 2009, AIJ was turned into the feature *District 9*.  To fraudulently backdate AIJ to before Plaintiff created his work, Blomkamp, Sony Pictures and the IA made the following fraudulent web pages:

1. **Sony Pictures, Neill Blomkamp and the IA created a fraudulent and backdated web page at: https://archive.org/details/ALIVE_IN_JOBURG.**
- This IA subfolder page does not have a crawl number, or website address.  A PDF of this falsified *Alive In Joberg* IA website is attached as **Exhibit D6**.  A screenshot of this fake *Alive In Joberg* IA website as **Exhibit E6**.  This fake site fraudulently claims the video was uploaded, Nov 23, 2005.

2. **Neill Blomkamp and Sony Pictures fraudulently and improperly included the falsified date of "2005" in *Alive In Joberg*'s IMDb title.**
- Thus; on IMDb, *Alive In Joberg* is titled "Alive In Joberg **(2005)**".  (See **Exhibit F6**.)

3. **Blomkamp and Sony Pictures created the fraudulent website "Snarky Spot"**

COMPLAINT

120

23

1    **(snarkyspot.blogspot.com/2005/11/) to backdate Alive In Joberg.**

2    ● A copy of the Snarky Spot homepage is attached as **Exhibit G6**. A valid IA crawl of

3    Snarky Spot, showing it was **not** created until Jan **2019**, is attached as **Exhibit H6**.

4    **4. Blomkamp and Sony created the fraudulent website/page "Ghost Of A Flea"**

5    **(www.ghostofaflea.com/archives/007397.html) to fraudulently backdate AIJ.**

6    ● Plaintiff has attached a copy of the *Ghost of a Flea* web page as **Exhibit I6**. The IA

7    had **excluded** this page from its system, with a page message reading: "Sorry. This

8    URL has been excluded from the Wayback Machine," attached as **Exhibit J6**. The

9    IA excludes websites that are fraudulent or that disseminate unlawful material.

10   Plaintiff encountered this message when he found the JackChaos.com website on the

11   IA. The IA did not exclude the Jack Chaos site, but it excluded the scriptment link.

12   **5. Blomkamp and Sony Pictures created the fraudulent website**

13   **www.joshuadysart.com/wp/more-work-from-neill-blomkamp-the-man-responsib**

14   **le-for-alive-in-joburg-2/ .**

15   ● A PDF of this site is attached as **Exhibit K6**. The IA has one calendar crawl of this

16   page, from Oct **2013** (attached as **Exhibit L6**), 7 years **after** AIJ alleges it was

17   displayed in South Africa; thus, given the surrounding Fraud, this page is fake. The

18   hidden "**2013***" element in this fake IA crawl's URL (see Ex L6) confirms this IA

19   crawl is fake, as explained in the Fraud & Unlawful Access Supplement.

20   **6.** Plaintiff also found an exceedingly elaborate and creepy fake IA crawl at

21   web.archive.org/web/**2019***/www.coudal.com/archive.php?cat=cat_comics_animation

22   589. Finally, as explained on page 119, herein, in BvB the Defs hired a man named Jeff

23   Rovin as an Expert Witness. Two years after BvB moved to appeals, Rovin confessed on

24   FOX News that he was a *fixer* for President Bill Clinton. Rovin explained that, as a fixer he

25   wrote false "smear" stories against Clinton detractors. In 2014, Plaintiff moved the BvB

26   court to exclude Rovin's report due to rampant fraud. Denied. Because Rovin's admission

27   came 2 years after BvB went to appeals, Plaintiff could not present those facts. (It should be

28   noted that in 2014, James Cameron used Rovin as an expert in *Moore v Lightstorm*.)

COMPLAINT

121

24

**A MATTER OF NATIONAL INTEREST**

- **Plaintiff's Ideas Motivate International Industry**

- **Failure To Implement Copyright Law As Intended Imperils National Security**

590.  Our Founding Fathers' belief that intellectual property rights laws should <u>reward and inspire excellence</u>, led to our Constitution's **Copyright Clause**, modeled after Great Britain's *Statute of Anne*—enacted because wealthy publishers were stealing poor writers' stories.

591.   150 years later, as Hitler trammelled human and creative rights, Germany's greatest thinkers immigrated to the US, and helped create the technologies that would stop Hitler.

592.  A decade later, 1945, sci-fi writer Arthur C Clark theorized satellites could be used to bounce radio signals around the world.  12 years later, Russia put the first satellite in space.

593.  2005-2007, Plaintiff's screenplay (Butterfly Driver/Uberopolis) gave us a stunning glimpse of the future of **space tourism**, where wealthy citizens of Earth travel to a giant satellite city for the rich, to marvel at its wonder.  Just 3.5 months after ZGM accessed Plaintiff's script, Richard Branson formed his **space tourism** company: **Virgin Galactic**.

594.   This is not coincidental.  Just as ZGM's Michael Pierce and Mark Williams shared Plaintiffs ideas with every major film studio, they proffered Plaintiff ideas as their own to Titans of industry, such as Richard Branson, Amazon's Jeff Bezos and Google LLC.  Thus, 3 months after stealing Plaintiff's script, **ZGM, a company that was <u>dead</u> the day the Plaintiff contacted them**, were rubbing elbows with billionaire Richard Branson.  Michael Pierce confirms his ongoing relationship with Branson on his current *Linked In* page:

> I pivoted my entertainment investment strategy into P/E and Venture Capital in 2011 and cofounded WPSChallenger with three partners based in London. We made several acquisitions including; **the purchase of the Virgin Formula 1 racing team from <u>Richard Branson,</u>** the acquisitions of APO ski and…

595.   Further, Plaintiff's script showed how a comet could be captured for an abundant water source, and how the moon could be mined to make a fantastic tourist destination:

Page 73 (Exhibit X6)

**PUBLIC ADDRESS**: … All six billion gallons of water in the Uberopolis Harbor were secured when Drex-Tech captured the RathmanTuttle comet …

Page 78 (Exhibit X6)

COMPLAINT

122

**PUBLIC ADDRESS**: ... 95 percent of the materials used to construct Uberopolis were mined and produced at President Drexler's lunar refinery…

596.  Seven years later, April 2013, *National Geographic* reported NASA's plan to capture an asteroid and bring it into the moon's orbit for **investors to mine** (see **Exhibit M6**):

> NASA wants to identify an asteroid in deep space, figure out a way to capture the spinning and hard-to-grab orb, nudge it into our planetary region, and then set it into orbit around the moon, the agency announced Wednesday.
> The capture would be performed robotically, and the relocated asteroid would become a destination for astronauts to explore— and, possibly, for space entrepreneurs to mine.

597.  Plaintiff's script did more than inspire space tourism and space mining.  Plaintiff's script described *GenLab* (AKA *The Soul Machine*): a system that scanned the souls and brains of all people living in *The State*, and collected data from computers, cameras, phones, markets, GPS systems, etc, to create a global crime **prediction** system.  Today, Amazon's *Ring* doorbell cameras integrate with Amazon's *Rekognition* facial recognition software to help US law enforcement fight crime.  [NOTE: Plaintiff's *GenLab/Soul Machine* was only featured in versions of *Butterfly Driver* that were posted on TriggerStreet.com, Dec 2006 or Jan 2007 to May 2007 (approx).  A "Soul Machine" version of Plaintiff's script **is not attached to this Complaint** because these Defs did not infringe this element, <u>and</u> , as these documents are public, Plaintiff does not wish to expose this concept to further theft.]

598.  Plaintiff script showed how a corrupt President/villain controlled the media by using flawless computer generated human replicas (gens).  These gens evolved into exact human replicas with souls. Plaintiff has attached a glimpse of his soul machine in **Ex M5**, as Jerry and Van Auck look at TV screen full of **computer generated characters** and discuss how human souls and brains will soon be scanned and reproduced into an exact replica of Earth:

> VAN: "These are just programmable cyber-gens.  Been around tinsel town for almost three years.  Take someone's MRI scan, digitize it an you got an exact digital replica.  Next year they're gonna introduce neuro-gens that look, think and act just like the people they're modelled after."
> JERRY: "That possible?"
> VAN: "Take a guy's neuro-scan and digitize it into his cyber-gen.  Technology

COMPLAINT

123

26

1       finally caught up to the theory.

2   599.  One of the most odious examples of the Defs or their associates appropriating the

3 Plaintiff's concepts and proffering them as their own is **Mark Sagar**, who founded the

4 company ***Soul Machines Limited*** in 2016.  <u>Mr Sagar, who was one of the primary animator</u>

5 <u>of Avatar</u>, lives in New Zealand (where Avatar was filmed), and is a professor of Animation

6 at the University of Auckland.  Sagar's and *Soul Machines Limited* are working to produce

7 **computer generated characters** that will look and act just like humans.  (Not to be

8 outdone, January 2020, Google's AI team published the most detailed brain scan ever.)

9   600.  Plaintiff's work clearly inspired these enterprises, but that is perfectly fair; copyright

10 applies to creative and artistic works, not technological works or inventions.  <u>But this shows</u>

11 <u>how creative thinkers can influence science and industry</u>.  [Note: Private industry (Google,

12 Amazon) seems intent to create variations of Plaintiff's *GenLab/soul machine* (aggregating

13 GPS, cell-phone, social and market data to predict crime and military outcomes).  For the

14 record, although these ideas make for  a great sci-fi plot, Plaintiff believes, in practice, these

15 systems will foment dissent and give foreign *hackers* (of the systems or the data) the ability

16 to predict US military responses and allow hackers (or the owners) to predict markets.]

17   601.  **In closing,** the Defs stole Plaintiff's work by publishing false web articles.  Allowing

18 this, without severe consequences, will be a clarion of American failure: where once we

19 sought to inspire and reward creative excellence, we now punish it, and reward theft and lies.

20   602.  Corporate attorneys have perverted copyright law so that it now protects the same

21 powerful infringers it was created to rebuff.  If the Defs' actions are allowed, US creators

22 will be forced to protect their works abroad—as US creators can register and protect their

23 works in any Berne Convention country (90% of the world).  This would give American

24 creators the benefit of sound copyright law (applied as our Founding Fathers intended) and

25 access to much more affordable attorneys—without ever leaving the US.  Plaintiff has other

26 works as inspiring as Butterfly Driver.  But if US creators are forced to defend their works

27 abroad, then foreign nations will have first access to America's best ideas.  That would be

28 misguided, against our Founding Fathers' intent, and will threaten National security.

COMPLAINT

124

**CLAIMS FOR RELIEF**

**FIRST CLAIM FOR RELIEF**

**Copyright Infringement Against All Defendants**

603. Plaintiff reasserts and incorporates by reference all allegations (and attachments) of paragraphs 1 through 572, and paragraphs 590 through 602, as if fully set forth herein.

604. The Defendants' conduct, described above in this Complaint, constitutes willful copyright infringement under 17 U.S.C. §101 et seq.

605. As a result of the Defendants' willful and deliberate conduct, described above, Plaintiff has been damaged in an amount to be determined at trial.

606. Like all works, Plaintiff work contained unprotectable elements which **had** been done before. But Plaintiff's various unique arrangements of unprotectable elements, like other such works, are protectible. The Defendants infringed on these unique expressions.

607. Plaintiff's screenplay also contained many wholly original expressions and story structures that had never been done before. Works containing such original ideas and expressions are extremely rare. The Defendants infringed on most of these original aspects.

608. As a highly creative work, Plaintiff's screenplay is entitled to broad and thick protection, which tolerates very little similarity.

609. Under 17 U.S.C. §504(a)(1) and (b) Plaintiff is entitled to all of the Defendants' profits "that are attributable to the infringement" (and not included as Plaintiff's damages) and is entitled to attorneys fees and costs under 17 U.S.C. § 505.

