# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 27. Motion for** | leave file substitute or corrected brief.

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form27instructions.pdf

**9th Cir. Case Number(s)** | 20-17229

**Case Name** | Briggs v Cameron

**Lower Court or Agency Case Number** | 20-CV-1596-VC

**What is your name?** | Steve Wilson Briggs (Appellant/Plaintiff)

1. **What** do you want the court to do?

   The Appellant/Plaintiff seeks permission from the Court to file a substitute (or corrected) opening brief. The Plaintiff's proposed Substitute Opening Brief is attached to this form/motion.

2. **Why** should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

   The Court should grant the Appellant leave to file said Corrected Opening Brief because after filing the original Opening Brief several relevant events occurred. These new facts are included in the Substitute Opening Brief. The inclusion of these new facts will greatly help this Court enter a fully informed opinion.

Your mailing address:

4322 Chico Ave

City | Santa Rosa | State | CA | Zip Code | 95407

Prisoner Inmate or A Number (if applicable) |

**Signature** | /s/ Steve Wilson Briggs | **Date** | January 13, 2021

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 27 | New 12/01/2018