# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 28. Response to Motion or Court Order

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form28instructions.pdf

**9th Cir. Case Number(s)** | 20-17229

**Case Name** | Briggs v. Cameron, et al.

1. What is your name? | Please see attached pages.

   *(For counsel, which party/parties do you represent?)*

2. Describe briefly the motion or court order to which you are responding, such as the title of the motion or the type of response requested in the order.

   Appellant's Motion to File Substitute or Corrected Brief (Dkt. Nos. 11, 12)

   On what date was the motion or court order filed? | Jan 13, 2021

3. What is your response? Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

   Please see attached pages.

Provide your current mailing address unless registered for electronic filing:

City | State | Zip Code

Prisoner Inmate or A Number (if applicable)

**Signature** | /s/ Jean-Paul Jassy | **Date** | Jan 25, 2021

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 28** | *New 12/01/2018*

# No. 20-17229

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

---

**STEVE WILSON BRIGGS,**
*Plaintiff-Appellant*,

v.

**JAMES CAMERON, et al.,**
*Defendants-Appellees.*

---

**DEFENDANTS-APPELLEES JAMES CAMERON, NEWS CORP., TWENTIETH CENTURY FOX FILM CORP., AND LIGHTSTORM ENTERTAINMENT INC.'S OPPOSITION TO PLAINTIFF-APPELLANT'S MOTION TO FILE SUBSTITUE OR CORRECTED BRIEF**

---

JASSY VICK CAROLAN LLP
Jean-Paul Jassy (Cal. Bar No. 205513)
Kevin L. Vick (Cal. Bar No. 220738)
Elizabeth Baldridge (Cal. Bar No. 313390)
800 Wilshire Boulevard, Suite 800
Los Angeles, CA  90017
Tel: 310-870-7048
Fax: 310-870-7010

*Attorneys for Defendants-Appellees James Cameron, News Corp., Twentieth Century Fox Film Corp. and Lightstorm Entertainment Inc.*

## INTRODUCTION

Plaintiff-Appellant Steve Wilson Briggs ("Plaintiff") moved to file a substitute or corrected Opening Brief on January 13, 2020, 28 days after filing his original Opening Brief. *See* Dkt. Nos. 4, 11, 12. Plaintiff's deadline to file an Opening Brief in this case had already passed by the time he moved to file a substitute brief, and Defendants-Appellees James Cameron, News Corp., Twentieth Century Fox Film Corp. and Lightstorm Entertainment Inc. (collectively, "Defendants") have already spent considerable time preparing responses to the contentions and arguments made in Plaintiff's original Opening Brief. Plaintiff has not shown good cause to allow him to belatedly substitute his Opening Brief, and his request should be denied.

## ARGUMENT

This is a frivolous appeal of a meritless lawsuit filed by a serial litigant. Plaintiff claims that the motion pictures *Avatar* and *Taken* infringed his copyrights in an unproduced screenplay and that this was part of a vast conspiracy among Defendants, along with various parties and non-parties including Google LLC, the Internet Archive, the United States government and others. The claim was appropriately dismissed by the District Court. Apart from the complete lack of merit of the appeal, there is absolutely no basis on which to allow Plaintiff to delay this matter any

further by filing a new Opening Brief. Plaintiff's Motion states that "after filing the original Opening Brief several relevant events occurred," and that inclusion of such events in his brief "will greatly help this Court enter a fully informed opinion." Mot. at 1. But the Motion does not identify the nature of the "recent events" or explain how issues not in the record of the case could be permitted to "help this Court enter a fully informed opinion." *Id.*

Modifications of deadlines or other Court Rules can be made only based on a showing of "good cause" by the party seeking modification. *See* Ninth Cir. R. 26(b). Plaintiff does not provide any legal basis for why the Court should allow him to substitute his Opening Brief, not to mention the requisite good cause. Defendants therefore request that Plaintiff's Motion be denied.

Respectfully submitted,

Dated: January 25, 2021

JASSY VICK CAROLAN LLP

By: */s/ Jean-Paul Jassy*
JEAN-PAUL JASSY
Attorneys for Defendants-Appellees
James Cameron, News Corp., Twentieth Century Fox Film Corp. and Lightstorm Entertainment Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated:  January 25, 2021			JASSY VICK CAROLAN LLP


					By	*/s/ Elizabeth Baldridge*
						ELIZABETH BALDRIDGE
						Attorneys for Defendants-Appellees
						James Cameron, News Corp.,
						Twentieth Century Fox Film Corp.,
						and Lightstorm Entertainment