# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 28. Response to Motion or Court Order

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form28instructions.pdf

**9th Cir. Case Number(s)** | 20-17229

**Case Name** | Briggs v. Cameron, et al.

1. What is your name? | Google LLC

   *(For counsel, which party/parties do you represent?)*

2. Describe briefly the motion or court order to which you are responding, such as the title of the motion or the type of response requested in the order.

   Appellant's Motion to File Substitute or Corrected Brief (Dkt. Nos. 11, 12)

   On what date was the motion or court order filed? | Jan 13, 2021

3. What is your response? Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

   Google LLC joins in Defendants-Appellees James Cameron, News Corp., Twentieth Century Fox Film Corp., and Lightstorm Entertainment Inc.'s Opposition To Plaintiff-Appellant's Motion To File Substitute or Corrected Brief (Dkt. No. 13).

Provide your current mailing address unless registered for electronic filing:

City | State | Zip Code

Prisoner Inmate or A Number (if applicable)

**Signature** | /s/ Whitty Somvichian | **Date** | Jan 25, 2021

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 28** | New 12/01/2018