# No. 20-17229

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

**STEVEN WILSON BRIGGS**,

*Plaintiff-Appellant*,

v.

JAMES CAMERON; TWENTIETH CENTURY FOX FILM CORPORATION; NEWS CORP; GOOGLE LLC; INTERNET ARCHIVE; ZERO GRAVITY; LIGHTSTORM ENTERTAINMENT, INC.; MICHAEL PIERCE; MARK WILLIAMS; ROBERT KAMEN,

*Defendant-Appellee*.

## DEFENDANT-APPELLEE INTERNET ARCHIVE'S OPPOSITION TO PLAINTIFF-APPELLANT'S MOTION TO FILE SUBSTITUTE OR CORRECTED BRIEF

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Peter C. Catalanotti
Madonna A. Herman
525 Market Street 17th Floor
San Francisco, CA 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370
peter.catalanotti@wilsonelser.com
Madonna.Herman@wilsonelser.com

*Attorneys for Defendant-Appellee
Internet Archive*

250558070v.1

# OPPOSITION TO MOTION TO FILE SUBSTITUTE OR CORRECTED BRIEF

Defendant-Appellee Internet Archive requests the Court deny Plaintiff-Appellant's motion to file a substitute or corrected opening brief ("Motion").

Modifications of deadlines or other Court Rules can be made only based on a showing of "good cause" by the party seeking modification. *See* Ninth Cir. R. 26(b). Plaintiff-Appellant does not provide any legal basis for why the Court should allow him to substitute his Opening Brief or the requisite good cause.

Defendant-Appellee Internet Archive therefore requests that Plaintiff-Appellant's Motion be denied.

Respectfully submitted,

Date: January 25, 2021

        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

        */s/ Madonna A. Herman*

        Peter C. Catalanotti
        Madonna A. Herman

        *Attorneys for Defendant-Appellee Internet Archive*

i

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct to the best of my knowledge.

EXECUTED on January 25, 2021 in San Francisco, California.


*/s/ Michael Folger*
Michael Folger