**Steve Wilson Briggs,** Appellant
Briggs v Cameron, 20-17229

Date: February 2, 2021

Dear Judges,

    I am writing you concerning an exceptional issue pertaining to the Briggs v Cameron appeal (20-17229). I am hopeful that you, or someone authorized to comment on this matter, can explain and guide.

    Recently, while reviewing documents related to my appeal, I happened to notice that the District Court docket (see Excerpts of the Record) is missing 25 case filing, all or most of which are my filings. (The missing docket filings are numbers 4, 8, 18, 31, 35, 37, 39, 43, 45, 51, 52, 53, 67, 68, 80, 81, 83, 84, 86, 87, 99, 101, 103, 105, 109.) These missing filings are of extraordinary concern because, first, as I understand things, all case filings are public documents, and are, thus, to remain available for public access and view in the docket. Secondly, the removal of my filings is uniquely significant because my opening brief (as well as later District Court filings) presents arguments/evidence that the Department of Justice and former US President Donald Trump's Attorney General, William Barr, may have improperly interceded to adversely impact my lawsuit, by using such tactics as possibly applying pressure to remove the Honorable Judge William Orrick, and producing and publishing demonstrably falsified documents, related to this matter, on numerous federal websites (see Opening Brief pp 44, 45). Barr and the DoJ had motive to intercede because many of the case filings that have been removed from the docket connect the infringement of my intellectual property to President Trump and 3 Russian/Ukranian men (see Opening Brief pp 3-8).

    The fact that my filings have been inexplicably removed from the docket tends to confirm that I am being denied a fair hearing, and the public is being denied access to information of vital public interests. I am hopeful that you will take time to explain these irregularities and abridgements.

    Thank you.

    Sincerely,

<u>/s/ Steve Wilson Briggs</u>
Steve Wilson Briggs
Appellant, *Pro Se*