| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 24 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| STEVE K. WILSON BRIGGS,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>JAMES CAMERON; et al.,<br><br>        Defendants-Appellees. | No.   20-17229<br><br>D.C. No. 3:20-cv-01596-VC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Appellant's opposed motion (Docket Entry No. 11) for leave to file a substitute opening brief is denied. The Clerk will strike the substitute opening brief submitted at Docket Entry No. 12.

Appellees' answering briefs remain due March 12, 2021. Appellant's optional reply brief is due within 21 days after service of the last-served answering brief.

The court has received appellant's correspondence at Docket Entry No. 18. The Clerk will send appellant a copy of the district court docket sheet.

                                              FOR THE COURT:

                                              MOLLY C. DWYER<br>
                                              CLERK OF COURT


                                              By: Sofia Salazar-Rubio<br>
                                              Deputy Clerk<br>
                                              Ninth Circuit Rule 27-7

SSR/Pro Mo