ADRMOP,AO279,APPEAL,CLOSED,E–ProSe,ProSe

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:20–cv–01596–VC

| | |
|---|---|
| Briggs v. Cameron et al | Date Filed: 03/04/2020 |
| Assigned to: Judge Vince Chhabria | Date Terminated: 10/16/2020 |
| Demand: $9,999,000 | Jury Demand: Plaintiff |
| Case in other court: USCA 9th Circuit, 20–17229 | Nature of Suit: 820 Copyright |
| Cause: 17:101 Copyright Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Steve Kenyatta Wilson Briggs**    represented by **Steve Kenyatta Wilson Briggs**
681 Edna Way
San Mateo, CA 94402
510–200–3763
Email: snc.steve@gmail.com
*PRO SE*

V.

**Defendant**

**James Cameron**    represented by **Elizabeth Holland Baldridge**
Jassy Vick Carolan LLP
800 Wilshire Boulevard
Suite 800
Los Angeles, CA 90017
310–870–7048
Fax: 310–870–7010
Email: ebaldridge@jassyvick.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Twentieth Century Fox Film Corp.**    represented by **Jean–Paul Jassy**
Jassy Vick Carolan LLP
800 Wilshire Boulevard, Suite 800
Los Angeles, CA 90017
310–870–7048
Fax: 310–870–7010
Email: jpjassy@jassyvick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Holland Baldridge**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Lester Vick**
Jassy Vick Carolan LLP
800 Wilshire Boulevard, Suite 800
Los Angeles, CA 90017
(310) 870–7048
Fax: (310) 870–7010
Email: kvick@jassyvick.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**News Corp**    represented by **Elizabeth Holland Baldridge**
(See above for address)
*ATTORNEY TO BE NOTICED*

| | |
|---|---|
| **Defendant** | |
| **Google LLC** | represented by **Whitty Somvichian** <br> Cooley LLP <br> 101 California Street, 5th Floor <br> San Francisco, CA 94111 <br> (415) 693–2061 <br> Fax: (415) 693–2222 <br> Email: wsomvichian@cooley.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Katherine E. Green** <br> Cooley LLP <br> 101 California Street, 5th Floor <br> San Francisco, CA 94111 <br> (415)693–2039 <br> Fax: 4156932222 <br> Email: kgreen@cooley.com <br> *ATTORNEY TO BE NOTICED* |
| **Defendant** | |
| **Internet Archive** | represented by **Peter Christopher Catalanotti** <br> Freeman, Mathis & Gary, LLP <br> 44 Montgomery Street, Suite 2080 <br> San Francisco, CA 94104 <br> 4156279000 <br> Fax: 4153526400 <br> Email: peter.catalanotti@wilsonelser.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| **Defendant** | |
| **Zero Gravity** | |
| **Defendant** | |
| **Lightstorm Entertainment Inc.** | represented by **Elizabeth Holland Baldridge** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| **Defendant** | |
| **Michael Pierce** | represented by **Shahrokh Sheik** <br> WEINBERG GONSER LLP <br> 10866 Wilshire Blvd. <br> Suite 1650 <br> Los Angeles, CA 90024 <br> 424–239–2850 <br> Fax: 424–238–3060 <br> Email: shahrokh@weinberg–gonser.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| **Defendant** | |
| **Mark Williams** | |
| **Defendant** | |
| **Robert Kamen** | |

