No. 20-17229
_____

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
_____

STEVE K. WILSON BRIGGS,

*Plaintiff-Appellant,*

v.

JAMES CAMERON, TWENTIETH CENTURY FOX FILM CORPORATION, NEWS CORP., GOOGLE LLC, INTERNET ARCHIVE, ZERO GRAVITY, LIGHTSTORM ENTERTAINMENT, INC., MICHAEL PIERCE, MARK WILLIAMS, ROBERT KAMEN,

*Defendants-Appellees.*

_____

On Appeal from the United States District Court
for the Northern District of California
Case No. 3:20-cv-01596-VB

_____

## INTERNET ARCHIVE'S RESPONSE TO APPELLANT'S OPENING BRIEF JOINING THE BRIEFS OF ITS CO-APPELLEE'S

_____

Lila Bailey
Policy Counsel
Internet Archive
300 Funston Avenue
San Francisco, CA 94118

*Counsel for Internet Archive*

## CORPORATE DISCLOSURE STATEMENT

Internet Archive is a California non-profit corporation. It is not a subsidiary of any corporation, and no publicly held corporation owns Internet Archive stock.

## STATEMENT OF JOINDER

Briggs alleged direct and contributory copyright infringement and intentional misrepresentation claims against Internet Archive. The District Court found that Briggs failed to identify any alleged statement from Internet Archive to form the basis for an intentional misrepresentation claim; he does not contest that finding and cannot cure it in this appeal. Beyond that, his claims fail against Internet Archive for the same reasons they fail against the other Appellees. Therefore, pursuant to Federal Rule of Appellate Procedure 28(i), Internet Archive joins and adopts Google LLC's Response to Appellant's Opening Brief in its entirety (including the statement of jurisdiction, statement of the issues, introduction, summary of argument, argument, and conclusion) as well as Sections IV-VI of the Answering Brief of Defendants-Appellees James Cameron *et al*.

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that this brief complies with Federal Rules of Appellate Procedure 32(a)(7)(B)(i) & 32(a)(5)-(6). It is set in proportionally spaced 14 point Times New Roman font and contains 180 words.

Dated: March 12, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Lila Bailey*
　　　　　　　　　　　　　　　　　　　　Lila Bailey
　　　　　　　　　　　　　　　　　　　　Counsel for Internet Archive