610. The Defendants' actions have caused Plaintiff harm, continue to cause Plaintiff harm, and will continue to cause Plaintiff harm in the future. With no other remedy to prevent this ongoing harm, pursuant to 17 U.S.C. §§ 502 and 503, Plaintiff is entitled to injunctive relief and impounding, prohibiting the Defendants from further infringing against Plaintiff's copyright, thereby ordering the prohibition, seizure and destruction of all copies of Avatar and Taken, and all derivative sequels (previously released or planned to be released in the future), in all formats, physical, electronic, digital, DVD, blue-ray, downloadable, toys, posters, video games, etc., in perpetuity.

COMPLAINT

125

Case: 20-17229, 12/16/2020, ID: 11922150, DktEntry: 5, Page 31 of 78

# TOP ATTORNEYS OF NORTH AMERICA

**WHO'S WHO DIRECTORIES**

2019 PC EDITION | WELCOME! | MORE INFO. | REVIEWS | SEARCH BY STATE

VERDICT & SETTLEMENT PLAQUES

## Top Attorney – Shirley Potash

**TOPICS:** Potash Probate Service   Shirley Potash

Shirley Potash Attorney

**POSTED BY: WHOSWHOINFO**   DECEMBER 6, 2016

Los Angeles, CA WW/Press/December 6, 2016 –Shirley Potash, Owner and The First Paralegal with Potash Probate Service, was selected for inclusion in the forthcoming **Top Attorneys of North America 2017 edition** of The Who's Who Directories.



The accomplishments attained by Ms. Shirley Potash, in the field of Legal Services, warrants inclusion into the Top Attorneys of North America.

Shirley Potash concentrates in the areas of trusts, estates, and paralegal services. She has taught and lectured on law and published the Legal Secretary's Educational Book for Anthony Schools. Shirley received her B.A. from Los Angeles City College and her J.D. from Southwestern University Law School. She is a member of the Los Angeles County Bar Association and the Los Angeles Paralegal Association.

The Top Attorneys of North America, a New York based publication, distinguishes and profiles leading attorneys who have reached a recognizable degree of success and leadership in their field. The directory is valued for

**SEARCH …**

SOCIAL LINKS



10/3/2019                                                                      SnarkySpot

| More | | snc.steve@gmail.com   Dashboard   Sign Out |

# IT'S SNARKYSPOT, BEBE!

Home

# Wednesday, November 30, 2005

### Homeless for the holidays Katrina display draws ire - Nov 30, 2005

**"METAIRIE, Louisiana (AP) -- It's no ordinary holiday season in the Gulf Coast this year, so Frank Evans built an unconventional holiday display at a suburban New Orleans shopping mall to match."** (more)
CNN.com - Homeless for the holidays Katrina display draws ire - Nov 30, 2005

*posted by Monkeyman @* *11/30/2005 Perm Link*    0 comments   
Subscribe

---

### Alive in Joburg - Alien encounter short film (QT mov)



*Very cool looking, the intergration of the CG/live action footage is top notch.*

From Neill Blomkamp, the director of the Citroën Transformer ad, comes an unsettling and eerie tale of a close encounter of the third kind in Johannesburg, South Africa. Watch Alive in Joburg (rather large

- obamacare - tea party, republicans, socialists, bi...
- frederic thiebaud - marie anne thiebaud, shania tw...
- kyla weber - vince vaughn, shania twain, ben still...
- lunar eclipse tonight - cloud cover might jack up ...
- marie anne thiebaud - Shania Twain is a homewreck...
- winter solstice lunar eclipse - THE MOON!!!
- jessica fashano - Citigroup banker jumps to her de...

snarkyspot.blogspot.com/2005/11/                                                              1/42

78

                    JERRY
          No shit?

                    HOWARD
          They erased any mention of the
          capturing platoon from The State
          database. I had to go to the prewar
          archives.

Jerry ponders the information briefly as the P.A. announces:

                    HOWARD (CONT'D)
          I dug up this old photo of Arlo's
          platoon.

Howard sends Jerry a digital photo of Arlo (15 years prior,
with his old platoon) to Jerry's omni-com.

INSERT - THE PHOTO: Arlo and 40 soldiers pose for a picture.

                    PUBLIC ADDRESS
          ...95 percent of the materials used
          to construct Uberopolis were mined
          and produced at President Drexler's
          lunar refinery...

Jerry notices one of the men in the photo looks familiar.

                    JERRY
          That guy on the left looks sort of
          like Drexler.

                    HOWARD
          Frank Midland, Platoon lieutenant.
          Incinerated by the same lancer that
          burned Drexler's face.

                    JERRY
          Hmm. Can you dig up Drexler's, Arlo's,
          and Midland's military records?

                    HOWARD
          On it.

                                        CUT TO:


EXT. STREETS OF UBEROPOLIS - NIGHT

Arlo walks swiftly down a busy Uberopolis street, dressed in
a police uniform, sunglasses and his hat tilted to protect
his identity.

32

INT. UBEROPOLIS - SHUTTLE-PORT - DAY

Arlo exits the shuttle and slips through the crowd in the
shuttle-port concourse, as the public address plays a soothing
info-mercial about the history of Uberopolis:

                    PUBLIC ADDRESS
          ...All six billion gallons of water
          in the Uberopolis Harbor were secured
          when Drex-Tech captured the Rathman-
          Tuttle comet...

In front of the shuttle-port, Arlo finds a row of small
vehicles. Above the vehicles

A SIGN READS: "UBER-CARTS -FOR YOUR CONVENIENCE".

Arlo takes an Uber-Cart and zips toward downtown, Uberopolis.

                                CUT TO:

INT. SHUTTLE PORT - BOARDING GATE (EARTH) - DAY

Standing the baggage check line, Jerry shows his guns and
clearances to a SECURITY WORKER. The worker takes the guns,
reading Jerry's paperwork:

                    SECURITY WORKER
          Sorry, Mr. Matthiessen. We'll issue
          you a stun gun, right away.

                      JERRY
          I've got permits...

                    SECURITY WORKER
          No guns permitted on Sky Town. Fragile
          environment. A bullet up there might
          ricochet a week before stopping.

Jerry's steps forward, thoughtfully.

A FEMALE SECURITY WORKER hands him a pack of underwear. Jerry
looks confused by the gift.

                    JERRY
       Underwear?

96

                    DREXLER (CONT'D)
          Or you can keep the A-cell -but how
          will that help your daughter?

Arlo's eyes race, calculating his options.

                    ARLO
          Tamara didn't want you to have it.

                    DREXLER
               (disgusted)
          Tamara would have destroyed the energy
          industry and our economy for her
          cause. I've planned a thirty year
          phasing; allowing industry to
          adjust...

Drexler swings the briefcase top open, shielding Arlo's view
of the briefcase contents.

                    ARLO
          Thirty years? Billions more will
          die.

                    DREXLER
          But the quality of life is preserved.
          There's a bigger picture to consider.

INSERT - THE BRIEFCASE CONTENTS: DREXLERIN BOTTLE AND A GUN

BACK TO SCENE

Drexler removes the Drexlerin to show Arlo. Arlo's eyes dart
wildly, confused.

Drexler's eyes grow sympathetic of Arlo's plight; his voice
softens to give Arlo his most earnest support.

                    DREXLER (CONT'D)
          The anguish of power: sometimes
          sacrifice is the only option. I
          sacrificed religion for peace. You
          can do this -for your daughter...

Drexler extends the Drexlerin bottle to Arlo. Arlo slowly
extends the A-cell toward Drexler, to trade.

                                        CUT TO:

34

1 Steve Wilson Briggs
2 4322 Chico Ave.,
Santa Rosa, CA 95407
3 510 200 3763
snc.steve@gmail.com
4 PLAINTIFF, In Propria Persona
5
6
7
8 **UNITED STATES DISTRICT COURT,**
9 **NORTHERN DISTRICT OF CALIFORNIA,**
10 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 11 STEVE WILSON BRIGGS, | Civ No: 20-CV-1596-VC |
| 12     Plaintiff, | |
| 13     vs | Plaintiff's Fourth |
| 14 JAMES CAMERON et al, | Request For Judicial Notice |
| 15     Defendants. | |

16
17
18
19
20
21
22
23
24
25
26
27
28

**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE**

**MEMORANDUM**

The Plaintiff submits this Fourth Request for Judicial Notice pursuant to Federal Rules of Evidence (FRE) 201.

FRE 201(b) instructs that the Court "may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."

FRE 201(c) instructs that the Court "(1) may take judicial notice on its own; or (2) must take judicial notice if a party requests it and the court is supplied with the necessary information."

FRE 201(d) instructs that the Court "may take judicial notice at any stage of the proceeding."

## STATEMENT OF FACTS

The Plaintiff has filed several motions in limine to include new facts and evidence Three of these motions in limine claim that a man named Steve Weinstein, who founded the *MovieLabs*, and who was Chief Strategist for the *Liberate Technologies*, also taught a program called "Hacking For Defense," at Stanford University. However, the Plaintiff believes that the document(s) that he selected to attach to these motions, to support this fact, is/are not very strong. Thus, the Plaintiff is filinging this Request For Judicial Notice to submit two irrefutable documents, so the Court can be certain that (1) Weinstein teaches hacking to prospective U.S. intelligence candidates at Standford, and (2) Weinstein is, in fact, a world-class hacker (who used his hacking skills to assist the Defendants and their film industry associates hack into the Plaintiff's computer files and his phone).

**FACTS AND EVIDENCE**

**First Item For Judicial Notice**

**EXHIBIT A** (see attachment): A PDF of a web page of The Sixteenth Airforce's website (at: https://www.16af.af.mil/News/Photos/igphoto/2001899947/) showing a photo

of Steve Weinstein teaching students in his "Hackin For Defense" class. The text below the photo reads:

> "**Steve Weinstein, Stanford University professor, speaks to a group of students during a Hacking for Defense class in Silicon Valley, California, Feb. 12, 2018. H4D is a non-profit program between Stanford students and military or adjacent industries that focuses on solving national security issues.** (U.S. Air Force photo by Senior Airman Ashley L. Gardner/ Released)"

### Second Item For Judicial Notice

**EXHIBIT B** (see attachment): A screenshot from the Stanford University website (hacking4defense.stanford.edu/teaching-team.html) stating that Steve Weinstein teaches Hacking For Defense.

### Summary

These facts support the Plaintiff's allegations (1) that Steve Weinstein teaches hacking for propspective intelligence agency candidates at Stanford University, and (2) Steve Weinstein is an elite professional hacker. These facts make the allegations of the Complaint more probable.

### CONCLUSION

For all of the foregoing reasons the Court should grant this request for judicial notice.

Dated: October 5, 2020.                     Respectfully Submitted,

                                            /s/ Steve Wilson Briggs
                                            Plaintiff, In Propria Persona

# Exhibit A

# SIXTEENTH AIR FORCE (AIR FORCES CYBER)

Search Sixteenth Air F

(http://www.16af.af.mil/)
(HTTP://WWW.16AF.AF.MIL/)

**HOME (HTTP://WWW.16AF.AF.MIL/)**   **ABOUT US** ⌄ **(HTTP://WWW.16AF.AF.MIL/ABOUT-US/)**

**NEWS** ⌄ **(HTTP://WWW.16AF.AF.MIL/NEWS/)**

**RESOURCES** ⌄ **(HTTP://WWW.16AF.AF.MIL/RESOURCES/)**

**UNITS** ⌄ **(HTTP://WWW.16AF.AF.MIL/UNITS/)**   **CONTACT (HTTP://WWW.16AF.AF.MIL/QUESTIONS/)**

**COVID-19** ⌄ **(HTTPS://WWW.AF.MIL/NEWS/CORONAVIRUS-DISEASE-2019/)**

HOME (HTTP://WWW.16AF.AF.MIL/) › NEWS (HTTP://WWW.16AF.AF.MIL/NEWS/) › PHOTOS

## Photos

| Keyword .. | Search | Tag .. | Search | All Images ▾ | Upload Date ▾ |



(https://media.defense.gov/2018/Apr/05/2001899947/-1/-1/0/180212-F-VU971-001.JPG)

## Innovative approach to defense challenges

Steve Weinstein, Stanford University professor, speaks to a group of students during a Hacking for Defense class inSilicon Valley, California, Feb. 12, 2018. H4D is a non-profit program between Stanford students and military or adjacent industries that focuses on solving national security issues. (U.S. Air Force photo by Senior Airman Ashley L. Gardner/ Released)

---

⬇ **Download Image:** Full Size (0.2 MB) (https://media.defense.gov/2018/Apr/05/2001899947/-1/-1/0/180212-F-VU971-001.JPG)

🏷 **Tags:** 480th ISRW (http://www.16af.af.mil/News/Photos/?igtag=480th ISRW), 548th ISRG (http://www.16af.af.mil/News/Photos/?igtag=548th ISRG), DGS-2: Air Force Innovation (http://www.16af.af.mil/News/Photos/?igtag=DGS-2: Air Force Innovation), ACC (http://www.16af.af.mil/News/Photos/?igtag=ACC), 9 IS (http://www.16af.af.mil/News/Photos/?igtag=9 IS), Hacking 4 Defense (http://www.16af.af.mil/News/Photos/?igtag=Hacking 4 Defense)

Skip to main content (Press Enter)

Innovative approach to defense challenges.