| Date Filed | # | Docket Text |
|---|---|---|

| Date | # | Description |
|---|---|---|
| 03/04/2020 | 1 | COMPLAINT against James Cameron, Google LLC, Internet Archive, Robert Kamen, Lightstorm Entertainment Inc., News Corp, Michael Pierce, Twentieth Century Fox Film Corp., Mark Williams, Zero Gravity (Filing fee $ 400.). Filed bySteve Wilson Briggs. (Attachments: # 1 Complaint Part 2, # 2 Exh Part 1, # 3 Exh Part 2, # 4 Exh Part 3, # 5 Exh Part 4)(fabS, COURT STAFF) (Filed on 3/4/2020) (Additional attachment(s) added on 3/4/2020: # 6 Exh Part 5, # 7 Exh Part 6) (fabS, COURT STAFF). (Additional attachment(s) added on 3/4/2020: # 8 Exh Part 7, # 9 Exh Part 8) (fabS, COURT STAFF). (Additional attachment(s) added on 3/4/2020: # 10 Exh Part 9, # 12 Exh Part 10) (fabS, COURT STAFF). (Additional attachment(s) added on 3/4/2020: # 13 Exh Part 11, # 14 Exh Part 12) (fabS, COURT STAFF). (Additional attachment(s) added on 3/4/2020: # 15 Exh Part 13, # 16 Exh Part 14) (fabS, COURT STAFF). (Additional attachment(s) added on 3/4/2020: # 17 Civil Cover Sheet, # 18 Receipt) (fabS, COURT STAFF). (Entered: 03/04/2020) |
| 03/04/2020 | 2 | **Initial Case Management Scheduling Order with ADR Deadlines: Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras. Case Management Statement due by 5/26/2020. Initial Case Management Conference set for 6/2/2020 02:00 PM in San Francisco, Courtroom 02, 17th Floor. (Attachments: # 1 Standing Order, # 2 Notice of Eligibility for Video Recording)(fabS, COURT STAFF) (Filed on 3/4/2020) (Entered: 03/04/2020)** |
| 03/04/2020 | 3 | DECLARATION of Dr. Morgan Marchbanks in Support of 1 Complaint filed bySteve Wilson Briggs. (Related document(s) 1 ) (fabS, COURT STAFF) (Filed on 3/4/2020) (Entered: 03/04/2020) |
| 03/04/2020 | 4 | MOTION for Permission for Electronic Case Filing filed by Steve Wilson Briggs. (Attachments: # 1 Proposed Order)(fabS, COURT STAFF) (Filed on 3/4/2020) (Entered: 03/04/2020) |
| 03/04/2020 | 5 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Steve Wilson Briggs. (fabS, COURT STAFF) (Filed on 3/4/2020) (Entered: 03/04/2020) |
| 03/04/2020 | 6 | REPORT on the filing or determination of an action regarding copyright (cc: form mailed to register). (fabS, COURT STAFF) (Filed on 3/4/2020) (Entered: 03/04/2020) |
| 03/04/2020 | 7 | Received Document: CD (VIDEO EXHIBITS 1–4 re 1 Complaint) by Steve Wilson Briggs. (fabS, COURT STAFF) (Filed on 3/4/2020) (Entered: 03/04/2020) |
| 04/24/2020 | 8 | MOTION for an indefinite service of process time deadline extension filed by Steve Wilson Briggs. Responses due by 5/8/2020. Replies due by 5/15/2020. (fabS, COURT STAFF) (Filed on 4/24/2020) (Entered: 04/29/2020) |
| 04/24/2020 | 9 | Proposed Summons. (fabS, COURT STAFF) (Filed on 4/24/2020) (Entered: 04/29/2020) |
| 04/29/2020 | 10 | Summons Issued as to James Cameron, Google LLC, Internet Archive, Robert Kamen, Lightstorm Entertainment Inc., News Corp, Michael Pierce, Twentieth Century Fox Film Corp., Mark Williams, Zero Gravity. (fabS, COURT STAFF) (Filed on 4/29/2020) (Entered: 04/29/2020) |
| 05/09/2020 | 11 | CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 1 Complaint,,,, (Wilson Briggs, Steve) (Filed on 5/9/2020) (Entered: 05/09/2020) |
| 05/09/2020 | 12 | CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 1 Complaint,,,, (Wilson Briggs, Steve) (Filed on 5/9/2020) (Entered: 05/09/2020) |
| 05/09/2020 | 13 | CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 1 Complaint,,,, (Wilson Briggs, Steve) (Filed on 5/9/2020) (Entered: 05/09/2020) |
| 05/09/2020 | 14 | CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 1 Complaint,,,, (Wilson Briggs, Steve) (Filed on 5/9/2020) (Entered: 05/09/2020) |
| 05/09/2020 | 15 | CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 1 Complaint,,,, (Wilson Briggs, Steve) (Filed on 5/9/2020) (Entered: 05/09/2020) |
| 05/09/2020 | 16 | Request for Judicial Notice *RULE 4(c)(3) REQUEST FOR COURT ORDER THAT SPECIFIED DEFENDANTS BE SERVED BY U.S. MARSHAL* filed bySteve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 5/9/2020) (Entered: 05/09/2020) |
| 05/15/2020 | 17 | CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs *POS–010 for def Lightstorm (with date and time page)* (Wilson Briggs, Steve) (Filed on 5/15/2020) (Entered: 05/15/2020) |
| 05/16/2020 | 18 | MOTION for Extension of Time to File Answer *with Supporting Declaration of Jean–Paul Jassy and Exhibit A* filed by Lightstorm Entertainment Inc., Twentieth Century Fox Film Corp.. (Attachments: # 1 Proposed Order)(Baldridge, Elizabeth) (Filed on 5/16/2020) (Entered: 05/16/2020) |

| | | |
|---|---|---|
| 05/16/2020 | 19 | Statement re 18 MOTION for Extension of Time to File Answer *with Supporting Declaration of Jean–Paul Jassy and Exhibit A Proof of Service* by Lightstorm Entertainment Inc., Twentieth Century Fox Film Corp.. (Baldridge, Elizabeth) (Filed on 5/16/2020) (Entered: 05/16/2020) |
| 05/17/2020 | 20 | OPPOSITION/RESPONSE (re 18 MOTION for Extension of Time to File Answer *with Supporting Declaration of Jean–Paul Jassy and Exhibit A* ) *Plaintiff's Opposition to Def Twentieth Century Fox Film Corporation's and Lightstorm Entertainment Inc's Motion For Extension of Time to File Answer* filed bySteve Kenyatta Wilson Briggs. (Attachments: # 1 Exhibit Exhibit A)(Wilson Briggs, Steve) (Filed on 5/17/2020) (Entered: 05/17/2020) |
| 05/17/2020 | 21 | STATUS REPORT *Service of Process Status Report, and Request to Reschedule Meet–and–Confer, ADR Cert Signing, and Rule 26(f) Report* by Steve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 5/17/2020) (Entered: 05/17/2020) |
| 05/19/2020 | 22 | **ORDER ADDRESSING VARIOUS REQUESTS by Judge William H. Orrick granting 4 Motion for Permission for Electronic Case Filing; finding as moot and terminating 8 Motion; granting 18 Motion for Extension of Time to Answer. Fox and Lightstorm shall respond to the complaint on or by June 22, 2020. Case Management Conference reset for 8/11/2020 02:00 PM in San Francisco, Courtroom 02, 17th Floor. Case Management Statement due by 8/4/2020. (jmdS, COURT STAFF) (Filed on 5/19/2020) (Entered: 05/19/2020)** |
| 05/20/2020 | 23 | NOTICE of Appearance by Jean–Paul Jassy (Jassy, Jean–Paul) (Filed on 5/20/2020) (Entered: 05/20/2020) |
| 05/20/2020 | 24 | NOTICE of Appearance by Kevin Lester Vick (Vick, Kevin) (Filed on 5/20/2020) (Entered: 05/20/2020) |
| 05/21/2020 | 25 | CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 1 Complaint,,,, 10 Summons Issued *Cert of Service of Internet Archive (San Francisco office) by process server Peter With* (Wilson Briggs, Steve) (Filed on 5/21/2020) (Entered: 05/21/2020) |
| 05/21/2020 | 26 | CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 1 Complaint,,,, 10 Summons Issued *Proof of Service on out of state defendant (INTERNET ARCHIVE) by certified mail with Return Receipt Requested* (Wilson Briggs, Steve) (Filed on 5/21/2020) (Entered: 05/21/2020) |
| 05/21/2020 | 27 | CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 1 Complaint,,,, *Corrected POS–010 service form for service of out–of–state defendant (NEWS CORPORATION) via Certified Mail with Return Receipt Requested (service executed May 7, 2020)* (Wilson Briggs, Steve) (Filed on 5/21/2020) (Entered: 05/21/2020) |
| 05/22/2020 | 28 | NOTICE of Appearance by Whitty Somvichian (Somvichian, Whitty) (Filed on 5/22/2020) (Entered: 05/22/2020) |
| 05/22/2020 | 29 | Certificate of Interested Entities by Google LLC (Somvichian, Whitty) (Filed on 5/22/2020) (Entered: 05/22/2020) |
| 05/22/2020 | 30 | NOTICE of Appearance by Katherine E. Green (Green, Katherine) (Filed on 5/22/2020) (Entered: 05/22/2020) |
| 05/22/2020 | 31 | MOTION to Dismiss *Complaint* filed by Google LLC. Motion Hearing set for 7/22/2020 02:00 PM before Judge William H. Orrick. Responses due by 6/5/2020. Replies due by 6/12/2020. (Attachments: # 1 Proposed Order)(Somvichian, Whitty) (Filed on 5/22/2020) (Entered: 05/22/2020) |
| 05/22/2020 | 32 | CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 1 Complaint,,,, 26 Certificate of Service, *Corrected POS–010 form for proof of service of out–of–state def (INTERNET ARCHIVE, Washington DC branch), certified with return receipt requested (the original POS–010 mistakenly stated that an "Amended Complaint" was also served; this should have stated that an "Amended Summons" was also served)*. (Wilson Briggs, Steve) (Filed on 5/22/2020) (Entered: 05/22/2020) |
| 05/26/2020 | 33 | OPPOSITION/RESPONSE (re 31 MOTION to Dismiss *Complaint* ) *Plaintiff's Opposition to Google LLC's Motion To Dismiss* filed bySteve Kenyatta Wilson Briggs. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F)(Wilson Briggs, Steve) (Filed on 5/26/2020) (Entered: 05/26/2020) |
| 05/28/2020 | 34 | OPPOSITION/RESPONSE (re 31 MOTION to Dismiss *Complaint* ) *Plaintiff's Amended Opposition to Google LLC's Motion to Dismiss* filed bySteve Kenyatta Wilson Briggs. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F)(Wilson Briggs, Steve) (Filed on 5/28/2020) (Entered: 05/28/2020) |