**Photo by:** Master Sgt. Richard Williams | **VIRIN:** 180212-F-VU971-001.JPG

Photo Gallery (https://www.16af.af.mil/News/Photos)

---

## QUICK LINKS

Site Map (/Site_Map)

AF Sites (http://www.af.mil/AF-Sites/)

Accessibility (https://dodcio.defense.gov/DoDSection508/Std-Stmt/)

DVIDS (https://www.dvidshub.net/unit/16AFC)

EEO (http://www.af.mil/Equal-Opportunity/)

FOIA (http://www.foia.af.mil/)

IG (https://www.afinspectorgeneral.af.mil/)

Joint Base San Antonio (https://www.jbsa.mil/)

Link Disclaimer (http://www.af.mil/Disclaimer/)

No FEAR Act (http://prhome.defense.gov/nofear)

SAPR (http://www.af.mil/SAPR/)

Small Business Support (http://www.airforcesmallbiz.af.mil?source=GovD)

Suicide Prevention (http://www.airforcemedicine.af.mil/SuicidePrevention/)

USA.gov (http://www.usa.gov/)

YouTube (https://www.youtube.com/channel/UC85wW7yrbVpzsWstwSf view_as=subscriber)

---

## CONNECT

f  t  instagram

(https://www.af.mil/AF... (https://twitter.com/USAF) (https://...f...)

**Official United States Air Force Website**

40

# Exhibit B



1       It sounds as if Ms Pallante was trying to tell Congressman Conyers that the Librarian

2  of Congress can use her *information technology* authority to alter and override the

3  Copyright Office's work, according to the Librarian of Congress' "priorities." (Was Pallante

4  alluding to document falsification?) Pallante also informed Mr. Conyers that the staff at the

5  Copyright Office were unduly underpaid compared to other intellectual property branches.

6       A year later, a new Librarian of Congress was appointed, **Carla Hayden**.

7       Almost as if Carla Hayden had a predetermined objective, just 5 weeks after she

8  became the new LOC, she fired Maria Pallante as the Register of Copyrights, by demoting

9  Pallante to "senior advisor for digital strategy," a position that Pallante did not accept.

10  As Wikipedia explains:

11       "On October 21, 2016, Pallante was abruptly removed from her position.

12       Librarian of Congress Carla Hayden said she had been appointed senior
     advisor for digital strategy, an appointment made without Pallante's prior

13       knowledge. Rather than accept the position, Pallante submitted her
     resignation on October 24, 2016. (Wikipedia: "Maria Pallante")

14

15       Thus, Congress did not act on Maria Pallante's advice to make the Copyright Office

16  independent of the LOC; A year later, a seemingly corrupt LOC (Carla Hayden) was

17  appointed; A month later, Maria Pallante was fired.

18       In Maria Pallante's place, Carla Hayden appointed **Karyn Temple** as the new

19  Register of Copyrights. Karyn Temple was appointed on the very day Maria Pallante was

20  fired, October 21, 2016.

21       Most of the fraud and falsification at the US Copyright Office (which the Plaintiff

22  has recently documented in his various *declarations*, *motions in limine* and *requests for*

23  *judicial notice*) occurred under Karyn Temple, between 2016 and 2019.

24       Interestingly, the Complaint documents how the Plaintiff discovered he was being

25  hacked by the Defendants as he wrote the Complaint, and documents how the Plaintiff

26  observed that many parties associated with the Defendants began resigning and closing their

27  businesses as the Plaintiff wrote his Complaint. These incidents occurred between Late

28  August 2019 and March 3, 2020. And like all of the previously noted resignations, the

Plaintiff's Fifth Motion In Limine To Include New Facts And Evidence

6

1  Wikipedia entry on *Karyn Temple* explains that Temple resigned from the US Copyright
2  Office on January 3, 2020 (the same period when many people associated with the
3  infringement of the Plaintiff's property were suddenly resigning).

4      Extremely suspiciously, immediately after leaving the US Copyright Office, Karyn
5  Temple was hired at the **Motion Picture Association** (**MPA**). The MPA is the same
6  organization that formed **Motion Picture Laboratories, Inc** (commonly known as
7  **MovieLabs**), in 2006/2007, shortly after the Plaintiff's screenplay was accessed. On August
8  25, 2020 the Plaintiff filed a document titled *Plaintiff's Third Motion In Limine For The*
9  *Inclusion Of New Facts And Evidence*, which explained:

10      Plaintiff discovered that 6 months after Defendants Zero Gravity Management
11      LLC (ZGM), News Corp and Twentieth Century Fox (20CFOX) accessed his
        work, the "Big 6" Hollywood film studios (Disney, 20CFOX, Paramount,
12      Universal, Warner Bros and Sony Pictures) created the company *Motion*
13      *Picture Laboratories Inc* (MovieLabs). This company directly connects all 6
        major film companies to the ongoing Access and Infringement of the
14      Plaintiff's work. MovieLabs was/is composed of elite hackers, including
15      founder **Steve Weinstein**, who teaches hacking at Stanford University in a
        program called "Hacking For Defense," a program that prepares qualified
16      University students to hack for US intelligence agencies and the military.
        MovieLabs also employed Defendant 20CFOX's Chief Technology Officer
17      (Hanno Basse) on its board for 7 years, and currently employs Sony Pictures'
18      former Chief Technology Officer (Richard Berger) as its CEO. Although the
        Plaintiff has no obligation to prove the existence of, or locate, any "hackers"
19      that the Defendants and their associates may employ, the evidence indicates
20      that MovieLabs true purpose was to hack into the Plaintiff's phones,
        computers, online storage and email.
21

22      Thus, it appears that the Defendants and their associates, who comprise the American
23  FIlm Industry, gave Karyn Temple a comfortable job at the MPA, seemingly as a reward for
24  using the US Copyright Office to produce falsified documents for the film industry.

25      It is unlikely that Carla Hayden and Karyn Temple devised this plan to use the US
26  Copyright Office to falsify documents for the film industry. Rather, the Plaintiff' suspects
27  the plan was coordinated by Rahm Emanuel (who worked for the Clinton and Obama
28  administrations), and Rahm's brother Ari Emanuel (who started working in the film industry

Plaintiff's Fifth Motion In Limine To Include New Facts And Evidence

1  in the 1980s). It should also be observed that before going to the Copyright Office, Karyn
2  Temple worked for *Williams & Connolly, LLP*, perhaps the most exclusive and respected
3  law firm in the US; representing many Hollywood studios (Disney, etc).

All American Entertainment

5  While researching these matters, the Plaintiff discovered that the current Librarian of
6  Congress, **Carla Hayden**, is listed on the website of a talent agency called *All American*
7  *Entertainment* (**AAE**), at https://www.allamericanentertainment.com. Carla Hayden's page
8  indicated that she was represented by AAE, and indicated that Hayden was available for
9  speaking engagements though AAE's website. The Plaintiff has worked in or around the
10 entertainment industry, on and off, for several decades, however he had never heard of
11 AAE. The AAE "About Us" web page looked as if the company, and the website, were a
12 family-run outfit. But the AAE client list is unparalleled in its breadth of A-list celebrities.
13 (See **Exhibit D**, AllAmericanEntertainment.com's "About Us" page.)

14 The Court might observe that Defendant **Google** (a Defendant herein) and **Microsoft**
15 are both client/sponsors of the AAE website (see Exhibit D), precisely as they were named
16 as clients/sponsors of Defendant Michael Pierce's 212dfc.com website.

17 AAE seems to be dedicated to arranging speaking engagements for these celebrities.
18 But from the Plaintiff's research, most of AAE's talent seems to come from Ari Emanuel's
19 WME (William Morris Endeavor) talent agency (a subsidiary of Endeavor). Surprisingly,
20 many of the parties named in this action are listed on AAE's website. Among the
21 billionaire technology CEOs listed on AAE's website are Amazon's Jeff Bezos, Microsoft's
22 Bill Gates, Google's Larry Page and Sergey Brin, Richard Branson, Palantir's Peter Thiel
23 and Alex Karp, and many others.

24 The Plaintiff found no other publicly appointed or elected officials on the AAE
25 website, except Carla Hayden. The Plaintiff has attached **Exhibit E**: the contact/booking
26 pages of 24 celebrities listed on the *All American Entertainment* website—all of whom are
27 connected to the infringement of the Plaintiff's intellectual property. The Court will find
28 Carla Hayden's contact/booking page is on the first page of this group. Exhibit E includes

Plaintiff's Fifth Motion In Limine To Include New Facts And Evidence

1   the following A-list celebrities and technology innovators, listed sequentially:

2     1. Carla Hayden (Librarian of Congress)

3     2. Alex Karp (Palantir)

4     3. Ari Emanuel (MRC, WME, Endeavor)

5     4. Ben Affleck

6     5. Bill Gates (Microsoft)

7     6. Bob Iger (Disney)

8     7. **Brewster Kahle** (owner of Defendant Internet Archive)

9     8. Christopher Nolan

10    9. Dana Brunetti

11    **10. Eric Trump**

12    11. George Lucas

13    12. James Murdoch (son of Rupert Murdoch—owner of Def **News Corp** and **20CFOX**)

14    13. Jeff Bezos (Amazon.com)

15    14. Jon Feltheimer (Liongate)

16    15. Jonathan Nolan

17    16. Larry Page (Owner of Defendant Google LLC)

18    17. Matt Damon

19    18. Peter Thiel (owner of Palantir)

20    19. Reed Hastings (Netflix)

21    20. Richard Branson (Virgin Galactic)

22    21. Sergey Brin (owner of Defendant Google LLC)

23    22. Simon Kinberg

24    23. Steven Spielberg (the first infringer of Plaintiff's work)

25    24. Suzanne Collins

26    ● The most telling personality on this list is Brewster Kahle, founder/CEO of Def

27  Internet Archive. Kahle is a quiet, little-known personality, who is only on this list to receive

28  payments for falsifying web crawls (see Complaint) for the other conspirators.

Plaintiff's Fifth Motion In Limine To Include New Facts And Evidence

1     It is odd that these celebrities are on this site, because most, perhaps all of these

2    celebrity actors and directors (Ben Affleck, Matt Damon, Chistopher Nolan, Jonathan

3    Nolan….) are already represented by other talent agencies, such as WME and CAA, and

4    these talent agencies have <u>exclusive</u> representation contracts. Another problem with the

5    AAE website is it is redundant, as all major talent agencies have their own websites/pages

6    for booking clients for *speaking* engagement. (See **Exhibit F**: a PDF of WME's "speakers"

7    site/page, showing an extensive list of clients available for speaking engagements.)