| Date | # | Description |
|---|---|---|
| 05/28/2020 | 35 | MOTION for Extension of Time to File Answer *with Supporting Declaration of Jean−Paul Jassy and Exhibit A* filed by News Corp. (Attachments: # 1 Proposed Order)(Baldridge, Elizabeth) (Filed on 5/28/2020) (Entered: 05/28/2020) |
| 06/01/2020 | 36 | **ORDER GRANTING NEWS CORP.'S 35 MOTION TO ENLARGE TIME UNDER CIVIL L.R. 6−3 by Judge William H. Orrick. (jmdS, COURT STAFF) (Filed on 6/1/2020)** <br><br>**Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)** <br><br>**(Entered: 06/01/2020)** |
| 06/02/2020 | 37 | Ex Parte Application *for Extension of time to serve Defs Cameron, Williams, Kamen and ZGM* filed by Steve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 6/2/2020) (Entered: 06/02/2020) |
| 06/03/2020 | 38 | CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 1 Complaint,,,, 10 Summons Issued *POS of Zero Gravity Management LLC, by mail, on out−of−state Defendant, with return receipt requested* (Wilson Briggs, Steve) (Filed on 6/3/2020) (Entered: 06/03/2020) |
| 06/09/2020 | 39 | MOTION in Limine *Plaintiff's Motion In Limine to Include New Evidence, And Request For Judicial Notice* filed by Steve Kenyatta Wilson Briggs. Responses due by 6/23/2020. Replies due by 6/30/2020. (Attachments: # 1 Declaration, # 2 Proposed Order)(Wilson Briggs, Steve) (Filed on 6/9/2020) (Entered: 06/09/2020) |
| 06/11/2020 | 40 | CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 1 Complaint,,,, 10 Summons Issued *Proof of Service of Michael Pierce* (Wilson Briggs, Steve) (Filed on 6/11/2020) (Entered: 06/11/2020) |
| 06/11/2020 | 41 | CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 1 Complaint,,,, 10 Summons Issued *Proof of Service of Lightstorm Entertainment* (Wilson Briggs, Steve) (Filed on 6/11/2020) (Entered: 06/11/2020) |
| 06/11/2020 | 42 | Declaration of Steve Wilson Briggs in Support of 34 Opposition/Response to Motion, *Declaration is support of Plaintiff's Amended Opposition to Defendant Google LLC's Motion To Dismiss* filed bySteve Kenyatta Wilson Briggs. (Related document(s) 34 ) (Wilson Briggs, Steve) (Filed on 6/11/2020) (Entered: 06/11/2020) |
| 06/11/2020 | 43 | MOTION in Limine *Plaintiff's Amended Motion In Limine for the Inclusion of New Facts and Evidence, and Request for Judicial Notice* filed by Steve Kenyatta Wilson Briggs. Responses due by 6/25/2020. Replies due by 7/2/2020. (Attachments: # 1 Declaration, # 2 Proposed Order)(Wilson Briggs, Steve) (Filed on 6/11/2020) (Entered: 06/11/2020) |
| 06/11/2020 | 44 | Declaration of Steve Wilson Briggs *in Support of Complaint* filed bySteve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 6/11/2020) (Entered: 06/11/2020) |
| 06/11/2020 | 45 | MOTION for Extension of Time to File Answer re 1 Complaint,,,, *DEFENDANT INTERNET ARCHIVES NOTICE OF MOTION AND MOTION TO ENLARGE TIME UNDER CIVIL L.R. 6−3* filed by Internet Archive. (Attachments: # 1 Proposed Order [PROPOSED] ORDER GRANTING INTERNET ARCHIVES MOTION TO ENLARGE TIME UNDER CIVIL L.R. 6−3)(Catalanotti, Peter) (Filed on 6/11/2020) (Entered: 06/11/2020) |
| 06/12/2020 | 46 | REPLY (re 31 MOTION to Dismiss *Complaint* ) filed byGoogle LLC. (Somvichian, Whitty) (Filed on 6/12/2020) (Entered: 06/12/2020) |
| 06/12/2020 | 47 | **ORDER GRANTING INTERNET ARCHIVE'S 45 MOTION TO ENLARGE TIME UNDER CIVIL L.R. 6−3 by Judge William H. Orrick. (jmdS, COURT STAFF) (Filed on 6/12/2020)** <br><br>**Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)** <br><br>**(Entered: 06/12/2020)** |
| 06/15/2020 | 48 | STATUS REPORT *Plaintiff's Status Report Re Def Zero Gravity Management* by Steve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 6/15/2020) (Entered: 06/15/2020) |
| 06/17/2020 | 49 | CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 1 Complaint,,,, 10 Summons Issued *Proof of Service of Defendant James Cameron* (Wilson Briggs, Steve) (Filed on 6/17/2020) (Entered: 06/17/2020) |