8    The Film Industry Fraudulently Backdates

9    *All American Entertainment*

10    Like many of the companies that infringe the Plaintiff's work, All American

11    Entertainment fraudulently tries to backdate its existence by creating a fraudulent backstory

12    that the company was created by Greg Friedlander in 2002 (in either North Carolina or

13    New York; the story is not clear). (See Exhibit D.) However, by going to the

14    **OpenCorporates.com** website, the Plaintiff discovered that *All American Entertainment*

15    was not created in 2002.  Rather, like many of the infringers of the Plaintiff's work (who

16    rushed out and formed new companies after January 20, 2006—the day that Zero Gravity

17    Management first accessed the Plaintiff's work), *All American Entertainment, Inc* was

18    formed in Florida, <u>March 14, 2006</u>**. (See Exhibit G**, *All American Entertainment, Inc*'s

19    OpenCorporates.com business entity statement.) This business entity statement indicates

20    that **Terrence Shea** is the true President of *All American Entertainment, Inc.* (**AAEI**)

21    (OpenCorporates.com is a web service that aggregates business statements and information

22    from all 50 United States, and many foreign nations, into a single online source.)

23    The Plaintiff's research showed that there was never an *All American Entertainment*

24    formed in North Carolina, and the *All American Entertainment Inc* in New York was

25    created in 1985, and has been **inactive** for untold years. Although the Plaintiff found 11

26    companies called "All American Entertainment" (with an *Inc*, *LLC* or *Corp* suffix), the

27    Plaintiff deduced that the Florida based business was the correct business by looking for

28    "Active" companies (many/most of the companies were inactive or defunct), and by

1    analyzing the remaining companies' transaction activity on CorporationWiki.com.

2        Because All American Entertainment's website's "About Us" page stated that Greg

3    Friedlander created the company in 2002, the Plaintiff also searched OpenCorporates for all

4    businesses with an officer named *Greg Friedlander*. That search returned 7 results. (See

5    **Exhibit H**.) Exhibit H shows Greg Friedlander is connected to 7 businesses; 6 of these

6    businesses were created between 2011 and 2017. One of these businesses, *Entertainment*

7    *Venture Group LLC*, was created on **March 9, 2006**, seven weeks after the Defendant Zero

8    Gravity Management LLC accessed the Plaintiff's work. (See Exhibit H, bottom listing.)

9    However, *Entertainment Venture Group LLC* dissolved in 2010 (see Exhibit H).

10       According to WhoIs.net (www.whois.net) the AAE website was created December

11   2006, the same year that the Florida *All American Entertainment, Inc* company was created

12   (see **Exhibit I**), 11 months after the Plaintiff's screenplay was unlawfully accessed.

13       By going to CorporationWiki (www.corporationwiki.com) and entering the words

14   "All American Entertainment, Inc" into the search browser, then clicking "search", the

15   CorporationWiki results provide a business transaction cash-flow chart that shows a

16   number of people and companies transferring money to *All American Entertainment Inc*,

17   and to Terrence Shea. This cash flow chart also shows Shea sends money to *All American*

18   *Entertainment, Inc*. (See **Exhibit J**, a PDF of said AAEI CorporationWiki cash flow chart.)

19       The Complaint speculates that the Defendants may intend to actualize the Plaintiff's

20   vision of a world where immortality through technology is possible, and where a virtual

21   time Machine (*the Accelerator*) is achieved by making an exact digital replica/simulation

22   of Earth and the Universe, which intakes all available <u>real</u> data (from purchases, weather,

23   GPS, satellites, cameras, cell-phone, internet, etc.), complimented by an advanced *MRI*

24   *scanning* technology that takes precise brain/soul/body scans of all known actual citizens,

25   then converts these scans into perfect digital reproductions ("neuro-gens") of the actual

26   people, then inserts the neuro-gens into the *Accelerator*—which can then be accelerated

27   thousands of times faster than the actual world; necessary to predict crime and other events.

28       If the Plaintiff is correct that the Defendants/conspirators intend to develop his ill

Plaintiff's Fifth Motion In Limine To Include New Facts And Evidence

11

advised technologies, it would not be surprising that, according to the CorporationWiki cash-flow chart (Ex J), among the businesses that are connected to **All American Entertainment, Inc** are: (1) a scanning company, **Imaging Equipment International, Ltd**; (2) biomedical companies, **American Biomedical Corporation**, and **Minimatic Implant Technology**; (3) a technology company, **It - Innovation Technologies, Inc**; (4) an entertainment entity, **Luxor Entertainment, Inc**; and (5) a gaming company, **Games On The Go Franchising, LLC**.

Terrence Shea (also known as Terry Shea) is also identified as the "president" of 3 other companies based in Deerfield Beach, Florida. The companies that name Terrence Shea as "president" are: 1. *Games On The Go Franchising LLC*, 2. *Luxor Entertainment Inc*, 3. *Sheaboats Incorporated*. (See **Exhibit K**: OpenCorprate's business entity statements for 1. Games On The Go Franchising, LLC, 2. Luxor Entertainment Inc, 3. Sheaboats Incorporated.)

A person named *Ingo K Kozak* is named as the vice-president of Luxor Entertainment Inc, and Sheaboats Incorporated.

All four of Terrence Shea's businesses are located in Deerfield Beach, Florida.

The Trump Connection

Terrence Shea's businesses, located in Deerfield Beach Florida, <u>are only 29 miles from US President Donald Trump's residence, at Mar-a-Lago</u>, Palm Beach, Florida.

The proximity of Shea's businesses to Trump's Mar-a-Lago home is relevant because **<u>Eric Trump</u>** is listed as a client of All American Entertainment (see page 8, or see Exhibit E). <u>This is relevant because the Complaint shows that **Steven Mnuchin** (US Secretary of the Treasury, appointed by Donald Trump) is named on the *Avatar* Copyright</u>, central in this action. This is also relevant because prior to being elected President, Donald Trump was personally represented by famed talent agent Ari Emanual (who was named in Plaintiff's prior suit *Briggs v Spacey*). <u>The Complaint also explains that Ari Emanuel and WME also represented Wayne Kramer, who is identified in the Complaint as a member of Zero Gravity Management, LLC, the company that unlawfully accessed the Plaintiff's</u>

Plaintiff's Fifth Motion In Limine To Include New Facts And Evidence

12

1  screenplay and delivered it to the other Defendants and infringers.

2  From these facts, it is quite possible that **Eric Trump** uses AAE/AAEI to collect

3  payments for his father, Donald Trump. Terrence Shea's businesses' proximity to Trump's

4  Mar-a-Lago residence (29 miles) would make managing affairs much easier.

5  The Russian Connection

6  On the previous CorporationWiki *cash flow* graphic web page for "All American

7  Entertainment, Inc" (Exhibit J), if one clicks on the rectangle with the business entity name

8  "Imaging Equipment International, Ltd," the screen will direct to a new cash flow chart,

9  showing the cash flow trends between *Imaging Equipment International Ltd* and its nearest

10  business partners. (See **Exhibit L**.) This chart shows that 3 parties, who appear to be

11  Russian/Ukrainians, (Yury Mamtze, Vadim Grishchenko, and Robert Chmielinski), all pay

12  money into *Imaging Equipment International, Ltd.*

13  OpenCorporates.com's page for *Imaging Equipment International, Ltd*, also

14  indicates that Vadim Grishchenko is the company's president, and Yury Mamtzev is the

15  director and treasurer, and Robert Chmielinski is the Secretary. (See **Exhibit M**.)  This

16  company is located at: 4625 WEST NEVSO DR STE 2, LAS VEGAS, NV, 89103.

17  Robert Chmielinski is also the secretary of *It - Innovation Technologies, Inc*, also

18  located at 4625 WEST NEVSO DR STE 2, LAS VEGAS, NV, 89103. (See **Exhibit N**, the

19  OpenCorporates.com business entity statement for *It - Innovation Technologies, Inc.*)

20  Vadim Grishchenko's *LinkedIn* webpage indicates he is Ukrainian. (See **Exhibit O**.)

21  The Plaintiff suspects these individuals are Russians.

22  Thus, if the Court re-examines Exhibit J, (the cash flow chart of *All American

23  Entertainment Inc*), it will see that *Imaging Equipment International, Ltd* sends money to

24  Robert Chmielinski, and Chmielinski sends money to *All American Entertainment, Inc*.

25  *Imaging  Equipment  International  Ltd*  is  listed  on  *BizStanding.com*

26  (at  https://bizstanding.com/directory/MA/IM/44/).  (See  **Exhibit P**.)  This  BizStanding

27  listing shows that Vadim Grishchenko is the president of *Imaging Equipment International,*

28  *Ltd*, and Yury Mamtzev is director and treasurer, and Robert Chmielinski is the secretary.

Plaintiff's Fifth Motion In Limine To Include New Facts And Evidence

Quid Pro Quo

As the preceding cash-flow charts suggest, **All American Entertainment Inc** was created to receive money from **Imaging Equipment International Ltd** and **It - Innovation Technologies, Inc**. Again, the Plaintiff believes these companies intend to actualize his ideas (specifically, the conspirators appear intent to develop: 1. the mind/soul/body scanner; 2. *the Accelerator*; 3. lunar mining/refining technology; 4. anti-aging therapeutics; 5. Comet and/or asteroid harnessing and mining; 6. a satellite city for the ultra-rich; 6. space tourism). The Plaintiff is uncertain if *All American Entertainment Inc*, *Imaging Equipment International Ltd*, or *It - Innovation Technologies Inc* make any material contributions toward producing these technologies, or if they just move money to the actual product developers. But, because Google and Microsoft have been very involved in 3D brain image scanning, for some time (see Exhibit HH), the Plaintiff believes Microsoft and Google are the actual technology developers.

Again, the cash-flow charts indicate Russia is financing these projects. So, logically, between now and the time the conspirators might develop any technology, Russia will expect access to all data collected on Americans. Plaintiff predicts that conspirators like Bill Gates, Jeff Bezos, Peter Thiel and Alex Karp (all listed on the AAE *talent* website) receive payments for their role in stealing the personal data of private American citizens.

Another Donald Trump Connection?

The Complaint shows that in January 2006 the Defs accessed the Plaintiff's script, and shortly thereafter they began forming various new businesses and partnerships. Consistent with this, in 2006, 2007, 2008 and 2009, Donald Trump branded several new Trump towers in Florida, and he and his children began to visit Russia more often.

**Trump Takes Action In Furtherance Of The Defs'/Conspirators' Plan**

Evidence that Donald Trump acted in furtherance of the conspirators' theft of the Plaintiff's ideas (to create a mass aggregated data based surveillance system), by using government websites and the Internet Archive to publish and fraudulently backdate false documents related to the infringement of the Plaintiff's work, is presented on pp 23 to 25.

Plaintiff's Fifth Motion In Limine To Include New Facts And Evidence

14

<u>Ongoing Document Falsification and Fraud</u>

<u>At The US Copyright Office</u>

The Plaintiff provides the following information regarding ongoing and expanding fraud and document falsification at the US Copyright Office, related to the Plaintiff's works, to inform the Court and the public of the extent and nature of the Defendants and their film industry associates' routine infringement of the Plaintiff's works, and their reliance on the US Copyright Office to support this scheme. Although these facts are related to the infringement of the Plaintiff's work, these facts are not necessarily related to the defendants in this action. The Plaintiff presents these facts because they tend to make the facts and allegations of the Complaint more probable, per FRE Rule 401.

<u>Fraud at the Copyright Office & Nielsen</u>

<u>Re: Reed Hastings'/Netflix's *Altered Carbon*</u>

On August 27, 2020, the Plaintiff found a story on his Google news-feed that Netflix and Reed Hastings were cancelling the Netflix series Altered Carbon. The Plaintiff then read a brief description of the plot and determined that there was sufficient similarity to his original work to sustain an Infringement action.

Like others of the Defendants' and their associates' infringing derivative works, Hastings and Netflix included a false backstory on the Wikipedia entry for *Altered Carbon*, explaining that Altered Carbon was based on an eponymous book by Richard Morgan.

The Wikipedia entry for the "Altered Carbon" book (see **Exhibit Q**) indicated that the book was published in 2002, only in the UK, by a smaller publisher, *Victor Gollancz LTD*, a subsidiary of *Orion Publishing Group*.