| | | |
|---|---|---|
| 06/17/2020 | 50 | AFFIDAVIT of Service for Summon and Complaint *Seclaration of Non Service of Defendant Zero Gravity Management, by process serve Kim McGinnis*, filed by Steve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 6/17/2020) (Entered: 06/17/2020) |
| 06/21/2020 | 51 | MOTION in Limine *TO INCLUDE NEW EVIDENCE, IN SUPPORT OF COMPLAINT, AND IN CONTEMPLATION OF DEF GOOGLE LLCS MOTION TO DISMISS* filed by Steve Kenyatta Wilson Briggs. Responses due by 7/6/2020. Replies due by 7/13/2020. (Attachments: # 1 Declaration Plaintiff's Declaration In Support, # 2 Proposed Order Proposed Order)(Wilson Briggs, Steve) (Filed on 6/21/2020) (Entered: 06/21/2020) |
| 06/22/2020 | 52 | Second MOTION in Limine *PLAINTIFFS AMENDED SECOND MOTION IN LIMINE TO INCLUDE NEW EVIDENCE, IN SUPPORT OF COMPLAINT, AND IN CONTEMPLATION OF DEF GOOGLE LLCS MOTION TO DISMISS* filed by Steve Kenyatta Wilson Briggs. Responses due by 7/6/2020. Replies due by 7/13/2020. (Attachments: # 1 Declaration Plaintiff's Declaration In Support, # 2 Proposed Order Proposed Order)(Wilson Briggs, Steve) (Filed on 6/22/2020) (Entered: 06/22/2020) |
| 06/22/2020 | 53 | MOTION to Dismiss *Plaintiff's Complaint* filed by James Cameron, Lightstorm Entertainment Inc., News Corp, Twentieth Century Fox Film Corp.. Motion Hearing set for 7/29/2020 02:00 PM in San Francisco, Courtroom 02, 17th Floor before Judge William H. Orrick. Responses due by 7/6/2020. Replies due by 7/13/2020. (Attachments: # 1 Proposed Order)(Baldridge, Elizabeth) (Filed on 6/22/2020) (Entered: 06/22/2020) |
| 06/22/2020 | 54 | Request for Judicial Notice re 53 MOTION to Dismiss *Plaintiff's Complaint with Declaration of Marlene Rios and Exhibits A, B* filed byJames Cameron, Lightstorm Entertainment Inc., News Corp, Twentieth Century Fox Film Corp.. (Attachments: # 1 Proposed Order)(Related document(s) 53 ) (Baldridge, Elizabeth) (Filed on 6/22/2020) (Entered: 06/22/2020) |
| 06/22/2020 | 55 | NOTICE by James Cameron, Lightstorm Entertainment Inc., News Corp, Twentieth Century Fox Film Corp. re 54 Request for Judicial Notice, 53 MOTION to Dismiss *Plaintiff's Complaint Notice of Lodging with Proof of Service* (Baldridge, Elizabeth) (Filed on 6/22/2020) (Entered: 06/22/2020) |
| 06/22/2020 | 56 | Certificate of Interested Entities by Twentieth Century Fox Film Corp. identifying Corporate Parent The Walt Disney Company for Twentieth Century Fox Film Corp.. (Baldridge, Elizabeth) (Filed on 6/22/2020) (Entered: 06/22/2020) |
| 06/22/2020 | 57 | Certificate of Interested Entities by Lightstorm Entertainment Inc. (Baldridge, Elizabeth) (Filed on 6/22/2020) (Entered: 06/22/2020) |
| 06/22/2020 | 58 | Certificate of Interested Entities by News Corp (Baldridge, Elizabeth) (Filed on 6/22/2020) (Entered: 06/22/2020) |
| 06/22/2020 | 59 | Certificate of Interested Entities by James Cameron (Baldridge, Elizabeth) (Filed on 6/22/2020) (Entered: 06/22/2020) |
| 06/23/2020 | 60 | **ORDER OF RECUSAL. Signed by Judge William H. Orrick on 06/23/2020. (jmdS, COURT STAFF) (Filed on 6/23/2020)**<br><br>**Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 06/23/2020)** |
| 06/23/2020 | 61 | **ORDER, Case Reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Vince Chhabria for all further proceedings. Judge William H. Orrick no longer assigned to the case. Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras.. Signed by The Clerk on 6/23/20. (Attachments: # 1 Notice of Eligibility for Video Recording)(haS, COURT STAFF) (Filed on 6/23/2020)**<br><br>**Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 06/23/2020)** |
| 06/24/2020 | 62 | Renotice motion hearing re 53 MOTION to Dismiss *Plaintiff's Complaint* filed byJames Cameron, Lightstorm Entertainment Inc., News Corp, Twentieth Century Fox Film Corp.. (Related document(s) 53 ) (Baldridge, Elizabeth) (Filed on 6/24/2020) (Entered: 06/24/2020) |