The Plaintiff then checked the UK copyright records for "Altered Carbon" and found nothing to suggest it was published before 2015. (See **Exhibit R**: an "Altered Carbon" copyright search on the UK's Copyright Licensing Agency's website, at: https://www.cla.co.uk/check-permissions/search-publications?query=Altered%20Carbon&licenceType=132 .) In fact, the UK system only had thirteen digit ISBN numbers for the book. Thirteen digit ISBN numbers were not issued until 2007. Before 2007 ISBN numbers

Plaintiff's Fifth Motion In Limine To Include New Facts And Evidence

1 were 10 digits long. Since Altered Carbon alleges to have been published in 2002, but it
2 does not have a ten digit ISBN, but a 13 digit ISBN—issued after 2007, the claim that the
3 Altered Carbon book was released in 2002 is clearly false.

4      Another problem is that the earliest ISBN listed in the UK system indicated that
5 Altered Carbon was issued in the United States. By comparing the various UK Altered
6 Carbon Copyright Licensing Agency's ISBN numbers, listed in Exhibit R, one sees that the
7 earliest number is associated with listing #3 indicates the Country of Publication is the USA.
8 [NOTE: The ISBN system is easy to abuse. Book publishers can buy thousands of ISBNs in
9 advance, then assign them to books 10, 20 or 30 years later. This happens often. But most
10 book publishers are not using this flaw in the ISBN system to backdate books; rather, they
11 are just using up their supply of pre-purchased ISBNs.]

12      When the Plaintiff checked "Altered Carbon" in the US Copyright Office he found
13 broad signs of falsification. In a recently filed *declaration* and a recently filed *request for*
14 *judicial notice*, the Plaintiff showed, using his own copyright registration, that the US
15 copyright office does not ordinarily back-file (or backdate) registrations that claim an earlier
16 completion date. However, when the Plaintiff entered the title "Altered Carbon" into the
17 Copyright Office's website search browser, then clicked "search," and arranged the results
18 sequentially, the earliest *Altered Carbon* document indicated it was filed in 2002. (See
19 **Exhibit S**: Copyright Office "Altered Carbon" search). But when the Plaintiff clicked the
20 link to this copyright registration, the registration clearly indicated it was not submitted until
21 **September 2015**. (See **Exhibit T**, *Altered Carbon* copyright registration.) Thus, yet again,
22 the US Copyright Office has fraudulently back-filed a foreign registration to 2002.

23      If the Court examines the Plaintiff's original *Altered Carbon* Copyright Office
24 website search (Exhibit S), the Court will notice that the first document listed is a text
25 document, identified with a "TX," followed by ten numerical digits. This item, again, was
26 fraudulently listed as being a 2002 document; when, in fact, it was submitted in 2015. The
27 next problem is the 6 registrations that are listed immediately below the top copyright
28 registration. (See **Exhibit U**, six "V notice" registrations for Altered Carbon.)

Plaintiff's Fifth Motion In Limine To Include New Facts And Evidence

16

**SUPPLEMENTAL FACTS & EVIDENCE**

**Liberate Technologies**

The facts contained under this heading are presented to show that Defs News Corp and 20th Century Fox began working with the elite hackers of MovieLabs (Steve Weinstein, Raymond Drewry, Craigs Seidel, Jim Helman) back in 1999, when News Corp partnered with Oracle's secret hacking company *Liberate Technologies* (**Liberate**), where Weinstein and the others then worked. Liberate closed in 2005, and was re-opened in July 2006, renamed "MovieLabs," and Weinstein, Drewry, Seidel and Helman moved to MovieLabs.

MovieLabs' founding *executives* (Weinstein, Drewry, Seidel, Helman) worked together, between 1995 and 2006, 11 years earlier than previously known, at *Liberate Technologies*. (See **Exhibit HH**: MovieLabs' "Team" bios showing Drewry, Seidel, Helman worked at Liberate.) Liberate's SEC Form 10-K (**Exhibit II**) says it formed in 1995, and was originally named *Network Computer, Inc.* ("**NCI**"), a subsidiary of **Oracle Corp**. NCI changed its name to *Liberate Technologies*, May of 1999.

Steve Weinstein, on his Stanford University faculty page (see **Exhibit JJ**), claims he was "a founding executive and Chief Strategist and Technologist at Liberate Technologies."

The Plaintiff also found, online, *IEEE Security*'s final program for the *1999 IEEE Symposium on Security and Privacy Special 20th Anniversary Program*. The convention involved a large number of hackers and technology specialists. NCI (*Liberate*) participated, represented by **Steve Weinstein**, and led a presentation called "NCI Security Architecture." This program is not attached, as it may contain classified information.

November 1999, Defendant News Corporation partnered with Liberate, via Star TV. (See **Exhibit KK**.) Plaintiff contends that News Corporation, one of Liberate's only known "*clients*," or *partners,* used Liberate to hack into Plaintiff's files from late 1999 to 2006.

Sept 2004, *SFGate* reported (**Exhibit LL**) that federal prosecutors indicted Liberate Technologies' COO, Donald Fitzpatrick, alleging Liberate used its own funds to create the false appearance of legitimate revenue. Since a hacking company cannot afford *bad press* and federal investigations, 4 months later, Jan 2005, Comcast bought all of Liberate's assets.

Plaintiff's Fifth Motion In Limine To Include New Facts And Evidence

21

1       July 2006 ***MovieLabs*** was formed, with Weinstein, Drewry, Seidel and Helman.

2       September 2006, Liberate tried to take-over ***USA Truck, Inc***, but *USA Truck*

3 refused, and released a statement pointing out that Liberate had been a public company that

4 sold all of its assets in 2005. (See **Exhibit MM**, *USA Truck Inc*'s statement from

5 LawInsider.com.) This shows Comcast/NBCU (then owners of Liberate, and co-owners of

6 MovieLabs) tried to buy *USA Truck Inc*, in Liberate's name, to make Liberate appear as if it

7 were still in business. This was done to keep observers from noticing that all of Liberate

8 Technologies elite hackers (Weinstein, Drewry, Seidel, Helman) had moved to MovieLabs.

9       **The Lobby**

10       The Complaint explains that from December 2006 to around August 2007 the

11 Plaintiff posted a revised version of his script (featuring a detailed explanation of the

12 mind/soul scanner and the Accelerator) on TriggerStreet.com. Upon reading that revised

13 script, the Defendants/conspirators (who had already accessed this screenplay a year earlier,

14 January 20, 2006) were suddenly inspired to move very swiftly. Thus, Spring 2007, many of

15 the Defendants/conspirators began planning an exclusive convention, to occur later in 2007.

16       May 2, 2007, VentureBeat.com reported that a huge convention called "the Lobby"

17 would occur in late 2007, on the big island of Hawaii, and hundreds of the most powerful

18 figures in technology, film and financing would be present. The article included a lengthy

19 list of technology leaders, by name and title, including: **Jeff Bezos** CEO of Amazon, **Mark**

20 **Zuckerberg** CEO of Facebook, **Sergey Brin** and **Larry Page** CEOs of Google, **Peter**

21 **Thiel**, now with *Palantir*, and many more. (See **Exhibit NN**: The 2007 VentureBeat.com

22 article, titled "**The Lobby — are you on the list?**".)

23       "The Lobby" convention would not occur until October 24 through 26, 2007. (See

24 **Exhibit OO**, an announcement about "The Lobby" convention from a "*The Lobby*" web

25 posting, at https://thelobby.typepad.com.)

26       Although the event planners included many divergent companies, and may have

27 had secondary and tertiary objectives, one of the three giveaways that the event's primary

28 objective concerned infringing the Plaintiff's concept of *data aggregation* and his

Plaintiff's Fifth Motion In Limine To Include New Facts And Evidence

screenplay is the fact that major representatives from every major film studio were present (Viacom, Disney, 20th Century Fox, Sony Pictures, Warner Brothers, NBC Universal, Turner Broadcasting Systems, CBS, ABC, Apple, Microsoft, MTV), as were representatives from all of the new technology powerhouses. Meanwhile, older industries (telephone, cellphones, oil, air, car companies, etc) were conspicuously absent. Another giveaway that *The Lobby*'s true mission involved finding partners to develop the Plaintiff's concepts, is the presence of all of the now-known big-tech infringers of the Plaintiff's concepts (Microsoft, Google, Amazon, Palantir). But the **dead giveaway** that *the Lobby*'s true mission involved infringing the Plaintiff's work, is the presence of **Steve Weinstein**, CEO of **MovieLabs**. Again, Weinstein teaches hacking for America's intelligence agencies at Stanford University, in a program called *Hacking For Defense*. When this VentureBeats article was released, May 2007, MovieLabs was less than a year old, and Weinstein had been its CEO for less than a year. An unknown CEO, who was also the former Chief Strategist for the failed *Liberate Technologies* (a company that had just been through a federal fraud investigation), would be invited to this elite convention. Weinstein presence would be needed to teach the tech and film industry infringers how to use his hacking tools to access the Plaintiff's work, or to explain how he would distribute the stolen works/concepts.

Is *The Lobby* convention evidence of a tech and film industry plot to steal the Plaintiff's ideas? Who knows? Possibly. But the Plaintiff is not responsible for explaining all of the Defs' machinations. He is only responsible for showing *access* and *substantial similarity* between the Defs' work and his work(s).

**While In Office, Donald Trump Took Actions In Furtherance**

**Of The Conspirator's Theft Of The Plaintiff's Ideas, And Used Government**

**Agencies And The Internet Archive To Produce/Publish False Documents**

Shortly after discovering the facts and evidence indicating that (1) Trump may be connected to three Russian/Ukrainian men through a company called *All American Entertainment, Inc*, (see pp 1-14), and shortly after discovering the facts and evidence that (2) Trump may be involved in a private and probably unlawful private plan to create a

Plaintiff's Fifth Motion In Limine To Include New Facts And Evidence

23

1  National surveillance and defense system based on aggregated data (see pp 1-14), the

2  Plaintiff found new evidence that President Trump took action in furtherance of the

3  intellectual property theft of the Plaintiff's concept of an aggregated data based defense and

4  surveillance system, while in the Office of the Presidency. The evidence of this follows.

5       First, the Plaintiff believes he is (and is) the conceiver of the concept of "aggregate

6  data" and/or "data aggregation." The following facts and evidence support this. However,

7  whether the Plaintiff conceived of *data aggregation*, or not, is of secondary importance.

8  What is important, in this section, is that the evidence indicates that the Trump

9  administration used various websites, including federal and state sites, to publish false

10  documents. These false documents purport that the concept and terms "data aggregation" or

11  "aggregated data" were in the public lexicon before December 2006. (The Plaintiff

12  conceived of data aggregation in 2004, but introduced the terms "data aggregation" and/or

13  "aggregated data" in, or around, December 2006, in his screenplay *Butterfly Drive*r.)

14       On September 16, 2020, after discovering Donald Trump's connection to three

15  Ukrainian/Russians, and other related facts, the Plaintiff decided to *google* (perform a

16  Google Chrome web search) the phrase "**data aggregation**." He then modified this search,

17  by selecting the date parameters of January 1970 to December 2006. Google returned **128**

18  **results**. (See **Exhibit PP**: Google search results of the exact phrase "data aggregation.")

19       Because the Plaintiff is the actual conceiver of the concept of *data aggregation*, he

20  suspected that all of the search results would be fraudulent. Thus, the Plaintiff video-taped

21  himself running the first 26 Google search results of the phrase "data aggregation" through

22  the Internet Archive app.* The Plaintiff uploaded this video to YouTube.com, for the

23  Court's inspection; at **https://youtu.be/8E3qt2facA0**. The Plaintiff also produced a second

---

24      NOTE: The Complaint shows that the Internet Archive is a condemnable company

25  that produces fake web crawls for anyone who knows the secret handshake and pays

    enough money. The Plaintiff uses the IA search results, featured in the video evidence, to

26  show that (1) the fraud related to the Plaintiff's work is expansive, (2) the Defs and their

27  associates (Microsoft, Amazon, etc) were compelled by the Plaintiff's ideas of a

    surveillance system and an Earth/Universe simulator based data aggregation, (3) the IA is

28  continuing to produce fraudulent crawls, even as the Plaintiff writes this motion.