| | | |
|---|---|---|
| 06/24/2020 | 63 | First MOTION to Dismiss *COMPLAINT* filed by Michael Pierce. Responses due by 7/8/2020. Replies due by 7/15/2020. (Attachments: # 1 Declaration)(Sheik, Shahrokh) (Filed on 6/24/2020) (Entered: 06/24/2020) |
| 06/24/2020 | 64 | Renotice motion hearing re 31 MOTION to Dismiss *Complaint* filed byGoogle LLC. (Related document(s) 31 ) (Somvichian, Whitty) (Filed on 6/24/2020) (Entered: 06/24/2020) |
| 06/25/2020 | 65 | OPPOSITION/RESPONSE (re 43 MOTION in Limine *Plaintiff's Amended Motion In Limine for the Inclusion of New Facts and Evidence, and Request for Judicial Notice*, 51 MOTION in Limine *TO INCLUDE NEW EVIDENCE, IN SUPPORT OF COMPLAINT, AND IN CONTEMPLATION OF DEF GOOGLE LLCS MOTION TO DISMISS*, 52 Second MOTION in Limine *PLAINTIFFS AMENDED SECOND MOTION IN LIMINE TO INCLUDE NEW EVIDENCE, IN SUPPORT OF COMPLAINT, AND IN CONTEMPLATION OF DEF GOOGLE LLCS MOTION TO DISMISS*, 39 MOTION in Limine *Plaintiff's Motion In Limine to Include New Evidence, And Request For Judicial Notice* ) filed byJames Cameron, Lightstorm Entertainment Inc., News Corp, Twentieth Century Fox Film Corp.. (Baldridge, Elizabeth) (Filed on 6/25/2020) (Entered: 06/25/2020) |
| 06/25/2020 | 66 | OPPOSITION/RESPONSE (re 43 MOTION in Limine *Plaintiff's Amended Motion In Limine for the Inclusion of New Facts and Evidence, and Request for Judicial Notice*, 52 Second MOTION in Limine *PLAINTIFFS AMENDED SECOND MOTION IN LIMINE TO INCLUDE NEW EVIDENCE, IN SUPPORT OF COMPLAINT, AND IN CONTEMPLATION OF DEF GOOGLE LLCS MOTION TO DISMISS* ) filed byGoogle LLC. (Somvichian, Whitty) (Filed on 6/25/2020) (Entered: 06/25/2020) |
| 06/26/2020 | 67 | MOTION to Dismiss *Complaint* filed by Internet Archive. Motion Hearing set for 7/30/2020 10:00 AM in San Francisco, Courtroom 04, 17th Floor before Judge Vince Chhabria. Responses due by 7/10/2020. Replies due by 7/17/2020. (Catalanotti, Peter) (Filed on 6/26/2020) (Entered: 06/26/2020) |
| 06/29/2020 | 68 | MOTION to Disqualify Judge *Motion To Disqualify Hon Judge Vince Chhabria, Pursuant To 28 USC §§ 144 And 455* filed by Steve Kenyatta Wilson Briggs. Motion Hearing set for 8/4/2020 10:00 AM in San Francisco, Courtroom 04, 17th Floor before Judge Vince Chhabria. Responses due by 7/13/2020. Replies due by 7/20/2020. (Attachments: # 1 Affidavit Affidavit of Steve Wilson Briggs, in Support of Motion to Disqualify, # 2 Declaration Certificate of Good Faith, # 3 Proposed Order Proposed Order, # 4 Certificate/Proof of Service Certificate of Service)(Wilson Briggs, Steve) (Filed on 6/29/2020) (Entered: 06/29/2020) |
| 06/29/2020 | 69 | CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 1 Complaint,,,, 10 Summons Issued *Proof of Service of Defendant Robert Kamen* (Wilson Briggs, Steve) (Filed on 6/29/2020) (Entered: 06/29/2020) |
| 06/30/2020 | 70 | CLERK'S NOTICE RESCHEDULING MOTION HEARINGS TO 9/3/2020.<br><br>Hearing on 31 Motion to Dismiss, 53 Motion to Dismiss, 63 Motion to Dismiss, 67 Motion to Dismiss, and 68 Motion to Disqualify set for 9/3/2020 10:00 AM before Judge Vince Chhabria. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (vclc3, COURT STAFF) (Filed on 6/30/2020)<br><br>Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>(Entered: 06/30/2020) |
| 06/30/2020 | 71 | NOTICE by Michael Pierce re 63 First MOTION to Dismiss *COMPLAINT Renotice Motion to Dismiss Complaint* (Sheik, Shahrokh) (Filed on 6/30/2020) (Entered: 06/30/2020) |
| 07/01/2020 | 72 | REASSIGNED CASE – NOTICE OF NEW HEARING DATE: You are notified that the Court has scheduled an Initial Case Management Conference before Judge Vince Chhabria upon reassignment. For a copy of Judge Chhabria's Standing Order and other information, please refer to the Court's website at www.cand.uscourts.gov.<br><br>Case Management Statement due by 9/23/2020.<br>Initial Case Management Conference set for 9/30/2020 10:00 AM.<br><br>For Zoom connection, see: https://apps.cand.uscourts.gov/telhrg/<br><br>This proceeding will be a Zoom video conferencing webinar. ADVANCE REGISTRATION OF PARTICIPATING COUNSEL IS REQUIRED and must be done by emailing a list of names and emails of counsel who will be participating in the hearing to vccrd@cand.uscourts.gov by no later |