Plaintiff's Fifth Motion In Limine To Include New Facts And Evidence

24

1  video, that more closely analyzes the fake CDC page, and compares the fake IA crawls of

2  the fake page to the IA's actual CDC website crawl, at **https://youtu.be/2XTHKDMbrWs**.

3     In the first video, the Plaintiff explains why each of the 26 web pages is either

4  fraudulent, or fails to show that the web page existed before 2006. The Plaintiff only

5  checked the first 26 results, because checking all 128 would have taken countless hours. As

6  it is, the video of the 26 Google results is <u>over an hour</u>, and it took another 2 hours to set

7  up, trim, upload, etc. In the end, **ALL 26 Google Search results of the phrase "data**

8  **aggregation" were fraudulent** or insufficient, because of one of the following failings:

9     1. **The Internet Archive crawl was fraudulent** (the IA produced fraudulent web

10       crawls of eight (8) of these 26 Google search results, by using the same falsified

11       "year and asterisk" URL method described repeatedly in the complaint).

12     2. The Internet Archive had never crawled the page; or

13     3. The page was crawled by the IA, but not until years after December 2006.

14     Another sign of fraud is that the 26 Google results feature no social media results,

15  no chat rooms, no University discussion pages, no Amazon.com book reviews, and no

16  magazine or comic or sci-fi board discussions of the concept of "data aggregation."

17     President Trump is clearly behind these 26 fraudulent web pages, because three of

18  the 26 search results are on federal websites: 1. The CDC's website; 2. The Department of

19  Health and Human Services; and 3. The Department of Homeland Security (the PDF

20  located at  https://us-cert.cisa.gov/sites/default/files/publications/Data-Agg-120605.pdf  is

21  located on the DHS website.). Only the President of the United States has the authority to

22  order the publication of falsified information on all (or any) of these federal websites.

23                    **CONCLUSION**

24     For the foregoing reasons, the Plaintiff respectfully requests that the Court grant the

25  Plaintiff's Fifth Motion In Limine To Include New Facts And Evidence.

26   Dated: September 22, 2020.                    Respectfully Submitted,

27                                  /s/ Steve Wilson Briggs
                                   Plaintiff, In Propria Persona
28

Plaintiff's Fifth Motion In Limine To Include New Facts And Evidence

Case: 20-17229, 12/16/2020, ID: 11929150, DktEntry: 5, Page 61 of 78



☰   **AAE**       1.800.698.2536   [Login]

SPEAKERS

Your Location:   <u>Home</u>   ›   <u>Speakers</u>   ›   Eric Trump

 



# ERIC TRUMP

*Executive Vice President of The Trump Organization & Philanthropist*

✈ **Travels From:**   New York, NY, USA

$ **Speaking Fee:**   Live Event: <u>$50,000 - $100,000</u> ⓘ
            Virtual Event: <u>Please Contact</u>

⛓ **Categories:**   <u>Entertainers</u>, <u>Health and Wellness</u>, <u>Reality TV Stars</u>

| 📋 PROFILE | VIDEOS | | 📅 CHECK AVAILABILITY |

## Eric Trump Biography

Eric Frederick Trump is an American businessman, philanthropist, and former reality television personality. He is the third child and second son of President Donald Trump.

A fourth-generation businessman, he currently serves as a trustee and executive vice president of The Trump Organization, running the company alongside his older brother Donald Jr. He also served as a boardroom judge on his father's TV show *The Apprentice* from 2010 to 2015.

Eric F. Trump joined the Trump Organization in 2006 after graduating with honors from Georgetown University with a degree in Finance and Management and a minor in Psychology.

As the Executive Vice President of Development and acquisitions, Eric Trump is actively involved in all aspects of real estate development, both nationally and internationally. From the initial acquisitions and development partnership to final design, sales, and marketing functions, Eric Trump plays a

**Read more +**

## Eric Trump Videos



▶

Eric Trump's entire
Republican convention
speech - YouTube

**See All Videos »**

## FAQs on booking Eric Trump      ⌄

59

Case: 20-17229, 12/16/2020, ID: 11928150, DktEntry: 5, Page 62 of 78



☰ | Your Location: **Home** > **Speakers** > Bill Gates

1.800.698.2536 | Login

🖨 | ⭐



# BILL GATES

*Co-Founder of Microsoft; Co-Chair of the Bill & Melinda Gates Foundation*

✈ **Travels From:** Seattle, WA, USA

$ **Speaking Fee:** Live Event: $100,000 - $200,000 ⓘ
Virtual Event: Please Contact

⛭ **Categories:** Authors, Business Leaders, Education, Entrepreneurism, Innovation, Inspirational Speakers, Technology Speakers, TED, University Speakers, Viral Marketing

| PROFILE | VIDEOS | NEWS | | CHECK AVAILABILITY |

## Bill Gates Biography

Bill Gates is one of the best-known entrepreneurs and pioneers of the microcomputer revolution of the 1970s and 1980s. Gates is known for co-founding Microsoft Corporation. During his career at Microsoft, Gates held the positions of chairman, chief executive officer (CEO), president and chief software architect, while also being the largest individual shareholder until May 2014. After stepping down from Microsoft, Gates has pursued a number of philanthropic endeavors.

In 1975, Gates and Paul Allen co-founded Microsoft, which became the world's largest PC software company. During his career at Microsoft, Gates held the positions of chairman, CEO and chief software architect, while also being the largest individual shareholder until May 2014. Gates stepped down as CEO of Microsoft in January 2000, but he remained as chairman and created the position of chief software architect for himself. In June 2006, Gates announced that he would be transitioning from full-time work at Microsoft to part-time work and full-time work at the Bill & Melinda Gates

**Read more +**

## Bill Gates Videos



**How the pandemic will shape the near future | Bill Gates**

Bill Gates talks best (and worst) case scenarios for the coronavirus pandemic in the months ahead, explaining the challenges of reducing virus...



**Bill Gates and Stephanie Mehta - Aspen Ideas Festival**

Since its founding, the Bill & Melinda Gates Foundation has committed billions of dollars to the search for and distribution of vaccines across the...



**Talking Tech and 2020 with Bill Gates!**

Bill Gates is Back! We talk YouTube, Porsche Taycan, Coronavirus and tackling his inbox.

60

Case: 20-17229, 12/16/2020, ID: 11929150, DktEntry: 5, Page 63 of 78



☰    **AAE** SPEAKERS      1.800.698.2536    Login

Your Location:   Home   ›   Speakers   ›   Jeff Bezos

🖨  |   ⭐



# JEFF BEZOS

*Founder and CEO of Amazon*

✈ **Travels From:**   Seattle, WA, USA

$ **Speaking Fee:**   Live Event: $200,000 and above ⓘ
             Virtual Event: Please Contact

👥 **Categories:**   Business Growth, Business Leaders, Innovation,
             Technology Speakers, TED, Virtual Speakers

| 📋 PROFILE | VIDEOS | NEWS | | 📅 CHECK AVAILABILITY |

## Jeff Bezos Biography

Jeffrey Preston Bezos is an American technology and retail entrepreneur, investor, computer scientist, and philanthropist who is best known as the founder, chairman, and chief executive officer of Amazon.com, the world's largest online shopping retailer. The company began as an Internet merchant of books and expanded to a wide variety of products and services, most recently video streaming and audio streaming. Amazon.com is currently the world's largest Internet sales company on the World Wide Web, as well as the world's largest provider of cloud infrastructure services, which is available through its Amazon Web Services arm.

Bezos' other diversified business interests include aerospace and newspapers. He is the founder and manufacturer of Blue Origin (founded in 2000) with test flights to space which started in 2015, and plans for commercial suborbital human spaceflight beginning in 2018. In 2013, Bezos purchased The Washington Post newspaper. A number of other business investments are managed through Bezos

Read more +

## Jeff Bezos Videos



**JFK Space Summit: Fireside Chat with Jeff Bezos**

Jeff Bezos, Founder of Blue Origin, will join Ambassador Caroline Kennedy for a fireside chat about his vision for going to space to benefit Earth.



**Jeff Bezos At The Economic Club Of Washington**



**One of the Greatest Speeches Ever | Jeff Bezos**

Jeff Bezos's Life Changing Advice (Must Watch!!) The $160 billion dollar man share's his greatest advice with you.

61



☰  **AAE** SPEAKERS                     1.800.698.2536    [Login]

Your Location: __Home__ ❯ __Speakers__ ❯ Larry Page

🖨️ | ⭐



# LARRY PAGE

*CEO of Alphabet & Co-Founder of Google*

✈️ **Travels From:**  Los Altos, CA, USA

💲 **Speaking Fee:**  Live Event: __$100,000 - $200,000__ ⓘ
                      Virtual Event: __Please Contact__

👥 **Categories:**  __Arts & Humanities__, __Authors__, __Business Leaders__, __Creativity Speakers__, __Innovation__, __Leadership Speakers__, __Media__, __Religion__, __Religious Speakers__, __Social Media and Social Networking__, __Technology__, __Technology Speakers__, __TED__, __Virtual Speakers__

| 📋 PROFILE | VIDEOS | TOPICS | NEWS | | 📅 CHECK AVAILABILITY |

## Larry Page Biography

Larry Page was the former CEO and cofounder of Google, making him one of the ruling minds of the web. He is currently the CEO of Alphabet, the larger subsidiary of which Google is under.

Larry Page and Sergey Brin met in grad school at Stanford in the mid-'90s, and in 1996 started working on a search technology based on a new idea: that relevant results come from context. Their technology analyzed the number of times a given website was linked to by other sites — assuming that the more links, the more relevant the site — and ranked sites accordingly. In 1998, they opened Google in a garage-office in Menlo Park. In 1999 their software left beta and started its steady rise to web domination.

Beyond the company's ubiquitous search, including AdSense/AdWords, Google Maps, Google Earth and the mighty Gmail. In 2011, Page stepped back into his original role of chief executive officer. He now leads Google with high aims and big thinking, and finds time to devote to his projects like Google X, the idea lab for the out-there experiments that keep Google pushing the limits.

**Contact a speaker booking agent** to check availability on Larry Page and other top speakers and celebrities.

## Larry Page Videos



**Larry Page Commencement Speech at University of Michigan** ...17 ... Larry Page Commencement Speech at



**Larry Page at Zeitgeist Americas 2011**



**Larry Page & Q&A with Eric Schmidt at Zeitgeist Americas 2011**

62

1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
   snc.steve@gmail.com
4  PLAINTIFF In Propria Persona
5
6
7

8  **UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA,**
9  **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 10  STEVE WILSON BRIGGS, | Civ No: 20-CV-1596-WHO |
| 11  Plaintiff, | **PLAINTIFF'S AMENDED SECOND MOTION IN LIMINE TO INCLUDE NEW EVIDENCE, IN SUPPORT OF COMPLAINT, AND IN CONTEMPLATION OF DEF GOOGLE LLC'S MOTION TO DISMISS** |
| 12  vs | |
| 13  JAMES CAMERON et al, | |
| 14  Defendants. | |

15
16  **MEMORANDUM OF POINTS AND AUTHORITIES**

17      Plaintiff submits this second motion in limine to include new evidence, pursuant to

18  FRE Rule 401 and 402.  California Rules of Court, rule 3.1112(f) instructs that: "a motion

19  in limine filed before or during a trial need not be accompanied by a notice of hearing."

20                    **INTRODUCTION**

21  Plaintiff submits this second motion in limine to include extraordinary new evidence that:

22   a.  In **July 2008** (5 months before Avatar was released) Defendant (**Def**) Michael Pierce

23       created a business called ***212 Degrees Fahrenheit Corporation*** (**212DFC**);

24   b.  212DFC's website proudly names **<u>18</u>** "clients"—some of the most powerful

25       companies in the world, including **Google LLC**, Microsoft, and The U.S. Marines.