| | | |
|---|---|---|
| | | than Monday, September 28, 2020, at 10:00 a.m.. |
| | | PLEASE NOTE: Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. See General Order 58 at Paragraph III. |
| | | Case participants may also receive an email invitation from the court with different information which should be followed. |
| | | All counsel, members of the public and press please click the link or use the information below to join the webinar: |
| | | https://cand−uscourts.zoomgov.com/j/1612857657?pwd=WE5Gcm1zS293WU84V0tyd0c2Ulp1UT09 |
| | | Meeting ID: 161 285 7657<br>Password: 547298 |
| | | Dial by your location<br>+1 929 205 6099 US (New York)<br>+1 253 215 8782 US<br>+1 301 715 8592 US<br>+1 312 626 6799 US (Chicago)<br>+1 346 248 7799 US (Houston)<br>+1 669 900 6833 US (San Jose)<br>Find your local number: https://zoom.us/u/ac4JkPfcjo |
| | | For important information and guidance on technical preparation, please see https://www.cand.uscourts.gov/zoom/. |
| | | Initial Case Management Con ference set for 9/30/2020 10:00 AM. |
| | | *(This is a text−only entry generated by the court. There is no document associated with this entry.)*(knm, COURT STAFF) (Filed on 7/1/2020) (Entered: 07/01/2020) |
| 07/06/2020 | 73 | OPPOSITION/RESPONSE (re 53 MOTION to Dismiss *Plaintiff's Complaint* ) *PLAINTIFFS OPPOSITION TO TWENTIETH CENTURY FOX FILM CORP., LIGHTSTORM ENTERTAINMENT INC., NEWS CORP. AND JAMES CAMERONS MOTION TO DISMISS COMPLAINT* filed bySteve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 7/6/2020) (Entered: 07/06/2020) |
| 07/06/2020 | 74 | CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 1 Complaint,,,, 38 Certificate of Service, 10 Summons Issued *Corrected Proof of Service on Def Zero Gravity Management LLC* (Wilson Briggs, Steve) (Filed on 7/6/2020) (Entered: 07/06/2020) |
| 07/06/2020 | 75 | AFFIDAVIT of Service for Declaration of Due Diligence and non−service *on Defendant Mark Williams*, filed by Steve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 7/6/2020) (Entered: 07/06/2020) |
| 07/08/2020 | 76 | OPPOSITION/RESPONSE (re 63 First MOTION to Dismiss *COMPLAINT* ) *PLAINTIFFS OPPOSITION TO DEFENDANT MICHAEL PIERCES MOTION TO DISMISS COMPLAINT* filed bySteve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 7/8/2020) (Entered: 07/08/2020) |
| 07/10/2020 | 77 | OPPOSITION/RESPONSE (re 67 MOTION to Dismiss *Complaint* ) *Plaintiff's Opposition to Defendant Internet Archive's Motion To Dismiss* filed bySteve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 7/10/2020) (Entered: 07/10/2020) |
| 07/13/2020 | 78 | REPLY (re 53 MOTION to Dismiss *Plaintiff's Complaint* ) filed byJames Cameron, Lightstorm Entertainment Inc., News Corp, Twentieth Century Fox Film Corp.. (Baldridge, Elizabeth) (Filed on 7/13/2020) (Entered: 07/13/2020) |
| 07/13/2020 | 79 | OPPOSITION/RESPONSE (re 68 MOTION to Disqualify Judge *Motion To Disqualify Hon Judge Vince Chhabria, Pursuant To 28 USC §§ 144 And 455* ) filed byJames Cameron, Lightstorm Entertainment Inc., News Corp, Twentieth Century Fox Film Corp.. (Baldridge, Elizabeth) (Filed on 7/13/2020) (Entered: 07/13/2020) |

| | | |
|---|---|---|
| 07/14/2020 | 80 | First MOTION for Entry of Default *against Defendant Zero Gravity Management LLC* filed by Steve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 7/14/2020) (Entered: 07/14/2020) |
| 07/14/2020 | 81 | First MOTION for Service by Publication *of Defendant Mark Williams* filed by Steve Kenyatta Wilson Briggs. (Attachments: # 1 Proposed Order, # 2 Certificate/Proof of Service)(Wilson Briggs, Steve) (Filed on 7/14/2020) (Entered: 07/14/2020) |
| 07/15/2020 | 82 | Clerk's Notice ENTRY OF DEFAULT (Related documents(s) 80 )(fabS, COURT STAFF) (Filed on 7/15/2020)<br><br>Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>(Entered: 07/15/2020) |
| 07/20/2020 | 83 | **ERRONEOUSLY E−FILED, DISREGARD − SEE DOC 84**<br>REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT ROBERY KAMEN filed by Steve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 7/20/2020) Modified on 7/21/2020 (fabS, COURT STAFF). (Entered: 07/20/2020) |
| 07/20/2020 | 84 | AMENDED REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT ROBERY KAMEN filed by Steve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 7/20/2020) Modified on 7/21/2020 (fabS, COURT STAFF). (Entered: 07/20/2020) |
| 07/21/2020 | 85 | Clerk's Notice ENTRY OF DEFAULT as to Robert Kamen. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (Related documents(s) 84 )(fabS, COURT STAFF) (Filed on 7/21/2020)<br><br>Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>(Entered: 07/21/2020) |
| 07/21/2020 | 86 | First MOTION for Default Judgment by the Court as to *Defendant Zero Gravity Management LLC* filed by Steve Kenyatta Wilson Briggs. Motion Hearing set for 9/8/2020 10:00 AM in San Francisco, Courtroom 04, 17th Floor before Judge Vince Chhabria. Responses due by 8/4/2020. Replies due by 8/11/2020. (Attachments: # 1 Declaration Declaration of Plaintiff in support of motion for default against Def Zero Gravity Management LLC, # 2 Proposed Order, # 3 Certificate/Proof of Service)(Wilson Briggs, Steve) (Filed on 7/21/2020) (Entered: 07/21/2020) |
| 07/21/2020 | 87 | First MOTION for Default Judgment by the Court as to *Defendant Robert Kamen* filed by Steve Kenyatta Wilson Briggs. Motion Hearing set for 9/8/2020 10:00 AM in San Francisco, Courtroom 04, 17th Floor before Judge Vince Chhabria. Responses due by 8/4/2020. Replies due by 8/11/2020. (Attachments: # 1 Declaration Declaration in support of motion for default judgment against def Robert Kamen, # 2 Proposed Order, # 3 Certificate/Proof of Service)(Wilson Briggs, Steve) (Filed on 7/21/2020) (Entered: 07/21/2020) |
| 07/22/2020 | 88 | REPLY (re 67 MOTION to Dismiss *Complaint* ) *Defendant Internet Archives Reply Brief In Support Of Its Motion To Dismiss Complaint* filed byInternet Archive. (Catalanotti, Peter) (Filed on 7/22/2020) (Entered: 07/22/2020) |
| 08/04/2020 | 89 | Received Lodged Exhibits A and B re 55 Notice of Lodging, by James Cameron, Lightstorm Entertainment Inc., News Corp, Twentieth Century Fox Film Corp. *This is a text only entry. No document is associated with this entry.* (wsnS, COURT STAFF) (Filed on 8/4/2020) (Entered: 08/04/2020) |
| 08/18/2020 | 90 | Declaration of Steve Wilson Briggs in Support of 1 Complaint,,,, *Second Declaration of Plaintiff Steve Wilson Briggs, in support of Complaint* filed bySteve Kenyatta Wilson Briggs. (Related document(s) 1 ) (Wilson Briggs, Steve) (Filed on 8/18/2020) (Entered: 08/18/2020) |
| 08/25/2020 | 91 | Third MOTION in Limine *Plaintiff's Third Motion In Limine For The Inclusion of New Facts and Evidence* filed by Steve Kenyatta Wilson Briggs. Motion Hearing set for 9/29/2020 10:00 AM in San Francisco, Courtroom 04, 17th Floor before Judge Vince Chhabria. Responses due by 9/8/2020. Replies due by 9/15/2020. (Attachments: # 1 Declaration Declaration In Support Of Motion In Limine, # 2 Proposed Order Proposed Order, # 3 Certificate/Proof of Service Proof of Service)(Wilson Briggs, Steve) (Filed on 8/25/2020) (Entered: 08/25/2020) |
| 08/25/2020 | 92 | Declaration of Steve Wilson Briggs in Support of 1 Complaint,,,, *Amended Second Declaration In Support of Complaint* filed bySteve Kenyatta Wilson Briggs. (Related document(s) 1 ) (Wilson Briggs, Steve) (Filed on 8/25/2020) (Entered: 08/25/2020) |