26   c.  Pierce dissolved 212DFC on **January 3, <u>2020</u>** (surely in effort to destroy business

27       and payment records between Def Google LLC, 212DFC and himself).

28   d.  Google LLC maintained business ties with Pierce from 2008 until January 2020.

e. 212DFC created a website, which is currently still active, at www.212dfc.com.

f. Def Internet Archive (**IA**) produced fraudulent crawls of the 212dfc.com website.

g. 212DFC's California business entity statement (**BES**) claims that it is a "**Video Production and Editing**" business.

h. Google LLC, Microsoft, The UFC and several other "clients" on 212DFC's client list would never need "video production and editing" services because these corporations have their own "in house" video production units and companies.

i. Google LLC manipulated Plaintiff's Chrome browser results to prevent Plaintiff from finding 212DFC's CA BES and website and related facts, until June 18 2020.

j. Google LLC's effort to prevent Plaintiff from discovering this evidence, after this matter was on the docket, was an effort to suppress evidence and subvert justice.

k. Def Michael Pierce created 212DFC to collect "hush" money from corporate infringers of Plaintiff's ideas.

This evidence could not have been submitted earlier because, as the evidence herein will show, and as the evidence in the Complaint shows, Def Google LLC manipulated Plaintiff's internet search results, preventing his discovery these web documents, and preventing his discovery of the business verification resource known as **OpenGovus.com**.

Because this evidence shows enduring corrupt connections between Defendants (**Defs**) Google LLC, Pierce, the Internet Archive, and Zero Gravity Management LLC (**ZGM**), and because the evidence shows that Google LLC continues to engage in the unlawful activities described in the Complaint, and herein, Plaintiff is hopeful that the Court will consider this new evidence as it contemplates Google LLC's motion to dismiss.

**EVIDENCE AND FACTS**

June 18 and 19, 2020, while conducting internet research related to this matter, Plaintiff discovered the following facts and evidence:

1. Def Google LLC (along with Microsoft and others) made payments to Def Michael Pierce (as "clients"), through the previously unknown company "*212 Degrees Fahrenheit Productions*". 212DFC was formed in California, July 2008, five months

PLAINTIFF'S AMENDED SECOND MOTION IN LIMINE TO INCLUDE NEW EVIDENCE

2

after the film *Taken* was released and 17 months <u>before</u> *Avatar* was released.

● See **Exhibit A**, CA Sec of State registration for 212 Degrees Fahrenheit Productions.

**2.** After 11 years, Pierce suddenly closed 212 Degrees Fahrenheit Productions, between Dec 31, 2019 and Jan 3, 2020, although the website remains active.

● See **Exhibit B**, 212 Degrees Fahrenheit Productons's CA Sec of State dissolution.

● See **Exhibit C**, a screenshot of the current 212dfc.com website.

**3.** Def Internet Archive (**IA**) created many fraudulent "crawls" of 212DFC's website.

● See **Exhibit D** (<u>inserted below</u>), a screenshot of the Internet Archive's crawl of 212DFC's website. [The 2020 "calendar page" redirects to this 2019 calendar page. If the Court is familiar with the Internet Archive, the Court will notice the fraudulent crawl "volume" timeline graph at the top of the page (these *volume* lines vary according to how many crawls occurred on a given day) show only three volume lengths, and they appear "fabricated", unlike the organic timeline graphs one would find on an authentic crawl —with many—perhaps 10—different volume lengths.]



● Also see **Exhibit E** (attached), a screenshot of a crawl of the 212dfc.com webpage from 2014. The Court will notice that the screen is blank—other than the outline of

Plaintiff's browser. Plaintiff suspects IA chose not to create "visible" fake crawls for 2 reasons: (1) to avoid implicating the U.S. Marines in the Defs' fraud; (2) if the IA were to show the *actual* crawls, going back to 2008, the crawls would show that Google LLC and Microsoft have been listed as "clients" since 2008.

**4.** 212DFC is an unknown film company with zero IMDb credits, and with no actual news articles written about it. Rather, it's online presence is a bunch of social media profiles and "reviews" (as one would expect from a fake company). Yet. this unknown company's clients are 18 of the world's most powerful corporations (Google, Microsoft, UFC, Vivendi*, American Express, State Farm, Shark Ninja, MetLife, McCann World Group, Chevrolet, GMC, DR+ On Demand, Square Panda, Lowe, The U.S. Marines, Mercury General, AIG, and USAA). 212DFC, is an entity that Pierce used to collect money from "clients" that unlawfully used Plaintiff's ideas. Thus, Pierce went from being a washed-up film producer in 2005, to an underworld titan who calls Google, Microsoft and the U.S. Marines his "clients."

● See **Exhibit F** (inserted below), a screenshot of some of 212DFC's "clients" corporate logos proudly displayed on Pierce's company's website.



the specific allegations being directed at each defendant in itself mandates dismissal of the Complaint.

### B. Plaintiff's Claims Should Be Dismissed Under First Amendment Principles.

On the merits, Plaintiff's claims should be dismissed under First Amendment principles because they seek to impose liability for a form of protected speech. As multiple courts have found, an Internet search engine's display of search results involves "editorial judgments," including determining which websites to include and omit in search results. *Zhang v. Baidu.com Inc.*, 10 F. Supp. 3d 433, 441 (S.D.N.Y. 2014). In *Zhang*, the plaintiffs brought various statutory claims against the operator of the Baidu.com search engine, alleging that the defendant purposely "design[s] its search-engine algorithms to favor" certain content while suppressing others. *Id*. at 440. The court dismissed the claims with prejudice, explaining that the plaintiff could not ask the court "to impose a penalty on Baidu" for "what it does and does not choose to say" through the display of search results based on its algorithms. *Id*. at 441. Similarly, in *e-ventures Worldwide, LLC v. Google, Inc.,* the court explained that Google's choices in omitting certain websites from search results while allowing others to appear is protected by the First Amendment. No. 2:14-cv-646-FtM-PAM-CM, 2017 WL 2210029, at *4 (M.D. Fla. Feb. 8, 2017). As the court explained, "Google's actions in formulating rankings for its search engine and in determining whether certain websites are contrary to Google's guidelines" are the types of decisions protected by the First Amendment "whether they are fair or unfair, or motivated by profit or altruism." *Id*. *See also Search King, Inc. v. Google Tech., Inc.*, No. CIV-02-1457-M, 2003 WL 21464568, at *3-4 (W.D. Okla. May 27, 2003) (holding that Google's PageRank, "a numerical representation of the relative significance of a particular web site," is protected speech and dismissing tort claims involving alleged manipulation of the PageRank for plaintiff's websites); *Langdon v. Google, Inc.*, 474 F. Supp. 2d 622, 629-30 (D. Del. 2007) (holding that plaintiff's demand for Google to "honestly rank" his websites in search results raised First Amendment concerns and dismissing claim as a matter of law).

Plaintiff's allegations against Google raise the same First Amendment concerns here. For example, Plaintiff complains that Google "prevented" information about Plaintiffs' prior

litigation "from appearing in any web searches" and "manipulated search results–to eliminate Plaintiff's film projects from Google's search results" while favoring other content about the *Avatar* film. (Compl. ¶¶ 325-326.) As Plaintiff summarizes, "Google/Chrome search results … display[] results that News Corp and 20CFOX wanted Plaintiff to see, and omitted valid results." (*Id*. at ¶ 654.) These are precisely the types of allegations that mandated dismissal in *Zhang*, *e-Ventures Worldwide*, and *Langdon*, all of which involved claims of suppressing content from search results. *See supra*. Similarly, Plaintiff cannot impose liability on Google for allegedly causing searches on IA to default to certain page views (those highlighting the IA crawls for a given year) and not others (the so-called "star page" that Plaintiff describes in Video Exhibit 1). Again, designing an algorithm that results in some pages being shown and not others is not actionable under First Amendment principles, and Plaintiff's claims against Google should be dismissed in their entirety on this ground.

## C. Plaintiff's Claims Involve Conduct Protected by the Communications Decency Act (CDA) Section 230.

For similar reasons, Plaintiff's theory of liability is precluded by Section 230 of the Communications Decency Act, 47 U.S.C. § 230 ("Section 230" or "CDA"). Section 230 provides broad immunity to online service providers where a party seeks to hold the provider liable for the content of others. Congress passed the CDA to promote "the continued development of the Internet and other interactive computer services" and "preserve the vibrant and competitive free market that presently exists for the Internet." 47 U.S.C. § 230(b). Accordingly, the CDA provides that "[n]o provider or user of an interactive computer service shall be treated as the publisher or speaker of any information provided by another information content provider." *Id.* § 230(c)(1). Where CDA immunity applies, "[n]o cause of action may be brought and no liability may be imposed under any State or local law that is inconsistent with this section." *Id.* § 230(e)(3). In applying Section 230(c)(1), courts in this District utilize a three-part test that looks to whether a plaintiff's claim involves "(a) a provider or user of an interactive computer service (b) that the plaintiff seeks to treat as a publisher or speaker (c) of

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**International Fraud Ring**

The Complaint shows that Google LLC abused its status as a trusted international service to participate in a global network that fraudulently backdates websites and web-documents, to help international corporations steal intellectual property from powerless private citizens. This activity threatens the foundation of America, as our Founding Fathers specifically acted to protect American citizen's intellectual property rights in our Constitution's *Copyright Clause*. Dismissing this action, or dismissing Google LLC from this action, will do permanent harm to US and international copyright law.

**National Security Implications**

Google LLC and its parent *Alphabet Inc* were founded by **Sergey Brin** and Larry Page, who resigned as Google's co-CEOs in December 2019, as Plaintiff wrote his Complaint. Plaintiff's Complaint alleges and demonstrates that Google LLC and the other Defs routinely hacked into Plaintiff's computer to spy on his progress as he wrote his Complaint.

Sergey Brin was born in Russia, and is a Russian citizen. Russia is a US adversary.

Several years after Plaintiff's screenplay revealed Plaintiff's vision of scanning a human brain, soul and body (to make perfect digital replicas, which could then be inserted into various environmental simulators) Google LLC began researching this concept.

This year, January 2020, **Google** and the Janelia Research Campus in Virginia published the most detailed brain scan ever. (See **Exhibit A**.) Plaintiff suspects that Google LLC (a world leader in personal data collection) will eventually use this technology to actualize Plaintiff's concepts (in cooperation with other tech giants), intent to predict and influence private citizen's behavior. Page 124 of the Complaint, Plaintiff explains:

> "although these ideas make for a great sci-fi plot, Plaintiff believes, in practice, these systems will foment dissent and give foreign hackers (of the systems or the data) the ability to predict US military responses and allow hackers (or the owners) to predict markets."

This was Plaintiff's succinct way of explaining that by hacking into this sort of defense system, America's adversaries could then run digital attack scenarios on the *simulated nation* of America, to predict America's strategic responses in an actual war, then design

1  defenses and alternate attacks. [NOTE: Plaintiff believes there are at least 2 more ways that

2  this sort of global "simulator" based defense system could be hacked into catastrophic

3  failure, and worries that prospective private defense contractors (Microsoft and

4  **Amazon.com\***) appear intent to sell this flawed model to the U.S. Defense Department.]

5       April 8, 2020, US officials allowed Google to turn on a high-speed undersea internet

6  link between the U.S. and Taiwan, **but refused to permit Google to turn on access to the**

7  **Chinese territory of Hong Kong.** The DOJ explained, "...the grant of a direct cable

8  connection between the United States and Hong Kong would seriously jeopardize the

9  national-security and law-enforcement interests of the United States." (**See Exhibit B**.)

10  In 2016, **Google** and **Facebook** united to lay this cable between the US and Hong Kong,

11  **without first getting US federal approval** to use this system. (**See Exhibit C,** p 2 para 5.)