| | | |
|---|---|---|
| 08/25/2020 | 93 | Proposed Order re 68 MOTION to Disqualify Judge *Motion To Disqualify Hon Judge Vince Chhabria, Pursuant To 28 USC §§ 144 And 455 Amended/Corrected Proposed Order* by Steve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 8/25/2020) (Entered: 08/25/2020) |
| 08/26/2020 | 94 | Request for Judicial Notice *Plaintiff's Second Request For Judicial Notice* filed bySteve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 8/26/2020) (Entered: 08/26/2020) |
| 08/28/2020 | 95 | Request for Judicial Notice *Plaintiff's Third Request For Judicial Notice* filed bySteve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 8/28/2020) (Entered: 08/28/2020) |
| 08/29/2020 | 96 | CLERK'S NOTICE RESCHEDULING THE FOLLOWING HEARINGS TO THURSDAYS WHEN THE COURT HOLDS MOTION CALEDNARS: 86 First MOTION for Default Judgment by the Court as to *Defendant Zero Gravity Management LLC*, 87 First MOTION for Default Judgment by the Court as to *Defendant Robert Kamen*, and 91 Third MOTION in Limine *Plaintiff's Third Motion In Limine For The Inclusion of New Facts and Evidence*.<br><br>Mr. Briggs is reminded to review the Court's available dates for hearing under the scheduling notes section of Judge Chhabria's webpage, on the court's website: https://cand.uscourts.gov/judges/chhabria−vince−vc/.<br><br>Motion Hearing re 86 First MOTION for Default Judgment by the Court as to *Defendant Zero Gravity Management LLC*, and 87 First MOTION for Default Judgment by the Court as to *Defendant Robert Kamen* set for 9/10/2020, 10:00 AM, before Judge Vince Chhabria.<br><br>Motion Hearing re 91 Third MOTION in Limine *Plaintiff's Third Motion In Limine For The Inclusion of New Facts and Evidence* set for 10/1/2020, 10:00 AM, before Judge Vince Chhabria.<br><br>Both proceedings will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/vc<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at vccrd@cand.uscourts.gov no later than Not less than 3 court days in advance of the hearing.<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text−only entry generated by the co urt. There is no document associated with this entry.)*(knm, COURT STAFF) (Filed on 8/29/2020) (Entered: 08/29/2020) |
| 08/31/2020 | 97 | CLERK'S NOTICE vacating the motion hearings scheduled for 9/3/2020, 9/10/2020, and 10/1/2020, and vacating the initial case management conference scheduled for 9/30/2020. The Court will issue a written ruling on the motions. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (knm, COURT STAFF) (Filed on 8/31/2020) (Entered: 08/31/2020) |
| 09/03/2020 | 98 | OPPOSITION/RESPONSE (re 91 Third MOTION in Limine *Plaintiff's Third Motion In Limine For The Inclusion of New Facts and Evidence* ) and Opposition/Response to Dkt. Nos. 90, 92, 94, and 95 filed byJames Cameron, Lightstorm Entertainment Inc., News Corp, Twentieth Century Fox Film Corp.. (Baldridge, Elizabeth) (Filed on 9/3/2020) (Entered: 09/03/2020) |
| 09/03/2020 | 99 | Fourth MOTION in Limine *Plaintiff's Fourth Motion In Limine to Include* filed by Steve Kenyatta Wilson Briggs. Motion Hearing set for 9/30/2020 10:00 AM in San Francisco, Courtroom 04, 17th Floor before Judge Vince Chhabria. Responses due by 9/17/2020. Replies due by 9/24/2020. (Attachments: # 1 Declaration Declaration In Support of Plaintiff's Fourth Motion In Limine, # 2 Certificate/Proof of Service Proof of Service, # 3 Proposed Order Proposed Order)(Wilson Briggs, Steve) (Filed on 9/3/2020) (Entered: 09/03/2020) |
| 09/08/2020 | 100 | OPPOSITION/RESPONSE (re 91 Third MOTION in Limine *Plaintiff's Third Motion In Limine For The Inclusion of New Facts and Evidence*, 99 Fourth MOTION in Limine *Plaintiff's Fourth Motion In Limine to Include* ) *(re 94 Second Request for Judicial Notice and 95 Third Request for Judicial Notice)* filed byGoogle LLC. (Somvichian, Whitty) (Filed on 9/8/2020) (Entered: 09/08/2020) |