12       Plaintiff shares these seemingly unrelated details about brain scans and high-speed

13  internet cables to show that **(1)** because of the audacity Google LLC displayed in laying

14  international cables without US permission, added to the fact that Google engaged in a plot

15  to Infringe by fraud (threatening the copyrights of all US artists), added to the fact that

16  Google is well-positioned to sell stolen US intellectual property abroad, the Court should

17  not dismiss; **(2)** because luminaries like Google's Page and Brin, and Jeff Bezos (Amazon)

18  and Richard Branson (Virgin), seem intent to actuate some of Plaintiff's ideas, Plaintiff feels

19  a duty to sound a warning that these moguls' lack of ethics imperils these projects' safety.

20      **\***Page 122 of the Complaint explains that in 2006, 3.5 months after ZGM accessed

21  Plaintiff's script, Richard Branson formed his space tourism company, **Virgin Galactic**. Following Branson, September 2006 (9 months after ZGM accessed Plaintiff's script)

22  Amazon.com's CEO Jeff Bezos formed his space tourism company, ***Blue Origin, LLC***; registered in California in Feb 2007. [**See Exhibit E**, Blue Origin's 2007 CA business entity

23  statement (**BES**).] By examining the second page of this filing (A 2006 Washington state

24  BES for *Blue Origin, LLC*), one sees Bezos improperly backdated his company to Sept **2000**. But the UBI number on *Blue Origin*'s *LLC*'s BES was originally for a company called

25  *Blue Operations, LLC*, formed Sept 8, 2000. (**See Exhibit F.**) But *Blue Operations, LLC*

26  was not owned by Bezos before Sept 2006. It was owned by a person named Ian Thompson.

27      In 2007, about a year after ZGM and and Def 20th Century Fox accessed Plaintiff's work, Amazon began making its first film—with none-other-than Def 20th Century Fox.

28      Plaintiff will name Amazon as a defendant in a forthcoming Infringement suit.

# THE VERGE

# Google publishes largest ever high-resolution map of brain connectivity

*It's a fruit fly brain, but it's still impressive*

By James Vincent | Jan 22, 2020, 11:06am EST



*The new 'connectome' maps some 25,000 neurons in a fruit fly's brain, a portion of which are shown here.* | Image: Google / FlyEM

Scientists from Google and the Janelia Research Campus in Virginia have published the largest high-resolution map of brain connectivity in any animal, sharing a 3D model that traces 20 million synapses connecting some 25,000 neurons in the brain of a fruit fly.

The model is a milestone in the field of connectomics, which uses detailed imaging techniques to map the physical pathways of the brain. This map, known as a "connectome," covers roughly one-third of the fruit fly's brain. To date, only a single organism, the roundworm *C. elegans*, has had its brain completely mapped in this way.

Connectomics has a mixed reputation in the science world. Advocates argue that it helps link physical parts of the brain to specific behaviors, which is a key goal in neuroscience.

71

1  17. The clearest, most corrupt example of the Infringers adopting (mocking) my

2  interest in the number "4" is seen by examining the copyright registration for the infringing

3  film "Baby Driver" (2017). (See **EXHIBIT Q,** five sequential copyright registrations; two

4  before Baby Driver, two after. Baby Driver's registration is the third, in the middle.)

5  18. Baby Driver infringes my first screenplay, *Cyclones* (1992). The Baby Driver

6  Infringers were two of the *Briggs v Blomkamp* (2013) defendants: Sony and MRC. **These**

7  **Infringers accessed this script by asking someone at the Copyright Office for a copy.**

8  19. By examining the five sequential copyright registrations (**Exhibit Q**) one

9  notices that the *Baby Driver* registration is sandwiched between FOUR registrations for the

10  Showtime TV series "Billions". The first two registrations end with 44442 and 44443, and

11  the last two registrations end with 44445 and 44446. And in the middle of the four

12  "Billions" registrations, is *Baby Driver*, ending in 44444 (#PA0002044444).

13  20. The Infringers chose to sandwich the *Baby Driver* registration between the

14  registrations for "Billions" to gloat and taunt me about the countless billions that Hollywood

15  and the tech industry has made from my ideas. They chose to name their lousy film "Baby

16  Driver" because it sounded similar to (but not half as good as) "Butterfly Driver."

17  21. On March 1, 2017, the Ninth Circuit improperly denied my appeal of the

18  *Briggs v Blomkamp* district court decision. A few months later, June 28, 2017, the *Briggs v*

19  *Blomkamp* defendants released *Baby Driver*. Two days later, June 30, 2017, they

20  copyrighted *Baby Driver*. The Infringers (Sony and MRC) selected the number 44444,

21  because I would notice the aggregation of fours (as I did). Thus, if I ever discovered that

22  *Baby Driver* was an infringement of my screenplay "Stutter" and I looked at *Baby Driver*'s

23  copyright registration (as I did), the Infringers wanted me to know that they were watching

24  me—as they would only know my interest in the number four from hacking into my

25  computer and observing such things as: **(1)** the presence of multiple fours in all of my

26  passwords, **(2)** I made a couple of the songs in my film *The Amazing Mr Excellent* exactly 4

27  minutes and 44 seconds long, **(3)** various hints the Infringers observed in my literary works.

28  22. The "44444" at the end of Baby Driver's registration was meant as a threat.

Amended Second Declaration Of Steve Wilson Briggs In Support Of Complaint

10

23. *Showtime,* owner of the show "Billions," is owned by ViacomCBS (the infringers of my first work, *Hot Orange & Honey* (1999). But *Baby Driver* was owned and produced by **Sony Pictures** (a foreign owned company) and **MRC** (owned by two foreign born men, who may not be US citizens). Sony and MRC could NOT have placed the *Baby Driver* copyright registration between those four registrations for "Billions" without the assistance of ViacomCBS and someone very corrupt and powerful at the Copyright Office. This is proven by examining the copyright registration <u>dates</u> for the four *Billions* registrations, then examining the *Baby Driver*'s copyright registration (see Exhibit Q).

24. The four *Billions* copyright registrations were all registered on May 8, 2017, but the *Baby Driver* copyright registration (center) was registered seven weeks later, June 30, 2017. This is impossible. **The US Copyright office registers copyrights sequentially**, in the order that they are received. If this were true it would mean that Baby Driver, #PA0002044444, was registered on June 30, 2017, then somehow the next two registrations (Billions #PA0002044445 and #PA0002044446) reversed time and registered themselves seven weeks earlier. The other problem with this is it suggests that after *Billions* registered its first two copyrights (#PA0002044442 and #PA0002044443) no registrations came into the copyright office for seven weeks, until *Baby Driver* was filed on June 30 2018. This is impossible. The US Copyright Office registers hundreds or thousands of copyrights daily.

25. This is Hollywood's vast corrupt influence; stealing my work to make countless billions, then bribing people in the Copyright Office (Washington DC) to issue invalid copyright registration numbers. Worse, if someone examines a few hundred registrations on either side of #PA0002044444, they will notice some troubling irregularities, and a disconcerting concentration of major entertainment registrations.

26. In summation, Sony Pictures (the Japanese corporation behind *Baby Driver*) stole my work by asking a corrupt agent at the US Copyright Office to give them a copy of my script, *Cyclones* (filed at the US Copyright Office); then they used another agent at the US Copyright Office to falsify registration numbers, to send me an intimidating message.

27. But the Fraud at the US Copyright Office will get even worse.

Amended Second Declaration Of Steve Wilson Briggs In Support Of Complaint

1  *click* on *Search Copyright Records*, on the next screen types "All You Need Is Kill" in the

2  search bar below the words "Basic Search", choose "Title" in the "Search by:" menu, click

3  "Begin Search".  On the next screen, to organize the results, select "Date (ascending)" from

4  the "Resort results by" menu bar. The results of this search are attached as **EXHIBIT S**.)

5  　　　31.　　By examining this search one sees that the first result in this search

6  fraudulently indicates that in 2004 a Japanese work titled "All You Need Is Kill" was

7  registered in the **US Copyright Office**. This is fraud on its face. But the problems go on.

8  　　　32.　　The next problem is when one clicks the link to the 2004 *All You Need Is Kill*

9  registration (see **EXHIBIT T**) it clearly shows the document WAS NOT registered in 2004;

10 rather, it was registered on **Nov 5, 2015**, 11 years after it alleges to have been created on the

11 search screen. This was a clear attempt to fraudulently backdate this document.

12 　　　33.　　Disturbingly, if one looks at the "Copyright Claimant" and "Authorship on

13 Application" lines (Exhibit T), one sees that the claimant is located in Japan. This is very

14 unusual, but not unlawful. However, this infringing Japanese author is transparently using

15 the US Copyright Office as a tool to falsify and backdate this document. This is proven by

16 the fact that, from my truncated research, none of the other known Japanese works that

17 infringe my work (listed on page 3, under Sony) are registered in the US; rather, they are

18 registered in Japan, if at all.

19 　　　34.　　One may wonder, "Maybe the US Copyright Offices backdates all registrations

20 to when the owner alleges the works were first created?" Not so. This is  an effort by corrupt

21 agents at the US Copyright Office to assist the Defendants and the Infringers, domestic and

22 foreign, to steal my work. Proof of this follows.

23 　　　35.　　If one searches my name in the US Copyright Office (enter "Wilson Briggs,

24 Steve" in the search bar; select "*Name*" in the "*Search by*" menu; click "Begin Search"), one

25 sees that the US Copyright Office does not backdate *my Butterfly Driver* registration to 2005

26 (or 2004); rather, the Copyright Office indicates that the registration was filed in 2013. (See

27 **EXHIBIT U**.) But by looking at the actual Copyright Certification for Butterfly Driver (see

28 **EXHIBIT V**), or by looking at the copyright registration for Butterfly Driver in the

Amended Second Declaration Of Steve Wilson Briggs In Support Of Complaint

13

Copyright Office's web database (see **EXHIBIT W**), one clearly sees that on the "Completion/Publication" or "Date of Creation" lines, respectively, show that I informed the Copyright Office that Butterfly Driver (AKA: Uberopolis: City of Light) was first completed in 2005. **But the US Copyright Office was careful NOT to backdate MY work to 2005 (or earlier), as they generously backdated All You Need Is Kill to 2004.** [NOTE: I have proof, filed with the Court, that I emailed finished versions of my script to friends and family in May of 2005, and emailed other parties in Dec 2005, and more parties still in Jan 2006, but I did not register the script with the Copyright Office until I sued Neill Blomkamp et al, in 2013 (*Briggs v Blomkamp*), because registration is only *required* to file an Infringement action, but registration is NOT required to establish copyright ownership and/or rights. Hence, in the early 1990s I stopped registering my works. Further, I can also prove that I completed a full script outline and a rough draft of the script in early 2004.]

36.    This clearly shows the US Copyright Office acted to falsify and backdate the registrations of a foreign infringers' falsified copyright applications, but did not use this same procedure to register and backdate my copyright registrations/applications.

37.    Since the falsification occurring at the Copyright Office, described in this section (and in the section titled "The Infringers Have Infected The US Copyright Office And Threaten To Destroy US Credibility and Global Standing", p 9) was done to assist different big film companies, domestic and foreign (Sony, Warner Bros, Rat Pac-Dune Ent, Viz Media, Media Rights Capital….), it can only be reasoned that agents inside the US Copyright Office are willing to falsify any documents for any large film studio.

### Blocked From Accessing The Copyright Office, Again

38.    August 11, 2020, the night after writing the preceding passage, I was again blocked from accessing the Copyright Office for over 4 consecutive hours. (See **EXHIBIT X.**) We can assume that some corrupt Hollywood insider at the Copyright Office is working hard to solve the problems I created by discovering this fraud; much as, after I filed the Complaint, Defendants Internet Archive and Google LLC futilely worked to make new fake crawls and URLs to address the fraud described in the Complaint.

Amended Second Declaration Of Steve Wilson Briggs In Support Of Complaint

14

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on December 16, 2020.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: December 16, 2020        __/s/ Steve Wilson Briggs__

                                           Steve Wilson Briggs

                                     Appellant, In Persona Propria