| | | |
|---|---|---|
| 09/09/2020 | 101 | Fourth MOTION in Limine *Amended Plaintiffs Fourth Motion In Limine To Include New Facts And Evidence* filed by Steve Kenyatta Wilson Briggs. Motion Hearing set for 9/30/2020 10:00 AM in San Francisco, Courtroom 04, 17th Floor before Judge Vince Chhabria. Responses due by 9/23/2020. Replies due by 9/30/2020. (Attachments: # 1 Declaration Declaration In Support of Motion, # 2 Proposed Order Proposed Order, # 3 Certificate/Proof of Service Proof of Service)(Wilson Briggs, Steve) (Filed on 9/9/2020) (Entered: 09/09/2020) |
| 09/11/2020 | 102 | CLERK'S NOTICE vacating the hearings scheduled for 9/30/2020 re 99 and 101 Fourth Motion in Limine. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (knm, COURT STAFF) (Filed on 9/11/2020) (Entered: 09/11/2020) |
| 09/22/2020 | 103 | Fifth Motion In Limine to Include New Facts and Evidence filed by Steve Kenyatta Wilson Briggs. Motion Hearing set for 10/29/2020 10:00 AM in San Francisco, Courtroom 04, 17th Floor before Judge Vince Chhabria. Responses due by 10/6/2020. Replies due by 10/13/2020. (Attachments: # 1 Declaration Declaration in Support, # 2 Proposed Order Proposed Order, # 3 Certificate/Proof of Service Proof of Service)(Wilson Briggs, Steve) (Filed on 9/22/2020) Modified on 9/23/2020 (gbaS, COURT STAFF). (Entered: 09/22/2020) |
| 09/24/2020 | 104 | CASE MANAGEMENT STATEMENT *Plaintiff's Case Management Statement and ADR Certification* filed by Steve Kenyatta Wilson Briggs. (Attachments: # 1 ADR Certification, # 2 Certificate/Proof of Service Proof of Service)(Wilson Briggs, Steve) (Filed on 9/24/2020) (Entered: 09/24/2020) |
| 09/30/2020 | 105 | First MOTION for Leave to File *Plaintiff's First Motion For Leave To File First Amended Complaint* filed by Steve Kenyatta Wilson Briggs. (Attachments: # 1 Exhibit Proposed FAC Exhibits A to Z2, # 2 Exhibit Proposed FAC Exhibits A3 to W4, # 3 Exhibit Proposed FAC Exhibits X4 to P6, # 4 Exhibit Proposed FAC Exhibits Q6 to X6, # 5 Declaration Declaration in Support of Motion for Leave to Amend, # 6 Proposed Order Proposed Order, # 7 Certificate/Proof of Service Proof of Service)(Wilson Briggs, Steve) (Filed on 9/30/2020) (Entered: 09/30/2020) |
| 10/05/2020 | 106 | NOTICE by Steve Kenyatta Wilson Briggs *Notice to the Court and the Clerk's Office* (Attachments: # 1 Certificate/Proof of Service)(Wilson Briggs, Steve) (Filed on 10/5/2020) (Entered: 10/05/2020) |
| 10/05/2020 | 107 | ERRATA re 91 Third MOTION in Limine *Plaintiff's Third Motion In Limine For The Inclusion of New Facts and Evidence* by Steve Kenyatta Wilson Briggs. (Attachments: # 1 Certificate/Proof of Service)(Wilson Briggs, Steve) (Filed on 10/5/2020) (Entered: 10/05/2020) |
| 10/05/2020 | 108 | Request for Judicial Notice *Plaintiff's Fourth Request For Judicial Notice* filed bySteve Kenyatta Wilson Briggs. (Attachments: # 1 Certificate/Proof of Service)(Wilson Briggs, Steve) (Filed on 10/5/2020) (Entered: 10/05/2020) |
| 10/05/2020 | 109 | First MOTION for Leave to File *AMENDED Motion for Leave to File a First Amended Complaint* filed by Steve Kenyatta Wilson Briggs. (Attachments: # 1 Exhibit FAC Exhibits A to Z2, # 2 Exhibit FAC Exhibits A3 to W4, # 3 Exhibit FAC Exhibits X4 to P6, # 4 Exhibit FAC Exhibits Q6 to Y6, # 5 Declaration Declaration in Support of Amended Motion for Leave to File FAC, # 6 Proposed Order Proposed Order, # 7 Certificate/Proof of Service)(Wilson Briggs, Steve) (Filed on 10/5/2020) (Entered: 10/05/2020) |
| 10/07/2020 | 110 | **ORDER RE NEW FILINGS. Signed by Judge Vince Chhabria on 10/7/2020. (vclc3S, COURT STAFF) (Filed on 10/7/2020) (Entered: 10/07/2020)** |
| 10/16/2020 | 111 | **ORDER DISMISSING LAWSUIT AND RESOLVING ALL PENDING MOTIONS. Signed by Judge Vince Chhabria on 10/16/2020. (vclc3S, COURT STAFF) (Filed on 10/16/2020) (Entered: 10/16/2020)** |
| 10/16/2020 | 112 | **JUDGMENT. Signed by Judge Vince Chhabria on 10/16/2020. (vclc3S, COURT STAFF) (Filed on 10/16/2020) (Entered: 10/16/2020)** |
| 11/12/2020 | 113 | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by Steve Kenyatta Wilson Briggs. Appeal of Judgment 112 , Complaint,,,, 1 , Order 111 *Notice of Notice of Appeal* (Wilson Briggs, Steve) (Filed on 11/12/2020) (Entered: 11/12/2020) |
| 11/12/2020 | 116 | LETTER from Plaintiff to Clerk. (fabS, COURT STAFF) (Filed on 11/12/2020) (Entered: 11/18/2020) |
| 11/16/2020 | 114 | USCA Case Number 20−17229 USCA 9th Circuit for 113 Notice of Appeal filed by Steve Kenyatta Wilson Briggs. (fabS, COURT STAFF) (Filed on 11/16/2020) (Entered: 11/16/2020) |

| | | |
|---|---|---|
| 11/17/2020 | 115 | ORDER of USCA (fabS, COURT STAFF) (Filed on 11/17/2020) (Entered: 11/17/2020) |
| 11/17/2020 | 117 | USCA Appeal Fees received $ 505 receipt number 34611151725 re 113 Notice of Appeal filed by Steve Kenyatta Wilson Briggs (fabS, COURT STAFF) (Filed on 11/17/2020) (Entered: 11/18/2020) |