No. 20-17229

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

STEVE K. WILSON BRIGGS,

Appellant,

versus

JAMES CAMERON; TWENTIETH CENTURY FOX FILM
CORPORATION; NEWS CORP.; GOOLGE LLC; INTERNET ARCHIVE;
ZERO GRAVITY; LIGHTSTORM ENTERTAINMENT, INC.; MICHAEL
PIERCE; MARK WILLIAMS; ROBERT KAMEN

Appellees.

---

On Appeal from the United States District Court
for Northern California
The Honorable Vince Chhabria
District Court Case No. 3:20-cv-01596-VC

---

**APPELLEE'S SUPPLEMENTAL EXCERPTS OF RECORD**

---

COOLEY LLP
Whitty Somvichian (194463)
Katherine E. Green (312928)
101 California St, 5TH Fl.
San Francisco, CA 94111
(415) 693-2000 (telephone)
(415) 693-2000 (facsimile)

*Attorneys for Appellee Google LLC*

## <u>INDEX TO SUPPLEMENTAL EXCERPTS OF RECORD</u>

| Document | File Date | USDC Dkt. No. | SER No. |
|---|---|---|---|
| Plaintiff's Opposition to Defendant Google LLC's Motion to Dismiss Complaint | 05/26/2020 | 33 | 3 |
| Plaintiff's Complaint | 03/04/2020 | 1 | 18 |

246624650

Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA,**

**SAN FRANCISCO DIVISION**

| STEVE WILSON BRIGGS, | Civ No: 20-cv-1596-WHO |
|---|---|
| Plaintiff, | |
| vs | **PLAINTIFF'S OPPOSITION TO** |
| JAMES CAMERON et al, | **DEFENDANT GOOGLE LLC'S** |
| Defendants. | **MOTION TO DISMISS COMPLAINT** |
| | Date: July 22, 2020 |
| | Time: 2:00 p.m. |
| | Dept: Courtroom 2 - 17th Floor |
| | Judge: William H. Orrick |

PLAINTIFF'S OPPOSITION TO GOOGLE LLC'S MTD

| | |
|---|---|
| 1 | **PLAINTIFF'S OPPOSITION TO DEFENDANT GOOGLE LLC'S** |
| 2 | **MOTION TO DISMISS COMPLAINT** |
| 3 | **INTRODUCTION** |
| 4 | May 22, 2020, Defendant (**Def**) Google LLC submitted a Motion to Dismiss (**MTD**) |
| 5 | Plaintiff's Complaint for "failure to state a claim upon which relief may be granted." |
| 6 | The prevalence of deceit and improperly applied law in the MTD belie any pretense of |
| 7 | sincerity, and create the impression that the MTD was submitted, on the response deadline, |
| 8 | simply to avoid default. |
| 9 | Plaintiff's Complaint describes shocking civil offenses (and offenses that state and |
| 10 | federal AG's may determine are criminal in nature). Specifically, the Complaint shows: |
| 11 | **(1)** the Defendants (**Defs**) unlawfully accessed Plaintiff's work; **(2)** the Defs tried to erase |
| 12 | evidence of their unlawful access; **(3)** the Defs created many falsified web-articles, claiming |
| 13 | Avatar was written in 1995 (in effort to backdate ownership of Plaintiff's ideas, and transfer |
| 14 | ownership to the Defs); **(4)** the Defs infringed Plaintiff's work, TWICE, to make the films |
| 15 | Avatar and Taken; **(5)** Google LLC modified its "Chrome" web-browser to display false |
| 16 | URLs of the Defs' falsified web pages (and Internet Archive's "Wayback Machine" created |
| 17 | falsified *crawls* of the Defs' falsified pages), deceiving Plaintiff that these web documents |
| 18 | were valid; **(6)** Google LLC and the Defs prevented and blocked any reports or Google |
| 19 | search results of *Briggs v Spacey* (2018), thus, the case went unreported, and placed the |
| 20 | public at continued risk; **(7)** Google LLC manipulated its internet browser search results, to |
| 21 | eliminate Plaintiff's film projects from Google's search results, dooming Plaintiff's film |
| 22 | endeavors; **(8)** the Defs relied on Google LLC to infect Plaintiff PC with a virus that |
| 23 | allowed the Defs to hack Plaintiff's computer, at will; **(9)** the Defs' hacks were so frequent |
| 24 | and severe that Plaintiff actually inadvertently caught a hack on video. The list of unlawful |
| 25 | actions taken by Google LLC goes on. |
| 26 | After engaging in all of these unthinkable offenses, with irrefutable evidentiary |
| 27 | support, Google LLC has moved the Court to dismiss—and simply allow the tech giant to |
| 28 | walk away. |

PLAINTIFF'S OPPOSITION TO GOOGLE LLC'S MTD

1

| | |
|---|---|
| 1 | **International Fraud Ring** |
| 2 | The Complaint shows that Google LLC abused its status as a trusted international |
| 3 | service to participate in a global network that fraudulently backdates websites and |
| 4 | web-documents, to help international corporations steal intellectual property from powerless |
| 5 | private citizens. This activity threatens the foundation of America, as our Founding Fathers |
| 6 | specifically acted to protect American citizen's intellectual property rights in our |
| 7 | Constitution's *Copyright Clause*. Dismissing this action, or dismissing Google LLC from |
| 8 | this action, may do permanent harm to US and international copyright law. |
| 9 | **National Security Implications** |
| 10 | Google LLC and its parent *Alphabet Inc* were founded by **Sergey Brin** and Larry Page, |
| 11 | who resigned as Google's co-CEOs in December 2019, as Plaintiff wrote his Complaint. |
| 12 | Plaintiff's Complaint alleges and demonstrates that Google LLC and the other Defs |
| 13 | routinely hacked into Plaintiff's computer to spy on his progress as he wrote his Complaint. |
| 14 | Sergey Brin was born in Russia, and is a Russian citizen. Russia is a US adversary. |
| 15 | Several years after Plaintiff's screenplay revealed Plaintiff's vision of scanning a human |
| 16 | brain, soul and body (to make perfect digital replicas, which could then be inserted into |
| 17 | various environmental simulators) Google LLC began researching this concept. |
| 18 | This year, January 2020, **Google** and the Janelia Research Campus in Virginia |
| 19 | published the most detailed brain scan ever. (See **Exhibit A**.) Plaintiff suspects that Google |
| 20 | LLC (a world leader in personal data collection) will eventually use this technology to |
| 21 | actualize Plaintiff's concepts (in cooperation with other tech giants), intent to predict and |
| 22 | influence private citizen's behavior. Page 124 of the Complaint, Plaintiff explains: |
| 23 | "although these ideas make for a great sci-fi plot, Plaintiff believes, in |
| 24 | practice, these systems will foment dissent and give foreign hackers (of the systems or the data) the ability to predict US military responses and allow |
| 25 | hackers (or the owners) to predict markets." |
| 26 | This was Plaintiff's succinct way of explaining that by hacking into this sort of defense |
| 27 | system, America's adversaries could then run digital attack scenarios on the *simulated* |
| 28 | *nation* of America, to predict America's strategic responses in an actual war, then design |

| | |
|---|---|
| 1 | defenses and alternate attacks. [NOTE: Plaintiff believes there are at least 2 more ways that |
| 2 | this sort of global "simulator" based defense system could be hacked into catastrophic |
| 3 | failure, and he worries that prospective private defense contractors (namely Microsoft and |
| 4 | **Amazon.com\***) appear intent to sell this flawed model to the U.S. Defense Department.] |
| 5 |     April 8, 2020, US officials allowed Google to turn on a high-speed undersea internet |
| 6 | link between the U.S. and Taiwan, **but refused to permit Google to turn on access to the** |
| 7 | **Chinese territory of Hong Kong.** The DOJ explained, "<u>...the grant of a direct cable</u> |
| 8 | <u>connection between the United States and Hong Kong would seriously jeopardize the</u> |
| 9 | <u>national-security and law-enforcement interests of the United States.</u>" (**See Exhibit B**.) |
| 10 |     Four years earlier, in 2016, **Google** and **Facebook** teamed up to lay this high-speed |
| 11 | internet cable between California and Hong Kong, **<u>without getting US federal approval</u> <u>to</u>** |
| 12 | **<u>use this system</u>.** (**See Exhibit C**, p 2 para 5.) |
| 13 |       Plaintiff shares these seemingly unrelated details about brain scan imaging and |
| 14 | high-speed internet cables **(1)** because Google LLC's MTD displays the same reckless and |
| 15 | self-interested tendencies that Google displayed in laying a international internet cable |
| 16 | without first securing US permission (content to subvert the interests of justice with plainly |
| 17 | meritless arguments;) **(2)** to remind the Court that this matter has broader ramifications than |
| 18 | most IP case, and prematurely dismissing Google LLC may have serious consequences; |
| 19 | **(3)** because numerous luminaries, like Google's Page and Brin, Jeff Bezos (Amazon), |
| 20 | Richard Branson (Virgin Galactic), seem intent to actuate some of Plaintiff's ideas. Plaintiff |
| 21 | worries these moguls' dishonesty and lack of ethics imperil project safety. |
| 22 |     **\***Page 122 of the Complaint explains that in 2006, 3.5 months after ZGM accessed |
| 23 | Plaintiff's script, Richard Branson formed his space tourism company, **Virgin Galactic**. Following Branson, September 2006 (**9 months after** ZGM accessed Plaintiff's script) |
| 24 | Amazon.com's CEO Jeff Bezos formed his space tourism company, ***Blue Origin, LLC***; registered in California in Feb 2007. [**See Exhibit E**, Blue Origin's 2007 CA business entity |
| 25 | statement (**BES**).] By examining the second page of this filing (A 2006 Washington state |
| 26 | BES for *Blue Origin, LLC*), one sees Bezos improperly backdated his company to Sept |
| 27 | **<u>2000</u>**. But the UBI number on *Blue Origin's LLC*'s BES was originally for a company called ***<u>Blue Operations, LLC</u>***, formed Sept 8, 2000. (**See Exhibit F.**) But *Blue Operations, LLC* |
| 28 | was not owned by Bezos before Sept 2006. It was owned by a person named Ian Thompson. |

| | |
|---|---|
| 1 | **MEMORANDUM OF POINTS AND AUTHORITIES** |
| 2 | **LEGAL STANDARD** |
| 3 | DISMISSAL |
| 4 | ● FRCP 12(b)(6) instructs the court must "accept factual allegations in the complaint as |
| 5 | true and construe the pleadings <u>in the light most favorable to the **nonmoving** party</u>." |
| 6 | *Manzarek v. St. Paul Fire & Marine Ins. Co.*, 519 F.3d 1025, 1031 (9th Cir. 2008). |
| 7 | |
| 8 | ● The court must: "read the complaint generously and draw all reasonable inferences in |
| 9 | favor of the plaintiff." *Knievel v. ESPN*, 393 F.3d 1068, 1080 (9th Cir. 2005). |
| 10 | |
| 11 | ● If motion to dismiss is granted, a court should grant leave to amend unless it |
| 12 | determines the pleading could not possibly be cured by allegations of other facts. |
| 13 | *Cook, Perkiss & Liehe v. N. Cal. Collection Serv.,* 911 F.2d 242, 247 (9th Cir. 1990). |
| 14 | |
| 15 | STATING THE CLAIMS |
| 16 | ● Understanding that some cases are more complicated, and involve many parties, many |
| 17 | charges, and many moving parts, there is no maximum or minimum length limit for a |
| 18 | Complaint. But the <u>Fed. R. Civ. P. 8(a)(2)</u> does, at a minimum require: "a short and |
| 19 | plain statement of the claim[s] showing that the pleader is entitled to relief". |
| 20 | |
| 21 | ● In 1957, <u>*Conley v. Gibson*, 355 U.S. 41 (1957)</u> established the current standard stating: |
| 22 | "a complaint should not be dismissed for failure to state a claim unless it appears |
| 23 | beyond doubt that the plaintiff can prove no set of facts in support of his claim which |
| 24 | would entitle him to relief" |
| 25 | |
| 26 | ● <u>Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555 (2007)</u> modified Conley v. Gibson, as |
| 27 | Twombly specified that a complaint need not contain detailed factual allegations, but |
| 28 | only allege "enough facts to state a claim to relief that is plausible on its face." |

| | |
|---|---|
| 1 | **ARGUMENT**: |
| 2 | I.   **DEFENDANT GOOGLE LLC'S PRIMARY ARGUMENT:** |
| 3 |     Google LLC Claims The Complaint Is Deficient Due To Its Failure To State A |
| 4 |     Claim Upon Which Relief May Be Granted. |
| 5 | Plaintiff's Opposition Argument |
| 6 | *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009), requires that: |
| 7 8 9 | "A claim has facial when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged. The plausibility standard is not akin to a 'probability requirement,' but it asks for more than a sheer possibility that a defendant has acted unlawfully." |
| 10 | Plaintiff has met and surpassed the *Ashcroft v. Iqbal* demand. Plaintiff has pled factual |
| 11 | content that allows the court to draw the reasonable inference that the defendant is liable for |
| 12 | the misconduct alleged, and Plaintiff has demonstrated that there is far more than a mere |
| 13 | possibility that Google LLC and the other Defendants acted unlawfully. |
| 14 |     Further, the Supreme Court has determined that deciding if a complaint states a |
| 15 | plausible claim for relief is **"a context-specific task that requires the reviewing court to** |
| 16 | **draw on its judicial experience and common sense."** (Id. at 679.) |
| 17 |     Thus, it is for the Court, alone, to decide a claim's plausibility. Plaintiff believes his |
| 18 | Complaint makes plausible claims, upon which relief may be granted. |
| 19 | II.   **DEFENDANT GOOGLE LLC'S ARGUMENT "A":** |
| 20 21 22 | Plaintiff's Complaint Violates Basic Rule 8 Requirements. "Plaintiff's Complaint should be dismissed because its excessive lengthy and confusing (often incoherent) allegations violate Rule 8's requirement of "a short and plain statement of the claim showing that the pleader is entitled to relief." |
| 23 | Plaintiff's Opposition Argument |
| 24 |     With this argument, Google LLC seeks to recklessly mislead the court and bring two |
| 25 | requirements of law into conflict, when no actual conflict exists. |
| 26 |     Federal and California State law (CCP § 438) require that a complaint **"state facts** |
| 27 | **sufficient to constitute a cause of action."** This requirement has been part of California |
| 28 | law for almost **150 years**, and part of federal law for untold generations. Plaintiff |

1  meticulously endeavored to meet this demand.

2       However, in **_Bell Atlantic Corp. v. Twombly_**, 550 U.S. 544 (**2007**), in an effort to

3  reduce frivolous lawsuits, the Supreme Court ruled that a complaint must make "a short and

4  plain statement of the claim showing that the pleader is entitled to relief." But,

5  understanding that the new requirement was subordinate to the long established requirement

6  to "state facts sufficient to constitute a cause of action," the Supreme Court expressly stated

7  that complaints must still include "<u>sufficient factual matter, accepted as true, to "state a</u>

8  <u>claim to relief that is plausible on its face</u>." LexisNexis addresses this as follows:

9     "Under Federal Rule of Civil Procedure 8(a)(2), a complaint must contain a "short

10    and plain statement of the claim showing that the pleader is entitled to relief."
      "[D]etailed factual allegations" are not required, Twombly, 550 U.S., at 555, 127 S.

11    Ct. 1955, 167 L. Ed. 2d 929, **but the Rule does call for sufficient factual matter,**
      **accepted as true, to "state a claim to relief that is plausible on its face**."

12

13     Beyond the need to "state facts sufficient to constitute a cause of action," each of

14  Plaintiff's Causes has **specific** elemental pleading requirements (for example, Copyright

15  Infringement requires some comparative analysis to show substantial similarity, and the

16  elements of Fraud must be demonstrated with "particularity").

17     Further, in a complex case, such as this, with many defendants who have hatched an

18  array of schemes (e.g., falsifying web pages, producing fraudulent web articles and fake

19  stories, hacking, backdating documents, using Google's Chrome browser to make falsified

20  web documents appear valid…) it is impossible to submit a brief Complaint.

21     Plaintiff's Complaint meets the pleading requirements of each Cause of Action, and

22  meets the Federal and State requirement to **"state facts sufficient to constitute a cause of**

23  **action,"** and it meets both Rule 8(a)(2) requirements of **(1) "a short and plain statement of**

24  **the claim showing that the pleader is entitled to relief";** and (2) to **"state a claim to**

25  **relief that is plausible on its face."**

26  **III.**   **<u>DEFENDANT GOOGLE LLC'S ARGUMENT "B":</u>**
        <u>Plaintiff's claims should be dismissed under First Amendment principles because</u>

27     <u>they seek to impose liability for a form of protected speech. As multiple courts</u>
       <u>have found, an Internet search engine's display… involves "editorial judgments</u>..."

28

| | |
|---|---|
| 1 | Plaintiff's Opposition Argument |
| 2 | This argument is impossible. The Complaint makes no effort to deny Google LLC's |
| 3 | right to free speech. The Complaint seeks to hold Google LLC responsible for committing |
| 4 | the following offenses (also outlined on page 1 of this Opposition), and more: |
| 5 | 1. Google LLC's participated in the infringement of the Plaintiff's copyrights; |
| 6 | 2. Google LLC's hacked of Plaintiff's computer and storage (on his laptop and in |
| 7 | Google "Docs")  to help the Defendants steal Plaintiff's screenplays, and to monitor |
| 8 | Plaintiff's work on his Complaint; |
| 9 | 3. Google LLC modified its "Chrome" web-browser to display false URLs of the Defs' |
| 10 | falsified web page; |
| 11 | 4. Google LLC prevented *Briggs v Spacey* (2018) from appearing in any web searches, |
| 12 | thus, the case went unreported, and kept the public unaware; |
| 13 | 5. Google LLC manipulated search results, to eliminate Plaintiff's film projects from |
| 14 | Google's search results; |
| 15 | 6. The Defs relied on Google LLC to infect Plaintiff PC with a virus that allowed the |
| 16 | Defs to hack Plaintiff's computer, at will. |
| 17 | These offenses, claims and allegations are far more serious than an effort to infringe |
| 18 | upon Google LLC's  right to free speech. This argument is false and wasteful of the Court's |
| 19 | time. |
| 20 | **IV.** **DEFENDANT GOOGLE LLC'S ARGUMENT "C":** |
| 21 | Plaintiff's Claims Involve Conduct Protected by the Communications Decency Act (CDA) Section 230… Plaintiff's theory of liability is precluded by the CDA, |
| 22 | 47 U.S.C. § 230... 230 provides broad immunity to online service providers where a party seeks to hold the provider liable for the content of others… |
| 23 | |
| 24 | Plaintiff's Opposition Argument |
| 25 | Google LLC's argument is categorically incorrect and improper. |
| 26 | The Communications Decency Act (**CDA**) applies only to actions that are executed in |
| 27 | **good faith** (Google LLC actions were not taken in good faith), and the CDA does not apply |
| 28 | to criminal, intellectual property, state, or privacy law.  47 USC § 230(c)(2)(A) & (B) read: |

PLAINTIFF'S OPPOSITION TO GOOGLE LLC'S MTD

**(2) Civil liability:** No provider or user of an interactive computer service shall be held liable on account of—

**(A)** any action voluntarily taken in **good faith** to restrict access to or availability of material that the provider or user considers to be obscene, lewd, lascivious, filthy, excessively violent, harassing, or otherwise objectionable, whether or not such material is constitutionally protected; or

**(B)** any action taken to enable or make available to information content providers or others the technical means to restrict access to material described in paragraph (1).

47 U.S. Code § 230 (e)(1)(2)(3) & (4) state:

**(1) No effect on criminal law**

Nothing in this section shall be construed to impair the enforcement of section 223 or 231 of this title, chapter 71 (relating to obscenity) or 110 (relating to sexual exploitation of children) of title 18, or any other Federal criminal statute.

**(2) No effect on intellectual property law**

Nothing in this section shall be construed to limit or expand any law pertaining to intellectual property.

**(3) State law**

Nothing in this section shall be construed to prevent any State from enforcing any State law that is consistent with this section. No cause of action may be brought and no liability may be imposed under any State or local law that is inconsistent with this section.

**(4) No effect on communications privacy law**

Nothing in this section shall be construed to limit the application of the Electronic Communications Privacy Act of 1986 or any of the amendments made by such Act, or any similar State law.

As the Court can see, nothing about the Communications Decency Act applies to this matter, as the CDA is not intended to supersede criminal, intellectual property, state, or privacy law, and is only applicable when providers act in good faith. The CDA has no application in this matter.

V. **DEFENDANT GOOGLE LLC'S ARGUMENT "D":**

Plaintiff Fails to State Any Claim for Contributory Infringement Against Google (Third Claim for Relief).3 Contributory copyright infringement occurs when "one who, with knowledge of the infringing activity, induces, causes or materially contributes to the infringing conduct of another."

| | |
|---|---|
| 1 | Plaintiff's Opposition Argument |
| 2 | Page 125 of the Complaint makes all necessary re-allegations and makes clear |
| 3 | Copyright Infringement claims against ALL Defendants, Google LLC included. |
| 4 | Page 127 of the Complaint makes all necessary re-allegations, then makes clear claims |
| 5 | of Contributory Copyright Infringement against Google LLC and Internet Archive. |
| 6 | Paragraph 621 states "<u>Although Defs Google LLC and Internet Archives did not</u> |
| 7 | <u>directly engage in the actual **infringement** of the Plaintiff's work, Google LLC and Internet</u> |
| 8 | <u>Archive had clear knowledge of the **infringing** Defendants' **infringement** of Plaintiff's</u> |
| 9 | <u>work</u>." In stating this, Plaintiff was careful to use a lowercase "i" in the word "infringement" |
| 10 | and "infringing". This was done to distinguish the act of writing producing a substantially |
| 11 | similar work (creating an "infringing" work, or creating an "infringement"), from the legal |
| 12 | claim or Cause of "Infringement". The Defense Counsel *must* have realized this. |
| 13 | By stating that "Google LLC and Internet Archives did not directly engage in the actual |
| 14 | infringement of the Plaintiff's work," Plaintiff did NOT state or suggest that Google LLC |
| 15 | did NOT "induce, **cause** or **materially contribute** to the infringing conduct of another," as |
| 16 | required for Contributory Copyright Infringement. |
| 17 | The Defense hopes to stretch logic and law, to reason that because Google did not |
| 18 | actually write or contract the infringing films, they did not materially contribute to the |
| 19 | infringement. But, as the Complaint alleges, Google LLC did, indeed, materially contribute |
| 20 | to the infringing conduct. The Defense Counsel's argument is wrong. |
| 21 | VI.   **DEFENDANT GOOGLE LLC'S ARGUMENT "E":** |
| 22 | "Plaintiff's Intentional Interference Claim Is Plagued by Additional Defects... First, the claim is premised on an alleged Google statement that: "We provide |
| 23 | our Services using a commercially reasonable level of skill and care."... |
| 24 | Plaintiff's Opposition Argument |
| 25 | Pages 57, 58 and 96 to 109 of the Complaint (among other pages) shows that Google |
| 26 | LLC abused its station as a resource that Plaintiff **trusted**, to deceive Plaintiff and gain |
| 27 | access to Plaintiff's computer and personal writings. This is clearly NOT acting with "skill |
| 28 | and care". Rather, this is acting with reckless disregard for law and business ethics. |

| | |
|---|---|
| 1 | Additionally, Plaintiff interpretation of Google's "Terms of Service," is in concert with |
| 2 | Google LLC's "Code of Conduct" (in effect from 2000 to 2018), which included a widely |
| 3 | praised phrase **"Don't be evil."** Wikipedia explains how Google LLC's founders (Sergey |
| 4 | Brin and Larry Page) viewed their "Don't be evil" commitment: |

In their 2004 founders' letter[14] prior to their initial public offering, Larry Page and Sergey Brin argued that their "Don't be evil" culture prohibited conflicts of interest, and required objectivity and an absence of bias:

 Google users <u>trust</u> our systems to help them with important decisions: medical, financial and many others. Our search results are the best we know how to produce. <u>They are unbiased and objective,</u> and we do not accept payment for them or for inclusion or more frequent updating. We also display advertising, which we work hard to make relevant, and we label it clearly. This is similar to a well-run newspaper, where the advertisements are clear and the articles are not influenced by the advertisers' payments. We believe it is important for everyone to have access to the best information and research, not only to the information people pay for you to see.                —Wikipedia

| | |
|---|---|
| 14 | Again, this Code of Conduct was in play from 2000 to 2018, when most of Google |
| 15 | LLC's offenses against Plaintiff were committed. |
| 16 | Further, in the Wikipedia article cited above, Brin and Page confirm that Plaintiff's |
| 17 | view of Google's "Terms of Service" agreement is proper, as they admit Google's users |
| 18 | "<u>**trust**</u> **our systems to help them with important decisions: medical, financial and many** |
| 19 | **others."** Brin and Page then propagate the false conception that "**Our search results… <u>are</u>** |
| 20 | <u>**unbiased and objective**</u>". Although this "unbiased and objective" claim is widely believed, |
| 21 | it is false. The Complaint shows Google LLC routinely sent Plaintiff false and manipulated |
| 22 | search results, hacked Plaintiff's computer, gave Plaintiff improper URL readings, and did |
| 23 | not include Plaintiff projects in Google's search results, among many other abuses. |

### CONCLUSION

For all of the foregoing reasons Goggle LLC's Motion To Dismiss should be denied.

Dated:  May 26, 2020      Respectfully Submitted,

By :  /s/  Steve Wilson Briggs    
Plaintiff, In Propria Persona

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFF'S OPPOSITION TO GOOGLE LLC'S MTD

11

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFF'S OPPOSITION TO GOOGLE LLC'S MTD

12

1   Steve Wilson Briggs
2   4322 Chico Avenue,
    Santa Rosa, CA 95407
3   510 200 3763
4   snc.steve@gmail.com
    PLAINTIFF In Propria Persona
5
6
7                              **CV20        1596**
8   **UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

| 9 | Steve Wilson Briggs, | Civ No: |
|---|---|---|
| 10 | Plaintiff, | **COMPLAINT FOR:** |
| 11 | v | 1. Copyright Infringement; |
| | James Cameron; | 2. Vicarious Copyright Infringement; |
| 12 | Twentieth Century Fox Film Corp; | 3. Contributory Copyright Infringement; |
| | News Corp; Google LLC; Internet Archive; | 4. Intentional Misrepresentations; |
| 13 | Zero Gravity; Lightstorm Entertainment Inc; | 5. Breach of Contract; |
| 14 | Michael Pierce; Mark Williams; Robert Kamen. | 6. Breach of Confidence. |
| | Defendants. | **DEMAND FOR JURY TRIAL** |

15                          **INTRODUCTION**

16      1.  In 2005 Plaintiff completed a revolutionary screenplay that 20th Century Fox

17  infringed to make its films *Avatar* and *Taken* (copyrighting the scripts on the same day; see

18  Exhibits V4 & O5).  Thus, this copyright action is entered pursuant to USC 17 § 101, et seq.

19      2.  Sept 12, 2005, literary agency ZGM went out of business.  Unaware, January 20,

20  **2006**, Plaintiff emailed ZGM for permission to submit a script.  That same day ZGM asked

21  Plaintiff to send his script.  Plaintiff did so, immediately.  Six days later, ZGM filed a new

22  CA BES (back in business), and soon opened another new company.  By Dec 2006, ZGM's

23  new company *Future Service Inc* (a 20CFOX subsidiary) was on the first Avatar copyright.

24      3.  Feb 3, 2006, **2 weeks after ZGM contacted Plaintiff**, Ain't It Cool News released a

25  fraudulent article that claimed James Cameron wrote an Avatar *scriptment* (featuring

26  Plaintiff's ideas) in **1995**. The article linked to 7 other falsified articles and the scriptment

27  (releasing the scriptment for the first time).  To support this scheme, the Internet Archive

28  made fake crawls of these articles, and Google LLC provided various unlawful services.

| | |
|---|---|
| 1 | **Two Infringing Works, Lengthy Complaint** |
| 2 | 4. Most of this Complaint focuses on *Avatar*, because to infringe Plaintiff's work the |
| 3 | Defs published many fraudulent *Avatar* related web documents, and actually unlawfully |
| 4 | accessed (hacked) Plaintiff's personal computer. Documenting these actions, and producing |
| 5 | **two** *Substantial Similarity* comparisons (for ***Avatar*** and ***Taken***) required detail. Thus, this |
| 6 | Complaint is rather lengthy, 135 pages (plus about 700 pages of attachment exhibits). |
| 7 | **Access & Infringement Claims** |
| 8 | 5. The *Access* facts for *Avatar* <u>and</u> *Taken* are detailed in **Section Three** and in **"Fraud &** |
| 9 | **Unlawful Access Supplement,"** pp 96-115. Avatar's Substantial Similarity comparison is in |
| 10 | **Section Eleven**. Taken's Substantial Similarity comparison is in **Section Twelve**. |
| 11 | **20CFOX & News Corporation Are Named As Infringers & <u>Accessors</u>** |
| 12 | 6. Zero Gravity Management LLC (**ZGM**), long time associates of 20CFOX, cancelled |
| 13 | their entertainment literary business, Sept 12, 2005. But after accessing Plaintiff's work, |
| 14 | (January 20, 2006) ZGM filed a new business entity statement (**BES**), then formed *Future* |
| 15 | *Service, Inc* (**FSI**), named on the *Avatar* copyrights. News Corporation (**NC**), then parent of |
| 16 | Twentieth Century Fox Film Corporation (**20CFOX**), immediately claimed FSI as a |
| 17 | subsidiary in its 2007 Form 10-K. Knowing ZGM stole Plaintiff's work, NC published false |
| 18 | *scriptment* stories in its publications (IGN.com) and affiliates. Nov 2007, ZGM cancelled |
| 19 | their business, <u>again</u>. At that point, NC and 20CFOX knowingly possessed Plaintiff's work, |
| 20 | but Avatar and Taken had not been released (infringement begins when the infringing work |
| 21 | is marketed). Thus, FSI's parents, NC and 20CFOX, are named Accessors and Infringers. |
| 22 | **Defs Motivated By Plaintiff's Revolutionary Screenplay** |
| 23 | 7. Original ideas are rare—but reusable. Plaintiff's script contained 6 to 10 original |
| 24 | ideas. Thus, the Defs misappropriated Plaintiff's script to make MANY derivatives. |
| 25 | 8. Plaintiff's script is about a poor man's relentless quest to save his daughter (who is |
| 26 | being killed by Earth's **polluted environment**), as the villain (a mega-billionaire and World |
| 27 | President, who manipulates his media empire to control the masses) fights to stop the hero. |
| 28 | 9. Ironically, in this suit, a climate-change-denying media empire stole a script from a |

1  common man, then published fake stories that James Cameron conceived the ideas in **1995.**

2      10.   Prior to infringing Plaintiff's work, Def Cameron worked for 20CFOX **for 24 years**,

3  and **never** made a political, spiritual or environmental film. Plaintiff suspects that News

4  Corp and 20CFOX, who appear to have initiated this infringement, selected Cameron

5  because he had no viable ideas of his own, had not produced a film in 11 years, and seemed

6  to long to be considered a brilliant creative (a`la George Lucas), making him a perfect patsy.

7                **The Notorious 2005 To 2006 News Corporation Hacking**

8      11.   In 2006, when the Defs accessed Plaintiff's work and contrived the *scriptment s*tory,

9  News Corp (NC) owned 20CFOX. From Nov 2005 to Aug **2006**, NC hacked the phones of

10  thousands of British citizens. In January 2007, a NC journalist was jailed for the hack.

11  By 2011, public outrage over the matter forced Rupert Murdoch (NC's CEO) to resign.

12      12.   In 2006, News Corp began *hacking* Plaintiff's devices, and has continued to this day.

13          **Details Of Defs' Hacking of Plaintiff's Devices Are Provided To Inform**

14      **The Public & The A.G., But Are Not Necessarily Related To Plaintiff's Claims**

15      13.   Consistent with News Corp's history of hacking, this Complaint describes (with

16  video) how the Defs' hacked Plaintiff's personal devices, culminating on January 14, 2020,

17  when, as Plaintiff made a video of how the Defs used the Internet Archive (**IA**) and

18  Plaintiff's *Chrome* browser to send Plaintiff false URLs, Plaintiff captured video of the Defs

19  hacking his computer (See Video Ex 1). Later, that day (Jan 14, 2020) the **NSA** announced

20  a new Windows 10 vulnerability. The Defs exploited this vulnerability to hack Plaintiff.

21      14.  Details of the Defs' hacking are included to protect the public, and inform the Court

22  and State and Federal AGs, but are not necessarily related to Plaintiff's Claims.

23      **Defs' Ongoing Fraud Caused Plaintiff To Add Second Fraud & Hacking Section**

24      15.   This Complaint details how the Defs produced countless fraudulent documents

25  regarding a false story that Def Cameron wrote a *scriptment* in 1995. Plaintiff initially

26  believed these false stories. This caused Plaintiff to rewrite this Complaint several times

27  over a period of **6 months**. To avoid rewriting, again, Plaintiff details the most recent (Jan

28  2020) Fraud and hacking events in the *Fraud And Unlawful Access Supplement*, pp 96-115.

| | |
|---|---|
| 1 | **Many Interwoven Stories** |
| 2 | 16.  This Complaint tells at least six interwoven stories… |
| 3 | **#1 :** <u>The Creation Of Plaintiff's Screenplay</u> |
| 4 | 17.  How Plaintiff created an unprecedented screenplay, featuring 6 or 10 original ideas. |
| 5 | **#2 :** <u>The Forgotten Truth</u> |
| 6 | 18.  The true history of events, before 20CFOX invented the scriptment story. |
| 7 | **#3 :** <u>Access & Cover-up</u> |
| 8 | 19.  How ZGM, NC and 20CFOX accessed Plaintiff's work and covered it up. |
| 9 | **#4 :** <u>Ain't It Cool News *Scriptment* Scheme</u> |
| 10 | 20.    Feb 3, 2006, 14 days after ZGM acquired Plaintiff's script, *Ain't It Cool News* |
| 11 | (**AICN**), at aintitcool.com, released a story claiming that in 1995 Cameron wrote an Avatar |
| 12 | *scriptment* (containing Plaintiff's ideas) which leaked online in 1996.  The story linked to 7 |
| 13 | falsified documents and the newly created *scriptment*—which did not exist before. |
| 14 | **#5 :** <u>Internet Fraud & Cover-Up (Using The Internet Archive)</u> |
| 15 | 21.  How the Defs used the IA to verify their fraudulent web articles, used small and |
| 16 | unreliable publications (that do not produce hardcopy) to promulgate a fake scriptment story, |
| 17 | and used Register.com and Corporation Service Company (CSC) to backdate websites. |
| 18 | • **#6 :** <u>Taken - The Second Case of Infringement</u> |
| 19 | 22.  How News Corp and 20CFOX infringed Plaintiff's script, again, to make ***Taken***. |
| 20 | **#7 :** <u>The Ramifications Of The Fraudulent Scriptment Story</u> |
| 21 | 23.  Def Cameron has been sued several times, previously, for Avatar.  The fraudulence of |
| 22 | the scriptment story explains the conflicting scriptment descriptions (80 pages, 90-plus, 102 |
| 23 | pages…) and why Cameron fought to redact scriptment documents in prior court filings. |
| 24 | **Invitation To The Free Press** |
| 25 | 24.  This Complaint shows how the Defs used their media outlets and the Internet Archive |
| 26 | to produce falsified documents to steal Plaintiff's work.  They will likely use these resources |
| 27 | to suppress this (see *Briggs v Spacey*, dismissed **Saturday**, Dec 22, 2018; also see p 119). |
| 28 | Thus, Plaintiff invites the press to monitor the Defs' actions, as this matter moves forward. |

| | |
|---|---|
| 1 | **Acknowledgement** |
| 2 | 25. Long ago Plaintiff lost interest in most American films. Thus, Plaintiff has missed |
| 3 | most films produced over the past two decades. However, beginning around 2009, from |
| 4 | time to time, Plaintiff's family and friends would describe films that sounded strikingly |
| 5 | similar to his screenplay (*Butterfly Driver*, AKA *Uberopolis: City of Light*). Plaintiff |
| 6 | assumed this was coincidental and did not inquire further. |
| 7 | 26. March 15, 2018, Plaintiff received a voicemail from a woman named Shirley Potash, |
| 8 | a retired L.A. attorney in her 80s, who had worked as a paralegal for years before becoming |
| 9 | an attorney. [A biography about Ms Potash from **Top Attorneys Of North America**, is |
| 10 | attached as **Exhibit A.**] Ms Potash said she had just read a legal article regarding the 9th |
| 11 | Circuit's recent (unpublished) ruling against Plaintiff re *Briggs v Blomkamp* (**BvB**) 2013, |
| 12 | and said she felt the Court had committed an injustice, and asked Plaintiff to return her call. |
| 13 | 27. Plaintiff immediately returned her call. During the 20-30 minute talk, Ms Potash said |
| 14 | that for years she worked for a law firm that represented many big L.A. film studios. She |
| 15 | explained, "You know what I think? I think, not only did they [the *Briggs v Blomkamp* defs] |
| 16 | read your screenplay, I think **a lot** of them [Hollywood professionals] read it." Plaintiff |
| 17 | understood Ms Potash's heavy emphasis of the words "a lot" was her tactful way of |
| 18 | informing him that through insiders she had heard that countless dozens of Hollywood |
| 19 | insiders accessed his script. Thus, Plaintiff resolved to investigate what films Hollywood |
| 20 | released after he began marketing his screenplay (early 2006)—starting with those films that |
| 21 | his friends and family had described that sounded similar to his work. [Due to Plaintiff's |
| 22 | effort taking BvB to the US Supreme Court (Oct 2018), followed by serious family issues |
| 23 | (late 2018 to mid 2019), Plaintiff would not begin this search, in earnest, until July 2019.] |
| 24 | 28. March 20, 2018, a few days after Plaintiff's talk with Ms Potash, Plaintiff (who was |
| 25 | not on social media) emailed his mother to ask her to contact Ms Potash (via FaceBook or |
| 26 | social media) to tell her how much he appreciated her call. Said email is attached as **Exhibit** |
| 27 | **B.** (Unfortunately, Plaintiff's mother was unable to reach Ms Potash.) |
| 28 | 29. Plaintiff thanks Ms Shirley Potash for her honesty, her kindness, and for speaking up. |

COMPLAINT

| | **TABLE** | |
|---|---|---|
| INTRODUCTION………………………………………………… | | i |
| ACKNOWLEDGEMENT…………………………………….. | | v |
| TABLE……………………………………………………… | | vi |
| **JURISDICTIONAL STATEMENT**…………………………… | | 1 |
| THE PARTIES……………………………………………… | | 1 |
| COPYRIGHT REGISTRATION & INCORPORATION BY REFERENCE………… | | 1 |
| **STATEMENT OF FACTS AND ALLEGATIONS** | | 2 |
| Research Goals, Standards & Methods………..……………....... | | 2 |
| SECTION ONE | | |
| Copyright Basics, Plaintiff's Major Copyright Structures…………………….. | | 4 |
| Plaintiff's Major Copyright Claim & Numerous Original Ideas……… | | 6 |
| SECTION TWO | | |
| PART I: The True, Original History Of Events………………………..……... | | 12 |
| Postulation On The Scriptment Story Based On The Factual Record………… | | 13 |
| PART II: The Defendants Rewrite History…..………………………....……… | | 14 |
| **SECTION THREE**          **Access & Misappropriation** | | |
| PART ONE: How ZGM Accessed Plaintiff's Work………...……………….. | | 15 |
| PART TWO: ZGM Unlawfully Accesses Plaintiff's Work, Then Conspired | | |
| With 20CFOX To Infringe Plaintiff's Work…………………….. | | 18 |
| SECTION FOUR          **Fraud & Falsification** | | |
| The Falsified Origins & Sources Of The Scriptment Story…………………… | | 25 |
| SECTION FIVE | | |
| PART I: The Falsified Origins & Sources Of The Scriptment Leak…………… | | 26 |
| PART II: The AICN Scriptment Scheme………………………..……..…….. | | 28 |
| PART III:  Reckless & Widespread Business & Internet Fraud…...………….. | | 43 |
| PART IV: The Defs Falsify & Backdate Five More Articles……………….....… | | 47 |
| PART V:  Finishing Touches (Defs Release 4 More Falsified Articles)………… | | 49 |

COMPLAINT

**TABLE** (Continued)

PART IV: Why The Defs Created The First Node (Nov 2007)........................... 50

SECTION SIX

    Second Access, Second Infringement............................................... 51

SECTION SEVEN

    The Avatar Deal, January 2007; Conflicting Stories............................. 52

SECTION EIGHT

    Avatar Is Released (Dec 2009)...................................................... 54

SECTION NINE

    Fraud & Falsification (12 Years Later)........................................... 55

SECTION TEN

    The Defs Hack Plaintiff's Computer............................................... 56

**SECTION ELEVEN**

**AVATAR**
**Infringement / Substantial Similarity**
Comparison Of The Contested Works............................................... 59

**SECTION TWELVE**

**TAKEN**
**Infringement / Substantial Similarity**
Comparison Of The Contested Works............................................... 84

FRAUD & UNLAWFUL ACCESS SUPPLEMENT...................................... 96

SUMMATION & CLOSING POINTS.................................................... 116

    *Lateral Issues: Future Infringement Actions..................................... 117

    *Prior Unrelated Litigation........................................................ 119

    *Newly Discovered Facts Warrant Rule 60 Motion To Remand.................... 120

    **A Matter Of National Interest**................................................... 122

CLAIMS.............................................................................. 125

PRAYERS............................................................................ 135

DEMAND FOR JURY TRIAL......................................................... 135

*These sections are not re-alleged in the Claims, as they are not related to this action.

COMPLAINT

SER-023

| | |
|---|---|
| 1 | **JURISDICTIONAL STATEMENT** |
| 2 | 30. **Jurisdiction:** This court has subject matter jurisdiction per 28 USC **§** 1331, as this |
| 3 | action involves a federal question and violation of federal law (Copyright Infringement). |
| 4 | 31. **Venue:** This venue is proper pursuant to 28 § 1391(b)(2), as events giving rise to this |
| 5 | Complaint occurred in this district; pursuant to 28 § 1391(d), by virtue of the Defs' business |
| 6 | transaction with this district; under 326 US 310, the Defs meet the minimum contact rule. |
| 7 | 32. **Intradistrict Assignment:** San Francisco is the proper intradistrict assignment as a |
| 8 | substantial part of the events leading to this lawsuit occurred in this district. |
| 9 | **THE PARTIES** |
| 10 | 33. **Plaintiff** Steve Wilson Briggs is an American filmmaker, writer and musician. |
| 11 | **The Defendants** |
| 12 | 34. James Cameron is a Canadian filmmaker, who is believed to reside in California. |
| 13 | 35. Twentieth Century Fox Film Corporation is headquartered in Los Angeles County. |
| 14 | 36. News Corporation is a New York based Corporation doing business in California. |
| 15 | 37. Google LLC is a California corporation, headquartered in Santa Clara County. |
| 16 | 38. Internet Archive is a California corporation, headquartered in San Francisco. |
| 17 | 39. Lightstorm Entertainment Inc is a California corporation, headquartered in Encino. |
| 18 | 40. Zero Gravity (Management) is a business entity doing business in California. |
| 19 | 41. Michael Pierce is a Canadian-born businessman who is believed to live in California. |
| 20 | 42. Mark Williams is a filmmaker and screenwriter who is believed to live in California. |
| 21 | 43. Robert Mark Kamen is a screenwriter who resides in Sonoma, California. |
| 22 | **COPYRIGHT REGISTRATION & INCORPORATION BY REFERENCE** |
| 23 | 44. Per 17 U.S.C. §411(b), Plaintiff's screenplay ***Butterfly Driver*** (previously titled |
| 24 | *Uberopolis: City of Light*) is registered with the US Copyright Office. (See **Exhibit C**.) |
| 25 | December **2005**, Plaintiff also registered his work with the WGAw. (See **Exhibit D**.) |
| 26 | 45. All of the exhibits attached hereto, and referred to herein, are incorporated herein, and |
| 27 | made part hereof by reference, as if fully set forth herein. |
| 28 | 46. Unnecessary pages have been removed from some exhibits, to reduce waste. |

COMPLAINT

## STATEMENT OF FACTS AND ALLEGATIONS

### STANDARDS & METHODS

#### RESEARCH GOAL

47.   When Plaintiff began researching Avatar, mid August 2019, he encountered a Wikipedia story that Def Cameron wrote an Avatar "scriptment" around 1995, which leaked online around 1996, and around 2005 Cameron changed the scriptment's name to "Project 880".  Thus, to prove Cameron infringed his work, Plaintiff resolved to show what was in the scriptment before January 20, 2006 (when ZGM and Cameron accessed his script), then show the scriptment drastically changed and contained Plaintiff's ideas after Jan 2006. Thus, Plaintiff's research goal was to **find the scriptment** from before January 2006.

#### STANDARDS

48.   Per FRE Rule 902, in researching this Complaint, Plaintiff's **goal** was to restrict his scriptment search to official publications, presumptions under a federal statute, newspapers and periodicals. But, as there are now many questionable internet *news* sources, Plaintiff refined his criteria, using Wikipedia's **"verifiability" standard** as his guideline:

> Articles must be based on reliable, independent, published sources with a reputation for fact-checking and accuracy. Source material must have been published, the definition of which for our purposes is "made available to the public in some form". **Unpublished** materials are not considered reliable.

#### METHODS

49.   To find the scriptment, Plaintiff started with a few modified *Google* searches in his *Chrome* browser.  As an actual example, Plaintiff entered key words "**James Cameron**" and "**Project 880**" (in quotations) into his search bar and clicked *search*.  (Per US Copyright Office, *Project 880* was *Avatar*'s title from 2006-09.)  **This yielded 4,520 results.** Plaintiff then clicked "tools", clicked "any time", clicked "custom range," selected from 1994 to Dec 31, 2005, pushed "Go."  This yielded **7 or 8 results.** [The results of this Aug 16, 2019 search are attached as **Exhibit E.**]  Using this approach on terms such as "*James Cameron,*" *Avatar*, "*Project 880*", *880*, *scriptment*, *screenplay*, *script*, *treatmen*t, led to 60-100 pages (most of which did not meet the verifiability standard, and/or were still dated after 2007).

COMPLAINT

50. Plaintiff also checked MANY pages that were dated well after the Defs accessed his work, and <u>MANY that  did NOT meet the verifiability standard</u>; because, as the scriptment was allegedly "leaked" online, assumedly illegally, Plaintiff had to explore all possibilities.

51. Plaintiff confirmed the age of these pages using the Internet Archive (IA), a web page dating app (AKA: the *Wayback Machine*) at web.archive.org. The IA has archived  hundreds of millions of web pages, <u>daily</u>, since 1996, by making page "crawls" (visual reproductions of the pages) and *calendar* "crawls" (showing when pages were archived, over the years).

- 52. In 2002 the **US Patent Office** began accepting IA date stamps to establish prior art.

<div align="center">RESEARCH GOAL RESULTS: <strong>Negative</strong></div>

<div align="center"><strong>The Scriptment Cannot Be Found</strong></div>

53. After many weeks of searching (and emailing people around the world) Plaintiff was unable to find an Avatar scriptment from before 2006. In fact, **Plaintiff was unable to find a verifiable Avatar script from any earlier than late 2009 or 2010** (when the Avatar film was finally released). Thus, the Plaintiff adopted an alternate goal...

<div align="center">NEW (ALTERNATE) RESEARCH GOAL</div>

54. Plaintiff's new goal was to find all online mentions of the scriptment, from before 2006—which could also be confirmed as existing before 2006 by the Internet Archive. Then glean from these documents what the scriptment's essential story elements were.

<div align="center">ALTERNATE GOAL RESULTS: <u><strong>Negative</strong></u></div>

<div align="center">(Plaintiff Finds Only Fake IA Crawls)</div>

55. Initially, Plaintiff found several scriptment documents that the IA validated as pre-2006. But after a few weeks, Plaintiff noticed a few of these IA crawls changed. Plaintiff noticed this first on the James Cameron Fandom Wiki page (created circa Jan 2019). This caused Plaintiff to examine all IA crawls more closely. Soon Plaintiff discovered the IA had produced verifiably falsified crawls of all but TWO of the pre 2006 scriptment documents (see Sect 5). It would take 3-4 months for Plaintiff to break through the IA's fraudulent crawl scheme, and prove the fraudulence of the final two pre-2006 documents. **Conclusion:** The scriptment story is fake;  Feb, 3, 2006 AICN released a fake scriptment.

<div align="center">COMPLAINT</div>

## SECTION ONE:

## COPYRIGHT BASICS,

PLAINTIFF'S MAJOR COPYRIGHT STRUCTURES

### What Is Copyrightable?

56. Each of the simple images above is copyrighted, copyrightable, and the owners have all taken action to protect these simple, copyrighted properties.

57. So what is copyrightable? The Compendium of The US Copyright Office Practices cites *Feist Publications, Inc. v. Rural Telephone Service Co., Inc.*, 499 U.S. 340, 347 (1991):

> "To qualify for copyright protection, a work must be original to the author," which means that the work must be "independently created by the author" and it must possess **at least some minimal degree of creativity**."

58. Thus, although each of the images above are very simple, because they possess a minimal degree of creativity they are copyrightable.

59. However, US Copyright law has established that a single idea is <u>not</u> copyrightable, even if it is brilliant. For example, a time machine is a brilliant idea, but since it is a single idea, anyone can use it. It is what the individual adds to the idea that makes it copyrightable.

### An "Idea" Is Not Copyrightable,

### But An "Expression" Is

60. To help US creators understand what their copyrights are, US courts have established that an "idea" is not copyrightable, but an "expression" is.

### An Expression Is Two Or More Ideas Combined

61. Generally, an expression is 2 or more ideas, joined in a new, minimally creative way.

COMPLAINT

**An Expression Need Not Be <u>Original</u> To Be Copyrightable**

*Above: Charlie Brown (left); Caillou (right).*

62. Like most characters and stories, **nothing about Charlie Brown is original**. He is composed of a few common ideas, joined together in a unique, minimally creative way.

**"Thin" Protection**

63. Stories and characters that are <u>not</u> very creative (like Charlie Brown) get thin protection. Meaning, courts will allow other creators to do works that are somewhat similar.

**"Broad"or "Thick" Protection**

64. George Lucas' ***Star Wars*** is an unprecedented, brilliant, highly creative work. Therefore, US Courts have given his work ***broad*** (also called "thick") **protection**. Meaning, courts DO NOT allow other creators to do works that are similar to Star Wars. (Fact: The US Patent & Trademark Office awarded Lucas a trademark for the term "droid.")

65. Star Wars is brilliant, but <u>little about Star Wars is original</u> (except the lightsabers and the Death Star). Lucas was not the first to imagine robots, spaceships or heroes in space. But he combined many common, uncommon and interesting ideas in a creative new way.

**The Broadest & Thickest Protection For Plaintiff's Work**

66. Plaintiff's screenplay is an unparalleled work, composed of many common and many **uncommon** ideas, AND between six and ten unprecedented **original** ideas; warranting the broadest, thickest protection possible.

COMPLAINT

| | |
|---|---|
| 1 | **PLAINTIFF'S MAJOR COPYRIGHT CLAIMS;** |
| 2 | **The Origin Of The Plaintiff's Revolutionary Story** |
| 3 | 67. This Complaint makes **common** copyright claims, and what Plaintiff calls "**major** |
| 4 | **claims**." Plaintiff's major claims involve features that had never been done before (or |
| 5 | Plaintiff found no prior comparable examples). Plaintiff calls some of these major claims |
| 6 | "revolutionary" or "unprecedented" because they are very substantial and shortly after |
| 7 | Plaintiff's work was accessed there was a rush to infringe these aspects. |
| 8 | 68. Plaintiff conceived these ideas in a uniquely American way… |
| 9 | **The Origins** |
| 10 | 69. In 2003, Plaintiff was living in an under-income community of New York City, |
| 11 | Inwood/Washington Heights; which was *then* about 80% minorities and immigrants |
| 12 | (primarily from the Dominican Republic and Puerto Rico). At the time, Plaintiff was a |
| 13 | single father of a 7-year-old boy, who was going to school with, and making friends with, |
| 14 | lots of beautiful kids, many of whom belonged to under-income, immigrant families. Added |
| 15 | to this, a year earlier Plaintiff's son developed asthma. Fortunately, Plaintiff's son had good |
| 16 | healthcare benefits. But the Plaintiff wondered, "What about all the **poor** and **immigrant** |
| 17 | kids in this community? What happens if *they* get very sick? |
| 18 | **THE FIRST ORIGINAL & REVOLUTIONARY EXPRESSION** |
| 19 | **A Sci-Fi Hero With A Simple, Common, Family-Centric Goal** |
| 20 | 70. Amid all of this, the Plaintiff had been thinking about writing science fiction, |
| 21 | but sci-fi always felt emotionally remote, as it usually involved some tough guy in shoulder |
| 22 | pads, who was almost always single, no kids, and whose goal was ALWAYS, ALWAYS, |
| 23 | ALWAYS something that no contemporary person has ever had to do. Consider: |
| 24 | **1.** In *The Matrix*, Neo must master amazing combat skills to save humanity from a |
| 25 | computer network harvesting humans for a power source. |
| 26 | **2.** In *Blade Runner*, Deckard must catch and kill a bunch of escaped replicant cyborgs; |
| 27 | **3.** In *Star Wars*, Luke Skywalker must learn to use *the Force* to stop Darth Vader from |
| 28 | taking over the galaxy. |

COMPLAINT

6

**4.** In *Star Trek*, Jim Kirk and his crew must explore strange new worlds; to seek out new life and new civilizations; to boldly go where no man has gone before.

71. Before 2008-09, **ALL** of the goals that sci-fi heroes faced were always complicated and **always un**like the common problems of contemporary life; making science fiction seem meaningless. That failure allowed for the Plaintiff's first revolutionary idea.

72. The Plaintiff thought about his son's asthma. **Nothing is more important to parents than their children**. "What if my hero just wants to try to get medical aid for his sick daughter?" Immediately, Plaintiff thought, "I'm going to write **the first sci-fi film where the hero has a simple, family-centric goal**: fighting for the life of a family member!" Plaintiff's screenplay would be about a father, in a brutally divided future Earth, who would go to any lengths, face any odds or any opponent, to save his daughter's life.

73. This idea, simple as it is, had never been done before, in all of sci-fi history.

### THE SECOND ORIGINAL & REVOLUTIONARY IDEA

#### Plaintiff Heavily Infused Modern Politics On A Sci-Fi/Action Canvas

74. Before 2008, the rules of science fiction **film** (and *action, adventure, thriller* and *horror* film) were entirely different than they are now. Back then, dealing with hard politics and social issues was still strictly reserved for drama and comedy genres (e.g., *Mississippi Burning, Wag The Dog, All in the Family, Hill Street Blues*).

75. Sci-fi (film) before 2008, avoided politics in favor of good-vs-evil stories (Star Wars, Flash Gordon), or in favor of a technology-centered adventure (Battlestar Galactica, Lost In Space). On the occasions when sci-fi (film) did do social commentary, it was to make a single issue, mildly-controversial statements [e.g., *Star Trek* episode "Plato's Stepchildren", 1968, Platonian aliens force Kirk (who is white) to kiss Uhura (who is black)]. But ALWAYS, before 2007, if sci-fi films or books did sociopolitics, the writers ALWAYS imagined worlds where the politics are <u>very different</u> from our contemporary politics:

1. *Children of Men* (book) imagines a future where male sperm counts are zero, a feminist civil war has broken out, senior citizens are expected to commit suicide, the state runs pornography clubs, and no human babies have been born in 20-plus years.

COMPLAINT

2. **Logan's Run (book):** When the world is overrun by the young, the government orders all citizens over 21 years old to be executed by a pleasure inducing toxic gas.

3. *Planet of the Apes* (book, "*La Planète des singes*," by Pierre Boulle, 1963): on a distant planet, speechless and primitive humans are hunted by horse-riding apes.

76.     These socio-political structures have nothing to do with our contemporary lives.

77.     The Plaintiff resolved to do something different. First, against every convention Plaintiff took a panoply of our most divisive social and political issues and imposed them on a sci-fi canvas, where people struggle with the same political and social issues they struggle with today.   Second, Plaintiff AMPLIFIED these issues: If life on Earth **now** is unfair, divided, polluted, overpopulated and brutal, Plaintiff would make his sci-fi landscape more unfair, more divided, more polluted, more overpopulated, and more brutal.

**Why AMPLIFY The Problems?**

78.  Plaintiff amplified the issues/politics because it informed the viewer that if we address these issues now, we can avoid a horrific future.

**What Is A *Theme*? And Why Does It Matter?**

79.  Not long ago, Plaintiff read a review that claimed Blade Runner had environmental and overpopulation themes.   This is false.   Blade Runner showed crowded streets and polluted skies, but none of that motivated the hero's action, nor the villain's.

80.  A theme explicitly motivates, impacts, or is explicitly impacted by, the hero's action.

81.  Plaintiff's script had themes such as: 1. family 2. environmentalism, 3. immigration, 4. judicial inequality, 5. healthcare, 6. wealth inequality, 7. overpopulation, 8. spirituality...

82.  Thus, Plaintiff's hero and family live in a poor, overpopulated *zone* (ghetto-like area) outside of the wealthy "State".   The hero's young daughter (**Franny**) is ill because the environment is so polluted and the medical care she needs can only be obtained in the wealthy State.   When Franny's health worsens, the hero resolves to pay for his family's immigration into the State by doing a *suicide mission*: smuggling an outlaw environmental scientist (who has an invention that may save the environment and save the lives of billions) into the State.   But during the mission the scientist is killed, and the hero is caught and sent

COMPLAINT

1   to prison.  In prison, after the corrupt government attempts to kill the hero and hundreds of
2   other poor prisoners, the hero escapes.   The hero reunites with his family and learns Franny
3   is now near death.   To get medicine to save her, the hero races to a satellite city for the
4   super-rich.   Amid all of this, the story shows the horror of religious conflicts, the State's
5   persecution of the religious, and God's presence in the hero's life. In the end, the hero
6   topples the President, brings the deceased scientist's invention to light, and hope to billions.
7       83.  All of the socio-political themes are explicitly woven into the storyline.

8                              **Political vs Social**

9   • 84.  Social issue films depict social issues, without examining the causes (e.g., a story
10  about prison life).  Political films explore the causes, policies and divisions behind the social
11  issues (e.g., examining why US prisoners are disproportionately low income).

12                        **Political Works Are Not *Subtly Implied***

13      85.  An intelligent mind can infer unintended political analogies anywhere; Sesame Street.
14  Thus, true political works are bold and overt: classism is classism, oppression is oppression.
15  Nothing is symbolic or left for the reader to infer, if he or she so chooses.

16                              **THIRD ORIGINAL IDEA**

17  **Plaintiff Injects Modern Religion and Spirituality Throughout His Screenplay**

18      86.  Religious conflicts have resounding implications.  Plaintiff wanted to explore those
19  implications.   Thus, Plaintiff took a panoply of modern religious and spiritual issues and
20  imposed them on a new sci-fi canvas.   Again, Plaintiff **amplified** these aspects and wove
21  them deep into his story.  Plaintiff's script is the first sci-fi or action/adventure to do this.

22                  **THE FOURTH ORIGINAL & REVOLUTIONARY IDEA**

23          **The Mind/Soul (and Body) Scanner Replicator/Transferer:**

24              Perhaps More Inspiring Than The Time Machine

25      87.  Plaintiff's fourth original idea is a mind/soul *scanner* technology that scans a person's
26  mind/soul (and body dimensions), making perfect replicas of each mind/soul.  These replicas
27  can then be transferred into a digital environment or another body.

28      88.  This technology was implied in all versions of Plaintiff's work; but it was fully

                                COMPLAINT
                                    9

1   articulated in a few versions posted on TriggerStreet.com between Dec 2006 and May 2007

2   (approx). After this period, Plaintiff decided to save that idea/technology for future projects.

3   Thus, he returned to a version of his script where the idea/technology was less pronounced.

### FIFTH UNIQUE (POSSIBLY ORIGINAL) IDEA

#### Hero Who Will Go To Impossible Lengths For His Child, First Act To Final Act

6   89.   Plaintiff's script is about a former US military hero who goes to extreme lengths to

7   save his daughter. Countless heroes have fought for their families at some point in the story

8   (*Die Hard*'s John McClane's fight for his wife is tacked on to the end of the second act), but

9   Plaintiff's hero exits the first act with the goal of saving his daughter, and that remains his

10  goal through the third act. In Spielberg's *War of the Worlds* a father fights for his daughter's

11  life; but every parent in the film is fighting for their children, thus, there is nothing unique

12  about the hero in this context (also, the daughter's health does not motivate the story, an

13  *alien invasion* does). In Plaintiff's script there is no extraordinary invasion or event;

14  Plaintiff's hero is simply motivated into heroic action when his daughter becomes gravely ill.

### SIXTH ORIGINAL IDEA

#### Hero Who Admits He Is Afraid

17  91.   Plaintiff believes his hero, Arlo, is the first sci-fi, action/adventure, or superhero-type

18  (although Arlo is not a superhero) traditional primary hero who openly admits that he has

19  broad fears, and explains that these fears keep him smart, aware and alive.

20  92.   Prior to Plaintiff's script, heroes were expected to be fearless, in the "no fear and no

21  regrets," tradition. Or, occasionally, heroes have had peculiar phobias, such as the hero of

22  *Unbreakable* (movie), who was afraid of water. But these *phobias* are gimmicks, designed

23  to factor into the gimmicky ending, when the hero must confront and defeat this fear, or die.

24  93.   Also, prior to Plaintiff's work, sometimes on the battlefield, when a subordinate hero

25  was suddenly seized by overwhelming fear at the possibility of defeat and death, to inspire

26  the panicked subordinate to carry-on, the primary hero would admit to also being afraid. But

27  because of the battlefield circumstances, the reader/viewer tends to understand that this

28  admission is a necessary lie, to help the subordinate survive.

COMPLAINT

10

94.   Plaintiff's claim, of course, also does not include "bully" and/or "nerdy" themed works, where the hero is bullied, and must overcome his/her fear and confront the bully.

95.   Plaintiff's claim also excludes the rom-com *accidental hero*, who stumbles into danger with an imperiled beauty, freely admits he is terrified, but somehow saves the day.

96.   With these formulaic exceptions, prior to Plaintiff's work (**2005**), no traditional primary sci-fi or action hero in Western or Eastern literature ever (in non-battlefield situations) admitted to being fearful, and explained that these fears keep him sharp and kept him alive.  This structure recurs in Plaintiff film, *The Amazing Mr. Excellent*.

97.  Now, in 2020, the traditional, central hero who admits his fear, and believes they make him better prepared, has been co-opted many times (*Taken*, *Boku no Hiro Academia*, etc). Plaintiff is the first person to conceive and execute this structure, in *Butterfly Driver*.

### THREE MORE ORIGINAL IDEAS

98.   Plaintiff's script contains **3** more original ideas: **1.** a satellite city for the super-rich, **2.** an Earth emulator/environment-accelerator for the mind/soul replicas, which helps law enforcement predict crime by accelerating emulation, **3.** a particularly unique villain.  But, as the Defs did not infringe these aspects, they are not described herein.

### TWO UNIQUE STROKES

99.  Conceiving and executing these original ideas involved two more unique decisions:

1.   Plaintiff identified and solved several substantial literary problems (e.g., 1. sci-fi did not reflect our common lives; 2. Traditional heroes were not honest about their fears).

2.   Plaintiff repeatedly transgressed convention, then amplified these transgressions.

### SCI-FI  & ACTION FILMS BEGIN TO COPY PLAINTIFF'S MODEL

100.   Typically, it takes 1.5 to 2 years to make a movie.  Thus, 2-3 years after ZGM accessed Plaintiff's work the first sci-fi, action, adventure **and** horror films to adopt Plaintiff highly political and amplified approach came out: *Hunger Games, District 9, Avatar, Elysium, the Purge, Repo Men, Get Out*.  And sci-fi films suddenly stopped imagining complex, meaningless problems, and focused on small, meaningful "*human*" problems: *The Last Of Us, WALL-E, Hunger Games…*

COMPLAINT

| | |
|---|---|
| 1 | **SECTION TWO** |
| 2 | **PART I** |
| 3 | **THE TRUE HISTORY OF EVENTS** |
| 4 | **(Before The Defs Revised History, And Invented The "Scriptment")** |
| 5 | 101.    There is no credible or verifiable evidence to support the Defendants' scriptment |
| 6 | story, but there is unlimited evidence of fraud.  What follows are the known facts and events |
| 7 | that transpired before the Defendants first published their fraudulent scriptment story, |
| 8 | February 3, 2006. |
| 9 | **The Original Sequence Of Events:** |
| 10 | 102.    In 1993 Defs Cameron and 20CFOX released the film *True Lies*.  Around 1994 Def |
| 11 | Cameron began writing "Titanic".    Around 1995 Def 20CFOX agreed to finance and |
| 12 | distribute Titanic.  In 1996 Titanic entered *production* phase.  In 1997 Titanic was released. |
| 13 | 103.    Cameron did not make another <u>feature</u> film for 12 years (Avatar, 2009). |
| 14 | 104.    In a 2003 interview with *The Guardian* Def Cameron admitted to longing to make the |
| 15 | film *Battle Angel Alita* (**ABA**).  [Said "*The Guardian*" article is attached as **Exhibit F**.] |
| 16 | 105.  In a <u>November 2004</u> NPR *Talk of the Nation* interview, Cameron declared he was in |
| 17 | <u>pre-production</u> of Battle Angel.  [Said NPR article is attached as **Exhibit G**.]  Audio is at: |
| 18 | https://www.npr.org/templates/story/story.php?storyId=4176616 (listen at 31mins, 30 secs). |
| 19 | 106.    Dec 2, 2005, publications like AICN reported that Cameron and 20CFOX sent out |
| 20 | casting notices for *Alita: Battle Angel*.  [Said AICN article is attached as **Exhibit H**.] |
| 21 | 107.    December 2005, 20CFOX released production announcements for *Alita: Battle Angel*, |
| 22 | naming central cast, crew and producers.  [See **Exhibit I**.] |
| 23 | 108.    January 20, 2006, ZGM (a literary agency) asked Plaintiff to send his script.  As |
| 24 | literary agents, ZGM knew Plaintiff's script was unique.  With so many original ideas, the |
| 25 | studios could make countless derivatives.    The owners of ZGM were close friends of |
| 26 | 20CFOX's V.P. of Production, Alex Young.  Thus, they called Young immediately (they also |
| 27 | quietly called every major studio in Hollywood). |
| 28 | 109.  Overnight, Defendants 20CFOX and James Cameron would rewrite history. |

COMPLAINT

**Postulation On The Scriptment/Project 880 Story Based On The Factual Record**

110. By omitting all falsified documents and only examining the verifiable, the evolution of the Defs' *scriptment* story becomes clearer. The verifiable documents and events are:

1. Plaintiff sent ZGM a copy of his script on January 20, 2006.

2. Feb 3, 2006, the Defendants released several falsified articles on Ain't It Cool News.

3. 20CFOX created a company called **880 Productions** in July 2006.

4. From Dec 2006 to Dec 2009, the first 20 Avatar copyrights were called ***Project 880***.

5. Plaintiff found no verifiable document with the name "Avatar" on it until June 2008.

6. Plaintiff posted a revised script on Triggerstreet.com (**TS**) in Dec 2006 or Jan 2007.

7. In June 2007 the Defs hacked into Plaintiff's email (**see p 58**). (By reading Plaintiff's email the Defs would learn the first draft of his script was finished May 2005).

8. The Defendants created an AICN (aintitcool.com) "node" in November 2007.

**111.** From these facts, Plaintiff postulates that after the Defs accessed his work, Jan 2006, they resolved to steal his ideas. Thus, <u>Feb 3, 2006</u>, the Defs released several fraudulent articles (**all <u>backdated</u> to June 14 2005**) claiming Cameron had a script called ***Project 880*** —one of these articles appeared in AICN. The Defs then accessed Plaintiff's revised script on TS, circa Feb **2007**. To infringe Plaintiff's new ideas, the Defs quickly wrote and registered their script, **Mar 6, 2007**. Next, **June 2007**, the Defs hacked into Plaintiff's email and learned that Plaintiff emailed the first draft of his script to his family in <u>**May 2005**</u>. This meant that the fraudulent June 14, 2005 *Project 880* articles did not go back far enough. Thus, the Defs would need to further backdate their story. Thus, the Defs released a story that *Project 880* was based on a *scriptment* called *Avatar* that Cameron wrote around 1995.

112. Nov 2007, the Defs moved the Feb 3, 2006 AICN web articles to a new "node." This broke any external hyperlinks, effectively erasing the original *Project 880* story, allowing the Defs to rewrite the AICN articles. (However, since Plaintiff cannot **prove** that the original Feb 3, 2006 AICN main article just reported on the fraudulent June 14, 2006 *Project 880* story, this complaint will assume, **hereafter**, that the current AICN Feb 3, 2006 main article "*A Question For James Cameron About AVA...*" is the original falsified article.)

COMPLAINT

**PART II**

**THE DEFENDANTS REWRITE HISTORY**

**The AICN Scriptment Scheme**

113.    Once ZGM showed 20CFOX and Cameron the Plaintiff's work, 20CFOX promptly stopped production of *Alita: Battle Angel*, and developed a plan to steal Plaintiff's work.

114.    Plaintiff was looking for a literary agent when he contacted ZGM  (Jan 20, 2006). Thus, the Defs likely worried that the Plaintiff might sell his work to another studio.  This would explain why the Defs published the AICN scriptment story only 14 days after Plaintiff contacted ZGM.  The Defs' scriptment story would claim that Cameron wrote an Avatar *scriptment* (with the same new ideas as Plaintiff's script) in 1996, and in 2005 he changed Avatar's name to *Project 880*.  But with only 13 or 14 days to work, the Defs would not have time to write an actual screenplay, just a *scriptment.*

115.    The Defs' plan was to release <u>9</u> falsified web documents on AICN, on Feb 3, 2006:

1.    The February 3, 2006, AICN main article;

2.    **4** more falsified AICN articles (backdated to 1997, 2000 and 2005);

3.    **3** fraudulent websites links (backdated to June 2005);

4.    The "<u>scriptment</u>" (this is how and when the scriptment was first released, **if** it was ever actually released at all).

116.    Because the Feb 3, 2006 AICN articles are falsified (including the reader comments), it is impossible to know if AICN published the main story on Feb 3, 2006. AICN may have *linked-in* the story a couple days later—after the *reader comments* response time had elapsed.  This way Knowles and AICN could avoid answering questions about these falsified stories.  If so, this would mean no Avatar scriptment was ever released.

**THE DEF PUBLISHED 14 MORE FRAUDULENT ARTICLES**

**BETWEEN 2008 AND 2019, AND BACKDATE THEM TO 2007**

117.    In addition to these five (5) falsified AICN articles, the Defs published **14 more fraudulent articles**, apparently between 2008 and 2019.  These documents are examined in Sections Five through Ten, and in the Fraud & Unlawful Access Supplement (pp 96 to 115).

COMPLAINT

## SECTION THREE

## ACCESS & MISAPPROPRIATION

## PART I

118.  In 2005 and 2006, ZGM marketed themselves as screenwriter literary agents on several websites (including MovieBytes.com, DoneDealPro.com, and AbsoluteWrite.com).

119.  January 20, 2006, Plaintiff found Zero Gravity Management listed on a website called Movie Bytes, at moviebytes.com, where they claimed they were accepting screenplays. Thus, **Jan 20, 2006**, 7:03 a.m., Plaintiff emailed ZGM to ask if they would be interested in reading either of two screenplays: a comedy called *Sunflowers*, or a sci-fi called *Uberopolis: City of Light*.  Several hours later, 3:48pm, ZGM emailed permission for Plaintiff to send *City of Light*.  [This email exchange, between Plaintiff and ZGM, is attached as **Exhibit J**.] **This email exchange is also attached to the *Briggs v Blomkamp* complaint (a 2013 infringement suit)**; however, in *Briggs v Blomkamp* Plaintiff did **NOT** realize or allege that ZGM was the access point in that matter too; he merely attached the email to the complaint to show that film companies were interested in his screenplay.

120.  Plaintiff's exchange with ZGM was more than a mere request to send a script and a grant of permission; it contained spoken and unspoken, intentional misrepresentations, agreements, deceptions and omissions.  Plaintiff's email began as follows:

> Dear Zero Gravity Management,
> I am responding to your query for screenplays posted on moviebytes.com.
> Below you will find two brief synopses to two new screenplays I am….

121.  A few hours later, Zero Gravity Management responded:

> Thanks for the query. You can send your script City Of Light via regular mail or email (.pdf only please) along with the attached submission form and a copy of your original email. If sending your script via email you may 'electronically' sign the form by typing in your name where it requires your signature.
> Since we do receive a lot of scripts we are only able to reply to those we are interested in pursuing and do not send out rejection notices.
> Best,
> Georgia

COMPLAINT

1    Zero Gravity Management
2    1531 14th Street Santa Monica, Ca 90404

3    122.   The first sentence of Plaintiff's email informed ZGM that Plaintiff was under the
4    impression that (1) ZGM was authorized to represent writers, and (2) ZGM was seeking
5    screenplays.  But in ZGM's reply email, ZGM did not inform Plaintiff that ZGM had signed
6    a California Certificate of Cancellation four months earlier; thus, Zero Gravity Management
7    was no longer in business.  This was intentional misrepresentation.

8    123.   In ZGM's reply they suggested they would  contact the Plaintiff if they decided to
9    use his work.  ZGM also sent Plaintiff a *release* that said they would NOT use Plaintiff's
10   work without contacting him first.  But ZGM used Plaintiff's work, but did not contact
11   Plaintiff.  This was fraud and breach.

12   124.   Along with sending ZGM his screenplay, Plaintiff signed and returned a release.
13   **Obviously, the release is invalid, because <u>ZGM did not exist as a business entity when</u>**
14   **<u>the Plaintiff signed the release</u>**.  A copy of the blank release is attached as **Exhibit K**.

15   125.   Worse, by emailing the release and their permission for Plaintiff to submit his script,
16   ZGM was implicitly and fraudulently representing themselves as a valid entertainment or
17   literary business that was authorized to operate in the State of California.  ZGM was not.
18   This was Fraud.  Although ZGM rushed to file a new BES (business entity statement), it was
19   too late.  Any claims they hoped to make to the Plaintiff's screenplay were forever invalid.

20                          **The Last Defense: Lie**

21   126.   Section Ten of this Complaint explains that in 2007 the Defs *hacked* into Plaintiff's
22   email and erased all of his **outgoing** emails, from between mid 2005 to Sept 13, 2007.
23   A copy of Plaintiff's Hotmail box (opened in mid 2005) showing all outgoing emails from
24   before Sept 14, 2007, were erased, is attached as **Exhibit L**.  Luckily, ZGM replied to
25   Plaintiff's original email thread; thus, Plaintiff's exchange with ZGM survived.  Left with no
26   defense, the Defs are apt to claim Plaintiff did not send them his script (this is why the Defs
27   erased Plaintiff's outgoing email—**to erase evidence of Plaintiff's return email to ZGM**).
28   Thus, to verify that Plaintiff has always promptly and immediately responded to his

COMPLAINT

SER-039

filmmaking and professional emails, Plaintiff offers a few email exchanges, from that same week, in 2006, which **are** also relevant to this matter:

1.  The Court will find an email from Absolute Write (**AW**) to Plaintiff, sent Sun, Jan 15, 2006, at **2:59** a.m. (5 days **before** ZGM asked Plaintiff for his script), attached as **Exhibit M**. This email informs Plaintiff that to activate his subscription he must take further action. The Court will **also** find a second email from AW, sent Sun, Jan 15, 2006, at **6:16 a.m.** (3 hours later), informing Plaintiff that he had successfully taken action on the previous email and was subscribed to AW, attached as **Exhibit N**. NOTE: Plaintiff subscribed to this newsletter to receive a link to AW's literary agents eBook (ZGM was also listed in this ebook). The link to the ebook can be seen on page 3, line 1 (Ex M). Plaintiff was blocked from accessing the linked web page.

2.  The next day, Jan 16, 2006, an agent named Greg Bell asked Plaintiff to send a PDF of his script. [**See Exhibit O**.] While making a PDF for Mr Bell, Plaintiff discovered a glitch in the screenwriting program's PDF converter. Hence, that evening, Plaintiff downloaded *Adobe Acrobat* at adobe.com. An email from Adobe.com, confirming this, is attached as **Exhibit P**.

3.  The Court will find an email from Jerrol Lebaron (owner of InkTip.com), signed by Stephanie Maus, Fri, Feb 3, 2006 (14 days **after** ZGM accessed Plaintiff's script), attached as **Exhibit Q**. This email instructed Plaintiff to sign a **release** before placing a PDF of his script on InkTip.com. The Court should observe that in 2006 the Plaintiff lived in New York City, but Inktip.com was located in California (InkTip's address is on Ex Q). Thus, the email reads 7:34 pm **EST**, but it was sent at 4:34 pm **PST**, California time, before Inktip closed for the weekend. Plaintiff immediately sent InkTip a PDF of his script. Then, **7:05 a.m., first thing Monday morning**, Feb 6, 2006, InkTip's Stephanie Maus emailed Plaintiff to say InkTip.com had received his release. [Said InkTip "release received" is attached as **Exhibit R**.]

127. Points 1 and 2, above, show (1) Plaintiff's prompt professional habits, (2) Plaintiff already had a PDF of his script, on his computer, 4 days before ZGM asked for his script.

COMPLAINT

| | |
|---|---|
| 1 | **ACCESS & MISAPPROPRIATION** |
| 2 | **PART II** |
| 3 | **ZGM UNLAWFULLY ACCESSED PLAINTIFF'S WORK,** |
| 4 | **Then Conspired With 20CFOX To Infringe Plaintiff's Work** |
| 5 | 128.   This section explains how ZGM accessed and misappropriated Plaintiff's script and |
| 6 | gave or sold it to 20CFOX and James Cameron (and others).  This story involves many |
| 7 | players and moving parts; so first, an introduction to the teams and players… |
| 8 | THE TEAMS & PLAYERS: |
| 9 | **The Zero Gravity Management Team (ZGM):** |
| 10 | 129.   ZGM was a talent agency, specializing in representing <u>screenwriters</u>. [A copy of |
| 11 | ZGM's website 's "About Us" page is attached as **Exhibit S**.] |
| 12 | 130.  During the period in question (2005-2013), ZGM, as defined herein,  consisted of the |
| 13 | following players: **Mark Williams, Michael Pierce, Wayne Kramer**. |
| 14 | 131. Michael Pierce and Mark Williams are the primary owners of ZGM, and Wayne |
| 15 | Kramer is the film director who filmed most of ZGM's productions (from 2003 to 2007). |
| 16 | 132. Michael Pierce and Mark Williams also owned production company *Pierce/Williams*. |
| 17 | 133. Michael Pierce and <u>Wayne Kramer</u> owned the production company *True Grit*. |
| 18 | 134. Wayne Kramer was born and raised in South Africa. |
| 19 | 135. Michael Pierce was born and raised in Canada, and may still be a Canadian citizen. |
| 20 | **The Twentieth Century Fox Film Corp Team** (20CFOX): |
| 21 | 136. **20CFOX** is the film company/studio that financed and distributed Avatar. |
| 22 | 137. **Hutch Parker** was 20CFOX's President of Production. |
| 23 | 138. **Alex Young**'s title was <u>20CFOX's Senior VP of Productions</u>, under Hutch Parker. |
| 24 | 139. **Emma Watts** was also <u>20CFOX's Senior VP of Productions</u>, under Hutch Parker. |
| 25 | **The Endeavor / WME Team** |
| 26 | 140. From 2005 to 2009, **Endeavor** (AKA Endeavor Talent Agency), one of the world's |
| 27 | largest talent agencies, represented South African director **Wayne Kramer**, and Ari |
| 28 | Emanuel (Endeavor's CEO) personally represented South African director **Neill Blomkamp**. |

COMPLAINT

## ZGM'S BRILLIANT START & METEORIC FALL

141. September 11, 2003, ZGM filed its LLC registration with the Office of the California Secretary of State (**OCSS**).   December 9, 2003, Michael Pierce signed ZGM's OCSS BES, stamped by the OCSS on December 12, 2003. [This BES is on file with the OCSS.]

142.   By Dec 2003, ZGM had earned Hollywood's attention, because their first film, ***The Cooler*** (directed by Wayne Kramer) earned $10.5-million, against a cost of $3.2-million.

143. **May 9, 2004,** Variety.com ran a biography on Michael Pierce.  But Pierce asked his friends Wayne Kramer, Mark WIlliams, and Alex Young (Senior Vice Presidents of Prods for 20CFOX) to get in on the action. [Said Variety article by Lily Oei is attached as **Exhibit T**.]

144.  In the fifth paragraph of the article, writer Lily Oei explains:

> "These days, Pierce is moving nonstop. He has a hand in a number of companies: production shingle **Pierce/Williams** and management firm **Zero Gravity**, both with partner **Mark Williams**. With helmer **Kramer**, Pierce operates **True Grit**."

145.  In paragraph 7, Oei focuses on Mark Williams, who applauds ZGM's writing staff:

> "Williams, a former screenwriter who works closely with the scribes in their stable, says the good material draws people in and gives Michael the power to go and put movies together.'"

146.   In paragraph 9, Wayne Kramer joins in, to reveal how much Pierce means to him:

> "Ditto, says helmer Kramer, ready to begin principal photography on their second pic together. "Michael has been the facilitator of my dreams. He backed me when nobody else would, and I entrusted my work to him as a producer with the knowledge that he didn't have any producing credits.'"

147. Para 8 of Oei's article, 20CFOX's **Senior VP of Production, Alex Young** admitted that 20CFOX constantly tries to work with Pierce and brings him in on 20CFOX projects:

> "Even execs who haven't worked with Pierce are waiting for their chance. "We're constantly trying to find things. <u>I'd even bring him aboard things I have</u>," **says Alex Young, senior VP of production at Fox**. "<u>I have faith in his energy and enthusiasm that he'll push it forward. Michael is one of the most pro-active people I've met.</u>'"

COMPLAINT

148. Things were fantastic for ZGM in 2003, and the first half of 2004. But ZGM's second movie, *In Enemy Hands* (2004), would be **perhaps of the biggest money losers in American film history**; costing $5,400,000 but only earning $64,000. And In 2005, ZGM's next film *Chaos*, only made $7M, against a cost of $12.5M.

149. Thus, Sept 12, 2005, ZGM filed a certificate of cancellation, attached as **Exhibit** U.

150. Zero Gravity Management was out of business.

<center>Rebirth, Access & Misappropriation</center>

151. Unaware that ZGM was out of business, January 20, 2006, Plaintiff found an online listing saying ZGM was accepting screenplays; thus, he sent ZGM an inquiry email, with two synopses to consider: a comedy titled *Sunflowers*, and a science fiction script titled ***Uberopolis: City of Light***. A few hours later, ZGM asked for *City of Light*. Plaintiff emailed his script immediately. [See Ex J.]

152. **Six days later**, January 26, 2006, ZGM filed a new California business registration, and was back in business. [ZGM's new CA business registration is attached as **Exhibit V.**]

153. Six months later, News Corp founded the company **880 Productions LTD** (a News Corp subsidiary). [880 Production LTD's BES is attached as **Exhibit W.**] Avatar was filmed in New Zealand, and 880 Productions hired production personnel. [See Exhibit. 67.]

154. Next, Aug 30, 2006, ZGM partnered with billionaire investor Stephen Margolis, owner of Future Films Ltd, Future Capital Partners (and more than 30 companies starting with the word "future") and filed a CA BES for the new company, ***Future Films Delaware Limited Partnership*** [Future Films Delaware LP's BES is attached as **Exhibit X.**]

155. 21 days later, Sept 20, 2006, ZGM and Margolis opened **FUTURE SERVICE INC,** which would soon be on 13 Avatar copyrights. The Delaware Dept of State Division of Corporations' (**DDSDC**) report on Future Service Inc is attached as **Exhibit Y**.

<center>**Future Service, Inc, IS A SUBSIDIARY OF 20CFOX**</center>

156. 20CFOX immediately **bought** Future Service Inc and made it a subsidiary. In 2006 **News Corporation** was the parent company of 20CFOX (then called Fox Entertainment Group, Inc). Future Service Inc is identified as a subsidiary of News Corporation (and a

<center>COMPLAINT</center>

<center>SER-043</center>

<center>20</center>

1  subsidiary of *Fox Entertainment Group Inc*: 20CFOX) on page 276 of News Corporation's

2  June 30, **2007** Form10-K Annual Report to the *Securities and Exchange Commission*

3  (S.E.C.). [Page 276 of News Corp's 2007 10-K SEC report is attached as **Exhibit Z.**]

4   157.  Future Service Inc was registered in Delaware because Delaware allows companies

5  to conceal the owner's identity in their filings.  This was perfect for the Defs, who wanted to

6  conceal ZGM's connections to Future Service Inc and the Avatar copyrights.

7   158.  Margolis and *Future Films Limited* did not announce their relationship with ZGM

8  until Nov 2009, in a Screen Daily (**SD**) article.  [Said SD article is attached as **Exhibit A2.**]

9   157.  27 days after opening Future Service Inc (Oct 19, **2006**), ZGM's Pierce and Williams

10  opened "**Victim, LLC**."  Dec 7, 2006 (<u>4 days before Future Service Inc appeared on the first

11  Avatar copyright</u>), Victim, LLC filed its first CA BES, <u>attached as **Exhibit B2**.</u>  Five years

12  later, December 2011, Victim LLC filed a CA Certificate of Cancellation (CoC), and closed.

13   159.  Since the *Screen Actors Guild* is named on Victim LLC's only Copyright Office

14  film credit (a 15 minute short), <u>attached as **Exhibit C2**</u>, Victim LLC was likely created to

15  accept payments from 20CFOX and **other** film companies that ZGM sold Plaintiff's work to.

16   160.  To conceal their connection to Avatar, Nov 26, 2007, Pierce and Williams filed a CA

17  CoC (cancellation), closing ZGM.  Said 2007 CA COC for ZGM is <u>attached as **Exhibit D2**</u>.

18   161.  To further confirm the link between ZGM (Pierce, Williams), and Margolis, and

19  20CFOX, and confirm the Defs' intent to deceive Plaintiff and <u>State and federal authorities,</u>

20  Plaintiff asks the Court to examine the address on each of the following documents:

21   **1.**  2004 CA BES for Pierce's company True Grit LLC, attached as **Exhibit E2**;

22   **2.**  Victim, LLC's 2006 CA BES (Exhibit B2)**;**

23   **3.**  ZGM's CA Certificate of Cancellation, filed Nov 26, 2007 (Exhibit D2);

24   162.  The court will notice on exhibits B2 and E2, Pierce uses the address **1531 14 St.**

25  **Santa Monica, CA 90404**, and Williams claims this same address on exhibits B2 and D2.

26   163.  Similarly, in Exhibit Y, **Future Films Delaware LP's** 2006 California's BES uses

27  the address **1531 14 St. Santa Monica, CA 90404.**, and identifies **Simon Horsman** as the

28  agent for service of process.

<div align="center">COMPLAINT</div>

164.    Page 87 of the 2009 UK Film Council Research and Statistics Unit (UKFCRSU) handbook "Film In The UK; A Briefing Paper," is attached as **Exhibit F2**. Examining Ex H2, the Court will notice that the UKFCRSU handbook names Stephen Margolis as Future Films Limited's *Chief Executive,* and names **Simon Horsman** as *CEO* of Future Films USA.

165.    **Future Films USA's** California business registration is attached as **Exhibit G2**. This BES identifies **Simon Horsman** as *Future Films USA's* agent for service, and claims the address **1531 14 St. Santa Monica, CA 90404**, but does not identify Horsman as CEO**.**

166.    *Future Films Delaware* and *Future Films USA* claimed to live/work at **1531 14 St. Santa Monica, CA, 90404,** at the same time that **ZGM** (and Michael Pierce and Mark Williams) claimed that address. But Future Films did NOT use Pierce's or Williams' names, to conceal its connection to ZGM and the Avatar copyrights.

167.    According to *Spokeo.com*, Pierce lived at 1531 14th St, Santa Monica until 2011, but none of the parties named on Future Films Delaware's BES, and none of the executives of Future Films Limited ever lived there. [Said Spokeo report is attached as **Exhibit H2.**]

168.    **THIS IS BUSINESS FRAUD**, and further illustrate that the Defendants unlawfully accessed Plaintiff's work using false representations.

SUMMARY OF ACCESS

169.    In 2006, after receiving Plaintiff script (Jan 20, 2006), Margolis, Pierce and Williams started at least 3 new businesses (Future Films Delaware, Future Films USA, and Future Service Inc) and used ZGM's (Pierce's and Williams') address for these businesses. Dec 11, 2006, ZGM's new company, Future Service Inc, appeared on the first Avatar copyright, **[Ex U4]** and is a 20CFOX subsidiary. In the next 3 years, Future Service Inc would appear on 13 of 21 Avatar/Project 880 copyrights, including the Avatar film copyright. **[Ex X4]**

170.    **Two months** after appearing on the first Avatar copyright, Pierce, Williams and Margolis were credited as producers of Margolis's film *Flawless* (Feb 2007).

171.    With Plaintiff's script in hand, ZGM went from being out-of-business, to being (1) signatories on the most important Avatar copyrights, (2) business partners with famed billionaire Stephen Margolis, and (3) executives of a 20CFOX subsidiary.

COMPLAINT

172.  ACCESS CONFIRMED.

**AS PLAINTIFF COMPOSED THIS COMPLAINT,**

**20CFOX CLOSED FUTURE SERVICE, INC**

173.  As Plaintiff composed this Complaint, September 27, 2019 (the day after Plaintiff's online research unearthed the connection between ZGM and Future Service, Inc), **Future Service Inc suddenly went out of business**.  This is confirmed by examining the DDSDC report on Future Service Inc, showing its dissolution, September 27, 2019 (Exhibit Y).  **This dissolution was business fraud**, and an effort to hide Access and Infringement (it also indicates the Defendants unlawfully monitored Plaintiff's composition of this Complaint.)

**AFTER ZGM ACCESSED PLAINTIFF'S SCRIPT (JAN 20, 2006)**

**THE FOLLOWING COMPANIES QUICKLY FORMED**

174.  After ZGM accessed Plaintiff's work, the following businesses quickly formed —all related to Avatar or the infringement of Plaintiff's work (the underlined companies appear on central Avatar copyright registrations):

1.  Zero Gravity Management went back in business **January 26, 2006**,

2.  Dune Enertaintment II LLC, **the very FIRST "Dune Entertainment" company**; formed **March 14, 2006**, owned by **Stephen Mnuchin** (US Secretary of Treasury);

3.  880 Productions Limited, (owned by News Corp & 20CFOX), formed **July 21, 2006**.

4.  Ingenious Film Partners 3, LLP, formed **April 10, 2006**;

5.  Future Films USA 1 Limited (UK) (CEO Stephen Margolis), formed **Aug 7, 2006;**

6.  Future Films USA 2 Limited (UK) (CEO Stephen Margolis); formed **Aug 7, 2006;**

7.  Future Films Delaware LP (Stephen Margolis and ZGM); formed **Aug 18, 2006**;

8.  Future Films USA LLC (Margolis, ZGM, Horsman); formed **Aug 18, 2006**;

9.  Future Service, Inc., (ZGM and Stephen Margolis), formed **September 20, 2006**,

10.  Victim, LLC formed (ZGM) **October 19, 2006**;

11.  Media Rights Capital, formed on **November 30, 2006** (producer of Elysium);

12.  C.O. Films formed **November 30, 2006** (produced Wayne Kramer's *Crossing Over*).

13.  Dune Entertainment III LLC, formed **June 12, 2007**.

COMPLAINT

| | |
|---|---|
| 1 | **PLAINTIFF'S SCREENPLAY'S PATH TO DEFS CAMERON & 20CFOX** |
| 2 | 175.  The path from ZGM to 20CFOX is very short, if one is aware of a few key facts: |
| 3 | **1.**  As screenwriter agents, ZGM interacted with every major studio in Hollywood —as |
| 4 | studios need scripts to make films.   [Oct 24, 2001 Variety.com published "Zero |
| 5 | Gravity management division bows," by Dana Harris.  The article shows that by **2001** |
| 6 | ZGM was working with the major studios (Colombia Pictures, MGM...). |
| 7 | **2.**  Def James Cameron had a close professional relationship with Emma Watts. |
| 8 | •  Watts was named executive producer of ABA in a 2005 prod announcement (Ex H). |
| 9 | **3.**  Alex Young was a friend of ZGM's Pierce, Williams and Kramer (see Ex T). |
| 10 | **4.**  Watts and Young were both 20CFOX Senior Vice Presidents of Production. |
| 11 | **5.**  Ari Emanuel and 20CFOX's Hutch Parker were close friends. |
| 12 | **6.**  Ari Emanuel and Endeavor represented Wayne Kramer (of ZGM). [Jan 26, 2009, |
| 13 | Michael Fleming reported that Endeavor represented Kramer in  an article titled, |
| 14 | "Wayne Kramer to direct 'Automatic'".] |
| 15 | 176.  The diagram below shows Plaintiff's script's fast paths to 20CFOX and/or Cameron. |

**PLAINTIFF'S  SCREENPLAY**

↓

| **ZERO** | **GRAVITY** | **MANAGEMENT** |
|---|---|---|
| **Michael Pierce** | **Mark Williams** | **Wayne Kramer** |

↓                                              ↓

**A. Young (20CFOX)** ➡  **Hutch Parker** President of Prods **20CFOX** ⬅ **Ari Emanuel** CEO of Endeavor (later WME)     **Neill Blomkamp, Disney, NBCU, Sony Picts, Lionsgate**

**E. Watts (20CFOX)** ➡

↓                              ↓              ↙

**J A M E S   C A M E R O N**

COMPLAINT

1                                 **SECTION FOUR**

2                            **FRAUD & FALSIFICATION**

3       THE FALSIFIED ORIGINS & SOURCES OF THE SCRIPTMENT STORY

4     177. When **Wikipedia**'s "*Avatar (2009 film)*" entry first opened in 2009, the page claimed

5 Cameron wrote an 80-page scriptment in **1995**. [An IA crawl of said 2009 *Avatar Wikipedia*

6 entry is attached as **Exhibit I2**.] The entry cited a Jan 2007 Entertainment Weekly article

7 quoting Cameron himself (see Sect 5, this article appears fraudulent). But self-citation did

8 not meet Wikipedia's verifiability standards, so the Defs were forced to change their citation.

9     178. Currently, the 2019 Avatar Wikipedia page cites two **new**, fraudulent sources (now

10 backdated to **1994**). The first citation, titled *"Synthetic actors to star in 'Avatar,'"* allegedly

11 published Aug 12, 1996, in the St. Petersburg Times, claimed Cameron wrote an 80-page

12 Avatar treatment in 1994. But at the bottom of this Wikipedia entry, in the *References*, it

13 states this article was "retrieved" in 2010, <u>and</u> clearly states the story link is broken. Thus,

14 this story could never be validated. Further, Plaintiff searched for this story. It does not

15 exist. This story is **<u>fraudulent</u>.** A screen shot of the Wikipedia *Reference* citations is

16 inserted below.

17   15. ^ *a b c* "Synthetic actors to star in *Avatar*"⧉. *St. Petersburg Times*. August 12, 1996. Retrieved February 1,
      2010.[*dead link*]

18   16. ^ *a b c* Judy Hevrdejs; Mike Conklin (August 9, 1996). "Channel 2 has Monday morning team in place". *Chicago*
19      *Tribune*.

20     180. The second source cited on the 2019 *Avatar (2009 film)* Wikipedia page, claims on

21 Aug 9, 1996, Judy Hevrdejs and Mike Conklin wrote a story titled *"Channel 2 has Monday*

22 *morning team in place,"* for the Chicago Tribune (see insert above), which stated that

23 Cameron planned to begin shooting Avatar in mid-1997. [An IA page crawl of this

24 fraudulent Chicago Tribune story is attached as **Exhibit J2**.] The article is an odd collection

25 of story snippets, which the IA did not crawl until Nov **2018**. But the evidence that this

26 article is fraudulent is the number "2018" next to an asterisk between slashes, after the word

27 "web" in the URL. Why this is fraudulent is explained in Fraud & Unlawful Access

28 Supplement (pp 96-115). The IA calendar crawl of this page is attached as **Exhibit K2**.

<div align="center">COMPLAINT</div>

| | |
|---|---|
| 1 | **SECTION FIVE** |
| 2 | **FRAUD & FALSIFICATION** |
| 3 | **PART I:** |
| 4 | THE FALSIFIED SOURCE OF THE SCRIPTMENT LEAK |
| 5 | 181.   To make the scriptment story seem plausible, the Defs created two web pages that |
| 6 | they could allege were the original source of the scriptment leak: www.**JackChaos**.com, and |
| 7 | www.**uni-kiel.de**/medien/cameronlitdreh.html.   Proving the fraudulence of these webs pages |
| 8 | took several months.   In short, the Defs used the IA to produce fake crawls of fake web |
| 9 | addresses, while Google LLC modified the Plaintiff's Chrome browser to display false URL |
| 10 | readings.   **January 14, 2020**, Plaintiff finally solved the Defs' scheme, by using his Internet |
| 11 | Explorer browser.   <u>That same day, the NSA announced that Windows 10 OS (Plaintiff's OS)</u> |
| 12 | <u>has a dangerous vulnerability</u>.   An explanation of how the Defs exploited this vulnerability to |
| 13 | unlawfully access (steal) Plaintiff's work is provided in the *Fraud & Unlawful Access* |
| 14 | *Supplement*, pp 96-115.   Perhaps the most conclusive evidence of the fraudulence of these |
| 15 | pages is seen in Video Exhibits #1 and #2 (also explained and described in the *Fraud &* |
| 16 | *Unlawful Access Supplement*), recorded **January 14, 2020**. |
| 17 | **#1 JACKCHAOS.COM** |
| 18 | 182.   The falsified IA crawls of JackChaos.com fraudulently suggests the website was |
| 19 | located at www.jackchaos.com from **March 2000 to June 2001**.   [A copy of an IA page |
| 20 | crawl of the JackChaos.com homepage is attached as **Exhibit L2**.]   The Defs designed this |
| 21 | falsified IA homepage crawl with a fake link to the Avatar **scriptment**, on the right side of |
| 22 | the page (Ex L2).   The IA produced a falsified calendar crawl of this site.   A screenshot of |
| 23 | this fraudulent calendar crawl is attached as **Exhibit M2**.   This screenshot appears valid |
| 24 | because Plaintiff used his Google Chrome browser on this screenshot.   An Internet Explorer |
| 25 | screenshot, which finally revealed the fraudulence of this crawl, is included in Exhibit Q5 |
| 26 | (page 5).   How the Defendants modified Plaintiff's Chrome browser to display false URLs is |
| 27 | explained in the Fraud & Unlawful Access Supplement, pp 96 to 115. |
| 28 | 183.   As Plaintiff conducted the research for this Complaint, the IA suddenly blocked |

COMPLAINT

1   Plaintiff from viewing the JackChaos.com page crawls. A December 19, 2019 screenshot of

2   a **blocked** May 25, 2002 JackChaos.com IA page crawl is attached as **Exhibit N2**.

3     184. **JackChaos.com is fraudulent for two reasons:**

4       1. By going to The IA's crawl of **www.uni-kiel.de/medien/cameronlitdreh.html** and

5           clicking any crawl from 2003 to the present, then clicking the Avatar script link, one

6           sees (in the IA search bar) that the IA redirects to a JackChaos.com page. However,

7           as seen in the IA crawls, the JackChaos.com page only existed from Jan 2000 until

8           late 2001, while **uni-kiel.de** existed from 2003 until the present. Thus, **these two**

9           **sites never existed at the same time**, so such a search bar cross link is impossible.

10       2. If one *Googles* "jackchaos.com" and "Avatar", and sets the search parameters to *1995*

11           *to Dec 31, 2005*, there are only two results, and neither pertains to Avatar or the

12           scriptment. Thus, before 2006, NO websites, chat rooms or boards were discussing

13           the scriptment on jackchaos.com. [Said Google search is attached as **Exhibit O2**.]

14           One would expect to find old external chat rooms and boards with people talking

15           about the JackChaos.com site. There are no such chat rooms or boards, because the

16           site never existed. (This also applies to uni-kiel.de/medien/cameronlitdreh.html.)

17                                **#2 WWW.UNI-KIEL.DE**

18     185. At www.**uni-kiel.de**/medien/cameronlitdreh.html Plaintiff found a web page alleging

19   to link to the scriptment, however the link had been deactivated. The page is/was hidden on

20   the University of Kiel's (in Germany) website. On the Internet Archive (IA), Plaintiff found

21   a page crawl of this uni-kiel.de web page, which fraudulently indicated the page was created

22   in 2003. This IA page crawl of this uni-kiel.de web page is attached as **Exhibit P2**.

23     186. An examination of the uni-kiel.de page's IA calendar crawl, revealing the fraudulence

24   of this page, is done in the Fraud & Unlawful Access Supplement (see Ex Q5, page 6). But

25   perhaps the most conclusive evidence of the fraudulence of this page are Video Exhibits #1

26   and #2, from Jan 14, 2020. But even before Plaintiff understood how the IA's calendar

27   crawl's scheme worked, there was clear evidence that the uni-kiel.de **page was fake** (see

28   items 1 and 2 above, under the "JackChaos.com is fraudulent for two reasons" heading).

COMPLAINT

**FRAUD & FALSIFICATION**

**PART II:**

<u>THE AICN SCRIPTMENT SCHEME</u>

188.    February 3, 2006, two weeks after Plaintiff sent ZGM his screenplay, Ain't It Cool News (**AICN,** at aintitcool.com) published a bizarre article, titled "A Question For James Cameron About AVA... Errrrrr, PROJECT 880!!", that hyperlinked to **8** falsified documents. [Said article is attached as **Exhibit Q2**.]  The Internet Archive produced fake crawls for all of the fake web documents. The 8 falsified documents that the main article hyperlinked to were:

1.  The Avatar scriptment (Plaintiff found no links to the scriptment);

2.  A falsified AICN article, backdated to 1997 (not previously published), titled "<u>AVATAR Peek!!!</u>"  (said article is attached as **Exhibit R2**);

3.  An AICN story, backdated to 2000 (not previously published), titled "<u>ABking visits AVATAR... and tells all</u>!" (said article is attached as **Exhibit Y2**.);

4.  An article, titled "<u>James Cameron stresses BATTLE ANGEL ALITA is his next'!'!'</u>," backdated to Aug 9, 2005 (not previously published), attached as **Exhibit D3**;

5.  An AICN article, titled "<u>Cameron has a top secret project… PROJECT 880… Nobody Nowhere Knows Nothing... Or do they</u>," fraudulently backdated to June 14, 2005 (not previously published), attached as **Exhibit H3**;

6.  Three (**3**) fraudulently backdated Avatar web addresses (examined in Sect 5, Part III).

189.    The purposes that these 9 falsified documents served in the Defs' scheme, and the fraudulent crawls that the IA produced to support them, are examined in the following pages. But the fraudulent, non-existent scriptment is not, because the hyperlinks were deactivated.

190.  In addition to the fraudulent AICN articles and IA crawls described on the following pages, Plaintiff has attached video of the IA improperly redirecting to other page crawls when he tried to access crawls of *Avatar Peek!* and *ABKing visits Avatar* (see Video Ex 4).

191.  On the fraudulent documents throughout this Complaint, the Court will notice that the Defs used unreliable, lower tier publications **that do not produce hard copies**.  When the Defs do use established publications, the IA tends not to falsify crawls of the articles.

COMPLAINT

| | |
|---|---|
| 1 | **THE PURPOSE OF THE AICN FEB 3, 2006, MAIN ARTICLE** |
| 2 | 192. February 3, 2006, AICN released an article by Harry Knowles (AKA Moriarty), |
| 3 | titled "***A Question For James Cameron About AVA... Errrrrr, PROJECT 880!***" (Ex Q2). |
| 4 | This document was entirely fraudulent—EXCEPT for the reader comments, which the Defs |
| 5 | mixed their fake comments into the real comment timeline. All of the reader comments |
| 6 | attached to the hyperlinked articles are entirely fraudulent. This main article served 5 duties: |
| 7 | **1.** The article released the newly created and never-before-released Avatar scriptment. |
| 8 | **2.** The article alleges that the scriptment was created a decade prior (1995-96). (Para 5) |
| 9 | • The falsified readers' comments (below main article) confirm that a "90-something |
| 10 | page document" that Knowles alleged was the scriptment, was attached. |
| 11 | • The readers' comments suggest the scriptment was hyperlinked in the text of para |
| 12 | 11, reading "I don't think there's a single website where you can still find the |
| 13 | treatment available for download, and it used to be fairly readily available." |
| 14 | **3.** Paragraphs 11 and 12 fraudulently introduce and promulgate the false story that |
| 15 | Cameron had recently, or in the past, removed the scriptment from all websites: |
| 16 | (Para 11) …. At this point, with circumstantial stuff stacking up, Cameron's |
| 17 | starting to make his intentions clear. <u>He has done everything he can to track down and **delete** every single digital copy of the AVATAR treatment that's</u> |
| 18 | <u>out there, and he's done a hell of a job.</u> |
| 19 | (Para 12) I hope he really is making the film, and that the reason he tracked down that 90-something page document and **did his best to <u>erase</u> it** is |
| 20 | because he wants to cloak the film in mystery again…. |
| 21 | **4.** The article hyperlinks to 8 other falsified documents needed for the Defs' plan. |
| 22 | **5.** Because the Defs plan forced them to hastily write a substandard "scriptment," the |
| 23 | scriptment would need to be refined and rewritten. Thus, the Defs added para 12, |
| 24 | suggesting the film would be very different from the scriptment: |
| 25 | (Para 12) I hope he really is making the film, and that the reason he tracked down that 90-something page document and did his best to <u>erase</u> it is |
| 26 | because he wants to cloak the film in mystery again. **Even if people do still have copies of it, there's no way that's EXACTLY what you'll be seeing,** |
| 27 | **or even close to what he'll eventually make.** He's a different person now, a |
| 28 | different filmmaker, I'm sure, and <u>he's had a decade's worth of **real-life**</u> |

<div align="center">

COMPLAINT

</div>

1    experience that he'll bring to the table as a writer and as a director.

2    193.  The article is disjointed and incoherent; thus, the Defs added these comments:

3    Comment  #8: Is anyone doing DVD reviews anymore?
     Comment #13: but, after reading all that, i still have no idea what this is all about.

4    Comment #14: **So can we have an article that actually makes sense now?**

5    Comment #84: someone please tell me what the f--- moriarty is talking about?…

6    194.   Although the content of this article is falsified, unlike the other falsified articles

7    released that day (which are fraudulently backdated, and **all** of the reader comments are

8    fraudulent), this main article is not backdated, thus the Defs may have mixed their falsified

9    comments into the *real* reader comment timeline.  Some of the Defs' falsified comments are:

10   February 3, 2006 6:40 AM CST AVATAR Scriptment by **RenoNevada2000**
         So glad I printed that out when I stumbled across it so long ago. Maybe I'll

11       re-read it this weekend. (Though I did just get my hands on the Superman V

12       Batman script too...)

     February 3, 2006 9:44 AM CST Thanks 'GrammarPolice' by **KoozyK**I
13       appreciate the post. I've never been able to find it in time before it was

14       pulled. I got my reading for the weekend.

     February 4, 2006 11:03 AM CST That's the coolest news of them all! by **aigam**
15       I've been looking for it for a very long time. AVATAR is a wonderful story,

16       definitely worth to be done.

17   195.   These fraudulent reader comments were written to advance the false storylines that:

18   **1.**  The Avatar scriptment existed before Feb 3, 2006;

19   **2.**  Sometimes Cameron ordered the scriptment removed from websites;

20   **3.**  Since Cameron sometimes removed the scriptment, it was hard to find;

21   **4.**  A small contingent of people who were "in the know" knew about the scriptment.

22   196.   If the scritment was ever released at all, it was released that day.  The Defs claimed

23   Cameron removed the scriptment from websites in the past, because later that day 20CFOX

24   and Cameron would permanently remove the scriptment (again, if it was ever truly released).

25   •  197.   The scriptment story was ONLY created and promulgated to fraudulently backdate

26   the Defs' possession of Plaintiff's ideas.

27   •  198.  Supplemental conclusive evidence that this web article is fraudulent is provided in

28   the Fraud & Unlawful Access Supplement, pp 96-115.

COMPLAINT

SER-053

30

| | |
|---|---|
| 1 | **THE PURPOSE OF ATTACHING THE ARTICLE** |
| 2 | ***"AVATAR PEEK!"*** |
| 3 | 199.  The article titled "AVATAR Peek!" (Ex R2) was fraudulently backdated to 1997, but |
| 4 | was actually created and published by the Defs on February 3, 2006. |
| 5 | **The First Indication That "Avatar Peak" Was Fake** |
| 6 | 200.  The first clue that the "AVATAR Peak!" article was fraudulently backdated to Oct 13, |
| 7 | 1997 is the fact that the reader comments (below the article) do not begin until <u>Feb 3, **2006**</u> |
| 8 | **—more than 8 years after the story is fraudulently purported to have been written**.  The |
| 9 | second reader (RaulMonkey) cannot believe no one has commented for 8 years (Ex R2): |
| 10 | February 3, 2006 12:04 PM CST Cheers, Wolfpack. by **RaulMonkey** |
| 11 | I wonder what the record is for longest period between an article being published and the First post going up… |
| 12 | |
| 13 | **The Second Problem With The Article** |
| 14 | 201.  The idea that readers did not comment on the page for 8 years is on its face wrong. |
| 15 | The second problem is: AICN automatically deactivates their comments after 2-10 days.  But |
| 16 | for some reason, we are to believe the comments on this page were left "on" for 8 years, and |
| 17 | were only first utilized when the article was hyperlinked to the Feb 3, 2006 main article. |
| 18 | **The Third Problem With The Falsified (1997) Article** |
| 19 | 202.  Perhaps the biggest problem with the idea that on Oct 13, 1997 the readers just didn't |
| 20 | comment on the *AVATAR Peak* article is that back in 1997 AICN was only 6-weeks old |
| 21 | (AICN's first article was published on Sept 1, 1997), but AICN already had a few fans that |
| 22 | commented on every AICN article.   To verify this, Plaintiff has attached **Exhibit U2** |
| 23 | —a collection of six (6) valid AICN web articles, from Oct 1997.   The first three articles |
| 24 | were published immediately before *AVATAR Peak* was published.  By looking at the articles' |
| 25 | web addresses (bottom left corner of each page), one sees the articles are numbered 139, 140, |
| 26 | 141—meaning they were the 139th, 140th, and 141st articles that AICN ever published.   The |
| 27 | second three articles are numbered 143, 144, 145,  and were published immediately after |
| 28 | *AVATAR Peak*.  Looking at the corner of the *AVATAR Peak* article (Ex R2), this document |

COMPLAINT

1    alleges (falsely) to be the 142nd article AICN published. Thus, it would come between the

2    first three and the second three documents in Exhibit U2.

3        203. However, by reading the reader comments of the various articles in Exhibit U2, one

4    notices that readers commented on every single article, before and after *AVATAR Peak*.

5    Examining even closer, one notices that all of the reader comments (in the 6 documents

6    comprising Exhibit U2) were left by just seven (7) readers: 1. Orcus; 2. kevinwillis.net;

7    3. Andy Dufresne; 4. picardsucks; 5. TerryMalloy; 6. c4andmore; 7. cyber.

8        204. And if one examines the Ex U2 comments even closer, one sees that readers *Orcus*

9    and *kevinwillis.net* left comments on every AICN article. This is why the Defs could not

10   falsify the *comments* on the *AVATAR Peak* page; because doing so, credibly, would require

11   falsely attributing articles to Orcus' and kevinwillis.net's, exposing AICN to legal risks.

12   Thus, Plaintiff believes the Defs chose to turn the comments "on" on *AVATAR Peak*, so if

13   Orcus, kevinwillis.net or the Plaintiff visited the page, at a glance, it would appear normal.

14       205. Since the Defs were alleging that "Avatar Peak" sat for 8 years without one reader

15   commenting, they needed a fake IA crawl of the page with no reader comments covering

16   those 8 years. But to make this fraudulent "comment-free" crawl line, the IA had to give the

17   *AVATAR Peek* page it's own creepy subfolder address, explained below.

18                     **The Defs Use The INTERNET ARCHIVE To Make Creepy**

19                     **Fraudulent Crawls Of Fraudulent *AVATAR Peak!* Web Page**

20       206. A fraudulent Internet Archive (**IA**) crawl of Avatar Peak is attached as **Exhibit S2.**

21   This          fraudulent         IA         crawl's         falsified         IA         address         is:

22   https://web.archive.org/web/20031115101335/http://www.aintitcool.com**:80**/display.cgi?id=1

23   42 .

24       207. This is **not** a valid IA address. The fraudulent crawl is located in an IA subfolder,

25   indicated by the colon (:) and the number 80 ("**:80**") following the .com in the address.

26       208. Six valid AICN article screenshots (3 sequentially before Avatar Peak, and 3 after)

27   are attached as **Exhibit V2.** If one examines Ex V2, one sees these valid addresses are:

28   https://web.archive.org/web/20020330155054/http://www.aintitcool.com/display.cgi?id=139

                                         COMPLAINT

1    https://web.archive.org/web/20020330153027/http://www.aintitcool.com/display.cgi?id=140

2    https://web.archive.org/web/20020330153742/http://www.aintitcool.com/display.cgi?id=141

3    https://web.archive.org/web/20020330152415/http://www.aintitcool.com/display.cgi?id=143

4    https://web.archive.org/web/20020330153635/http://www.aintitcool.com/display.cgi?id=144

5    https://web.archive.org/web/20020913090037/http://www.aintitcool.com/display.cgi?id=145

6    209. All of these valid IA aintitcool.com crawls are almost identical. The only differences

7 are the crawl numbers (the large numbers near the middle), and the final page number (139,

8 140…). They do NOT have a colon and number *80* "**:80**" after the dot com ("**.com**").

9    210. Thus, the *Avatar Peak* page and its IA crawls [Exs R2, S2 and T2] are all fraudulent.

10         **In Using The INTERNET ARCHIVE To Falsify The *Avatar Peak* Page,**

11          **The IA "NODE" Crawls Make A Huge (And Amateurish) Mistake**

12    211. The IA's fraudulent crawl of Avatar Peak! is attached as **Exhibit S2.** A screenshot

13 of *AVATAR Peak's* page crawl is attached as **Exhibit T2.**

14    212. November 2007, Ain't It Cool News (AICN) moved all of its web articles that were

15 over about a year old to a new "node" (archival) folder. An IA calendar history crawl of the

16 AICN node folder, showing that it was created Nov 2007, is attached as **Exhibit W2**.

17    213. This means that after Nov 2007 the AVATAR Peak page was no longer at the original

18 "**www.aintitcool.com**" address. The new root web address (before the page number

19 extension) for these older AICN pages was now "**www.aintitcool.com/node/**". A screenshot

20 of a valid IA page crawl of an valid AICN page from 1997 is attached as **Exhibit X2**. If one

21 examines Exhibit X2 (a valid IA crawl of valid AICN page) one sees that the date bar, at the

22 top of the page, indicates there are no IA crawls of the page after late 2007. This is because

23 AICN moved pre-2007 pages to the "node" folder, November 2007.

24    214. But if one examines the timeline bar at the top of Ex T2 , one sees that the IA shows

25 crawl points after 2007. This is impossible, because this "Avatar Peek!" article was moved

26 to the "node" folder in November 2007.

27    ● 215. Supplemental conclusive evidence that this web article is fraudulent is provided in

28 the Fraud & Unlawful Access Supplement, pp 96-115.

COMPLAINT

THE PURPOSE OF ATTACHING ARTICLE

*"ABKING VISITS AVATAR... AND TELLS ALL!"*

216. Feb 3, 2006, the Defs attached to AICN's main article (Ex Q2) a falsified AICN article titled, "**ABKing visits AVATAR... and tells all!**" (This article is attached as **Exhibit Y2**). This fraudulent article was NOT previously published on Feb 6, 2000. This document was first published the day it was hyperlinked to the AICN main article, Feb 3, 2006.

217. The Defs produced and published this article to make numerous false statements of fact regarding the Avatar scriptment—which also did not exist until Feb 3, 2006.

218. Since this *ABKing* article (Ex Y2) itself is falsified and backdated to 2000, obviously **all of the reader comments are also falsified** —EXCEPT the very last reader comment was falsified and <u>added almost 4 years later</u> —2 months before Avatar was released in theatres, Oct 15, **2009**. Why? This is explained in the second half of this section.

**The Defs Use The *ABKing* Article To Make 4 Types Of False Statements:**

219. The *ABKing* article is used to make four central false statements of fact, and to backdate these falsehoods to Feb 6, 2000. These 4 backdated false statements are:

1. The article uses a sentence in paragraph #6 toward 3 goals: **(1)** to steal the Plaintiff's screenplay's central environmentalism themes; **(2)** to steal the Plaintiff's villain's indifference to the environmental, human, or social damage he causes; **(3)** to steal the Plaintiff's villain's preoccupation with making profit at the expense of the planet. The infringing sentence in question reads (paragraph 6):

   "This camp is ran by this dude who's only interested in raping the planet of its resources and making the company profit and doesn't really care about the damage mining causes on the eco-system of the planet and its aliens."

2. The article uses paragraph #5 to infringe one of the Plaintiff's screenplay's many interesting technologies, namely a scanning device that scans human minds/souls, and can then transfer these minds/souls into other hosts and/or settings.

3. The article uses the reader *comments* to fraudulently misappropriate the Plaintiff's hero, by alleging that Cameron's hero was both: (1) a former US war hero;

COMPLAINT

(2) disabled (paraplegic). These 3 central falsified reader comments read as follows (see Ex Y2):

February 6, 2000 11:15 AM CST Schwarzenegger?? by **The Kid**
 I've only read the first several pages of the scriptment so far (copied it off the net when it was posted, before it was taken down), but how do you figure Schwarzenegger? I can sort of see it with a haggard-looking make-up job, but the guy has a huge build. Josh is slumped in a <u>wheelchair</u> with slightly shrunken, <u>paralyzed legs</u>. I doubt Schwarzenegger is right for this.
February 7, 2000 1:43 PM CST ARNOLD??? by **Matchstick77**
 Have you really READ the scriptment? Josh, the protagonist of the film, <u>**is a war vet**</u> with <u>**no ability left in his legs**</u>...He is disallusioned and goes to Pandora initially because they offer him a chance to walk again… [sic]

**4.** The ABKing article uses three (3) key fraudulent reader *comment*s to falsely suggest **(1)** that Cameron previously removed his nonexistent scriptment from online sources, and **(2)** that some AICN readers had previously discussed reading Cameron's script.

These 3 falsified reader comments are as follows (see Ex Y2):

February 6, 2000 1:50 AM CST Avatar Script is Online... by **Spell Checker**
 For anyone interested, here's the link to the Avatar scriptment (and many others, such as Hollow Man) online… http://www.dailyscript.com/scripts/scripts.html
February 6, 2000 1:53 AM CST Ooops.... it was removed... sorry.. by **Spell Checker**
 Sorry, it was removed... if you're interested in reading it, perhaps you could email me... that and the Spiderman Scriptment…
February 6, 2000 4:15 PM CST SIMPLYSCRIPTS.COM by **knight_of_Ni!**
 For all you boys and girls out there looking for all these scriptments and screenplays, this sight has 'em all!! They STILL have Avatar, they have…

**The Defs Mistake That Tipped Plaintiff That *ABKing* Was A Fake…**

220. The final reader comment below the *ABKing visits AVATAR... and tells all* article (Ex Y2) said nothing relevant, just "test test". But because the reader comments on the AICN website are usually permanently closed a short time after the articles are published (usually a couple days later), Plaintiff scrutinized this document a bit closer, and discovered that, AGAIN, the Defs coordinated with the Internet Archives to make fraudulent subfolder crawls for this *ABKing* page (the fake IA crawl will be examined later).

COMPLAINT

221. Examining this *ABKing* article, the Defs would have us believe that on February 3, 2006, while AICN readers were leaving comments on the main article (Ex Y2) and the falsified *AVATAR Peak* page (Ex R2), readers just did not bother to leave comments on this *ABKing* article; and 4 years later, a reader visited the page and happened to find the comments activated (10 years after it was allegedly written), and left a silly little message.

222. That did not happen. But there was a bigger problem with the *ABKing* page.

### The Defendants' Second—Bigger & More Obvious—Mistake

223. In adding the falsified reader comment (Oct 2009) to the *ABKing* article (Ex Y2) the Defs forgot that in Nov 2007, the Defs moved all documents that were over a year or so old to a new *node*. Once moved to this node (2007) all documents were ***archival*** documents, so the all *comments* would be deactivated. Leaving a document unchanged is the point of archival documents. Plaintiff has looked at countless documents on this node, but only the *ABKing* article has *comments* dated *after* the node was created. **Note:** the first AICN node **closed**, Feb 2019, thus, these old node docs can only be seen on the IA or the Legacy node.

### Again, The Defs' Mistake Resulted In Another Impossible IA "NODE" Crawl

224. On October 15, 2009, when the Defs executed their plan, they forgot that back in November 2007, AICN created a new AICN "node," so the web page that they were fraudulently creating could no longer exist at the web address that they falsely alleged.

225. This oversight caused the IA forgers to produce anachronistic page crawls that could NOT exist at that address after Nov 2007. A PDF of a falsified IA page crawl of the ABKing article is attached as **Exhibit Z2**. A screenshot of this fraudulent IA page crawl of the *ABKing* page is attached as **Exhibit A3**. The screenshot shows (impossibly) that the ABKing page was crawled in **2009, 2010** and **2017**. But those dates are impossible because the page was moved to the node address in November 2007. **These crawls are fraudulent.**

### AGAIN, The Defendants Use The INTERNET ARCHIVE
### To Make Fraudulent Crawls Of The Fraudulent ABKing Article

226. The article "*ABKing visits AVATAR... and tells all*" fraudulently alleges it was created Feb 6, 2000. However, the only IA crawls of this web page from before Feb 3, 2006 are are

COMPLAINT

1   fraudulent.

2   227.   Examining the web address of this *ABKing* IA crawl (lower corner of Ex Z2, or the

3   address bar of Ex A3), one sees this crawl is in the same fake IA subfolder as the *AVATAR*

4   *Peak* crawl (Ex S2), marked by "**:80**" after the ".com."   Located at the IA address:

5   https://web.archive.org/web/20030123071843/http://www.aintitcool.com**:80**/display.cgi?id=5

6   169

7   228.   Plaintiff printed valid IA crawls of the two **valid** AICN pages that precede the

8   falsified *ABKing* article and the two valid pages that follow the *ABKing* article (AICN

9   articles #5167, 5168, 5170, 5171).  All of these articles are from early February 2000.  [Said

10  valid IA crawls of these four valid AICN pages are attached as **Exhibit B3**].  These crawls

11  have the following valid IA addresses—<u>without</u> the disqualifying "**:80***"* after the ".com" :

12  **1.**   https://web.archive.org/web/20020923055155/http://www.aintitcool.com/display.cgi?

13         id=5167

14  **2.**   https://web.archive.org/web/20010426010800/http://www.aintitcool.com/display.cgi?

15         id=5168

16  **3.**   https://web.archive.org/web/20020923051902/http://www.aintitcool.com/display.cgi?

17         id=5170

18  **4.**   https://web.archive.org/web/20010528042530/http://www.aintitcool.com/display.cgi?

19         id=5171

20  229.   The above crawls are valid, but the *ABKing* IA crawls (Ex Z2 and A3) are fraudulent.

21                   **Internet Archive Makes Fake Calendar Crawl**

22  230.   The IA also made a falsified calendar crawl of the ABKing page attached as **Exhibit**

23  **C3**.  The fraudulence of this page is confirmed by the fact that it shows crawl points/dates

24  after 2007.  This is impossible because this 2000 article would have been moved to the *node*.

25  231.   Circumstantially, the ABKing article alleges creation in 2000, but it was not cited

26  in any contemporary 2000 web articles.

27  ●  232.  Supplemental conclusive evidence that this web article is fraudulent is provided in

28  the Fraud & Unlawful Access Supplement, pp 96-115.

COMPLAINT

**As Plaintiff Composed This Complaint, Late October 2019,**

**Suddenly The Avatar Peek, and ABKing Articles Disappeared From The IA**

232.   As Plaintiff composed the preceding pages, the "Avatar Peek" and "ABKings Visits Avatar…" articles suddenly disappeared from the IA, as seen below.  [These page crawls also appear falsified, by the fact that their crawl numbers end in six zeros, followed by an asterisk; valid page crawls do not have an asterisk (calendar crawls have an asterisk).]



COMPLAINT

| | |
|---|---|
| 1 | **THE PURPOSE OF THE FRAUDULENT *AUGUST 9, 2005* ARTICLE** |
| 2 | **"*JAMES CAMERON STRESSES BATTLE ANGEL ALITA IS HIS NEXT'!'!'*"** |
| 3 | 233.  Feb 3, 2006, AICN published the fraudulent and backdated (Aug 9, 2005) article |
| 4 | "James Cameron Stresses Battle Angel Alita Is His Next'!'!'" (**Battle Angel Alita Is His** |
| 5 | **Next**) [Said AICN article is attached as **Exhibit D3**.] |
| 6 | 234.  This article was created to subtly disseminate two central falsehoods: |
| 7 | **1.** The article was written to propagate the falsehood that at any time between 1996 and |
| 8 | 2005 there were people talking about Cameron's nonexistent scriptment. |
| 9 | **2.** The article was written to promulgate the lie that sometimes, back in 2005, Def |
| 10 | Cameron was known to order a nonexistent scriptment removed from online sources. |
| 11 | • 225.  There were NO such reports until these articles were published. |
| 12 | 226.   To promulgate these falsehoods, the article relied on one sentence in the first |
| 13 | paragraph, and four reader comments.  That sentence from the first paragraph reads: |
| 14 | Also - I've been getting strange reports from around the web of Cameron's |
| 15 | script treatment to AVATAR being forced off their script sites - which has me poking around to see if Cameron is looking to get AVATAR going again - or |
| 16 | could that be Project 880? |
| 17 | 227.  To promulgate said falsehoods, the article relied on the following 4 reader *comments*: |
| 18 | August 9, 2005 11:02 AM CST Avatar by **RenoNevada2000** |
| 19 | There have been periodic sweeps by Cameron's legal stooges to have the script for AVATAR removed from websites. Thankfully, I printed out a copy years |
| 20 | ago, which no sits on a shelf with loads of other unproduced scripts I've managed to collect over the years. Maybe tonight I'll read Andy Kaufman's |
| 21 | THE TONY CLIFTON STORY again… |
| 22 | August 9, 2005 3:43 PM CST Where can I get AVATAR? by **Doc_McCoy** |
| 23 | Anybody know a place I can download a copy before it disappears? Been trying to get a hold of it for probably five years now. |
| 24 | August 9, 2005 3:56 PM CST Avatar script by **mmm_free_wig** |
| 25 | Same as the guy above. I managed to read the script about 5 years ago - it was brilliant. I've been meaning to look for it for the last couple of weeks and have |
| 26 | another glance at it - a search on google now comes up empty. Arse! If anyone has an electronic copy, could you do me the honour of emailing to me please?… |
| 27 | August 9, 2005 4:26 PM CST Anyone have a copy of the Avatar scriptment? by **3** |
| 28 | **Bag Enema** |

<div align="center">COMPLAINT</div>

1        I used to have it, but now I've gone and lost it. I'd me most appreciative if
2  someone could send it to bonzulac@yahoo.com. Thanks!

3  **Again, the INTERNET ARCHIVE Published Fake Crawls Of A Fake Page**

4      228.   The AICN *Battle Angel Alita Is His Next* page (Ex C3) could not be validated by the

5  IA as existing before Jan 20, 2006, as it was not crawled by the IA until 2009, <u>over 4 years</u>

6  <u>after it alleges publication</u>.   There are only two IA crawls of this page: Dec 23, 2009 and Oct

7  2017.   But the insurmountable problem with the page's IA crawls is **they are fake**.

8      229.   A PDF of the fake IA page crawl of *Battle Angel Alita Is Next* is attacked as **Exhibit**

9  **E3**.   The IA also produced a fraudulent calendar crawl of the AICN *Battle Angel Alita Is His*

10 *Next* article.   A screenshot of this fake calendar crawl is attached as **Exhibit F3**.

11     230.   If the Court examines Exhibit E3 it will see that the address bar reads:

12 web.archive.org/web/20091223145545/http//:www.aintitcool.com/display.cgi?id=20995.

13     231.   Exhibit E3 (top) indicates that this page was crawled Dec 23, 2009, and October

14 2017.   But these crawl dates are impossible because this page alleges to have been written in

15 **August 2005**, if that were true, it would have been moved to AICN's "Node" folder by Nov

16 2007, where it would have remained until Feb 3, 2019, when AICN moved all old articles to

17 a newer *Legacy Node*; thus, it would not be at this web address. **This crawl is fraudulent.**

18     232.   If the Court examines Exhibit F3 it will see that the IA's calendar crawl if of AICN's

19 *Battle Angel Alita Is Next* article at www.aintitcool.com/display.cgi?id=20995 indicates that

20 it too was crawled in 2009 and 2017.   As explained above, these crawl dates are impossible

21 because the page would have been moved to the Node in 2007. **This crawl is fraudulent.**

22     233.   To verify this, Plaintiff has attached a valid IA page crawl of a valid AICN article

23 from **July 2005**, attached as **Exhibit G3**.   One can see (in footer of Ex G3) this valid crawl is

24 located at: https://web.archive.org/web/20171002044141/aintitcool.com/**node**/20873.   As the

25 court can see, this valid address is located in the "Node" folder address.   Thus, the IA crawls

26 of *Battle Angel Alita Is Next*  (Exhibits E3 and F3) are **fake**.

27   • 234.   Supplemental conclusive evidence that this web article is fraudulent is provided in

28 the Fraud & Unlawful Access Supplement, pp 96-115.

COMPLAINT

| | |
|---|---|
| 1 | **THE PURPOSE OF THE ARTICLE** |
| 2 | ***"CAMERON HAS A TOP SECRET PROJECT… PROJECT 880"*** |
| 3 | 235.   The AICN article titled "**Cameron has a top secret project... PROJECT 880...** |
| 4 | **Nobody Nowhere Knows Nothing... Or do they**" was hyperlinked to the main AICN |
| 5 | article, and fraudulently backdated to June 14, 2005.  [Said article *Cameron Has A Top* |
| 6 | *Secret...* is attached as **Exhibit H3**.]  This story was fabricated to promulgate two falsehoods: |
| 7 | 1.  It was fabricated to suggest that in 2005 film fans were discussing a scription. |
| 8 | 2.  The story was fabricated to help promulgate the idea that *insiders* knew that Cameron |
| 9 | had a secret dream of making an unknown film called *Avatar*. |
| 10 | 236.   Toward these goal, the Defendants manufactured the following 2 reader *comments*: |
| 11 | June 14, 2005 6:01 AM CST I work at Lightstorm.... And I know what the |
| 12 | film title is! by **RKO Classic** |
| 12 | Jim Cameron is making a film that has been a passion of his since he was |
| 13 | in his twenties. I'll give you a hint: 3D and Care Bears |
| 13 | June 14, 2005 8:15 PM CSTZardoz by **one9deuce** |
| 14 | How about a link to the Avatar scription? coop, what are you talking |
| 15 | about? theoneofblood was just trying to restrain himself from saying "first" |
| 16 | **INTERNET ARCHIVE Published Fake Crawls Of Defs' Fake Page** |
| 17 | 237.   The article *Cameron Has A Top Secret* could not be verified as existing before |
| 18 | January 20, 2006, as its IA crawls were far too late (December 23, 2009), <u>4.5 years after the</u> |
| 19 | <u>article alleges to have been published</u>, and **it is fake.**  There are only two IA crawls of this |
| 20 | page, December 23, 2009 and October 2017 (the same crawl dates as the previous article |
| 21 | "James Cameron Stresses Battle Angel Alita Is His Next'!'!'").  [A screenshot of the IA crawl |
| 22 | is attached as **Exhibit I3**.] |
| 23 | 238.   If the Court examines the screenshot (Ex I3) it will see that the address bar  reads: |
| 24 | web.archive.org/web/20091223145521/http//:www.aintitcool.com/display.cgi?id=20449 |
| 25 | The crawl clearly indicates it was made on December 23 2009.  That crawl, on that date, is |
| 26 | impossible, because the article alleges it was written **June 14, 2005**, thus, it would have |
| 27 | been moved to the *Node* folder, in November 2007.  See exhibits W2 and G3 for valid node |
| 28 | crawls. |

COMPLAINT

| | |
|---|---|
| 1 | **FRAUD & FALSIFICATION** |
| 2 | **PART III:** |
| 3 | **RECKLESS & WIDESPREAD BUSINESS & INTERNET FRAUD** |
| 4 | THE PURPOSE OF THE WEBSITES LINKED TO THE FEB 3, 2006, MAIN ARTICLE |

239.   This segment shows how the Defendants colluded with Register.com and Corporation Service Company (**CSC**) to commit widespread online fraud, by fraudulently backdating and publishing false facts related to three web addresses that were cited and/or linked to the main AICN article, published February 3, 2006.  These sites are:

1.   www.AvatarMovie.com;

2.   www.ExplorePandora.com;

3.   www.VisitPandora.com.

240.   In paragraph #9 of the Feb 3, 2006 AICN main article, Harry Knowles wrote:

> ...This e-mail appeared in the mailbox earlier tonight:
> AvatarMovie.com (**http://www.avatarmovie.com**)
> ExplorePandora.com (**http://www.explorepandora.com**)
> VisitPandora.com (**http://www.visitpandora.com**)
> All are registered to **Greenberg Glusker Fields Claman Machtinger & Kinsella LLP**, the law firm that represents James Cameron. All were registered in May or June 2005.

241.   Before showing the more technical evidence of fraud, Plaintiff will briefly show that the Defs engaged in Fraud by producing fake IA crawls of these websites.

242.   The IA produced fraudulent calendar crawls of each of these websites, then backdated them to Feb 6, 2006.   A screenshot of the IA's falsified crawl of ExplorePandors.com is attached as **Exhibit J3**.   A screenshot of the IA's falsified crawl of VisitPandora.com is attached as **Exhibit K3**.   A screenshot of the IA's crawl of AvatarMovie.com is attached as **Exhibit L3**.   In the URLs of these pages, after the word "web" there is slash followed by a 14 digit crawl number, followed by an asterisk.   The crawl numbers and asterisk are the fraudulent elements.   A valid IA calendar crawl should only have an asterisk between the slashes, no digits (Plaintiff <u>did</u> **not** click on the "2006" element of these crawls).   The *Fraud and Unlawful Access Supplement* explains this in greater detail.

COMPLAINT

**The Main Article Fraudulently Claims AvatarMovie.com Was Registered To Greenberg Glusker Fields Claman Machtinger & Kinsella LLP**

243.   The main article fraudulently claims that AvatarMovie.com, VisitPandora.com and ExplorePandora.com were registered to the law firm **Greenberg Glusker Fields Claman Machtinger & Kinsella LLP**.  These web addresses were NOT registered to this law firm in 2005.  In fact, none of these three websites were registered to 20CFOX until 2008.  Further, evidence shows that two of these websites (ExplorePandora.com and VisitPandora.com) did not even exist until 2008.

244.   **ICANN** (Internet Corporation for Assigned Names and Numbers) states that In June of 2005, the registrar of AvatarMovie.com domain was MarkMonitor.com.  The ICANN report for AvatarMovie.com is attached as **Exhibit M3**.

245.   The ICANN report for ExplorePandora.com indicates that on May 16, 2005, the registrar of this website was **CSC Corporate Domains, Inc**.  The ICANN report for ExplorePandora.com is attached as **Exhibit N3**.

246.   The ICANN report for VisitPandora.com indicates that on May 16, 2005, the registrar of this website was **CSC Corporate Domains, Inc**.  The ICANN report for VisitPandora.com is attached as **Exhibit O3**.

247.    The most obvious evidence that the ExplorePandora.com and VisitPandora.com web addresses are fraudulently backdated is found on their ICANN reports (Exhibits N3 and O3).  On the bottom line of the "Domain Information" section, the Court will see that *CSC Corporate Domains, Inc* fraudulently reports that these two sites were created at the very same second: 18:16:57 (6:16:57 p.m.).  Seemingly impossible.

248.   But this *is* possible, because WHOIS protocols allow web hosting services to fraudulently backdate their websites, without oversight or regulation.  Thus, Register.com created a company branch called "Corporate Service Division" that would specialize in fraudulently backdating websites for large corporations in need of unlawful services.

●  249.   There is a far more nefarious and incontrovertibly fraudulent aspect about these ICANN reports revealed on **page 45**.

COMPLAINT

| | |
|---|---|
| 1 | **How Lack Of WHOIS Regulation Makes Fraud (Backdating) Legal** |

250.   WHOIS is an internet protocol that identifies website owners, but it is unreliable, as web service providers enter this data, unregulated.  Wikipedia's *WHOIS* entry explains:

> Accuracy of Information:
> In cases where the registrant's (Domain Owner) identity is public, anyone can easily confirm the status of a domain via WHOIS.
> In the case of private registrations, ascertaining registration information may be more difficult.

251.  Under **Law and Policy** Wikipedia's "WHOIS" entry further explains:

> "The Federal Trade Commission has testified about how inaccurate WHOIS records thwart their investigations."

> "The *Fraudulent Online Identity Sanctions Act*… does not make the submission of false WHOIS data illegal in itself, only if used to shield oneself from prosecution for crimes committed using that domain name."

252.   Thus, CSC and Register.com were free to submit false and backdated information for their websites, as long as they did not do so to shield themselves from prosecution.

**THE DEFS USE THIS LACK OF REGULATION TO CREATE A SPECIALIZED BUSINESS NETWORK, TO PROTECT DEFS' FRAUDULENT WEB PAGES**

253.   May 3, **2006**, two months after AICN released its fraudulent Feb 3, 2006 articles, Register.com sold its **Corporation Service Division** to Corporation Service Company (**CSC**). [Wikipedia's Register.com entry is attached as **Exhibit P3**.]  Register.com did this because CSC was going to become the *go-between* agent, between 20CFOX, AICN, Google and Register.com, and provide them specialized (and fraudulent) backdating web services.

254.   An article by Register.com about Register.com selling Corporate Service Division to CSC, titled "Register.com Sells Corporate Service Division To Corporate Service Company" is attached as **Exhibit Q3**.  The final sentence of paragraph #1 tactfully explains the unique services Corporate Service **Division** provided (which it now provide CSC clients):

> "The Corporate Service Division provides strategy consulting services **and global domain name registration**, management, and monitoring services."

255.  But Register.com needed to sell the Corporation Service Division for the plan to

COMPLAINT

1   work, to avoid the appearance of conflicted interests and/or collusion.

2     256.   Exhibit P3 explains that Peter **Forman** created Register.com in 1994, and sold it to

3   Vector Capital, Nov 2005.  But 2.5 years before Forman sold Register.com to Vector Capital,

4   he quietly became the director of **Corporation Service Company (Europe) Limited**. [CSC

5   (Europe) Limited's BES is attached as **Exhibit R3; see page 2, line 22**.]  Forman stepped

6   down as director a month before Vector Capital purchased Register.com, 2005, but has

7   remained an inactive director of CSC to this very day, 2020. (see Ex R3, page 2 line 5)

8           **How Register.com & CSC Helped The Defs Falsify The Central Websites**

9     257.   If a CSC client needs fraudulently backdated websites, CSC tells Register.com.

10   Register.com can then either create and backdate websites, or they can give the client sites

11   that are no longer claimed.   Thus, it is quite possible that 20CFOX took the name "Avatar"

12   because Register.com had the website AvatarMovie.com available.

13           **Hosterstats Data Shows The Defs' Corrupt Ties To CSC & Register.com**

14     258.   HosterStats.com is a web analytics service.  Plaintiff has attached the HosterStats

15   data of the 3 central websites (AvatarMovie.com, ExplorePandora.com, VisitPandora.com)

16   in one exhibit, attached as **Exhibit S3**.  Ex S3 shows that for each of these websites, prior to

17   FoxFilm.com (20CFOX), Register.com is identified as the *registrar*.  But on the ICANN

18   reports for ExplorePandora.com and VisitPandora.com, *CSC Corporate Domains Inc*

19   (**CSCCDI**) is identified as the registrar (See Ex N3 & O3).  This is because CSCCDI

20   falsified the ICANN reports and backdated the sites to hide Register.com's ties to 20CFOX.

21   Proof of this is found in the fact that **CSC Corporate Domains Inc did not exist until**

22   **June 2014, <u>six years after these pages were created</u> (2008)**.  Thus, CSCCDI changed the

23   ICANN reports years later.  [*CSC Corporate Domains Inc*'s BES is attached as **Exhibit T3**.]

24   (Not surprisingly, the first copyright with the name "Avatar" was registered in June **2008**.)

25     259.   **Both the HosterStats and the ICANN reports are falsified**.  As shown on page

26   43 and in the preceding paragraph, the ICANN reports reflect falsified WHOIS information

27   that CSC added **after** 2014, through its new business entity CSCCDI.  The HosterStats

28   reports reflect the falsified WHOIS information that **CSC** submitted, Aug 2008.  However,

COMPLAINT

1 HosterStats simply published information that CSC provided, they did not act improperly.

**The Defendants' Shared Connection to CSC**

3 260.   The Defs' shared ties to CSC is easily confirmed.  20CFOX's BES is attached as

4 **Exhibit U3**.  Google LLC's BES is attached as **Exhibit V3**.  Register.com's BES is attached

5 as **Exhibit W3**.  An ICANN report showing Perfect Privacy LLC governs aintitcool.com is

6 attached as **Exhibit X3**.  Perfect Privacy LLC's BES is attached as **Exhibit Y3**.

7 261.   If one examines exhibits U3, V3, W3 and X3, one sees that **CSC** is the agent of

8 service of process for 20CFOX, Google, AICN (Perfect Privacy LLC) and Register.com.

**DIY Evidence That The Defs Used Regtser.com To Falsify Websites**

10 262.   In the Defs' fraudulent scriptment story, Cameron changed *Avatar*'s name to *Project*

11 *880* in 2005, and continued to call the project *Project 880* on all official documents (BES's,

12 copyrights) until 2008-09, when the name was changed back to *Avatar*.   But the

13 **Avatar**Movie.com web address is fraudulently backdated to mid 2005—for a film named

14 *Avatar*.  But in 2005, in this fake scriptment story, the scriptment was called *Project 880*.

15 261.   Further, a simple *custom range* Google Chrome search shows evidence of fraud:

16 **1**. type the word "avatarmovie.com" (in quotations); **2.** search; **3.** click "tools" (right);

17 **4.** click "any time" (left); **5.** select "custom range"; **6.** select from '1994' to 'June 30, 2006';

18 **7.** Search.  The results of this *custom range* search are attached as **Exhibit Z3**.  Examining

19 Ex Z3, one finds no evidence that AvatarMovie.com existed before 2006, and only 2 results:

20   1.   The first search result is from June 2006—over a year **after** the Defs allege their web

21         addresses were created, and months after the Defs accessed Plaintiff's work

22         (NOTE: this "BrianStorm.com" article is unreliable because it is WordPress based

23         article, and WordPress articles can be backdated by the user);

24   2.   The second search result is from 2009 (4 years after the pre-2006 search parameters).

**A Week After Publishing The Feb 3, 2006 Articles, Ain't It Cool Inc Dissolved**

26 262.   Feb 10, 2006, a week after AICN published the central articles, Harry Knowles

27 dissolved "**Ain't It Cool, Inc**." See **Exhibit A4**.  Then, September 23, 2009, three months

28 before Avatar was released, Harry Knowles opened Putter's Edge of South Florida, LLC.

COMPLAINT

| | |
|---|---|
| 1 | **FRAUD AND FALSIFICATION** |
| 2 | **PART IV:** |
| 3 | <u>THE DEFS FALSIFY & BACKDATE FIVE MORE ARTICLES</u> |
| 4 | 263.   Shortly after the Defs released the previously described AICN articles, they released |
| 5 | 5 additional falsified articles, backdated to between June 2005 and Jan 2006, to support the |
| 6 | false story that in 2005 insiders knew Cameron had been thinking about filming *Avatar* |
| 7 | (*Project 880*) before *Alita: Battle Angel* (**ABA**).  These 5 articles are described below. |
| 8 | **1. A Fraudulent THR Article, Backdated to June 14, 2005,** |
| 9 | 264.   *The Hollywood Reporter* (**THR**) released an article titled "Cameron turns to new |
| 10 | project," fraudulently backdated June 14, 2005, that claimed that while preparing to film |
| 11 | ABA, Cameron revealed he had a secret project, **"*Project 880*"** (a secret name for Avatar), |
| 12 | that he was contemplating making before ABA.  However, the IA did not crawl this website |
| 13 | until Jan 17, **2007—18 months after the article is dated,** and a year after ZGM accessed |
| 14 | Plaintiff's script.  The IA's crawl of this THR page is attached as **Exhibit B4.**  Plaintiff went |
| 15 | to THR's website to find this article, the article had been removed.  (See **Exhibit C4.**) |
| 16 | •  265.   Further indicating fraud, there are no contemporary external links to this page. |
| 17 | **2. A Fraudulent Guardian Article, Backdated to June 14, 2005** |
| 18 | 266.   A *Guardian* article, fraudulently backdated June 14, 2005, titled "Cameron keeps |
| 19 | himself busy," fraudulently claimed Cameron was thinking about shooting another film |
| 20 | (*Project 880*) at the same time as ABA.  The article states: "<u>Sources at Cameron's Lightstorm</u> |
| 21 | <u>Entertainment told the Hollywood Reporter that in tandem with Battle Angel, Cameron is</u> |
| 22 | <u>planning a parallel project, currently called Project 880.</u>" |
| 23 | 267.   Said Guardian article is attached as **Exhibit D4.**  A screenshot of the IA calendar |
| 24 | crawl of this Guardian page is attached as **Exhibit E4.** The IA did not first crawl this page |
| 25 | until September 19, 2014 —**over 9 years after** the article purports to have been created. |
| 26 | •  268.   Further indicating fraud, there are no contemporary external links to this page. |
| 27 | **3. A Fraudulent JoBlo Article, Backdated to June 14, 2005** |
| 28 | 269.   A JoBlo.com article, titled "Cameron's next not Ailta?," fraudulently dated June 14, |

1  2006, claimed Cameron was considering filming *Project 880* before *ABA*. JoBlo.com is not

2  a news service or trusted source, and the article <u>does not meet the verifiability standard</u>.

3  Confirming its fraudulence, the IA did not first crawl the page until almost 2 years later,

4  April 26, 2007. A screenshot of the first IA crawl of this page is attached as **Exhibit F4**.

5  • 270. Further indicating fraud, there are no contemporary external links to this page.

**4. Fraudulent JoBlo Article, Backdated to Jan 17, 2006**

7  271. JoBlo.com produced an article,"Cameron's Project 880 is…," fraudulently dated Jan

8  17, 2006. The article speculates that Project 880 is Avatar, and shows 3 clear signs of fraud:

9  **1.** The article relies on the preceding <u>fraudulent</u> Joblo.com article (article #3);

10  **2.** JoBlo.com is not a trusted source and <u>does not meet the verifiability standard</u>.

11  **3.** IA did not crawl this page until Feb 14, 2006. (**This crawl is fake**; see Supplement.)

12  271. The IA crawl of this JoBlo.com page is attached as **Exhibit G4**.

**5. Fraudulent IGN Article, Backdated to Jan 20, 2006**

14  272. The Defs falsified and backdated (to Jan 20, 2006) an IGN.com article, "Cameron's

15  Mysterious Project 880." [Said IGN article is attached as **Exhibit H4**.] This article shows

16  four clear signs of fraud:

17  **1.** The article relies on the previous fraudulent Joblo.com article (article #4).

18  **2.** <u>The IA has **never** crawled this page, so the page cannot be confirmed or verified</u>.

19  **3.** IGN is a video game website, it does not meet the verifiability standard.

20  **4.** When the article was published, Rupert Murdoch (CEO of News Corp) owned IGN.

21  273. A "Hrm" message (stating the IA has never crawled the IGN page) is attached as

22  **Exhibit I4**. Interestingly, the article includes what it alleges is a synopsis of the scriptment:

23  "According to script treatments that have been floating around on the Internet,
24  Avatar is about an interplanetary war and strange aliens who manifest themselves by
    possessing human bodies – their avatars in our world. Set against this background is
25  a love story and a man trying to make his way as a miner by melding with an alien."

26  • 274. The only aspect of this plot description that is in the Avatar film is the love story.

27  • 275. Supplemental conclusive evidence that all of these web article are fraudulent is

28  provided in the Fraud & Unlawful Access Supplement, pp 96-115.

COMPLAINT

| | |
|---|---|
| 1 | **FRAUD & FALSIFICATION** |
| 2 | **PART V:** |
| 3 | <u>FINISHING TOUCHES</u> |
| 4 | 276.   Feb 2006, the Defs release 4 new fraudulent Avatar promotional articles.  (Although |
| 5 | these articles are presented, below, as if they are legitimate, <u>they are falsified and backdated</u>.) |
| 6 | **Feb 3, 2006, *EndGadget.com*** |
| 7 | 277.   Feb 3, 2006, Cameron announced an Avatar video game, on *EndGadget.com*. |
| 8 | **Feb 12, 2006, Bloomberg's BusinessWeek** |
| 9 | 278.   Feb 12, 2006, Def Cameron announced in Bloomberg's BusinessWeek (**BW**) that he |
| 10 | planned a MMORPG video game for Avatar.  [Said BW article is attached as **Exhibit J4**.] |
| 11 | • 279.   This article was never crawled by the IA. |
| 12 | **Feb 28, 2006, AICN, Harry Knowles Interview** |
| 13 | 281.   Feb 28, 2006, three weeks after releasing the fraudulent Feb 3, 2006 articles, Def |
| 14 | Cameron gave AICN (at aintitcool.com) a detailed interview about Avatar/Project 880.  This |
| 15 | interview was clearly a form of payment to Knowles for leaking the falsified Feb 3, 2006 |
| 16 | articles.  [Said AICN article is attached as **Exhibit K4**.]  This article explained why Def |
| 17 | Cameron did not need an actual script until filming of Avatar began. |
| 18 | **June 2006, in MTV.com, Cameron Announced Plans To Make Avatar Sequels** |
| 19 | 282.   June 29, 2006,  Def Cameron discussed Avatar with MTV.com, in an article titled |
| 20 | "'Titanic' Mastermind James Cameron's Kingsize Comeback: Two Sci-fi Trilogies": |
| 21 | Both the "Avatar" and "Battle Angel" series, he added, will begin with |
| 22 | self-contained debut movies along the lines of the original "Star Wars" trilogy. "The films have to play as individual films, but they have a greater story arc that |
| 23 | goes over the three-film cycle," |
| 24 | 283.   Said MTV.com article is attached as **Exhibit L4**. |
| 25 | 284.   This article was not crawled by the IA until December 2015.  [See IA MTV.com |
| 26 | article crawl, attached as **Exhibit  M4**.] |
| 27 | 285.   The fraudulence of the IA crawls supporting these articles is detailed in the Fraud & |
| 28 | Unlawful Access Supplement, pp 96 to 115. |

COMPLAINT

# FRAUD & FALSIFICATION

## PART VI:

### WHY THE DEFS CREATED THE FIRST NODE (Nov 2007)

286. November 2007, AICN moved the Feb 3, 2006 articles to a node, for two reasons:

**REASON #1**: TO MISAPPROPRIATE PLAINTIFF'S WORK, AGAIN

287. Plaintiff posted a revised script on TriggerStreet.com (**TS**) from Dec 2006 (approx) to Sept 2007. The new script featured 4 new story structures: (1) an amplified spiritual thread; (2) an amplified environmentalism thread; (3) the mind/soul scanner/replicator/transferer; and (4) the accelerator (soul machine). The Defs accessed Plaintiff's revised script on TS, and hoped to misappropriate the new elements. But the Defs had already published a set of falsified AICN articles to infringe Plaintiff's script once, so there was a record of what they alleged was in their non-existent scriptment. But if the Defs moved the articles to a *node*, they could rewrite them, as needed, because *nodes* are not *indexed* like other web pages.

**REASON #2**: TO BREAK EXTERNAL HYPERLINKS

288. Since the Feb 3, 2006 AICN articles were fake and backdated, they did not link to any external sites from 1997, 2000, 2005, a clear sign of fraud. But by moving the pages to a *node,* the web addresses would change, naturally breaking any external links; thus, the Defs could claim the external links were broken when the pages were moved to the node.

### October 23, 2019, The Internet Archives Erases All Node Articles

289. Oct 23, 2019, after Plaintiff documented the various fake IA crawls' node mistakes, pp 33-41, the IA suddenly and fraudulently erased the node itself. [See below. The URL is VERY fraudulent, as the prefix "aintitcool.com/node" is added to the front of the URL.]

COMPLAINT

## SECTION SIX

## SECOND ACCESS, EXPANDING INFRINGEMENT

290.  It is only necessary to show access once in an infringement suit.  Plaintiff has met that demand.  But Plaintiff believes the Defs accessed his script <u>again</u>, between **Dec 2006 and May 2007**, while it was posted on Kevin Spacey's social network *TriggerStreet.com* (**TS**), because the film *Avatar* features aspects that were in versions of Plaintiff's screenplay that were posted on TS, during that period, and not prior.  Specifically, Avatar features:

1.  the mind/soul scanner/replicator/transferer.

2.  An amplified and more pronounced **environmental** theme, message and story.

3.  Amplified God, religion, spirituality, and dreams story structures.

● 291.  In *Briggs v Blomkamp* (2013), Plaintiff speculated that his script was on TS from <u>February 2007</u> to August 2007.  Upon reflection on the record, Plaintiff believes his work was on TS from mid <u>December **2006**</u> to late August or early Sept 2007.

### 2007, TS Introduced A New Feature To Protect Film-industry Infringers

292.  **After** Plaintiff posted his screenplay on TS, TS added a feature that triggered the erasure of all access records if a screenwriter removed his/her script from the site. This was done to conceal the Defs' accessing Plaintiff's work.  May 2016, in an Amazon Studios (**AS**) forum (https://studios.amazon.com/discussions/Tx26JKEN8CYMP95) a TS member recalled this *memory dump* feature was added in 2007.  [Said AS forum is attached as **Exhibit N4**.]

### TS Implemented A <u>Patented</u> New Technology, To Access Plaintiff's Script

293.  TS utilized a patented technology that allowed insiders to access scripts undetected.  The patent describes how whitelisted (approved insiders) users have special access privileges.  [Said patent is attached as **Exhibit O4** (illustrations removed to reduce waste).]

### THE DEFS HURRY TO REGISTER COPYRIGHT

294.  To misappropriate Plaintiff's ideas, the Defs rushed to write and register an infringing script with the U.S. Copyright Office (February 26, 2007 and March 6, 2007, see page 53 for details), over 2.5 years before the Avatar was released.  None of the *Avatar* sequels scripts are registered, as the Defs only needed to register one script to claim Plaintiff's ideas.

COMPLAINT

## SECTION SEVEN

### THE AVATAR DEAL, JANUARY 2007

295.    January 8, 2007 **The Los Angeles Times** purportedly first announced that 20CFOX and Cameron agreed to produce Avatar. By Jan 15, 2007, three more publications **allegedly** announced the deal. But these articles were not crawled by the IA until years later. An LA Times article, "*Director Cameron To Shoot Again*," was not crawled until **2014**. A Jan 9, 2007, THR story "*Cameron sails 'Avatar'*," was not crawled until **2016**. A Jan 11, 2007 TIME article, "*Q & A With James Cameron*," was not crawled until **2014**. A Jan 15, 2007 EW.com article "*Cameron Talks Avatar*" was not crawled until **2015**. [These articles are attached as **Exhibit P4a, P4b, P4c, P4d**, respectively.] [These articles' IA crawls are attached as **Exhibit Q4a, Q4b, Q4c, Q4d**, respectively.]

● 296.    These articles appear fraudulent because from Feb 2006 to late 2007 (possibly as late as 2008, according to verifiable documents) Avatar was called *Project 880*. The Avatar script was registered in March 2007, as *Project 880*. Thus, the Defs proffer that they announced *Avatar*, January 2007, but registered the script, 2 months later, as *Project 880*.

● 297.    Further conclusive proof that these web articles are fraudulent is provided in the Fraud & Unlawful Access Supplement, pp 96-115.

### Immediately Parker, Young & Watts Are Promoted

298.    That same month, January 2007, Hutch Parker, Alex Young, Emma Watts (the major 20CFOX players who helped misappropriate the Plaintiff's work) were all promoted. **Hutch Parker** was promoted to Chairman of 20CFOX, and **Eric Young and Emma Watts** were promoted to Co-President of Production of 20CFOX. [A *Hollywood Reporter* article about Parker's promotion is attached as **Exhibit R4**.] [The Wikipedia entry on Alex Young, which mentions Young's and Watts' promotion is attached as **Exhibit S4**.]

### 20CFOX Agreed To Make Avatar, WITHOUT A SCREENPLAY

299.    Shortly after Cameron and 20CFOX agreed to produce Avatar, Jan 15, 2007, in an EW.com interview, Def Cameron falsely stated "**I wrote the script the first four months of 2006.**" [Said EW.com article is attached as Exhibit P4d.] However, the Defs did not register

COMPLAINT

1   the script for 14 months, March 6, 2007. This story breaks down under scrutiny.

2     300. 20CFOX and Cameron had been working on Alita: Battle Angel (ABA) from fall

3   2005 until Feb 2006; thus, Cameron could not claim that he had a perfectly good Avatar

4   script **before** ABA started pre-production, otherwise he would not have started ABA

5   —particularly when he claimed that he ended ABA because it lacked a good script (see Ex

6   P4b, p 2 para 4). Cameron also could not say he started writing Avatar **after** Jan 2006 (when

7   the Defs obtained Plaintiff's script), because it would support the argument that Cameron

8   wrote Avatar after he and ZGM accessed his script. Thus, Cameron had to say he started

9   writing Avatar exactly in January 2006.

10            **The Defs Register Two Screenplays (Circa March 2007)**

11     301. After not writing or registering a script since they accessed Plaintiff's work, Jan 20,

12   2006, suddenly, Feb 2007, the Defs copyrighted two *Project 880* (*Avatar*) scripts. Why?

13     302. After the Defs read the Plaintiff's revised screenplay on TS, they worried another

14   studio might buy the rights. Thus, they hurriedly wrote a screenplay, and filed **2** copyrights.

15     303. A search of the US Copyright Office website shows there are 21 Avatar registrations.

16   [See **Exhibit T4**.] From December 2006 to late 2009 Avatar was called Project 880. Per

17   the Copyright Office, <u>v</u>isual art (posters, sculptures) receive a "V" prefix in their registration

18   numbers; while **screenplays** and **motion pictures** receive a "PA" (performing arts) prefix.

19     304. The first Project 880 copyright that the Defs registered was for a motion picture

20   (improperly marked with the "V" designation), submitted 12/11/2006. This registration is

21   for a *proof of concept* (**PoC**) video. [Said PoC copyright reg is attached as **Exhibit U4**.]

22     305. The second Project 880 copyright registration alleges **James Cameron** submitted a

23   screenplay, Feb 26, 2007. **This copyright is NOT valid** as it does not have the proper

24   *PA* prefix. [This invalid screenplay copyright registration is attached as **Exhibit V4**.]

25     306. The <u>third</u> Project 880 registration is the **valid** Avatar screenplay copyright

26   registration, submitted Mar 6, 2007. It has the proper *PA* prefix. The exclusive owner is

27   20CFOX. [Said Avatar script copyright is attached as **Exhibit W4**.]

28     306. The copyright registration to the finished motion picture is attached as **Exhibit X4**.

COMPLAINT

|   |   |
|---|---|
| 1 | **SECTION EIGHT** |
| 2 | **AVATAR IS RELEASED** (DEC 2009) |
| 3 | **To Backdate Avatar, The Defs Make Conflicting Misrepresentations** |
| 4 | 307. A month after Avatar was released, Jan 21, 2010, in a BusinessWeek (**BW**) article |
| 5 | titled "King of the World (Again)," Cameron said that in mid 2006, 20CFOX said they |
| 6 | would never produce Avatar: "By mid-2006, according to someone involved in the |
| 7 | negotiations, Fox was still concerned that making Avatar would cost too much money. "They |
| 8 | told us in no uncertain terms that they were passing on this film," Cameron says. [Said BW |
| 9 | article is attached as **Exhibit Y4**.] |
| 10 | 308. This is a lie. As shown in Section Three, on **July 21, 2006,** News Corp & 20CFOX |
| 11 | created subsidiary **880 Productions Limited**, and produced Avatar under this name. |
| 12 | 309. This BW article claims that in Oct 2005 20CFOX gave Cameron $10M to shoot a |
| 13 | *Proof of Concept* (**PoC**) video. The Defs made this false claim to backdate when 20CFOX |
| 14 | became involved Avatar—to before ZGM accessed Plaintiff's work. The article states: |
| 15 | (Para 11): ....In 2005 the studio decided to place a small wager on |
| 16 | Cameron—**$10 million** so he could show **proof of concept**. |
| 16 | (Para 14): In October 2005, Cameron screened his 3D segment for four Fox |
| 17 | executives at the offices of his production company, Lightstorm Entertainment, |
| 18 | in Santa Monica, Calif. "Their eyes kind of lit up," Cameron says. |
| 19 | 310. These stories conflict. No one would pay $10M (and have their eyes light up) then |
| 20 | declare "under no uncertain terms" they will never make the film. The Defs inadvertently |
| 21 | created these conflicting stories (lies) in an effort to protect themselves; just as they created |
| 22 | the story that Cameron wrote a scriptment in 1996, to defer blame to Cameron. |
| 23 | 311. Proof that the PoC was created in 2006 is found on the PoC's copyright registrations, |
| 24 | **December 11, 2006** (Ex U4). The PoC was posted on Youtube.com, December 1, **2010**, at |
| 25 | www.youtube.com/watch?v=irOenEJWJLE&t=2s . The first credit on this PoC states it was |
| 26 | made in 2007, <u>proving Cameron lied when he said the PoC was made in Oct 2005</u>. [This |
| 27 | PoC is attached as **Video Exhibit 3**, the third video on the DVD attachment.] The PoC |
| 28 | attached is titled *Avatar*, but the PoC filed at the Copyright Office may be titled *Project 880*. |

COMPLAINT

| | |
|---|---|
| 1 | **SECTION NINE** |
| 2 | **FRAUD & FALSIFICATION (12 YEARS LATER)** |
| 3 | **The Defs Use VARIETY.COM and the IA To Protect Themselves** |
| 4 | 312.    As Plaintiff composed this Complaint, Variety.com blocked Plaintiff from accessing |
| 5 | (via internet) key articles concerning Hutch Parker, Emma Watts and Eric Young.  A blocked |
| 6 | IA message on a Variety.com article about Parker is attached as **Exhibit Z4**.  A blocked |
| 7 | message on a Variety article about Young and Watts is attached as **Exhibit A5**.  An IA |
| 8 | message showing Plaintiff is blocked to all Variety.com articles is attached as **Exhibit B5**.] |
| 9 | **Defs Hacked And Altered A Few Of Plaintiff's Documents,** |
| 10 | **(Concerning Emma Watts, 20CFOX Execs & Wikipedia's *Avatar* Page)** |
| 11 | 313.    Although the Defs hacked into Plaintiff's computer regularly, they altered very few |
| 12 | documents.  One of the altered documents was a *Variety 500* article about Emma Watts. |
| 13 | Thus, Plaintiff decided not to use the article.  The Defs also altered the PDF text properties of |
| 14 | the BusinessWeek article (Ex Y4) concerning 20CFOX executives and James Cameron. |
| 15 | 314.    The Defs also **repeatedly** altered Plaintiff's PDF of the current (2019 and 2020) |
| 16 | Wikipedia *Avatar (2009 film)* entry, by adding a strange suffix to the URL on the document's |
| 17 | footer.  Inevitably, the Plaintiff decided this Complaint could do without that citation, too. |
| 18 | **THE DEFS USED WIKIPEDIA TO BACKDATE FALSE INFORMATION** |
| 19 | 315.    ZGM's film, *Running Scared*, was released **Feb 24, 2006.**  From 2006 until 2013, |
| 20 | Wikipedia's entry for *Running Scared* correctly indicated this as the film's released date. |
| 21 | [Several IA crawls (2006-13) of Wikipedia's *Running Scared* are attached as **Exhibit C5**.] |
| 22 | 316.    The Defs worried that since *Running Scared* was distributed 4 weeks after ZGM |
| 23 | obtained the Plaintiff's work, it might look as if ZGM received distribution as payment for |
| 24 | selling Plaintiff's script to 20CFOX (which its correct).   Hence, ZGM wanted to |
| 25 | fraudulently backdate *Running Scared*'s release to a few weeks **before** ZGM accessed |
| 26 | Plaintiff's work.  Thus, in 2014, Wikipedia's *Running Scared* entry suddenly claimed that |
| 27 | *Running Scared* (an American film) was released **January 6, 2006,** in the **UK**.  This is |
| 28 | internet fraud.  [Said 2014 *Running Scared* Wikipedia entry is attached as **Exhibit D5**.] |

COMPLAINT

## SECTION TEN

### THE DEFS HACK PLAINTIFF'S COMPUTER

317. July 10, 2019, Plaintiff sent the *Briggs v Spacey* defense attorneys an email to inform them that he would soon file new suit(s) against them and several new parties, including **James Cameron**. [Said email is attached as **Exhibit E5**.] A month later, as Plaintiff began composing this Complaint, he soon found evidence the Defs were routinely ***hacking*** into his laptop to monitor his progress on this Complaint, such as: **(1)** he observed and video taped a hacking event Jan 14, 2020 (see pp 96-115 and Vid Exs); **(2)** he found Nahimic Servvice.exe spyware on his laptop; **(3)** he **often** found his laptop settings changed to allow outside access and his cell-phone settings changed to interface with his laptop; **(4)** IA page crawls began to change, corresponding with Plaintiff web searches; **(5)** Plaintiff was blocked from the Defs' websites and IA crawls; **(6)** many of the Defs' executives began to resign (Bob Iger, Emma Watts, Larry Page, Sergey Brin, Robert Cohen); **(7)** Future Service Inc suddenly closed.

### DEFS HACKED INTO AND ERASED PLAINTIFF'S EMAIL IN 2007

318. During *Briggs v Blomkamp,* 2013 (**BvB**), Plaintiff discovered that all of his outgoing Hotmail emails (from mid 2005 to Sept 2007) had been erased (see Ex L). Plaintiff believes he reported this to the BvB court in a motion to compel. Although Plaintiff had no idea how the emails were destroyed, he did **not** assume foul play. Plaintiff only realized the Defs destroyed the 2005-07 emails, when they unlawfully accessed his computer **in this current matter** (2019 to 2020). The Defs executed the 2007 hack to erase ZGM's January 20, 2006 email to Plaintiff, and to steal any other scripts Plaintiff might have, while they were at it.

319. The Defs accessed his computer, in 2007, by sending an email from the fictitious business *South East Film Association/Club* (sefilmclub.com), June 6, 2007. [See **Exhibit F5**.] By clicking the link, Plaintiff downloaded the Defs' spyware. The Defs were then able to monitor Plaintiff indefinitely, before erasing his email. Plaintiff is confident the Defs used this email to access his email because all records of who owned the **sefilmclub.com** site, prior to 2019, have been expunged from ICANN WHOIS registries. Plaintiff suspects Register.com and CSC removed the ICANN WHOIS history, for 20CFOX. (See pages

COMPLAINT

1  42-46.)  Currently the ICANN report for sefilmclub.com indicates the site was created Oct

2  22, **2019** (roughly when Plaintiff was researching sefilm.com, CSC and Register.com).  See

3  **sefilmclub.com** ICANN report, attached as **Exhibit G5.**

4    320.  Very suspiciously, the ICANN report for sefilmclub.com does not include the

5  registrant's or the registrar's identity.  But the mailing address is in **France**.  One should note

6  that the parent of all Corporate Service Company (CSC) companies is CSC Digital Brand

7  Services, **headquartered in France**.  CSC Digital Brand Services' BES is attached as

8  **Exhibit H5.** (See pp 42 - 46 to review CSC's and Register.com's role in falsifying websites.)

9  ### DEFS HACK PLAINTIFF'S COMPUTER AGAIN, CIRCA 2008/2009

10   321.  Circa late 2008, while making his first film, *The Amazing Mr. Excellent* (**TAME**),

11  Plaintiff experienced a hacking/virus that erased 8 years of his files and delayed completion

12  of TAME by over a year.  The Defs helped their associates (Lionsgate, NBCU, Sony,

13  Disney) execute this hack to steal **three** of the Plaintiff's screenplays and a detailed outline

14  of a preteen book series (all unrelated to this action).  All of the stolen works were produced

15  (they became ***Kick-Ass, The Last Witch Hunter, Tower Heist, Beats***).  Defs and associates

16  sent this virus to delay production of TAME.  This virus was documented in the TAME cast

17  and crew emails.  Thus, 20CFOX will be named in these coming actions

18   322.  Irrefutable proof the Defs helped steal Plaintiff's TAME script to make Kick-Ass,

19  and produced more fake articles and fake IA crawls to do so, is presented on pp 113 - 114.

20  ### GOOGLE LLC HELPS THE DEFS HACK PLAINTIFF

21   323.  As Plaintiff composed this Complaint, Oct 19, 2019, he discovered the

22  NahimicService.exe app on his computer.  This app can be a harmless audio application, or a

23  trojan virus/spyware.  Plaintiff's research determined it was virus/spyware, installed Aug 7,

24  2019.  A screenshot of Plaintiff's Task Manager showing the NahimicService spyware on his

25  laptop is attached as **Exhibit I5**.  The spyware came via an email sent by **Google**

26  Express—the only email Plaintiff opened, Aug 7, 2019.  [A screenshot of Plaintiff's Gmail

27  box, from Aug 7, 2019, is attached as **Exhibit J5**.]  This spyware likely just opened

28  "backdoors" to Plaintiff's computer, facilitating the Defs' larger hack, which is explained in

COMPLAINT

1    the Fraud and Unlawful access Supplement, pp 96 to 115.

2    324. August 2018, after Plaintiff filed *Briggs v Spacey*, he posted some court filings on

3 ***Google+***, a web service which allowed users to post PDFs online. Seven weeks later (Oct 8,

4 2018) Google announced it was closing *Google+,* and closed it, in fact, April 2019.

5    325. After *Briggs v Blomkamp* (2013) carried on hundreds of news sources around the

6 world, Google LLC prevented *Briggs v Spacey* (2018) from appearing in any web searches;

7 thus, the case went unreported, placing the public at greater risk to *Spacey* defs' unlawful

8 schemes. Further, from 2008 to 2013, Google manipulated search results—to eliminate

9 Plaintiff's film projects from Google's search results, as Plaintiff sought financing from

10 online film investors. Google LLC's actions assured Plaintiff's projects' failure.

11    326. Plain evidence that Google continues to manipulate Plaintiff's search results and web

12 traffic, to this day, at the behest of the Defs, is Exhibit E (a specialized search that should

13 only include web pages from **before 2006**, but James Cameron's Avatar Fandom site, <u>which</u>

14 <u>was created between November 2018 and Feb 2019</u> —depending on which IA crawl you

15 find and/or believe— is inexplicably presented as the <u>top match</u>, of seven; this result, Ex E,

16 even features a fake date on the third line).

17    327. 2012, Google announced that over 600 films and TV series from **20CFOX**'s library

18 would be available on *Google Play*. This constitutes a quid pro quo.

19 • 328. Additional and conclusive evidence that Google LLC hacked Plaintiff's computer

20 and email, **with video**, is provided in the Fraud & Unlawful Access Supplement, pp 96-115.

21 <div align="center">**NEWS CORPORATION HACKING SCANDAL**</div>

22    329. From 2005 to 2011, News Corp was at the center of two huge international hacking

23 scandals: **1.** *The News Of The World Royal Phone Hacking Scandal*; **2.** *News International*

24 *Phone Hacking Scanda*l. Both of the central publications were owned by News Corp and

25 Rupert Murdoch. Although the hackings were called "phone hackings" they were not

26 limited to phones; rather, the "phone" aspect gained focus because a News Corp operative,

27 who specialized in phone hacking, was arrested for hacking phones**.** News Corp hacked

28 thousands of private citizens, like Plaintiff, during this period.

<div align="center">COMPLAINT</div>

## SECTION ELEVEN

### AVATAR INFRINGEMENT CLAIMS

  

**Butterfly Driver / Uberopolis**          **Avatar**

330. James Cameron's name is on ALL of the screenplay copyright registrations of all of his previous films that he claims to have written. But Cameron's name is **not** on the Avatar screenplay copyright. Only 20CFOX's name is on that copyright (see Ex W4, and/or p 53). This, because 20CFOX knew Avatar was stolen from the Plaintiff. By putting their name on this copyright, 20CFOX was attempting to claim ownership of Plaintiff's ideas.

331. Prior to Avatar, Cameron registered his scripts, on average, one month before their film's release, and **never** more than a year before release. But 20CFOX registered Avatar's script almost 3 years early, because they wanted to claim Plaintiff's ideas immediately.

| Title | Theatrical Release | Date of Copyright Registration | Time between Copyright Registration & film Release |
|---|---|---|---|
| Piranha II; The Spawning | Aug 26, 1982 | Aug 13, **1984** (film), NO screenplay on file | Registered 2 years **after** the film's release |
| The Terminator | Oct 26, 1984 | Feb 3, 1984 | Registered 8 months earlier |
| Aliens | July 18, 1986 | Oct 1, 1985 | Registered 9 months earlier |
| The Abyss | Aug 9, 1989 | Aug 24, 1989 | Registered 2 weeks **after** |
| Terminator 2 | July 1, 1991 | June 10, 1991 | Registered 1 month earlier |
| True Lies | July 16, 1993 | July 15, 1994 | Registered 1 year earlier |
| Titanic | Dec 19, 1997 | Dec 16, 1997 (film); No screenplay on file | Registered 3 days earlier |
| **Avatar** | Dec, 18 2009 | March 6, 2007 | Registered **2 years & 9** months BEFORE theatrical release |

COMPLAINT

**PLAINTIFF'S COPYRIGHT INFRINGEMENT CLAIMS AGAINST**

**THE DEFENDANTS' AVATAR**

332. A complete copy of Plaintiff's screenplay *Butterfly Driver*, from late 2007, is attached as **Exhibit X6**. Jan 16, 2006, Plaintiff emailed his script, then titled *Uberopolis: City of Light* (**Uber**) to himself. The first page of this *Uber* script is attached as **Exhibit N6**. Plaintiff will submit the complete Jan 16, 2006 *Uber* script when he has permission to e-file.

### 1. THEMES

333. Many films (particularly James Cameron films) lack any themes at all. But themes are imperative to highly creative works. Jon Landau (James Cameron's business partner) explained the importance of themes in a June 20, 2017, *Deadline* interview (attached as **Exhibit K5**): **"One of the strengths of great scripts are always the <u>universal and relatable themes</u>…"** But as Landau forgot that **Cameron's prior works have no themes**.

334. Forensics and psychology teach us that people have recurring patterns and behaviors. U.S. **universities** teach us that writers have **recurring themes** that recur in their works. But none of the themes or central elements of Avatar resembles Cameron's prior work.

335. Prior to Avatar, Def Cameron had never taken a stand for the environment in a film.

336. Prior to Avatar, Cameron never expressed any interest in spirituality or God in a film.

337. Prior to Avatar, Cameron never addressed a current political or social issue in a film.

348. Prior to Avatar, Cameron both wrote and directed 6 films: Terminator, Aliens, The Abyss, Terminator 2, True Lies, Titanic. None of these share any of Avatar's themes.

| Film | Environmental, Spiritual, Social, Political themes | Genre & Notes |
|---|---|---|
| The Terminator | None | Sci-fi. Cameron sued for copyright infringement: **Lost** |
| Aliens | None | Sci-fi |
| The Abyss | None | Sci-fi |
| Terminator 2: Judgment Day | None | Sci-fi |
| True Lies | None | Comedy/ Action/ Thriller |
| Titanic | None | Romance. Sued for infringement |

COMPLAINT

339.   One of the most interesting things about the Plaintiff's screenplay are its many tightly knit themes.  The fact that Cameron's *Avatar* shares this aspect is evidence of infringement, as none of his prior works have ANY themes, much less tightly knit themes.

340.   All of Def Cameron's films have been listed on Wikipedia since 2004.  But if one uses the IA to research Cameron's prior films' Wikipedia pages, they learn *True Lies, Terminator 2, The Abyss, Aliens* and *Titanic* <u>never bothered to list any themes</u>. **Terminator** did not identify a theme until 2012.  (Titanic added a "writing inspirations" passage in 2010.)

**Defs Add An "Inspiration" To Aliens In 2007**

341.   Cameron's prior films had no themes, but Avatar suddenly had many themes —identical to the Plaintiff's.  Wikipedia listed **9 paragraphs** of "Themes and inspirations" for Avatar.  Thus, to make Cameron seem capable of such complex layered themes, in 2007, a year and a half after the Defs initiated infringement of Plaintiff's work, the Defs went back and added a politically conscious "inspiration" to *Aliens*' Wikipedia page, reading:

> "Director James Cameron drew inspiration for the Aliens storyline from the **Vietnam War**, with regards to situations where a technologically superior force was mired in a hostile foreign environment.  The name of the Colonial Marines' ship, "Sulaco", is the name of the town in Joseph Conrad's…

342.  Thus, to make Cameron seem capable of writing layered themes, the Defs suggested that while Cameron was writing a space-monster movie, he was <u>really</u> thinking about world history. [Said *Aliens' (film)* Wikipedia page from October 2007 is attached as **Exhibit L5**.]

**THE DEFS INFRINGE / MISAPPROPRIATE PLAINTIFF"S THEMES**

343.  The Defs' *Avatar* film misappropriates Plaintiff's collection of themes.  These are:

**1.**  The primacy of family.

**2.**  The importance of respecting and protecting the environment.

**3.**  The importance of living in union with God and nature.

**4.**  The horror of corporate greed.

**5.**  The importance of adequate healthcare.

**6.**  The cruelty, brutality and senselessness of classism and racism.

**7.**  The content and quality of one's dreams, reflects one's connection to God and nature.

COMPLAINT

| | |
|---|---|
| 1 | **INFRINGEMENT OF UNIQUE CENTRAL CHARACTER:** |
| 2 | 2. **THE HERO** |
| 3 | 344.   Plaintiff claims the following collection of central characters, story structures, and |
| 4 | thematic arrangements are the Plaintiff's unique copyright protected property, as expressed in |
| 5 | his screenplay *Butterfly Driver* (previously titled *Uberopolis: City of Light*).  **The Defs' film,** |
| 6 | **Avatar, infringes on each of these characters, story structures, and thematic** |
| 7 | **arrangements**. |
| 8 | THE HERO |
| 9 | 345.  Plaintiff's hero is (1) is a former US soldier hero;  (2) is disabled; (3) is poor; (4) is |
| 10 | motivated by both a healthcare goal and an environmentalist goal; (5) is a visionary |
| 11 | dreamer; (6) is connected to God and spirituality; (7) has a close connection to |
| 12 | animals that reveals his goodness; (8) lives in a dystopian, overpopulated future |
| 13 | Earth, where crime is rampant and humans are destroying the environment. |
| 14 | • 346.   The following 8 elements of Plaintiff's hero are infringed upon by the Defs' hero: |
| 15 | 1. **Plaintiff's Hero is a former US war verteran and hero.**  Plaintiff selected this |
| 16 | profile because Plaintiff is a true patriot and believed this background would cause |
| 17 | Americans to bond with his hero |
| 18 | 2. **Plaintiff's hero is disabled**.  Arlo is a former Air Force pilot, who was forced to |
| 19 | quit flying because of his disability—debilitating opthalmodynia "ice pick" |
| 20 | headaches (like being shot in the head).  After the great Unification War, in *the* |
| 21 | *Zones* (poor regions, where Arlo lives), out of necessity, Arlo was a vital supply |
| 22 | pilot; thus, he face possible death every moment of his job.  Plaintiff gave his |
| 23 | character this disability because he believes we all have some sort of hidden |
| 24 | disabilities, and these disabilities make central characters more interesting. |
| 25 | •   Def Cameron's hero is parapalegic.  20CFOX and Cameron made Avatar's hero |
| 26 | disabled to exploit the Plaintiff's amazing healthcare theme. (Prior to infringing |
| 27 | Plaintiff's script, Cameron and 20CFOX never stood up for healthcare rights). |
| 28 | 3. **Plaintiff's hero is poor**.  Unlike most sci-fi adventure heroes before Butterfly |

COMPLAINT

Driver/Uberopolis, Plaintiff's hero is decidedly poor.  His poorness is expressed by his inability to pay for his daughter's healthcare.

- Def Cameron's hero is also poor; his poorness is expressed by his inability to pay for a medical spinal procedure that would allow him to walk again.

4. **Plaintiff's hero is motivated by** (1) a **healthcare** goal; (2) an **environmental** goal. The Plaintiff's hero is motivated (1) to get available (but very expensive) healthcare to save his dying daughter; (2) to get Tamara's A-cell (a new cheap and clean energy source) into the right hands, to save humanity.

- Def Cameron's hero is motivated (1) by a need for spinal surgery that is too expensive; (2) to save the environment of Pandora from its human destroyers.

5. **Plaintiff's hero is a visionary DREAMER.**  The Plaintiff's hero has a unique dream in the film's climax.  This dream saves the hero (and much of the world), and shows the hero's connection to God and nature.  (Plaintiff's hero, in his indie film *The Amazing Mr Excellent*, was also a visionary dreamer).

- Avatar's hero infringes this from the Plaintiff (even opening the film with a dream sequence).  Cameron's prior works never featured a visionary dreamer.

6. **Plaintiff's hero has a unique relationship with God and spirituality** that grows and evolves as he relentlessly progresses toward his noble goals.

- Def Cameron's hero also has a relationship with God and spirituality (in a palpably derivative way).

7. **Plaintiff's hero's goodness is confirmed and expanded in his relationship with animals** (a dolphin).

- Def Cameron's hero's goodness is also expressed in his relationship with animals.

8. Plaintiff's hero is from a dystopian, overpopulated future Earth (around 2150) where crime is rampant.  (Plaintiff's originally set his story around 2120, but moved it to **2144** in 2008).

- Def Cameron's hero also comes from a dystopian, crime-ridden, overpopulated future Earth, in **2154** (ten years from the Plaintiff's time setting)

COMPLAINT

## 3. DEFENDANTS' INFRINGEMENT OF PLAINTIFF'S
## UNIQUE NEW CONCEPTUAL TECHNOLOGY:
### MIND-SOUL SCANNER, REPLICATOR & TRANSFERER

347.    The Plaintiff's screenplay, *Butterfly Driver*, features a conceptual technology that had never been conceived or used in film or literature history.    This technology is an *expression*, in itself, because it involves a number of moving parts.  This central technology is an electronic based full brain, body and soul scanner (or scan; noun or verb), that scans all of the mental and biological information a person, and makes perfect digital reproductions of them (particularly their brains and/or souls).   These digital mind/soul copies are then used for one of three purposes: **(1)** they are entered into a State computer system where the State can reproduce these digital people (who believe they are alive), then use them to deceive actual citizens in a number of ways [See **Exhibit X6**, page 37, 38, the character Lespi has been killed, but is digitized in a virtual world, and thinks he is still alive]; **(2)** these mind/soul scans can also be placed in new physical bodies; **(3)** the third application pertains to law enforcement and predicting crime (this aspect was not infringed by the Defs, so Plaintiff will not elaborate).   The application of the mind/soul scan is also seen on page 90 of Ex **X6**, as Jerry realizes that The State intends to kill Arlo, then televise a fake trial, using Arlo's mind/soul scan and other *gens*.  But Plaintiff only presented a <u>full</u> view of these concepts in *Butterfly Driver*, Jan 2007 to May 2007, before deciding to save them for future works.

348.    In a version of *Butterfly Driver* that the Defs accessed on TS, early 2007, a character named Van Auck (a State videographer) explains to Jerry how the State uses this technology. [See **Exhibit M5**, page 39 of Jan 16, 2006, *email* version of *Uberopolis*.] As Arlo and Van Auck look at a TV screen full of cyber-gens (low quality, digital people) Van Auck explains:

> VAN: "These are just programmable cyber-gens.  Been around tinsel town for almost three years.  Take someone's MRI scan, digitize it an you got an exact digital replica.  Next year they're gonna introduce neuro-gens that look, think and act just like the people they're modelled after."
> JERRY: "That possible?"
> VAN: "Take a guy's neuro-scan and digitize it into his cyber-gen.  Technology finally caught up to the theory.

COMPLAINT

349.    Plaintiff's mind-soul replicator scans and images the mind and soul, replicates or copies it/them, and transfers it/them into a number of different forms and applications.

### Defs Infringement Of Plaintiff's Mind/Soul Scan/ Replicator/Transferer

350.    The Defendants infringed on Plaintiff's technology/concept by having Jake's mind/soul scanned and replicated and transferred into Jake's Avatar's empty mind. About 15 minutes into the film Avatar, a group of scientists begin to scan Jake's brain. 15 minutes and 30 seconds in, a doctor/scientist holds up a copy of the scanned brain. Jake's brain and his Avatar's brain are then shown next to each other, in the same shot, displaying the exact same brain activity. After both brains are matched and "synced", Jake's soul is transferred into his Avatar body.

351.    The Defs work infringes and misappropriates all aspects of the Plaintiff's copyrighted concept, it scans, copies, and transfers the mind/souls into new environments or bodies. This is almost unprecedented infringement.

### 4. ENVIRONMENTALISM.

(The importance of protecting, respecting and living in concert with the natural environment is a central story structure and theme of the contested works)

### Environmentalism In Butterfly Driver / Uberopolis

352.    An *environmental* central story structure and theme was expressed throughout the Plaintiff's work. The environmental theme is expressed in (1) Arlo's daughter's (Franny) ill condition, as the air quality is so bad it is killing her; (2) it is expressed in Jerry's (the secondary hero) son's (Jake, later named Matty) life-threatening breathing condition; (3) it is reinforced by thick pollution in the air, and by many people wearing air masks; (4) it is shown in central dialogue, such as when Tamara Gwynn (brilliant scientist) and Arlo discuss the tens of millions of people that are dying every year because of poor air quality; (5) it is the reason that Tamara and her father invented the "A-cells" (a radically new clean energy technology that will save billions of lives, and may save the earth); (6) it is addressed when Benni (a tough warrior woman) finds a single violet (flower) and stops to rescue the lone flower, hoping to use it bring more flowers to a world that struggles to sustain plant-life;

COMPLAINT

1. (7) is addressed when Arlo and Drexler (villain) also discuss the billions of people who will
2. die without Tamara's A-cell. <u>Environmentalism is also woven into Butterfly Driver's</u>
3. <u>**central conflict**</u> because Tamara is killed trying to get her A-cell into the right hands; but if
4. Arlo can get the A-cell into the right hands he can save billions of lives.

5. • 353. Environmentalism often factors in the Plaintiff's work. In Plaintiff's film
6. "The Amazing Mr. Excellent", the heroes' goal is to raise money to save a community
7. garden, so the kids in the community can connect to nature.

8. **Environmentalism In AVATAR**

9. 354. An environmentalism central story structure and theme is addressed in Avatar when
10. Jake prays at the Tree of Souls and says, **"See, the world where we come from… there's**
11. **no green there. They killed their mother, and they're gonna do the same here."** (This
12. statement is made to indicate that Earth is in horrible condition.) It is also expressed in the
13. vicious way that the RDA (corporate mining company on Pandora) wantonly destroys
14. Pandora's plants and trees. <u>Environmentalism is woven into Avatar's central conflict,</u>
15. because the destruction of Pandora's plant-life threatens to kill all of the Na'vi people.

16. • 355. NONE of Cameron's prior films have any environmental message or theme.

17. **5. THE INHUMANITY OF INADEQUATE HEALTHCARE**

18. (The anguish and barbarity of living without affordable healthcare
19. is a central story structure in each of the contested works)

20. **Inhumanely Expensive Healthcare In Butterfly Driver / Uberopolis**

21. 356. Inhumanely expensive healthcare is a **driving central story structure and theme** of
22. Butterfly Driver, as Arlo, a poor man living in one of the many "zones" (poor parts of the
23. world), is compelled into action by an irrepressible desire to save his daughter, Franny, who
24. is dying because her lungs can't handle Earth's toxic air —but Arlo cannot afford the medical
25. treatment that Franny's advanced condition requires. Thus, he will go on two impossible
26. missions, in effort to save her. The second adventure sends Arlo from the dregs of Earth, up
27. to the giant super satellite city for the super-rich, Uberopilis, in search of a curative pill that
28. might save Franny, who only has a week to live.

COMPLAINT

**Inhumanely Expensive Healthcare In Avatar**

357.    Inhumanely expensive healthcare is also a driving central story structure (the issue that compels Jake into action) and theme in Avatar.  In the opening 6 ot 7 minutes we learn that Jake is parapalegic former soldier, who lost his ability to use his legs due to a spinal injury in a war.  Jake's voiceover explains: "They can fix a spine, if you got the money.  But not on vet benefits.  Not in this economy."  A minute or so later, two men who seem connected with the US government, explain that if Jake agrees to go work as a security guard on Pandora (a distant planet inhabited by blue aliens who resemble people) he can earn a lot of money (to pay for his spinal surgery) and will be able to walk in his Avatar body.  In short, Jake goes to Pandora because he wants to earn enough money to fix his spine.

358.    Once on Pandora, Quaritch (the villain) promises to pay to have Jake's legs restored if he gets intelligence on the Na'vi that will allow the RDA to get them out of their Hometree (a giant tree where the central tribe of Na'vi live).  Jake agrees, although it means betraying the Na'vi, who he is fond of, because it means he will be able to walk in his own body again —emphasizing the driving force of the healthcare theme.

### 6. SPIRITUALITY & GOD

359.    The central story structure and theme of "finding fulfillment and meaning in a spiritually centered life, and in awareness of God," is central in the contested works.

**Spirituality & God in Butterfly Driver**

360.    The central story structure and theme of spirituality and God is expressed in many ways. First, it is expressed in Arlo's evolution; he begins somewhat a believer in God, but as he moves forward on his journey, he becomes closer to God.  In Arlo's first conversation with Tamara (see Ex X6, page 15) when Tamara asks Arlo if he is religious,  Arlo answers "Nah. Maybe there's a God though… You religious?"

361.    Tamara explains, "Faith comes from our unreasonably hopeful nature.  That's how we survive.  I put my unreasonable hopes in my A-cell."

362.    A few pages later (see Ex X6, page 18), after Arlo accepts a type of mission that usually results in death, he and his old friend Dylan's simultaneously exchange the parting

COMPLAINT

1    expression "Until then" (an expression since been borrowed by other films). This expression

2    is used to mean, "If I don't see you again in this life; I will see you in the next." Arlo shares

3    this parting expression with a number of important characters.

4      363.    As Arlo struggles to get to Uberopolis, he meets a downtrodden warrior woman,

5    Benni.   When he asks Benni about her dream-catcher necklace, Benni explains that dreams

6    are part of her **religion**—because all she has left are her dreams. (See Ex X6, page 55). Later

7    Benni asks Arlo if his wife is his **soul**-mate. In the January 16, 2006 *Uber* screenplay, Arlo

8    answers: "I probably don't know what a soul-mate is. But I bet not everyone **earns** a soul in

9    this life." [See p 63, line 9, from January 16, 2006 email *Uber* version excerpt, attached as

10    **Exhibit O6**.]

11      364.    This theme of the importance of God (and spirituality) is seen in how the people

12    most instrumental in getting Arlo to Uberopolis are a **rabbi**, a **pastor**, a **cleric** and a **guru**,

13    working in a revolutionary underground school/center called "**Faith House**."

14      365.    When Benni and Arlo get to the Z.R. center (Arlo's last stop before Uberopolis) they

15    find Tamara's lost A-cell there, which they thought the government had destroyed. (Dylan

16    delivered it there, as Arlo instructed, months earlier.)   The impossibility of this seems

17    miraculous to Arlo and Benni, as if by divine intervention.

18      366.    As Arlo leaves for Uberopolis, Tamara gives him her dream catcher, for luck. Later,

19    in the story's darkest moment, as the life drains from Arlo's body, God reveals to Arlo in a

20    dream, a way out—using a vision of Benni's dream catcher as a *signal*. Arlo acts on his

21    vision, with the last of his energy, and saves the day.

22      367.    In the end, Arlo leaves his family in *The State* because he cannot express his beliefs

23    outside of his home.

24    •   368.   God factors in many of the Plaintiff's works, and is central in the Plaintiff's film

25    "The Amazing Mr Excellent," as the film ends with the cast singing and dancing to "If God

26    Loves Disco Dancing" ("...would you get out on the floor?")

27                  **Spirituality & God in Avatar**

28      369.    Spirituality is expressed throughout Avatar. The Na'vi (aliens) have a Sacred Tree of

<p style="text-align:center">COMPLAINT</p>

1  Souls, used as a conduit to worship. The Na'vi are able to communicate with the souls of
2  their ancestors through this tree. As Jake becomes closer to the Na'vi he says: "The Na'vi
3  say every person is born twice. The second time is when you **earn** your place among the
4  people **forever**." This is an infringement of the Plaintiff's concept of *earning a soul*.

5  370. Jake begins to believe in the Na'vi god Eywa, and shortly before the final battle Jake
6  prays to Eywa to help the Na'vi win their battle against the humans. Neytiri, tells Jake Eywa
7  does not intervene in such matters. But in the final battle all the animals of Pandora join the
8  fight against the humans, and Neytiri sees this as Eywa granting Jake's prayer.

9  • 371. None of Cameron's prior works include any presence of God or spirituality.

### 7. THE EVIL OF CORPORATE GREED

#### The Evil Of Corporate Greed in Butterfly Driver

12  372. *The evil of corporate greed* story structure and theme is expressed throughout
13  Butterfly Driver (Uberopolis), it is seen in how Drexler's private prisons, prisoners (most of
14  whom are innocent) are worked nearly to death, then Drexler has them killed by dumping
15  them in space. The evil of corporate greed theme is seen in the fact that Drexler and his
16  corporate friends prevent the implementation of Tamara's A-cell for 30 years, so the oil
17  industry can transition into an A-cell industry, killing billions of poor people with this delay.
18  The evil of corporate greed theme is expressed in how Drexler's medical and pharmaceutical
19  companies charge astronomical prices for very cheap, life-saving, curative medicines;
20  resulting in the deaths of billions of poor people. The evil of corporate greed story structure
21  is also expressed in various meetings and news conferences with villain, Drexler, in which he
22  makes it clear that profits, and the quality of the lives of the rich, are his only concerns.

23  • 373. The *evil of corporate greed* story structure appears in the Plaintiff's known prior
24  screenplay *Sunflowers*, and in later work *Sweeter Nectar Cherries*.

#### The Evil Of Corporate Greed in Avatar

26  374. The evil of corporate greed central story structure and theme is expressed in Avatar
27  by the company *RDA*'s willingness to displace, injure and kill the Na'vi people/aliens in
28  order to get the unobtainium (energy source) under the Na'vi Hometree. Def Cameron also

COMPLAINT

1  expressed this corporate greed theme in a derivative way, as a villainous corporate manager

2  (Parker Selfridge) explains that he must clear out the Na'vi because his corporate bosses

3  expect to see growth in the company's quarterly reports. Corporations are further vilified

4  through Selfridge, as he  personally pushes the throttle forward of a massive bulldozer that

5  almost kills Jake and Neytiri. This anti-corporate aspect is also expressed by a prohibitively

6  expensive healthcare system that will only heal Jake's spinal injury for an extreme price.

7  ● 375. *The evil of corporate greed* story structure has **never** been utilized in Cameron's

8  prior directorial works.

9  ## 8. HERO'S VIRTUOUS CONNECTION TO ANIMALS

10  ### Hero's Spiritual Connection To Animals In Butterfly Driver

11  376.  Arlo shows his virtuous heart through his relationship with one of Earth's last

12  surviving dolphins. In the beginning of Butterfly Driver, *Spike*, one of the last surviving

13  Dolphins, befriends Arlo when he is imprisoned on Uberopolis (See Ex X6, page 28).

14  377.  Near the story's end, in the climactic build-up, Spike remembers Arlo's good

15  character, and saves Arlo's life, moments before he would have otherwise drowned.

16  378.  Later, in the climax, as Arlo is bleeding to death in the cockpit of a speeding

17  shuttle-train, he dreams of a dream-catcher in the eyes of Spike the dolphin—who, in the

18  dream, is trapped in the shuttle's cargo hull. The cargo hull represents death to Arlo, as he

19  knows that hundreds of thousands of State prisoners have been murdered in Uberopolis

20  shuttle-train hulls. This vision of Spike, compels Arlo into what may be his final act—to

21  save billions of lives. With Uberopolis' citizens safely evacuated, Arlo and Jerry race the

22  shuttle-train, and the missiles chasing them, crashing into Uberopolis, martyring Spike.

23  379.  Thus, in the end, Arlo's spiritual connection to animals and  God saves humanity.

24  ### Hero's Spiritual Connection To Animals In Avatar

25  380.  In Avatar, Jake's virtuous connection to animals is first witnessed when a revered

26  type of jellyfish-like creature gravitates to Jake (even as Jake tries to kill them). Neytiri,

27  who had rejected Jake, changes when she witnesses this, and interprets this as a sign, and

28  agrees to help Jake.

COMPLAINT

381. Jake's virtuous relationship with animals is also expressed when he tames and flies an leonopteryx—a giant reptile bird that has only been tamed 5 times prior.

382. Finally, Jake's virtuous relationship with animals is expressed when all of the animals of Pandora answer Jake's prayer and help fight and defeat the human invaders.

383. Thus, parroting the Plaintiff's unique structure, in the end, Jake's spiritual connection to Animals and God saves the Na'vi.

### 9. HERO'S PSYCHIC/SPIRITUAL CONNECTION TO HIS DREAMS

#### Hero's Psychic/Spiritual Connection To His Dreams In Butterfly Driver

384. Arlo's psychic/spiritual connection to his dreams, which also demonstrates his connection to God and nature, is expressed in the screenplay's darkest moment, as Arlo sits in a shuttle cockpit bleeding to death and chased by a nuclear warhead, as he drifts off to sleep to die, he has a sudden dream involving Benni's (a warrior woman from his past) butterfly dream-catcher and Spike, a dolphin from Arlo's past. This dream is God speaking to Arlo, and reveals how Arlo can reverse his fate. With the last of his strength, Arlo listens to the vague direction, and survives—and liberates much of the world.

385. This dream passage confirms Arlo's virtue as it shows that God and nature cared enough about Arlo's fate that they would intercede to help him.

#### Hero's Psychic/Spiritual Connection To His Dreams In Avatar

386. In the opening scene of Avatar, Jake has a dream of flying, and explains that it is a recurring dream. Eventually, on Pandora, Jake learns to fly on the back of giant bird-like creatures. Flying these birds is part of the Na'vi culture, and a rite of passage, of sorts. When Jake is finally paired with his bird, the astute viewer realizes that flying on his bird is what Jake had been dreaming about it the beginning. Although Jake never has another dream, Neytiri's mother calls Jake a *dream walker*.

388. Although Cameron's and the Defs' application of the Plaintiff's idea is derivative and uncreative, it serves the same function as the Plaintiff's: it suggests a connection to God and nature.

**10.  CLIMAX / CRISIS:**

**Hero Is Defeated By Villain, Then Saved By The Secondary Hero,**

**The Secondary Hero Defeats The Villain, Hero's Disability Almost Kills The Hero**

Butterfly Driver

389.    The Plaintiff's screenplay violates many conventions.  In most films and literary works, the hero defeats the villain.  But not so in the Plaintiff's screenplay.

390.    The *climax* is the point when the hero and villain finally confront each other and engage in their battle/ challenge/confrontation.  The climax occurs in the third (final) act.

391.    The *crisis* is the point when all hope seems lost; when it seems the hero's goal can never be reached.  The *crisis* can occur at different points in a screenplay or film, but  usually occurs late in the second act, or in the third act.  There can be more than one crisis in a story.  Sometimes a crisis occurs in the climax.  When the crisis occurs in the climax, it is the point in the battle when the villain seems to have won, and all hope is lost.  The Plaintiff did something very uncommon in his climax—he put TWO crises in the climax, and one of the crises involved the hero's disability.  Of course, the Defs followed suit, and put two crises in their climax, and one of the crises involved the hero's disability.

392.    In the Plaintiff's *climax crisis*, Arlo fights the super-human villain, Drexler, admirably, and after great struggle Arlo gets the upper hand.  When Arlo finally seems to have the battle won, he is stricken by his **disability**: he has an ice-pick headache.  In that moment, Drexler gets his gun and delivers a life-threatening bullet into **the right side of Arlo's neck**.  Drexler prepares to fire the killing bullet.  All hope seems lost.  This is the first climax crisis.  But suddenly, the secondary hero, Jerry (the second largest role in the screenplay) leaps into the scene, seemingly from nowhere, and fires a stun-gun charge into the back of Drexler's neck.  Drexler, recovers and turns to kill Jerry with his gun.  But with uncanny speed, Jerry does what Arlo could not: Jerry lands a haymaker of a right hook to Drexler's face, knocking Drexler **unconscious** on the shuttle-train platform.

393.    Thus, it is Jerry, the secondary hero, who saves Arlo from the villain (Drexler), and it is Jerry who defeats Drexler.

COMPLAINT

393. With Drexler unconscious, Jerry is able to help Arlo control the bleeding from his neck, and carries Arlo into the shuttle's cockpit to escape Uberopolis. Soon they find themselves being chased by a nuclear warhead. But suddenly, due to loss of blood, Arlo seems to lose consciousness and seems moments from death. Once again, all hope seems lost. This is the second climax crisis. Suddenly, Arlo has a dream in which he sees a dream catcher in the eyes of a dolphin. This dream is a spiritual experience—as God and/or nature seems to tell Arlo how he can save billions (and possibly himself).

394. All of the following aspects are infringed on by the Defendants' Avatar:

1. The hero fights valiantly but the hero's disability creates an opportunity for the villain to gain the upperhand; thus, the hero is defeated by the villain.

**2.** The villain seems sure to kill the hero (this is the first climax crisis);

**3.** The secondary hero saves the hero;

**4.** The secondary hero kills the villain;

**5.** The hero(s) are not out of trouble yet; once again, the hero seems sure to die (the second climax crisis).

395. The Defendants' Avatar misappropriates this structure (the only difference being, the Plaintiff's hero's disability impacted him in the beginning of the final climax sequence, while the Defs' hero was impacted by his disability in the end of the final climax sequence).

<div align="center">Avatar</div>

396. In the *climax crisis* of Avatar, in the grand battle between Quaritch and Jake (in his Avatar body), Quaritch has a grossly unfair advantage as he is enclosed in a massive exoskeleton robot suit and is armed with a huge knife (in the hand of the robot suit), while Jake fights with a blade from the barrel of a *knife-gun* that he finds on the ground. Jake stabs Quaritch in the **right side of the neck** (but Quaritch evades, so the wound is just a graze). Quaritch gains the upper-hand by attacking Jake's true body (which is in a sleeping state, in a chamber in a portable *medical lab* nearby). Quaritch's Attack on Jake's real body jolt's Jake's soul, creating an opportunity for Quaritch to seize Jake (in his Avatar body) by his hair, and lifts him into the air, defenseless. Quaritch pulls the knife from the side of his neck,

<div align="center">COMPLAINT</div>

1 and puts it to Jake's throat. **All hope seems lost**. <u>This is the first climax crisis</u>. Suddenly,

2 the secondary hero, Neytiri (the second largest role in the film, and Jake's love interest) leaps

3 into the scene, seemingly from nowhere, and fires 2 arrows into Quaritch's abdomen, killing

4 him.

5    397. Like the Plaintiff's work, the secondary hero saves the hero and defeats the villain.

6    398. Jake's soul suddenly transfers back to his original body (for seemingly no reason but

7 to have two climax crises, like the Plaintiff's screenplay). Quaritch's earlier attack has

8 broken the oxygen seal around Jake's sleep chamber. Jake gasps for air, and desperately

9 crawls to get to the oxygen mask. But Jake's **disabled** (paralyzed) legs prevent him from

10 reaching the mask in time. His body goes limp. All hope seems lost. This is the second

11 climax crisis. Neytiri arrives just in time, and places the oxygen mask on Jake's face; saving

12 the hero again.

13                 **11. CLIMAX**

14                 Butterfly Driver

15    399. The *climax* occurs in the third (final) act of a literary work and is the point when the

16 hero and villain engage in their final battle/challenge/confrontation. The Plaintiff's

17 screenplay's climax is longer than most climaxes, and the hero and villain confront and fight

18 each other on two separate occasions.

19    400. The climax of sci-fi films, and action adventure, thriller, and many other genres,

20 usually involves violence, or the threat of violence. The Plaintiff's screenplay includes the

21 tradition of violence, sparingly; but layered on top of the violence is God and spirituality, and

22 animals. Thus, Plaintiff's climax involves at least three elements (infringed on by the

23 Defendants): 1. Violence; 2. God and spirituality; 3. Animals. These elements' specific

24 structures might described as follows:

25    1. In the climax of the Plaintiff's work, the villain and hero engage in a hand-to-hand

26       fight, involving violent strikes (blows) and gunfire.

27    **2.** The climax of the Plaintiff's work includes an event that appears to be divine

28       intervention (a meaningful dream about a dolphin).

COMPLAINT

3. The climax includes an animal (a dolphin) that saves the hero from drowning. Later, in the climax, as the hero seems doomed, a dream about the dolphin, saves his like.

Avatar

401. Avatar's climax borrows this unusual combination of climax elements (violence, God and spirituality, animals), as follows:

1. In the climax of Avatar, the villain and hero engage in a hand-to-hand fight, involving violent strikes (blows) and gunfire (or *knife-gun* fire).

2. The climax of Avatar includes an event that appears to be divine intervention—when animals join the battle.

3. Avatar's climax does not resolve until the planet's animals join the fight.

## 12. CENTRAL CONFLICT(S)

402. The central conflict in a literary work (or film) is the primary conflict or problem that the hero (or the cast of characters) must overcome.

Butterfly Driver

403. There are many issues and social problems around the hero (immigration, police and government brutality, poverty, classism…), but the conflicts that the hero must solve are:

1. **ENVIRONMENT**: Arlo's daughter is sick because the **environment is toxic** and killing her;

2. **HEALTHCARE**: Arlo can't afford the medical attention his daughter needs, thus, he must make desperate choices to save her.

● 404. In the end, Arlo's action will save the lives of billions.

Avatar

405. Avatar infringes upon these same central conflicts:

1. **ENVIRONMENT**: Jake must get the humans to leave Pandora or stop mining for unobtainium, because the mining is harming Pandora and the Na'vi.

2. **HEALTHCARE**: Jake is motivated to Pandora because he has a chance to earn enough money to get his spine fixed, and walk again.

● 406. In the end, Jake's action helps save Pandora, and drives the humans out.

COMPLAINT

### 13. SETTING: Polluted, Overpopulated, Crime-Filled Future Earth

Uberopolis/Butterfly Driver

407.  Plaintiff's setting is a grossly overpopulated (**20 billion** in *Uber*), dystopian Earth, in the year 2144.  An IA crawl of "mrexcellentmovie.com", showing that around 2008 *Butterfly Driver* was updated and set in 2144, is attached as **Exhibit N5** (the crawl is from July 2009). In this world, the <u>environment is toxic</u>, and divided into *2 nations:*

1.  **The State:** is made up of hundreds of beautiful cities of great wealth and comfort, with access to great healthcare.  The greatest of these cities is the glorious **Uberopolis: City of Light**: a 3-miles wide <u>satellite</u> city for the super rich, <u>orbiting</u> 1000 miles above Earth, with golf courses, museums, casinos and the greatest medical technology ever conceived—all owned by the villain, Drexler.

2.  **The "Zones":** a network of  hundreds of **impoverished**, **overpopulated** ghettos disproportionately impacted by the **toxic environment**, and plagued by **horrific crime and violence**, police and military brutality, and a corrupt justice system that frames the innocent, works them mercilessly, then dumps them in space to die.

Avatar

408. Avatar's setting on Earth borrows most of the Plaintiff's setting, as it is:

1.  Set in the year **2154**.

2.  Overpopulated; 20 billion (from the first page of a 2009 Avatar/Project 880 script).

3.  Crime ridden (Jake's brother was murdered).

4.  Great healthcare is available to the rich, but not to the poor.  This is why Jake goes to Pandora (to money to fix his spine).

5.  The environment of Earth is destroyed.  When Jake prays to the Tree of Souls he explains: "See, the world where we come from… there's **no green there**.  <u>They killed their mother</u>, and they're gonna do the same here."

• 409.   The setting <u>on Pandora</u> is very different from the Plaintiff's work.  However, the Plaintiff has read that more of the action in Avatar's sequels will be set on **Earth**.  Thus, Plaintiff makes this claim to reinforce injunctions against the sequels.

COMPLAINT

### 14. PANOPLY OF SOCIAL & POLITICAL ISSUES

410. Plaintiff's screenplay appears to be the first science fiction or action or adventure or thriller in American film history to **buck** the hollywood rule of avoiding addressing hard, real and divisive political issues, AND to buck the convention of avoiding addressing hard, real and divisive social issues. Rather, the Plaintiff not only addressed hard and divisive socio-political issues, he addressed **MANY** of them. But the Plaintiff went even further: he amplified these issues, meaning he actually made them worse (because his work was set in the future, where the world was grossly overpopulated; thus, the rise in population—and depleting resources—would cause these issues to be worse). This amplification was done as a cautionary warning: to show the trajectory that mankind is on. The Plaintiff's work said, "if these environmental problems are *bad* now (2005 to 2006), they are going to be much worse 140 years in the future—and *much worse* is horrible." The Plaintiff used this same approach to show how horrible healthcare would be in the future; to show how horrible class and wealth and racial issues would be; to show how horrible prison issues would be; to show how bad government and media disinformation would be; and to show how horrible crime and poverty would be.

411. ALL of the socio-political issues addressed in the Plaintiff's work are deeply woven into the story, and into the hero's and villains' motivation or conflict. The Plaintiff did not merely *suggest* any of these issues. In contrast, for example, in *Blade Runner* the streets appear crowded and dirty, but overpopulation and pollution have NOTHING to do with the story, nothing to do with the hero's or villains' motivation or conflict. These elements are just added for ambiance.

412. At the time, 2005-2007, the Plaintiff's use of a panoply (large number) of political and social issues was not just very uncommon, **it had never been done before** —although **in the years since the Defs (and their associates, Neill Blomkamp, Suzanne Collins, others) infringed Plaintiff's work, this has become more common**.

413. The Defs' Avatar infringes on the Plaintiff's use of a panoply of socio-political issues (and uses the very same issues), and amplifies and weaves them into the story.

COMPLAINT

| | |
|---|---|
| 1 | **15. CENTRAL CHARACTER:** |
| 2 | **VILLAIN, Corporations & The Heartless Government** |
| 3 | Butterfly Driver (Uberopolis) |
| 4 | 414.    The Villain of the Plaintiff's screenplay was Peter Drexler, a tremendously |
| 5 | successful mega billionaire corporate businessman, he is also the President of the new world |
| 6 | government, called *The State*.  Thus, through Drexler, the Plaintiff casts corporations and the |
| 7 | government as the villain. |
| 8 | 415.    Peter Drexler, runs The State like a business, profits and performance first.  His |
| 9 | various State, city and/or regional officers give performance reports.  Under performing |
| 10 | regions lose their State status and become "zones", which is a virtual death sentence to the |
| 11 | citizens of those underperforming cities/states. |
| 12 | 416.   We see Drexler's government is elitist and separatist, as his prisons dump prisoners |
| 13 | into space,  his military dumps the religious, the poor, and the less intelligent into the streets |
| 14 | of zones.  More, Drexler openly admits to the removal of all religious believers from The |
| 15 | State (see Ex X6, page 86), and admits he is contemplating implementing voter competency |
| 16 | testing and a massive sterilization plan for the zones (see Ex X6, page 84), and boasts about |
| 17 | conquering the Middle East "by allowing their factions to exterminate each other." |
| 18 | Avatar |
| 19 | 417.   Avatar follows this same structure, casting corporations and the government as the |
| 20 | villain(s), through two separate villains; the primary villain represents the evil government, |
| 21 | his secondary villain represents evil corporations. |
| 22 | 418.   Cameron vilifies corporation via two structures: (1) on Earth, we learn medical |
| 23 | corporations will only fix spinal conditions, like Jake's, if a person has a lot of money; |
| 24 | (2) on Pandora, a corporation called RDA wants to remove the Na'vi from their Hometree to |
| 25 | get the unobtainium beneath it.  The embodiment of corporate evil is *Parker Selfridge*, the |
| 26 | site director of RDA, who makes elitist/separatist statements and  is driven by profit. |
| 27 | 419.   Cameron's **primary** villain is Colonel Miles Quaritch, who is overly eager to |
| 28 | displace or kill the Na'vi, and also makes elitist-separatist statements about the Na'vi. |

COMPLAINT

**16. CENTRAL CHARACTER: Good-hearted Female-Atheist-Scientist Who Is Killed**

Butterfly Driver

420.   Butterfly Driver features a heroic scientist named Tamara Gwynn, who (with her deceased father's help) has invented a new technology that can help save mankind from the toxic environment.  Tamara assure's Arlo that she is a scientist who does not believe in God, in a central exchange (Ex X6, page 15) when Tamara asks Arlo if he is religious:

> TAMARA: ...So you're religious?
> ARLO:      Nah. Maybe there's a God though… You religious?
> TAMARA: Faith comes from our unreasonable hopeful nature.  That's how
>                 we survive.  I put my unreasonable hopes in my A-cell."

421.   In the end, although Tamara's heart was heroic and good, she dies.

Avatar

422.     After Grace Augustine (a central character who is a heroic scientist) is shot by Quaritch, Jake realizes her wounds are life threatening and beyond conventional medicine.  As they race above Pandora, in a helicopter, Jake informs Grace that he is going to take her to the Na'vi so they can heal her with their faith based treatment.  That dialogue reads:

> JAKE:    I'm gonna get you some help Grace.
> GRACE: I'm a scientist, remember?  I don't believe in fairytales.

423.   When Grace arrives to the Na'vi and the Tree of Souls, she is a bit more hopeful that the Na'vi's intervention might save her.  But in the end, her body is too weak, and she dies.

**17.  MOOD**

424.   The mood of the contested works is identical: very dark, with a hopeful ending

**18.  GENRE**

425.     Both works are future-set (2144 and 2154), reality-based, dark, **ecofiction** (environment oriented) science fiction.  The genre is identical.

**19.  VITAL NEW ENERGY SOURCE**

426.   Both works involve a vital new energy source that can improve the lives of people on Earth. In Butterfly Driver, the new energy source is Tamara Gwynn's A-cells.  In Avatar the energy source is unobtainium, found on Pandora.

COMPLAINT

## 20. EARNING A SOUL

427. As shown in the prior section "Spirituality & God" Arlo says "I probably don't know what a soul-mate is. **But I bet __not__ everyone earns a __soul__ in this life**" [See **Exhibit O6**, p 63, line 9.] This statement implies Arlo believes that we all have to *earn*, or cultivate, a soul if we are to exist in the hereafter.

428. There may be other thinkers in the annals of human thought who also conjured the idea of earning a soul, but it had never been expressed in film or screenplay.

429. Yet, once again, of course, Avatar infringes on the Plaintiff's concept of __earning__ something bigger than one's original existence. As Jake becomes closer to the Na'vi he says: "The Na'vi say every person is born twice. The second time is when you __earn__ your place among the people **forever**." This is precisely *earning a soul*—as most *believers* believe the soul is the part of us that lives **forever**. Jake is talking about earning a place in Avatar's *Tree of Souls*. This is *earning a soul*.

430. This one of many stolen aspects that is so unusual that it is akin to a photograph of Defs Cameron and 20CFOX stealing the Plaintiff's work.

- 431. Again, Cameron has never dealt with God or the soul in his prior works.

## 21. POST 911 SLOGANS

432. In late 2003 or early 2004, when the Plaintiff started writing Uberopolis, he decided to mimic the post 911 (and post Iraq war) language popularized by the Bush administration. Thus, on about 4 occasions, he used terms like "embolden" and "negotiating with terrorists." This was more than criticism of Bush Policy, it was to say that our future is haunted by our past. This 911 dialogue is common now, but in 2005 to 2007, it was very cutting edge.

433. In late 2006, when the Plaintiff revised his script and changed its name to Butterfly Driver, he decided to use a softer brush; thus, he used just two of these 911 expressions. On page 51 of Butterfly Driver, a character named Aneesh says, "Imagine how __embolden__ the zones will be if he's (Arlo) not in that courtroom Monday." [sic] [See Ex X6, page 51.] And on page 88 [Ex X6] when Arlo first confronts Drexler, he explains why he has come to Uberopolis, and Drexler responds, "I don't negotiate with State enemies."

COMPLAINT

| | |
|---|---|
| 1 | Avatar |

434.   Avatar not only copies the Plaintiff's use of post 911 terminology, but this terminology is also used to criticize Bush era policy.   Again, this is common now, but in 2005 to 2007 (when the Defendants accessed and misappropriated the Plaintiff's work), this was virtually unheard of—particularly in science fiction, action/adventure, thriller or horror films.

435.   In Avatar, the Defendants mimic the Plaintiff's approach, late in the second act, building up to the climax, Jake informs his friends that Quaritch is planning some sort of "Shock and awe campaign."   Later, just before the final battle begins, Quaritch motivates his troops by telling them "We're going to fight terror with terror."

## 22. RACIAL & CLASS DIVISION

436.   Plaintiff's screenplay, *Uberopolis: City of Light* showed tremendous racial, class and wealth division.   The racial division was emphasized as the Plaintiff showed many black and hispanic characters living in the zones.   But to bring out the antipathy between the races and the classes, Plaintiff had his villain (President Drexler) say, on TV, overtly divisive, hateful statements.   The key was structuring events and dialogue so that every word rang true. Plaintiff was doing something so unique that he wrote new rules (which have been universally adopted): Plaintiff's very "political" and "racial" script, pushes all boundaries, and uses profanity, but never uses a racial epithet or uses the words *Republican* or *Democrat*.

437.   Avatar was so eager to infringe on the Plaintiff's racial/class conflict that Def Cameron actually has Quaritch ask Jake (after he learns of Jake's romance with Neytiri): "How's it feel to betray your own **race**?!"   Later, lacking any subtlety, Quaritch actually tells his troops: "(We're gonna) blast a crater in their (the Na'vi) **racial** memory."

438.   These are desperate efforts to mirror the Plaintiff's *racial and class conflict* structure and themes.   At best, the Na'vi might be in the same phylum, class, or order as humans, but they are far from the same species, let alone "race".

439.   Of course, the Defendants strictly follow Plaintiff's underlying rules: their racial and political script never uses a racial epithet or says the words Republican or Democrat.

COMPLAINT

## 23. PLOT

440.    Virtually every plot structure, every expression, every idea and element of Avatar came from Plaintiff's work.  The Defs also have stolen much of Plaintiff's overarching plot.

Plaintiff's Overarching Plot

441.    Butterfly Driver's overarching plot might read: "**Unable to afford a medical procedure** to save his daughter from Earth's polluted atmosphere, **a poor former US soldier** (Arlo) who is also **disabled** (suffering *ice-pick* headaches) **will go to impossible lengths for the love of his daughter**—and in the process he may **save Earth's environmental biosystem**—if the corrupt corporate government doesn't stop him first."

Defendant's (Avatar) Overarching Plot

442.    Avatar's overarching plot might read:  "**Unable to afford the medical procedure** that might repair his spine, **a poor former US soldier** (Jake), who is also **disabled** (parapalegic), agrees to be part of a mining mission to a distant planet called *Pandora*, where he falls in love with an alien.  But when the humans and aliens come into conflict, Jake **will go to impossible lengths for his new love**—and may **save Pandora's environmental biosystem**—if the corrupt corporate mining company doesn't stop him first."

443.    The Defendants intend to use the Plaintiff's theme of a hero who will go to impossible lengths for his child in the Avatar Sequels. June 20, 2017, in Deadline magazine (**Exhibit K5**), Avatar producer Jon Landau stated:

> "At the heart of any movie are the characters," Landau continued. "One of the strengths of great scripts are always the universal and relatable themes… There's no more relatable theme than **family**. At the center of each of our four movies (sequels) will be the Sully family."

## AVATAR COPYRIGHT INFRINGEMENT SUMMARY

444.    Avatar earned $2.5-BILLION profit, theatrically, by infringing Plaintiff's ideas.  When Plaintiff's work is extracted from the Defs' infringing film, all that is left is a bland love story and blue people on a planet called Pandora. 20CFOX would never have *greenlighted* such a film, if not for Plaintiff's work.

COMPLAINT

**WHAT THE DEFENDANTS COULD NEVER COPY:**

**The Science In Science Fiction**

445.   Good sci-fi writers gravitate to sci-fi because it gives them a chance to share where they think science is taking us.  The Plaintiff shared his vision, at every turn of the page:

Page 15,16 (**Exhibit X6**)

**TAMARA:** Antimatter cell... Traditional fuel pollution kills 130 million people every year. The State calls that an acceptable environmental sacrifice. My father believed every problem has an absolute solution -without sacrifice. After 6 years, via atomic polarity reversal, we created our Acells, isolating antimatter H20 in a neutral plasmic insulator. A teaspoon of water produces enough clean energy to power a sky-car for a week. They'll save over 100 million lives per year.

Page 30 (**Exhibit P6**)

**DAVID:** This water is from the dehumidifying water re-cycler. It collects all the evaporated moisture from the city and pours it back in here…

Page 31 (**Exhibit Q6**)

**DAVID:** … The harbor's phydo-plankton and the forest trees makes 60 percent of the oxygen in this biosphere. They get the rest by splitting the oxygen atoms out of the water. That process creates the hydrogen used to fuel everything...

Page 46 (**Exhibit R6**)

**NEWS ANCHORWOMAN:** ...Though he looks too young to have achieved so much, what many people don't know is the 48 year old Drexler was genetically reprogrammed to a permanent age of 25 -and his new genes have been reprogrammed to produce no myostatin. So those bulging biceps are three times the strength of a normal man -without working out.

Page 48 (**Exhibit S6**)

**DOCTOR / LANEY SCHULER:** It's a inverse agonist H1 enriched polypeptide medicine that helps the mucous system create an antigen barrier against environmental toxins.  One pill protects for about three of four months. It's generally used as preventative maintenance, but it's proved effective at reversing advanced respiratory distress -the only known treatment…

Page 73 (**Exhibit X6**)

**PUBLIC ADDRESS**: ... All six billion gallons of water in the Uberopolis Harbor were secured when Drex-Tech captured the RathmanTuttle comet ...

Page 78 (**Exhibit X6**)

**PUBLIC ADDRESS**: ... 95 percent of the materials used to construct Uberopolis were mined and produced at President Drexler's lunar refinery...

446.   These sorts of science snippets are found throughout the Plaintiff's script.  Whereas there is no science in Avatar, underscoring the Defendants' inability to create such a work.

COMPLAINT

# SECTION ELEVEN

## "TAKEN" INFRINGEMENT CLAIMS

**Butterfly Driver / Uberopolis**                    **Taken**

**Plaintiff's Infringement Claims Against Defs 20CFOX & Robert Mark Kamen**

**For The *TAKEN* Film Series**

447.   Plaintiff brings these separate claims for Copyright Infringement against **20CFOX** and Robert Mark Kamen, for the film ***Taken***, which infringes Plaintiff's original screenplay ***Butterfly Driver*** (and its previously titled version ***Uberopolis: City of Light***).  These claims are also made against Taken's sequels: ***Taken 2***, ***Taken 3*** (and any other sequels), as they are an extension of the original infringement and concept.

448.   Feb 26, 2007, the same day that James Cameron filed his invalid *Avatar* screenplay copyright registration, and just **8 days before** 20CFOX filed *Avatar*'s **valid** script copyright registration, Luc Besson and Robert Mark Kamen registered Taken's screenplay copyright, a film financed and distributed by 20CFOX.  [Taken's copyright is attached as **Exhibit O5**.]

### ACCESS

449.   Earlier in this Complaint, Plaintiff demonstrated that Def 20CFOX accessed his work via a series of transactions, beginning January 2006: (1) ZGM asked Plaintiff to send them his script (ZGM's owners were friends of 20CFOX Alex Young); (2) Plaintiff sent ZGM his script; (3) ZGM then opened a company called Future Service Inc; (4) NC and 20CFOX then purchased Future Service Inc; (5) Future Service Inc then appeared on 13 of 21 Avatar copyrights; (6) By purchase or claim, NC and 20CFOX then came to control the

COMPLAINT

1  distribution rights to *Taken* and *Avatar* (films that infringe Plaintiff's work). **This series of**
2  **events establishes access**.  (These events are more fully described in page 15 to 24, herein.)

3  450.  Once 20CFOX and NC obtained Plaintiff work, they subcontracted Luc Besson and
4  Robert Mark Kamen to write a derivative script.  Besson is not named as a defendant because
5  he is a French citizen who has repeatedly been accused of raping women.  Plaintiff finds the
6  idea of interacting with Besson noxious.  Thus, Plaintiff will allow News Corp and 20CFOX
7  (with their histories of hiring sexual predators) to assume responsibility for Besson.

8  451.  Taken was allegedly released in France, Feb 27, 2008 —over **two years after ZGM**
9  **accessed Plaintiff's work**, and released in the **USA**, Jan 30, 2009, over 3 years after access.

10  452.  Filming of Taken began in March 2007, a few days after the *Taken* screenplay was
11  registered, and a few months <u>after</u> *Butterfly Driver* first  appeared on TriggerStreet.com.

<p align="center">**INFRINGEMENT CLAIMS AGAINST DEFS' *TAKEN* SERIES**</p>

13  ● 453.  In infringement cases, a plaintiff must specify what elements of his/her work were
14  infringed on by the defendant(s).  Thus, Plaintiff's claims against *Taken* are different from his
15  claims against *Avatar*, as Plaintiff only identifies the aspects that were infringed.

16  454.  Plaintiff's infringement claims against the Defendants' *Taken* (and thereby the *Taken*
17  series) are made under the following **headings**, concluding on page 95.

<p align="center">**PLOT**</p>

19  455.  The Plaintiff believes that the overarching central plot of *Uberopolis: City of Light* **is**
20  **the first of its kind**.  Since the Defendants accessed the Plaintiff's work, numerous films
21  have copied the Plaintiff's unique central overarching plot structure.  The earliest known film
22  to infringe on this central plot structure is *Taken*.

<p align="center">**Basic PLOT of Butterfly Driver**</p>

24  456. Butterfly Driver is about the impossible lengths and desperate measures a poor former
25  US soldier and patriot will take to save his daughter, with only one week to do it.

<p align="center">**Basic PLOT of Taken**</p>

27  457.  Taken is about the impossible lengths and desperate measures that a poor former US
28  soldier will take to save his daughter, with only 96 hours to do it.

<p align="center">COMPLAINT</p>

## HERO

458.  Plaintiff created a very unique hero (especially at the time, 2005).  Unlike the typical action adventure hero, who, at the time, were childless, had unlimited money, womanized, lived in expensive apartments or houses, and never seem to work; Arlo was the opposite: a devoted father, poor, working all the time, living below his family in a small sparsely decorated studio in a garage.  Taken infringes on all of these unique attributes, and more:

| Butterfly Driver / Uberopolis | Taken |
|---|---|
| • Arlo Grainer is a **former** U.S. soldier & war hero. | • Brian Mills is a former U.S. military special forces hero; possibly ex-CIA. |
| • Arlo's age is 45. | • Brian appears 45-50. |
| • Arlo is a devoted father. | • Brian is a devoted father. |
| • Arlo is a poor man. | • Brian is a poor man. |
| • Arlo lives alone. | • Brian lives alone. |
| • Arlo is separated. | • Brian is divorced. |
| • Although separated, because Arlo is committed to his kids, he lives downstairs in a converted garage. | • Although divorced, because Brian is committed to his daughter, he lives nearby, in a small apartment. |
| • Although very masculine, Arlo does not have a girlfriend, as he is focused on his kids and being a good father. | • Although very masculine, Brian does not have a girlfriend, as he is focused on his daughter and being a good father. |
| • Arlo thinks clearly under pressure, is a great fighter, but avoids combat unless necessary. | • Brian thinks clearly under pressure, is a great fighter who fights whenever possible. |
| • Arlo has military connections that help him repeatedly (1. Dr. Laney Schuler treats Franny; 2. Arlo's military and ZR friends get him into Uberopolis). | • Brian has military connections that help him repeatedly (1. military connections gets Brian to Paris in a private jet; 2. said connections help find bad guys). |

COMPLAINT

| | |
|---|---|
| 1 | **MANY INFRINGED PLOT AND CHARACTER STRUCTURES:** |
| 2 | **POOR HERO** |
| 3 | **Butterfly Driver / Uberopolis** |
| 4 | 459.   Plaintiff chose to make his hero poor, which, at the time, was very uncommon. |
| 5 | Plaintiff did so because he wanted to promulgate new, accurate and **nobel** portrayals of the |
| 6 | poor. |
| 7 | **Taken** |
| 8 | 460.   The Defendants infringed on Plaintiff's "poor hero" concept.  The Defendants show |
| 9 | (and say) that their hero is poor in a several ways, including: |
| 10 | 1.   In the beginning of the film Brian buys his daughter an inexpensive karaoke machine |
| 11 | for her birthday.  The owner of the store comments that Brian has come to the shop |
| 12 | many times to see that machine (suggesting that Brian lacks the resources to make |
| 13 | purchases that most middle-class Americans can make easily). |
| 14 | 2.   In a phone conversation with his daughter Kim's kidnappers, Brian tells the |
| 15 | kidnappers that he does not have any money, but if they do not let Kim go |
| 16 | immediately, he will kill all of them. |
| 17 | **HERO IS ALWAYS WORKING & JOB DESTROYS MARRIAGE** |
| 18 | **Butterfly Driver / Uberopolis** |
| 19 | 461.   The Plaintiff created a hero, Arlo, who was always working.  From the beginning of |
| 20 | the script to the end.  In *Uberopolis: City of Light* (Ex O6, page 63) a warrior woman is |
| 21 | attracted to Arlo and asks if Arlo is happily married, and Arlo succinctly explains his |
| 22 | dangerous job (line riding) hurt his marriage. |
| 23 | TINA |
| 24 | I guess your wife must be very happy. |
| | ARLO |
| 25 | Maybe a long time ago -before I started |
| 26 | line riding. |
| | **Taken** |
| 27 | 462.   *Taken* borrows this structure.  Near the end of the film, Brian's ex-wife explains she |
| 28 | worried for years about Brian's long absences and worried if he would make it home alive. |

COMPLAINT

| | |
|---|---|
| 1 | **HERO LIVES NEAR HIS SEPARATED FAMILY** |
| 2 | **Butterfly Driver / Uberopolis** |
| 3 | 463.  The Plaintiff 's hero is separated from his wife, but lives nearby in a small converted |
| 4 | studio, in one half of the downstairs garage. |
| 5 | **Taken** |
| 6 | 464.  *Taken* borrows this, in the first act, at a barbeque, Brian's friend asks of Brian's |
| 7 | ex-wife, "Does she appreciate the fact that you've given up your life to be closer to her?" |
| 8 | **HERO USES HIS PHONE AND GPS TO OUTSMART & MISLEAD PURSUING** |
| 9 | **STATE FORCES, AND USES A SECOND PHONE TO MONITOR THEM** |
| 10 | **Butterfly Driver / Uberopolis** |
| 11 | 465.  When Arlo learns that State bounty hunters are in his zone looking for him, he races |
| 12 | home to gather his family, but before leaving, Arlo booby-traps the house.  Then, knowing |
| 13 | that State bounty hunters are following the GPS (Global Positioning System) signal in his |
| 14 | phone (omni-com), Arlo places his phone, with the video recorder "on," in the pocket of a |
| 15 | jacket on a coat-rack, then places the coat-rack in front of a window in the house—so that in |
| 16 | the silhouette of the streetlight, the coat-rack appears like a man hiding behind the window. |
| 17 | Arlo flees with his family.  A bit later, Arlo calls his phone from his wife's phone, and |
| 18 | watches the video feed from his phone, and sees his booby trap kill the bounty hunters.  [See |
| 19 | Ex X4, pp 11-13]. |
| 20 | **Taken** |
| 21 | 466.  *Taken* borrows Plaintiff's screenplay's exact structure. |
| 22 | 467.  Wary about a meeting with his old friend, Jean-Claude Pitrel, and knowing that when |
| 23 | he calls Pitrel, the French special police will be able to track his position (using GPS), Brian |
| 24 | places his phone on top a building near a park, with a walkie-talkie attached, then calls Pitrel |
| 25 | from another roof-top.  When Brian calls Pitrel, Pitrel's men descend on Brian's phone, only |
| 26 | to find his  phone connected to a walkie-talkie, and Brian gone, as Brian watches from afar. |
| 27 | •  468.  *Taken* does not explain the impossibility of dialing a phone via walkie-talkie. |
| 28 | •  469.  *Taken* does not comprehend that GPS is always on, not just during calls. |

COMPLAINT

**HERO INFILTRATES BY DRESSING UP AND PRETENDING TO BE A COP**

**Butterfly Driver / Uberopolis**

470.    On the satellite city Uberopolis, Arlo steals a police uniform from an unconscious police officer, then infiltrates Uberopolis' hospital by pretending to be a police officer.

**Taken**

471.    Brian dresses in a police officer's uniform, and pretends to be a police officer, to infiltrate the lair of the bad gang (the "bad" Albanian immigrants).

**HERO TRICKS HIS OLD FRIEND (AN EXPERIENCED**

**STATE INVESTIGATOR) TO BELIEVE THAT HIS GUN IS UNLOADED**

**Butterfly Driver / Uberopolis**

472.    Jerry, Arlo's old friend from the  military, now works for the government as a special investigator, but hates his job.  Midway through the story, Jerry agrees to apprehend Arlo. When Arlo and Jerry finally come into direct contact, Arlo pulls a gun on Jerry and order's Jerry to give him his gun.  Jerry complies, then suddenly punches Arlo, and a fight ensues.  The fight culminates with Jerry and Arlo mixing up their guns, and Jerry holding a gun on Arlo, and Arlo holding a gun on Jerry.  Arlo gets the upperhand by informing Jerry that Jerry is holding Arlo's **gun and it is not loaded,** then points Jerry's gun at Jerry and instructs Jerry to give him the gun, and get in the back of the sky-car trunk.  Jerry complies.

**Taken**

473.    Jean-Claude Pitrel, Brian's old friend from the military, now works for the French government as a special investigator, but hates his job.  Midway through the film, Pitrel agrees to apprehend Brian, to stop him from wreaking further havoc on Paris.  When Pitrel gets home from work, he finds his wife has already allowed Brian into Pitrel's house.  Pitrel excuses himself to the bathroom, where he gets his gun.  When Pitrel returns to the table, he pulls his gun on Brian. **Brian informs Pitrel that his gun is unloaded**, and drops Pitrel's bullets on the table.  (Brian craftily went to the bathroom, earlier, and unloaded Pitrel's gun.)

● 474.   The film fails to explain why Pitrel was not carrying his loaded police issued gun, when he got home from work.

COMPLAINT

| | |
|---|---|
| 1 | **PARANOID HERO** |
| 2 | **Butterfly Driver / Uberopolis** |
| 3 | 475. Arlo is always on guard, from years of living in a war zone. When unexpectedly |
| 4 | startled, he puts his gun in a peaceful guru's face. [See Ex X6, page 58.] The guru explains: |

<div align="center">

GURU

Surviving the war and fourteen years underground requires some
healthy **paranoia**. But you're safe here.

</div>

| | |
|---|---|
| 8 | 476. Benni is very bothered that Arlo could put a gun in a peaceful Guru's face. As this |
| 9 | dialogue progresses (Ex X4, page 60) Arlo explains that his fears keep him aware, saying: |

<div align="center">

ARLO

Fearless? I got fears. They keep me smart... on my toes.

</div>

<div align="center">

**Taken**

</div>

| | |
|---|---|
| 13 | 477. Taken infringes on this same paranoid characteristic, as Brian drives his daughter |
| 14 | Kim to the airport, they have the following exchange: |

<div align="center">

KIM

"Mom says your job makes you paranoid."

BRIAN

My job makes me aware.

</div>

<div align="center">

**HERO STEALS MULTIPLE VEHICLES, HAS MANY VEHICLE CHASES,**

**CAUSES ACCIDENTS, BREAKS INTO VEHICLES, CAUSES EXPLOSIONS**

**Butterfly Driver / Uberopolis**

</div>

| | |
|---|---|
| 21 | 478. Arlo engages in 7 high speed vehicle **chases**. Arlo **steals** 4 vehicles: 2 space |
| 22 | shuttle-**trains** (Ex X6 pp 32-33, 110-111), 1 police sky ranger (p85), 1 police sky cycle |
| 23 | (p101). Arlo also breaks into Jerry's car. And Arlo causes multiple vehicle **crashes** and |
| 24 | several **explosions**. |

<div align="center">

**Taken**

</div>

| | |
|---|---|
| 26 | 479. Brian engages in multiple car **chases**, **steals** multiple vehicles, causes many vehicle |
| 27 | **crashes**, causes several **explosions**, and **breaks into** one or more vehicles. |

<div align="center">

COMPLAINT

</div>

| | |
|---|---|
| 1 | **HERO WILL NOT / CANNOT COMPROMISE** |
| 2 | **Butterfly Driver / Uberopolis** |
| 3 | 480.   Arlo will not compromise his values.  Thus, in the final page of Butterfly Driver, |
| 4 | Arlo's estranged wife Rianna tells Arlo, "You're still impossible." |
| 5 | **Taken** |
| 6 | 481.   In the first act, at an airport, Brian's ex-wife argues that Brian will not compromise. |
| 7 | **HERO CAUSES VILLAIN & ANCILLARY CHARACTERS TO WORRY** |
| 8 | **ABOUT THE DESTRUCTION THE HERO MIGHT DO TO THE CITY** |
| 9 | **Butterfly Driver / Uberopolis** |
| 10 | 482.  The Plaintiff had secondary character(s) comment on Arlo's capacity for destruction, |
| 11 | if provoked.  For instance (See **Exhibit T6**, page 70, Uber), when Howard Mann learns that |
| 12 | Arlo is going to the satellite city of Uberopolis, he comments: |
| 13 | HOWARD MANN |
| 14 | Shit.  That's throwing a match in a powder keg. |
| 15 | **Taken** |
| 16 | 483.   Taken misappropriates this story structure and has secondary character(s) comment |
| 17 | on Brian's capacity for destruction, Jean-Claude Pitrel tells Brian: |
| 18 | JEAN-CLAUDE PITREL |
| 19 | Brian, you cannot just run around tearing up Paris. |
| 20 | **HERO RIDES IN CAR (VEHICLE) WITH HIS CHILD, WHILE HIS** |
| 21 | **CHILD INQUIRES ABOUT THE HERO'S DANGEROUS JOB** |
| 22 | **Butterfly Driver / Uberopolis** |
| 23 | 484.   In the first act of Uberopolis, as Arlo rides with his teenage son, John Carl, his son |
| 24 | asks Arlo about his dangerous job. (See **Exhibit U6**, pp 9,10, Uber) |
| 25 | JOHN CARL: Why do they call it line-riding, anyway? |
| 26 | ARLO: The U.W.N.'s radar shield is 200 feet above ground level.  To avoid being shot down we have to ride  below that line. |
| 27 | JOHN CARL: Hmm.  So, when are you gonna take me on a run with you? |
| 28 | ARLO: Never.  I wish you'd get that idea out of your head.  We need more doctors and business... |

<div align="center">COMPLAINT</div>

| | |
|---|---|
| 1 | **Taken** |
| 2 | 485.  *Taken* infringes this story/character structure: As Brian drives his daughter Kim to |
| 3 | the airport, Kim explains that when she was younger, she asked her mother about Brian's job, |
| 4 | but her mother told Kim to ask her father (Brian).  Kim explains she was always too afraid to |
| 5 | ask.  Brian explains that he's a *preventer*; he prevents bad things from happening. |
| 6 | **HERO'S DAUGHTER** |
| 7 | 486.  In *Butterfly Driver/Uberopolis* Arlo Grainer will go around the world, and up into |
| 8 | Space, to the super satellite for the super-rich, Uberopolis (where Arlo becomes a one-man |
| 9 | wrecking ball), all to save his daughter. |
| 10 | 487.  Similarly, Brian Mills will go halfway around the world for his daughter, and |
| 11 | become a one man wrecking ball; which may in itself be copyrightable.  But 20CFOX, |
| 12 | Besson and Kamen went further than that. |
| 13 | **Defs' "Daughter" Infringes The Spirit Of Plaintiff's Daughter Character** |
| 14 | 488.  The Plaintiff's character, Franny is a seven year old girl.  The Plaintiff chose that |
| 15 | age because he felt that it would soften the hearts of most readers/viewers, because a child |
| 16 | that age is so vulnerable and innocent, that all good people would wish no harm to come to |
| 17 | such a young child; thus, they would also be more engaged with the hero's struggle. |
| 18 | 489.  Although Taken's daughter character, Kim, is 17 years old, the film opens with a |
| 19 | few minutes of old "family video tape footage" of "Kimmy" at her fifth birthday, then |
| 20 | returns to this footage again, later.  The film also  repeatedly returns to scenes where the |
| 21 | hero, Brian, is at home looking at photo albums of Kim when she was a little girl.  This is |
| 22 | the Defendants' desperate effort to infringe on the Plaintiff's story structure.  By showing |
| 23 | this footage and these photobook images, the Defendants are pathetically trying to coerce |
| 24 | the audience to see Kim as a little girl, so the actions of the hero will have deeper meaning. |
| 25 | 490.  This business of repeatedly showing the video tape and photobook images of the |
| 26 | five year old Kimmy is also clearly an effort to disguise the Defs' infringement.  Clearly the |
| 27 | Defendants wanted Kim to be a little girl, but changed her age to make their flagrant |
| 28 | infringement seem a bit less transparent. |

COMPLAINT

**CENTRAL THEMES**

### (1) Central Theme: The Primacy Of Family

491.  The primacy of family is a central theme of the Plaintiff's work and the infringing film Taken.

### (2) Central Theme: The Virtue Of Character

492.  The Plaintiff's work and Taken both feature unusual heroes who are uniquely good and responsible men, who are poor, live simply, do not womanize, and do not compromise.

### (3) Central Theme: Immigration

493.  Immigration was a very central theme in Plaintiff's work.  At the time, 2005-2006, immigration was a very uncommon subject for a mainstream action-adventure or sci-fi films. The Plaintiff wrote about immigration in a loving, understanding way, as he took a proud former American family (the screenplay takes place about 14 years after the downfall of America) and forces this proud American family to immigrate into the wealthy and powerful "State" to survive.

494.  Of course, the Defs took this immigration theme.  But rather than weaving it deeply into the story structure with a shred of respect for the plight of the immigrant, the Defs hatefully cast the primary villains as a group of kidnapping, drug-dealing, pimp immigrants, then gave Brian and Pitrel some of the most anti-immigrant dialogue in film history:

> JEAN-CLAUDE PITREL
> (Speaking to Brian Mills about Immigrants)
> "They showed up from the east 6 or 7 years ago; 15, 20 of them. Now there are hundreds. We don't even know how many. And dangerous!"

495.  Later, when Brian Mills confronts the Albanian bad guys in their lair:

> ALBANIAN BAD GUY:   Mister, if you're trying to make extortionist because we are immigrants…
> BRIAN MILLS:  I'm extorting you because you are breaking the law.  Now which law would you like to be arrested for: drugs, kidnapping, prostitution?  Take your pick.  You come to this country, take advantage of a system, and think because we are tolerant, we are weak and helpless.  Your arrogance offends me."

COMPLAINT

**Unhappy Government Worker Who: (1) Complains About Job, (2) Is An Old Military Friend Of The Hero, (3) Tracks The Hero, (4) Loses An Empty Gun To The Hero, (5) Tries To Talk The Hero Into Surrendering...**

496.   **Butterfly Driver** features a unique central character, who knows the hero from their past in the military.  This character's collective characteristics are:

1.  Jerry is an old friend of the hero.

2.  Jerry served in the military with the hero.

3.  Jerry is very unhappy in his government job and complains about his job.

4.  Jerry has a son that he is very close to.

5.  Jerry is seen reading to his son in his son's room.

6.  Jerry is happily married.

7.  Jerry negotiates with his superiors before agreeing to apprehend the hero.

8.  Jerry tries to get the hero to **surrender** and turn himself in.

9.  Jerry gives significant assistance to the hero at one point in the story (the ending).

10. Jerry pulls a gun on the hero, but hero gets away by telling Jerry his gun is **unloaded**.

11. Jerry refers to the government as "**The State**".

**Taken**

1.  Pitrel is an old friend of the hero.

2.  Pitrel served in the military with the hero.

3.  Pitrel is very unhappy in his government job and complains about his job.

4.  Pitrel has children that he is very close to.

5.  Pitrel is seen reading to his children in their room.

6.  Pitrel is happily married.

7.  Pitrel negotiates with his superiors before agreeing to apprehend the hero.

8.  Pitrel tries to get the hero to **surrender** and turn himself in.

9.  Pitrel gives significant assistance to the hero at one point in the story (the beginning).

10. Pitrel pulls a gun on the hero but the hero has already **unloaded** Pitrol's gun.

11. Pitrel refers to the government as "**The State**".

COMPLAINT

| | |
|---|---|
| 1 | **"THE STATE"** |
| 2 | **Butterfly Driver / Uberopolis** |
| 3 | 697.   In Plaintiff's screenplay, all characters refer to the new Unified World Government |
| 4 | as "**The State**".  This is an idiosyncratic touch the Plaintiff used to create an authentic feel |
| 5 | for his new business-centered world government. |
| 6 | 498.   Copyright expert William Patry explained in his 2009 book "Patry on Copyright," |
| 7 | that one method to establish "striking similarity" is by finding *if the plaintiff's work contains* |
| 8 | *an unexpected or idiosyncratic element that is repeated in the alleged infringing work.* |
| 9 | **Taken** |
| 10 | 499.   It will not surprise the Court that *Taken* also features this idiosyncratic element, as |
| 11 | both Brian Mills and his friend/villain Jean-Claude Pitrel both refer to the Government as |
| 12 | "The State".  This is glaring infringement, because Brian lives in America and works for the |
| 13 | US government, and Pitrel lives in France and works for the French government.   This |
| 14 | infringement can be seen in Taken, when Brian calls Pitrel's phone, as Pitrel sits in a park: |
| 15 | JEAN-CLAUDE PITREL |
| 16 | "You can't beat **The State**, Brian! You know that!" |
| | BRIAN MILLS |
| 17 | "I'm not trying to beat **The State**!  I'm trying to save my daughter!" |
| 18 | **TIME LIMIT** |
| 19 | **Butterfly Driver / Uberopolis** |
| 20 | 500.   To add a layer of urgency, Plaintiff gave Arlo a week (7 days) to save his daughter. |
| 21 | **Taken** |
| 22 | 501.   Taken borrows this element, and gave Brian 96 hours (4 days) to find his daughter. |
| 23 | **SUMMARY OF *TAKEN*'S INFRINGEMENT** |
| 24 | 502.   The Taken series has earned $800-million profit, at theaters alone. Unlike Avatar, |
| 25 | which still has an empty love story and blue cat-people when Plaintiff's work is extracted, |
| 26 | when the Plaintiff's work is extracted from Taken, there is **nothing** at all left.  Without a |
| 27 | former US military hero who will go to impossible lengths to save his daughter (and all the |
| 28 | other signature elements that the Defendants infringed) there is no film, there is no series. |

COMPLAINT

## <u>*FRAUD & UNLAWFUL ACCESS* SUPPLEMENT</u>

### THE DEFS ARE CAUGHT HACKING PLAINTIFF'S COMPUTER (<u>ON VIDEO</u>);

### DEFS MANUFACTURE FALSE EVIDENCE; AN <u>NSA</u> WARNING

- Jan 14, 2020, Plaintiff Discovered How The Defs' Internet Fraud Scheme Works, And Captured The Defs Hacking His Computer —**On Video Tape**!

- The Defs Used The IA To Produce Fraudulent Crawls And Addresses, & Used **Google LLC's** *Chrome Browser* To Produce Fraudulent URL (Web Address) Readings.

- Plaintiff's Discovery Shows How The Defs Falsified Every Central Web Page And Web Article In This Complaint;

- The Same Day, Jan 14, 2020, The NSA Announced That *Window 10* OS Has A Dangerous Vulnerability.  The Defs Exploited This Vulnerability.

503.   January 14, 2020, after writing and rewriting this Complaint, and after more than five months of work (continually delayed due to the slow process of debunking the Defs' Fraud, and by the Defs' ongoing hacking), Plaintiff finally solved the final two mysteries of this matter.  **This solution would lead to the total and complete debunking of the ALL central documents related to the Defs' fraudulent scriptment story**.

504.   January 14, 2020, as the Plaintiff approached completion of this Complaint, he was satisfied that he had proven the fraudulence of ALL central documents in the Defs' infringement scheme —<u>except two documents</u>.  Although the Plaintiff had substantial circumstantial evidence of Fraud and falsification for the www.**JackChaos.com** and the www.**uni-kiel.de** pages, he could not resolve how the Internet Archive was falsifying those pages.  Thus, at that time, this Complaint still treated those two pages as if they were valid.

505.   Also around this time, Plaintiff went to MovieBytes.com, because according to Plaintiff's January 20, 2006 email to ZGM, this was the website that led Plaintiff to ZGM.  However, Plaintiff discovered he was **blocked and locked out** of the MovieBytes.com site.  Plaintiff then discovered that he was also **blocked and locked out** of AbsoluteWrite.com.  AbsoluteWrite was another website that in 2005 and 2006 had frequently mentioned Zero Gravity Management (ZGM).  After being blocked by these websites, Plaintiff went to the

COMPLAINT

IA to see how MovieBytes.com and AbsoluteWrite.com looked in January 2006. But when the Plaintiff examined the crawls of these pages, they appeared falsified: the IA crawl patterns of looked manufactured (IA crawl patterns usually have a random, *semi-organic* appearance, but these crawls looked uniform, blocksh and manufactured). Thus, January 14, 2020, Plaintiff resolved to make one last effort to solve the mystery of how the Defs made JackChaos.com, www.uni-kiel.de appear valid, and try to determine why the MovieBytes.com IA page crawls appeared so fraudulent.

### THE IA CRAWL URL MYSTERY IS SOLVED

506. About 5:00p, Jan 14, 2020, Plaintiff solved the mystery of how the IA and Google LLC made the final two central falsified web pages appear valid. The solution was so remarkable that Plaintiff quickly made a few videos of the solution (the second video was recorded around 10pm). **More astounding**, in the final 90 seconds of the second video (Vid Ex 2), the Defs hacked into Plaintiff's Computer. The solution was unprecedented.

507. After staring at the final few fraudulent crawls for hours, Plaintiff realized that he had been exclusively examining the crawls on his **Google Chrome** browser. Thus, Plaintiff resolved to look at the crawls on his *Internet Explorer* browser. **This solved the problem**. When Plaintiff made this breakthrough, the web addresses he was examining were: 1.     www.jackchaos.com;        2.        www.uni-kiel.de/medien/cameronlitdreh.htm; 3. www.moviebytes.com.

### HOW THE DEFENDANTS' SCHEME WORKED

508. When one searches a website or web page on the Internet Archive (**IA**), the first portion of the URL (web address), from the left, will always be the Internet Archive's web address (https://web.archive.org), followed by the word "web" inside forward slashes (/web/), followed by an asterisk enclosed in forward slashes (/*/), followed by the website the user has entered into the search bar. Thus, if you entered "**www.cnn.com**" into the IA search bar, the final URL would read: "https://web.archive.org/web/*/www.cnn.com". The actual IA search (calendar crawl) of CNN's website (www.cnn.com) appears on the top of the next page.

COMPLAINT



509.  The view above is a standard *calendar* or *timeline* view of a website or a webpage. This view shows all of the different days and times that a website or a page was crawled. The user then selects the page *time period* (year) and then actual page crawl that they wish to see.  The *calendar* or *timeline view* of a website or web page is like the "main" or "root" or "home" page, as the actual individual crawls are simply hyperlinked to the calendar pages.

510.  Users can also search a particular page.  For example, if one wanted to see CNN's "Politics" page, the user can search "www.**cnn/politics**" the IA search bar.  The URL for that search will read ""https://web.archive.org/web/*/www.cnn.com/politics"; pictured below.



COMPLAINT

511. Once the user "clicks" and selects the crawl date (year) that he/she would like to see, a large crawl number replaces the asterisk between the slashes. A year and asterisk (e.g., "2016*") appears in the space with the asterisk **ONLY** when the user "clicks" the *year* of the page crawl that he/she would like to see; otherwise the IA highlights the current year.

### SOLUTION:

### Google LLC's Chrome Browser Was Sending Plaintiff False URL Readings

512. When Plaintiff used his **Google** browser and entered these URLs into the IA (Internet Archive, or the *Wayback Machine*) his Google Browser URL returned the false readings of:

1. https://web.archive.org/web/*/www.jackchaos.com (see Ex M2)
2. https://web.archive.org/web/*/www.uni-kiel.de/medien/cameronlitdreh.htm;
3. https://web.archive.org/web/*/www.moviebytes.com.

513. These URL readings appeared valid; however, they were false URL readings. Plaintiff's Google browser was sending Plaintiff false URL readings that appeared valid. But when Plaintiff used his **Internet Explorer** browser he discovered the truth.

### MicroSoft Internet Explorer Reveals The True URLs

514. When Plaintiff used his **Internet Explorer** browser and entered the exact same web addresses into the IA search bar, his Explorer browser revealed the true URL readings. All of the falsified crawls' URLs had four extra digits (which appeared to be year markers) and an asterisk. The true falsified URLs were (the fraudulent portions are underlined and **bold**):

1. https://web.archive.org/web/**2016***/www.jackchaos.com
**2.** https://web.archive.org/web/**2019***/www.uni-kiel.de/medien/cameronlitdreh.html
**3.** https://web.archive.org/web/**2019***/www.moviebytes.com.
● These IA calendar crawls are attached in Ex Q5 and/or Video Exhibits 1 and 2.

515. Plaintiff immediately realized that the Defs (namely, Google LLC and Internet Archive) had arranged that if an IA user selected any of the Defs' fraudulent web pages/articles, the search would be redirected to the falsified IA calendar/timeline and page crawls. But somehow Google LLC modified Plaintiff's Chrome browser to show Plaintiff a falsified URL reading, making the fraudulent URL appear valid in Plaintiff's URL bar.

COMPLAINT

516.     As these details are difficult to convey, and perhaps hard to understand, on January 14, 2020, after solving the mystery, Plaintiff made two videos of this discovery.  **The end of the second video captures the Defs in the act of hacking Plaintiff's computer.**  The first video shows how the jackchaos.com IA crawls automatically redirected to the improper URLs (Plaintiff also demonstrates how the IA should behave, using Ebay.com, YouTube.com and Copyright.gov as examples).  This video demonstration is attached as **Video Exhibit 1**, on the DVD attachment (also at https://www.youtube.com/watch?v=b-j5SQ4_NHg).

## DEFENDANTS ARE CAUGHT IN THE ACT OF HACKING

517.     In the second video of the January 14, 2020 discovery/hacking, Plaintiff explains the fraudulent aspects of the IA's crawl of the www.uni-kiel.de/medien/cameronlitdreh.html page and contrasts the fake IA crawl URL to several valid crawls.  About 45 seconds from the end of the 8 minute video, Plaintiff opens a new Explorer tab, returns to the fraudulent IA address (www.uni-kiel.de/medien/cameronlitdreh.html), only to discover that **the fraudulent crawl page, that had been there 5 minutes earlier, was suddenly gone.**  [This video demonstration (in which the Defs hack Plaintiff's computer) is attached as **Video Exhibit 2** on the DVD attachment (also at https://www.youtube.com/watch?v=5pUX3T37iTY).]

518.     The Defendants would only be able to make this incriminating web page disappear if they were listening and monitoring Plaintiff's computer screen, as he narrated the videos.  The Defs realized that Plaintiff had proven that 20CFOX and the IA had conspired to create fake crawls of the Defs' fake web pages, and Plaintiff had proven that Google LLC infected his computer with a *"hacked"* Chrome browser.  Confronted with this realization, the Defs' first impulse was to erase the fake IA crawl.  This is clear evidence of a hack.  Hackers will never leave high quality video screen capture footage of themselves stealing files.

### January 14, 2020, The NSA Announced A Serious Windows 10 Vulnerability

519.     That same day, Jan 14, 2020,  the NSA announced a serious flaw in the Windows 10 operating system.   The Guardian reported: **""serious vulnerability" could be used to create malicious software that appeared to be legitimate.   The flaw "makes trust vulnerable"."** The Defs exploited this Windows 10 vulnerability.

COMPLAINT

520.    Shortly after the Jan. 14, 2020, hack, Plaintiff found an article in **Arstechnica.com**, published Jan 15, 2020, titled "Critical Windows 10 vulnerability used to Rickroll the NSA and Github," by Dan Goodin, attached as **Exhibit P5**, which explains the vulnerability:

> As noted earlier, there are several requirements and constraints that significantly raise the bar for Rashid's attack to work in real-world uses by an adversary. The first is that it most likely requires an active man-in-the-middle attack. These types of attacks, which modify data as it passes through networks, may be difficult to carry out. **An alternative to an active MitM is to convince a target to click on a fake URL. This method is much easier, but it also requires some targeting**. (It wouldn't apply to attacks against websites or other servers that require a certificate from the connecting client.)
>
> **The exploit also requires that the target has recently visited a site with a transport layer security certificate that's chained to an ECC-signed root certificate.** That's because the root certificate must already be cached by the targeted system. **In the event a targeted system doesn't have the root certificate cached, Rashid said, an attacker could still pull off an exploit by adding JavaScript that accesses a site chained to the root certificate.**
>
> Another constraint: <u>Chrome uses a mechanism known as certificate pinning for google.com and a variety of other sensitive websites.</u> Pinning requires that the certificate authenticating a website contain a specific cryptographic hash, even if the certificate offered is otherwise valid. This measure would prevent exploits from working when they spoofed protected sites.
>
> While installing Tuesday's patch by Microsoft is by far the only reasonable way to prevent attacks, a Google representative said Chrome developers have already distributed a fix in a beta version and will fold the fix into stable versions soon. A word of caution: even with this fix, users of vulnerable Windows versions will still face considerable risk from other attack scenarios.

521.    Goodin's article explains how the Defs were able to send the Plaintiff fraudulent information, using Plaintiff's Google Chrome browser, which displayed valid (but inaccurate URL readings). Plaintiff believes the Defs used the Nahimic Service.exe app (see Section Ten, p 58, Ex I5) to access his computer then installed the modified Google browser, and any other necessary parts.

522.    At the time that the NSA announced this Windows vulnerability, there were no known hacks that had been executed by exploiting this vulnerability.

523.    The fact that the Defs were using this hack against the Plaintiff for months before the NSA announcement, indicates that the Defs are using extremely advanced hackers.

COMPLAINT

| 1 | <div align="center">INTERNET EXPLORER PROVES THAT</div> |
|---|---|
| 2 | <div align="center">ALL DEFS' WEB PAGES ARE FALSIFIED</div> |

524. Several days after discovering his Chrome browser was displaying false IA crawl URLs, Plaintiff used his Explorer browser to re-examine ALL OF THE OTHER central web pages (Sect 5 through 7). **Explorer revealed that ALL of the IA's URLs for the Defs' central pages (cited in Section 5 through 7) were linked to fraudulent calendar/timeline crawl pages, or had conveniently never been crawled, while Chrome falsely displayed valid URLs.** Thus, just as in Video Exs 1 and 2, when Plaintiff went to the IA website with his Chrome browser, and entered any of the central addresses, Chrome displayed seemingly valid (but false) URLs, with just an asterisk, without a date. But *Internet Explorer* displayed the actual URLs, with the four digits of a year and an asterisk (e.g., 2017*).

525. Astonishingly, just moments after discovering this, when Plaintiff went back to check these pages on **Google Chrome**, Chrome now displayed the same accurate (but improper) IA URLs as Explorer. Plaintiff comments on this surprise in Vid Ex 1. In the videos (and when Plaintiff examined these pages with Dr Marchbanks) no matter how he or Dr. Marchbanks tried to enter the correct web addresses/URLs (without the year appendage), the IA would redirect back to the improper URLs (with the year appended to the asterisk).

526. Thus, all of the following **21 web pages** (most of which were cited in Sects 5 through 7) are fraudulent, for the reasons cited in Sections 5 through 7, and due to these new facts.

527. The 21 **tables** that begin on the next page, show (1) the web address Plaintiff entered in the IA (or Wayback Machine) top row, right; (2) the true and accurate (but improper) URL that the IA redirected to, as displayed by both Internet Explorer and Chrome browsers, bottom row, right. (The fraudulent URL element is **underlined and bold**). [Screenshots of these **21** fraudulent IA calendar crawl URLs are attached, sequentially, as **Exhibit Q5**. The Court will observe they differ from the Chrome URLs displayed in many previous exhibits.]

| 26 | 528. NOTE: From about Jan 16 to 26, 2020, Plaintiff's Chrome browser sent accurate URL readings, then resumed displaying false URL readings around Jan 26, 2020. The following 21 URL display readings were recorded between Jan 16 and 26, 2020. |
|---|---|

<div align="center">COMPLAINT</div>

| | |
|---|---|
| **1. L.A. Times** | |
| (Director Cameron To Shoot Again) Jan 8, 2007 | |
| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.latimes.com/entertainment/la-et-cameron8jan08-story.html |
| The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**_2019*_**/www.latimes.com/entertainment/la-et-cameron8jan08-story.html |

| | |
|---|---|
| **2. Hollywood Reporter** | |
| (Cameron Sails Avatar) Jan 9. 2007 | |
| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.hollywoodreporter.com/news/cameron-sails-avatar-127545 |
| The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**_2016*_**/www.hollywoodreporter.com/news/cameron-sails-avatar-127545 |

| | |
|---|---|
| **3. TIME** | |
| (Q&A With James Cameron) Jan 11, 2007 | |
| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | content.time.com/time/arts/article/0,8599,1576622,00.html |
| The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**_2019*_**/content.time.com/time/arts/article/0,8599,1576622,00.html |

| | |
|---|---|
| **4. Entertainment Weekly** | |
| (James Cameron Talks "Avatar") Jan 15, 2007 | |
| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | https://ew.com/article/2007/01/15/james-cameron-talks-avatar/ |
| The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**_2019*_**/ew.com/article/2007/01/15/james-cameron-talks-avatar/ |

COMPLAINT

| | | |
|---|---|---|
| **5. JackChaos.com** (website) | | |
| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | | www.jackchaos.com |
| The Internet Archive calendar timeline URL fraudulently displayed in Plaintiff's Google Chrome Browser ➡ | | https://web.archive.org/web/2000030206343 3/http://www.jackchaos.com/ |
| The actual Internet Archive fraudulent calendar timeline URL (address) revealed in Plaintiff's Internet Explorer browser (this is a fraudulent page): ➡ | | https://web.archive.org/web/**2016\***/www.jac kchaos.com |

**529.** The Court will observe that, for this website, Chrome and Explorer displayed different calendar URLs and went to different websites.

**6. WWW.UNI-KIEL.DE** (web page)

| | |
|---|---|
| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.uni-kiel.de/medien/cameronlitdreh.html |
| The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**2019\***/www.uni -kiel.de/medien/cameronlitdreh.html |

**7. Ain't It Cool News**

(A Question For James Cameron About AVA... Errrrrr, PROJECT 880!!)

Feb 3, 2006

| | |
|---|---|
| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.aintitcool.com/display.cgi?id=22373 |
| The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**2018\***/www.aint itcool.com/display.cgi?id=22373 |

**8. Ain't It Cool New** (Avatar Peek) Oct 13, 1997

| | |
|---|---|
| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.aintitcool.com/display.cgi?id=142 |

COMPLAINT

| 1 2 3 | The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**2017\***/www.aintitcool.com/display.cgi?id=142 |
|---|---|---|

### 9. Ain't It Cool News

(ABking visits AVATAR... and tells all! ) Feb 6, 2000

| 6 7 | Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.aintitcool.com/display.cgi?id=5169 |
|---|---|---|
| 8 9 10 | The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**2017\***/www.aintitcool.com/display.cgi?id=5169 |

### 10. Ain't It Cool News

(Cameron has a top secret project... PROJECT 880...) June 14, 2005

| 13 14 | Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.aintitcool.com/display.cgi?id=20449 |
|---|---|---|
| 15 16 17 | The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**2017\***/www.aintitcool.com/display.cgi?id=20449 |

### 11. The Guardian

(Cameron's Next Not Alita?) June 14, 2005

| 20 21 | Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.theguardian.com/film/2005/jun/14/news |
|---|---|---|
| 22 23 24 | The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**2014\***/www.theguardian.com/film/2005/jun/14/news |

### 12. Joblo.com

(Cameron's Next Not Alita?) June 14, 2005

| 27 28 | Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.joblo.com/index.php?id=7757 |
|---|---|---|

COMPLAINT

| 1 2 3 | The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**2006\***/www.joblo.com/index.php?id=7757 |
|---|---|---|

### 13. Hollywood Reporter

(Cameron Turns To A New Project) June 14, 2005

| 6 7 | Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.hollywoodreporter.com/hr/search/article_display.jsp?vnu_content_id=1000956665 |
|---|---|---|
| 8 9 10 | The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | http://web.archive.org/web/**2019\***/www.hollywoodreporter.com/hr/search/article_display.jsp?vnu_content_id=1000956665 |

### 14. Ain't It Cool News

(James Cameron stresses BATTLE ANGEL ALITA is his next'!'!') Aug 9, 2005

| 13 14 | Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.aintitcool.com/display.cgi?id=20955 |
|---|---|---|
| 15 16 | The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**2017\***/www.aintitcool.com/display.cgi?id=20955 |

### 15. Joblo.com

(Cameron's Project 880 Is…) Jan, 17, 2006

| 20 21 | Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.joblo.com/index.php?id=9991 |
|---|---|---|
| 22 23 | The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**2018\***/www.joblo.com/index.php?id=9991 |

### 16. IGN.com

(James Cameron's Project 880 Revealed!! SCRIPT SPOILERS AHEAD!!!) Feb, 3 2006

| 27 28 | Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.ign.com/boards/threads/james-camerons-project-880-revealed-script-spoilers-ahead.109170319/ |
|---|---|---|

COMPLAINT

| The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**2015\***/www.ign.com/boards/threads/james-camerons-project-880-revealed-script-spoilers-ahead.109170319/ |
|---|---|

### 17. Endgadget

(James Cameron's Project 880 MMORPG to precede the movie) Feb 3, 2006

| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.engadget.com/2006/02/03/james-camerons-project-880-mmorpg-to-precede-the-movie/ |
|---|---|
| Internet Archive page crawl address: ➡ | https://web.archive.org/web/*/www.engadget.com/2006/02/03/james-camerons-project-880-mmorpg-to-precede-the-movie/ |

**530.** The IA showed a "*Hrm*" message for this page, indicating it had <u>never</u> been crawled.

### 18. Bloomberg BusinessWeek

(James Cameron's Game Theory) Feb 12, 2006

| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.bloomberg.com/news/articles/2006-02-12/james-camerons-game-theory |
|---|---|
| The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/*/https://www.bloomberg.com/news/articles/2006-02-12/james-camerons-game-theory |

**531.** The IA showed a "*Hrm*" message for this page, indicating it had <u>never</u> been crawled.

### 19. IGN.com

(Cameron's Mysterious Project 880) Jan 20, 2006

| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.ign.com/articles/2006/01/20/camerons-mysterious-project-880 |
|---|---|
| Internet Archive page crawl address ➡ | https://web.archive.org/web/*/https://www.ign.com/articles/2006/01/20/camerons-mysterious-project-880 |

**532.** The IA showed a "*Hrm*" message for this page, indicating it had <u>never</u> been crawled.

COMPLAINT

1 **20. MTV.com** (June 29, 2006)

2 (Titanic' Mastermind James Cameron's Kingsize Comeback: Two Sci-fi Trilogies)

| | |
|---|---|
| 3 Article's web address and address Plaintiff<br>4 entered into the IA (Wayback Machine): ➡ | www.mtv.com/news/1535402/titanic-master<br>mind-james-camerons-king-size-comeback-t<br>wo-sci-fi-trilogies/ |
| 5 The IA's fraudulent calendar timeline URL<br>6 displayed in Plaintiff's Explorer and Chrome<br>7 browser: ➡ | https://web.archive.org/web/**2019\***/http://ww<br>w.mtv.com/news/1535402/titanic-mastermin<br>d-james-camerons-king-size-comeback-two-<br>sci-fi-trilogies/ |

8

9 **21. Ain't It Cool News**

10 (Harry talks to James Cameron, Cracks PROJECT 880… !!!)  Feb 28, 2006

| | |
|---|---|
| 11 Article's web address and address Plaintiff<br>12 entered into the IA (Wayback Machine): ➡ | www.aintitcool.com/display.cgi?id=22599 |
| 13 The IA's fraudulent calendar timeline URL<br>displayed in Plaintiff's Explorer and Chrome<br>14 browser: ➡ | https://web.archive.org/web/**2019\***/www.aint<br>itcool.com/display.cgi?id=22599 |

15 • 533.  Plaintiff clicked on a page link displayed on the calendar crawl of the IA URL

16 (at the address above), but this article had been removed.  The article's crawl showed an

17 AICN web page frame, but the article was **missing**.  (See insert below.)

18


COMPLAINT

**LATE JANUARY, 2020, DEFS BLOCK PLAINTIFF'S BROWSER**

534. Around January 26, 2020, about 12 days after recording the previously mentioned videos of Plaintiff's *Explorer* browser redirecting and displaying the correct IA URLs while Google Chrome displayed fraudulent IA URLs, Plaintiff discovered that he could no longer use Explorer to access any of the central websites cited in Sections 5 to 7. Plaintiff received a **"Hmmm… Can't reach this page"** messages when he tried to access these pages on Explorer. Therefore, to obtain accurate URLs and IA crawls of these pages, Plaintiff had to email or text each of the following **21** web pages to Dr. Morgan Marchbanks, and asked her to look at the web addresses on her Explorer browser and photocopy the results back to the Plaintiff. On each of these occasions, Plaintiff then drove to Dr Marchbanks' home to examine the URLs on her Explorer and Chrome browsers with her. Plaintiff is certain the Defs were responsible for this, because the blocking of his Explorer browser only occurred when Plaintiff tried to access the Defs' suspicious web pages (previously identified, herein).

535. Plaintiff has provided a few representative samples of the approximately 35 blocked page messages he received between Jan 26 and 31, 2020. (Some of the blocked messages occured on irrelevant pages, such as moviebytes.com and absolutewrite.com.)



COMPLAINT

| | |
|---|---|
| 1 | **DEFS' WIDENING BUSINESS AND INTERNET FRAUD,** |
| 2 | **AND MISAPPROPRIATION BY PUBLICATION OF FALSE FACTS** |

536. As illustrated and explained on page 108, herein, the fact that the AICN article #22599 was suddenly missing from the Internet Archive was troubling to the Plaintiff, because he recalled seeing that particular article cited on either the *James Cameron* or the *Avatar (2009 film)* Wikipedia entry. Hence, Plaintiff went back to re-examine the IA crawls of these pages, which he had downloaded to his laptop months earlier. During this re-examination Plaintiff found new evidence of substantial Fraud.

**2007 *James Cameron* Wikipedia Entry Makes Impossible Avatar Citations,**

**Which Prove The IA Has Falsified And Backdated This Wikipedia Entry**

537. Plaintiff found a very significantly fraudulent citation while re-examining the IA's August 2007 page crawl of the *James Cameron* Wikipedia article, attached as **Exhibit R5**. This citation was not an anomaly, Plaintiff found this citation on all *James Cameron* Wikipedia pages that he searched on the IA, up to 2012 (where Plaintiff stopped searching). Near the bottom of the August 2007 Wikipedia entry, citation #12 reads:

> "12. ^ Harry Knowles (January 9, 2007). "Harry interviews James Cameron regarding AVATAR — No, Not that one, The One You're Dying To See! – Part 1!" (https://web.archive.org/web/20120711232417/http://www.aintitcool.com/node/31191) . Ain't It Cool News. http://www.aintitcool.com/node/31191. **Retrieved January 10, 2007.**"

538. The reference cited the same source, the AICN Node, in two different ways:

1. "https://web.archive.org/web/20120711232417/http://www.aintitcool.com/node/31191) ."
2. "Ain't It Cool News. http://www.aintitcool.com/node/31191. **Retrieved January 10, 2007.**"

539. Plaintiff immediately noticed that **there were TWO inconceivably false and impossible aspects about these citations, revealing that this IA crawl is fraudulent**:

1. **The citation concludes by stating it was retrieved from the Node on January 10, 2007. But the Node did not exist until November 2007** (see Ex W2).
2. **The entry itself is dated August 2007, three months before the Node existed.**

COMPLAINT

540. This is significant because, as shown in **Ex W2**, the AICN node was created in November 2007, hence, this citation is impossible (because the article **and the IA page crawls** were made before the node even existed). **These facts can only indicate that this Internet Archive crawl of Wikipedia's *James Cameron* entry page is fraudulent**. [For further proof that the Node did not exist until November 2007, the Plaintiff ran the AICN Node URL through the Carbon Dating The Web app. The Carbon Dating The Web app dated the creation of the node to November 10, 2007. The Carbon Dating The Web app's dating of the AICN Node is attached as **Exhibit S5**.]

**Again, Plaintiff's Google Chrome Browser Displays False URL;**

**Again, Internet Explorer Displays The True URL**

541. To access the AICN article cited in the James Cameron Wikipedia article (titled "*Harry interviews James Cameron regarding AVATAR — No, Not that one, The One You're Dying To See! – Part 1*"), Plaintiff entered the calendar view for this AICN article into his Google Chrome browser: https://web.archive.org/web/*/www.aintitcool.com/node/31191. To find the calendar view URL for this article, Plaintiff removed the crawl number from the Wikipedia citation's URL, and replaced it with an asterisk, then pushed "search". Chrome displayed the proper and valid URL, but Plaintiff suspected that, again, Chrome was displaying a false URL. When Plaintiff checked the URL on Dr. Marchbanks' Explorer browser it revealed that the URL was redirecting to a fraudulent address (with the year and asterisk): https://web.archive.org/web/**2019***/www.aintitcool.com/node/31191.

542. This is a fraudulent URL. This is a fraudulent IA crawl.

543. This Fraudulent IA calendar crawl is attached as **Exhibit T5**. The text of this AICN article is attached as **Exhibit U5**. Only the text is attached in EX U5 because the website used unusually large text, making it 16 pages long.

544. This AICN article, dated January 9, 2007, confirms that in mid 2006 20CFOX began working on Project 880/Avatar (business entity statements and copyright registrations also confirm this). Hence, this article proves that in the Jan 21, 2010 BusinessWeek article (**Ex Y4**) the Defs lied about "passing" on Avatar/Project 880 in mid 2006.

COMPLAINT

**THE COMINGSOON.NET ARTICLE SHOWS NC/20CFOX CONSPIRED WITH NBCU AND LIONSGATE TO STEAL PLAINTIFF'S <u>OTHER</u> WORKS**

545.   As explained on page 110, herein, because AICN article #22599 was suddenly missing from the IA (see page 108), Plaintiff resolved to re-examine the  Wikipedia *Avatar (2009 film)* entries.   The IA's earliest crawl of the Wikipedia *Avatar (2009 film)* entry was made **June 9, 2009**, and is currently attached as **Ex I2**.  On this Wikipedia entry, Plaintiff found reference citation #24, which mentions the missing Feb 28, 2006 AICN article #22599 (although the Defs may cause this article to reappear by the time the Court receives this Complaint).  But more interestingly, Plaintiff found reference citation #5, which reads:

> "5. ^ a b c 20th Century Fox (2007-01-09). "Cameron's Avatar Starts Filming in April". ComingSoon.net. http://www.comingsoon.net/news/avatarnews.php ?id=18318. Retrieved on 2007-01-13."

546.  To assess the citation's validity, Plaintiff went to the IA's calendar view of the article: https://web.archive.org/web/*/www.comingsoon.net/news/avatarnews.php?id=18318. Again, Google Chrome displayed the URL as the Plaintiff entered it.  But, again, the Defs blocked Plaintiff's Explorer browser from accessing the page.  And again, Dr. Marchbanks' Explorer browser revealed that the URL was actually redirecting to a fraudulent address (with a 4-digit year and asterisk, where only an asterisk should be).  The actual URL read: https://web.archive.org/web/**2019***/www.comingsoon.net/news/avatarnews.php?id=18318. <u>Hence, this article and crawl are fraudulent.</u>  The IA calendar crawl of said ComingSoon.net article is attached as **Exhibit V5**.  A PDF of the article is attached as **Exhibit W5**.

549.   The article expands the scope of the Defs' fraud, AND proves that the Defs collaborated with Universal Pictures (**NBCU**) and Lionsgate to unlawfully access Plaintiff's computer, in late 2007 or early 2008, to infringe his script, *The Amazing Mr Excellent*.

**How The Fraudulent ComingSoon.Net Article Indicates The Defs Conspired With NBCU To Access, Misappropriate & Infringe Plaintiff's Other Screenplay(s)**

550.   Midway down on the right side of Ex W5 the Court will see that there are two references to the 2010 film "**Kick-Ass**".   These two reference read: 1. "**More Kick-Ass**

**Updates"**, and 2. **"Nicolas Cage Boards Vaughn's Kick-Ass"**. (See enlargement below.)

551. Plaintiff makes no claims against the Defs re Kick-Ass, herein; but will take separate action against the Defs and their associates, NBCU and Lionsgate, re Kick-Ass, later. Plaintiff has entered exhibits **V5 and W5** into the court record to prevent their destruction.

552. <u>This ComingSoon.net article **is the earliest published mention of Kick-Ass**</u> —and this article and IA crawl of it are fraudulent. This fraudulent IA crawl was NBCU's and Lionsgate's effort to use 20CFOX's connection to the IA to falsify and backdate *Kick-Ass*.

553. Kick-Ass' earliest script copyright is from May 2009—about 5 months AFTER filming began, 10 months before the film was released (and 17 months **after** Plaintiff began production of his film *The Amazing Mr Excellent*). **The Kick-Ass comic book was written <u>AFTER</u> production of the movie began, and would not be copyrighted until Nov 2009.**

> "The rights to a film version of the first volume of the comic book series were sold before the first issue was published." **—*Kick-Ass (film)* Wikipedia entry**

555. One wonders how a comic that has NOT BEEN WRITTEN gets a major film deal?

556. It does not. The reason that NBCU and Lionsgate made Kick-Ass (with 20CFOX's help) without a script or a comic was because they knew Plaintiff's ideas were bankable (20CFOX sunk $230M into Avatar, and $45M into Taken). As Plaintiff composed this, the earliest citation on the "***Kick-Ass***" Wikipedia entry (Cit # 6. Lawrence, Edwin, **Oct 10, 2008**, on the website www.ayrshirepost.net) suddenly disappeared from the IA. Now the IA claims it has never crawled the cited article (see ayrshirepost.net IA search result attached as **Exhibit X5**). The current Wikipedia *Kick Ass (film)* entry is attached as **Exhibit Y5**.

557. Plaintiff only states these facts, here, because this fake page fraudulently cites Avatar.

COMPLAINT

1     **JAN 27, 2020, THE DEFS PUBLISH FRAUDULENT CALENDAR CRAWLS**

2     **AND ACTUALLY MIX UP THEIR CENTRAL IA URL CALENDAR CRAWLS**

3     558.   January 27, 2020, Plaintiff discovered his Internet Explorer browser was blocked

4 from seeing the IA crawls of two of the Defs' three central websites that were cited on the

5 main AICN/Harry Knowles articles that was allegedly released Feb 3, 2006, and the third IA

6 crawl revealed a different URL from the fraudulent URL revealed several months earlier

7 (see page 43). The web addresses cited in the Feb 3, 2006 AICN main article are:

8     1. AvatarMovie.com: **http://www.avatarmovie.com**

9     2. VisitPandora.com: **http://www.visitpandora.com**

10     3. ExplorePandora.com: **http://www.explorepandora.com**

11     559.   Thus, Plaintiff forwarded the web addresses to Dr. Morgan Marchbanks, who texted

12 back screenshots indicating that both IA web addresses (www.**visitpandora.com** and

13 www.**explorepandora.com)** were bizarrely redirecting to **the same** MTV.com web page (the

14 MTV.com article is cited on page 49). The screenshot of this misdirected MTV.com Internet

15 Archive page crawl, sent from Dr. Marchbanks' iPhone, is inserted below.

COMPLAINT

560.   Since the URLs were not displayed in Dr. Marchbanks iPhone screenshots, Plaintiff drove to Dr Marchbanks' home to see the screenshots on her Internet Explorer browser.

561.   Dr. Marchbanks' Explorer browser showed that the IA redirected searches for VisitPandora.com to web.archive.org/web/**2019***/www.visitpandora.com, and redirecting searches for ExplorePandora.com to web.archive.org/web/**2009***/www.explorepandora.com.

562.   **Both of these IA calendar crawls are fraudulent**, because, as explained earlier, an initial calendar crawl should **not** have a 4 digit year appended to the asterisk (2009*); there should only be an asterisk in the slashes before the root web address.  These Fraudulent Calendar Crawls are attached as **Exhibit Z5**.

### THE DEFENDANTS RE-PUBLISH THE AICN NODE, JANUARY 2020

563.   Oct 23, 2019, when Plaintiff searched the IA for the Node, the IA suddenly indicated that the entire Node was gone, but provided a stunningly fraudulent URL.  See "missing node" IA page, attached as **Exhibit A6**.  The "aintitcool.com/node" prefix is fraudulent.

564.   Then, remarkably, Jan 2020, Plaintiff discovered that the Defs republished the entire original Node.  The Defs re-published the Node to make the impossible crawls, described in Section Five Part II, appear possible.  So, as Plaintiff composed this passage, Jan 2020, there is/was both an AICN Legacy Node and the original Node.  Absurd.  Before Jan 2020, documents once located on the original Node were only available on the IA or on the *Legacy node*.

565.   It is possible the Defs will remove this node, again, before this Complaint is filed.

### VIDEO EXHIBIT 4, AND ONGOING INTERNET ARCHIVE FRAUD

566.   As Plaintiff composed Section Five, Part II, concerning the Ain't It Cool News articles "Avatar Peek!!!" and "ABKing Visit Avatar... And Tells All," he encountered ever-changing IA crawls of these pages.  Plaintiff documented some of these changes, but documenting all of these incidents would have added countless pages to this Complaint. However, as stated on page 29, line 24, on one occasion the IA's "redirection" to a node page was so strange that Plaintiff video taped the occurrence.  See **Video Exhibit 4** (https://www.youtube.com/watch?v=lKxuSUXEsQc&t=23s).

COMPLAINT

1   **SUMMATION & CLOSING POINTS**

2   **"SUBSTANTIAL SIMILARITY" & "COPYRIGHTABILITY"**

3   567.   The Court must determine Substantial Similarity and Copyrightability.  Substantial

4   Similarity requires that contested works have a substantially similar feel.

10   568.   In 1977 (*Sid & Marty Krofft Television Productions Inc v. McDonald's Corp*) Mayor

11   McCheese (left) was found to be substantially similar to H.R. Pufnstuf (right).  Although

12   they had little in common but wide mouths and oversized heads, they had a similar *feel*.

13   **WHAT IS A COPYRIGHTABLE EXPRESSION?**

14   569.   A copyrightable expression requires combining two minimally creative ideas.  These

15   ideas do not need to be original, just combined in a unique new way.

22   570.   EXAMPLE #1.   A green frog is **not** copyrightable.   The name Kermit is **not**

23   copyrightable.  But a green frog named Kermit is copyrightable: Kermit the Frog.

24   571.   EXAMPLE #2.   A gold robot is **not** copyrightable.   A British accent is **not**

25   copyrightable.  But a gold robot with a British accent is copyrightable: C3PO.

26   **A HIGHLY CREATIVE WORK**

27   572.   As an exceptionally highly creative work, the Plaintiff screenplay garners the highest

28   level of protection, tolerating very little or no similarity.


COMPLAINT

| | |
|---|---|
| 1 | **LATERAL ISSUES** |
| 2 | <u>FUTURE INFRINGEMENT ACTIONS</u> |
| 3 | 573.   There are many infringers of Plaintiff's work, but much of this infringement does |
| 4 | not rise to an actionable level.  Plaintiff is currently aware of seven (7) *other* motion pictures |
| 5 | and one (1) video game that rise to an actionable level of infringement of his screenplay, |
| 6 | *Butterfly Driver* (*Uberopolis: City of Light*).   These films are: **(1)** *Hunger Games*, 2008 |
| 7 | book series; 2012 film series (<u>Lionsgate</u>); **(2)** *WALL-E*, 2008 film (<u>Disney</u>); **(3)** *District 9*, |
| 8 | 2009 film (<u>Sony</u>); **(4)** *Source Code*, 2011 film (<u>Lionsgate</u>); **(5) Oblivion**, 2013 film |
| 9 | (<u>NBCUniversal</u>); **(6) Tenet**, 2020 film (<u>Warner Bros</u>); **(7)** *The Last of Us* , 2013 video game |
| 10 | (<u>Sony</u>, <u>Naughty Dog</u>);  **(8) Repo Men**, 2010 film (<u>NBCUniversal</u>). [NBCU hired writers to |
| 11 | infringe Plaintiff's concepts for lower-budget films such as *the Purge* and *Get Out*.  Proof |
| 12 | that NBCU and Jason Blum (BlumHouse) hired these writers is seen on the copyright |
| 13 | registrations (V3629D215; PA0002030906), as **only** the film companies are named on the |
| 14 | registrations, or it states that the claimant is the film studio and the script <u>is a work for hire</u>. |
| 15 | Plaintiff's complex socio-political concepts (e.g., amplified modern politics in genres other |
| 16 | than comedy and drama), <u>are not found in these writers' prior works</u>.] |
| 17 | 574.   A few details of a few of these films' infringement are presented under the |
| 18 | following headings.  The methods used to backdate these works will seem familiar. |
| 19 | <u>WALL-E</u> |
| 20 | 575.   WALL-E infringes on the following aspects of Plaintiff's *Butterfly Driver*: |
| 21 | (1) the giant advanced space station where hundreds of thousands of citizens live in luxury; |
| 22 | (2) **the tiny lone surviving plant that represents hope for the world** (see **Ex X6** page 54); |
| 23 | (3) the environmentalism theme (mankind's pollution is destroying Earth). |
| 24 | 576.   Like Avatar's false scriptment story, In WALL-E's 2019 Wikipedia page, *writer* |
| 25 | Andrew Stanton claimed he conceived WALL-E in **1994**, although the first copyright |
| 26 | registration was not filed until 11/26/2007—22 months after ZGM accessed Plaintiff's work. |
| 27 | Worse, somewhere around 2002 Disney circulated a story that Stanton, John Lasseter, Pete |
| 28 | Docter and Joe Ranft conceived of *Finding Nemo*, *Monster's Inc*, and *A Bug's Life* over |

1   lunch in 1994.  In 2007 and 2008, Stanton just claimed that he conceived of *WALL-E* before

2   *Toy Story* was made.  Realizing that was not sufficient, in 2009, in a transparent effort to

3   backdate conception, Disney and Stanton added *WALL-E* to the 1994 lunch story:

> "Andrew Stanton conceived WALL-E during a 1994 lunch with John Lasseter, Pete Docter and Joe Ranft. Toy Story was nearing completion and the writers conceived ideas for their next projects – A Bug's Life, Monsters, Inc. and Finding Nemo – at this lunch."          —**Wikipedia: WALL-E (Feb 2009)**

7   577.   The 2019 *A Bug's Life* Wikipedia entry actually adds *Toy Story 2* to the absurd lunch

8   story, invented to fraudulently backdate conception and claim ownership of many writers'

9   works.  It is astonishing to think a US court would tolerate this nonsense for a moment.

**Source Code**

11   578.   Source Code, 2011, infringes on Plaintiff's *mind/soul scanner*, *replicator* and

12   *accelerator* (the soul machine).  NBCU's effort to create a false backstory to protect its

13   infringement, is seen on *writer* Ben Ripley's Wikipedia brief page, which **ignores** Ripley's

14   **five** other films, influences, family, etc, to **exclusively explain how he wrote and sold**

15   *Source Code* to Universal as a spec script.  [Ripley's Wikipedia page is attached as **Exhibit**

16   **B6**.  This document is only entered into the record here to prevent its destruction.]

**Hunger Games**

18   579.   The Hunger Games infringes Plaintiff's hero who will go to impossible lengths for

19   a family member (sister), infringes Plaintiff's amplification of a panoply of modern social

20   and political issues onto a sci-fi setting, televised battle, districts vs zones, and much more.

21   Lions Gate Entertainment  (*Lionsgate*) purchased the film rights, Feb or Mar 2009, just 2 or

22   3 months after the **book's** copyright was registered (Dec 22, 2008).  Although the book had

23   only sold about 200,000 copies at that point, to justify risking $80-Million, Lionsgate got

24   Amazon.com to inflate *The Hunger Games*' sales reports—using Stephen King's early

25   praise of the book as the alleged Amazon sales driver (King would later renounce the book).

26   Lionsgate would later agree to put its film library on Amazon.  Not surprisingly, Wikipedia

27   *Hunger Games* entry is replete with false citations, *retrieved* much later, which the IA did

28   not crawl until many years later.

COMPLAINT

| | **PRIOR UNRELATED COPYRIGHT LITIGATION** |
|---|---|
| 1 | |
| 2 | 581.  Oct 2013, Plaintiff sued Neill Blomkamp, Sony Picture, MRC, et al, for infringing |
| 3 | *Butterfly Driver*: <u>*Briggs v Blomkamp*</u> (**BvB**).  In that case, <u>Plaintiff did not know that **ZGM**</u> |
| 4 | <u>were the actual **accessors**</u>.  Rather, Plaintiff assumed the defs accessed his work in 2007 on |
| 5 | TriggerStreet.com.  The District, not satisfied with this access theory, dismissed on summary |
| 6 | judgement, Oct 2014.  But the District made a few significant mistakes in that ruling: |
| 7 | 1.  The District favored the defs' citation of **reversed** access law (Art Attacks Ink), over |
| 8 | Plaintiff's citation of the prevailing and pervasive law (L.A. Printex v Aeropostale). |
| 9 | 2.  The District failed to exclude the testimony of the defs' expert witness, Jeff Rovin |
| 10 | (when duly notified of the rampant fraud and falsification contained his report). |
| 11 | 582.  Nov 2014, six days after the Plaintiff appealed to the 9th Circuit, unbeknownst to |
| 12 | the Plaintiff, Kevin Spacey, closed TriggerStreet.com, destroying imperative access records. |
| 13 | 583.  October 24, 2016, two years after BvB went to appeals, the defs' uneducated expert |
| 14 | witness, Jeff Rovin, admitted on *FOX News* that he was a professional "**fixer**" for President |
| 15 | Bill Clinton (during Cinton's Presidency), employed to write false **smear** stories about |
| 16 | Clinton critics.  <u>Plaintiff could not present these facts, as they were revealed after appeal.</u> |
| 17 | Briggs v Spacey (AKA Briggs v Universal) |
| 18 | 584.  To address the BvB defs' destruction of evidence and use of a *fixer*, Plaintiff filed |
| 19 | ***Briggs v Universal, 2017***.  Plaintiff was not able to serve def **Kevin Spacey (who went into** |
| 20 | **hiding** the day the complaint was filed, 11/13/17), so the case was dismissed, and Plaintiff |
| 21 | made to refile and re-serve all parties.  Re-filed as ***Briggs v Spacey*** (**BvS**), 2018, the defs |
| 22 | hired 7 attorneys (and later added 3 more [**10**] to file 4 simultaneous motions to dismiss) |
| 23 | against a self-repped plaintiff.  The District dismissed BvS Saturday, December 22, 2018, |
| 24 | without citing any of **20** defense arguments.  December 24, 2018, **Kevin Spacey emerged** |
| 25 | **from hiding**.  [Note: the fact that the 9th affirmed BvS (**unpublished**), 2 years early, just |
| 26 | before this Complaint was filed, without addressing the Appellate Brief's arguments is |
| 27 | unsettling.  As the BvS filings document serious business, civil and criminal infractions |
| 28 | (including process server intimidation) Plaintiff believes the defs will harm the public again.] |

COMPLAINT

**NEW FACTS & EVIDENCE WARRANT RULE 60 MOTION TO REMAND**

**New *Access* Facts Re *Briggs v Blomkamp* Warrant Rule 60 Motion;**

585.   As Plaintiff researched this matter, he unearthed new facts and evidence related to his prior suit *Briggs v Blomkamp* (**BvB**).  Plaintiff submits these facts, hopeful that the Court will contemplate a Rule 60 motion to remand BvB.

586.   In BvB, 2013, Plaintiff theorized the defendants accessed his work in 2007, while his script was posted on TriggerStreet.com. The District was not satisfied with this access theory.   However, the new facts, presented herein, show Blomkamp accessed the Plaintiff's work about **1.5 years earlier**, via Zero Gravity Management (see Section Three, p 24).

587.  New evidence shows that beginning in 2006, Blomakamp created fraudulent websites and news articles, **and used the IA to produce fake webpages and crawls** for his 2006 short film *Alive in Joberg* (**AIJ**), which infringed Plaintiff's work, and led to the production of District 9 (based on AIJ) and Elysium.  Both infringe Plaintiff's work.

588.   As Wikipedia indicates, Neill Blomkamp's 5-minute short, AIJ, was first publicly displayed on **Sept 6, 2006** (7.5 months after ZGM accessed the Plaintiff's work). [Wikipedia's AIJ entry is attached as **Exhibit C6**.]  Three year later, 2009, AIJ was turned into the feature *District 9*.  To fraudulently backdate AIJ to before Plaintiff created his work, Blomkamp, Sony Pictures and the IA made the following fraudulent web pages:

1. **Sony Pictures, Neill Blomkamp and the IA created a fraudulent and backdated web page at: https://archive.org/details/ALIVE_IN_JOBURG.**

- This IA subfolder page does not have a crawl number, or website address.  A PDF of this falsified *Alive In Joberg* IA website is attached as **Exhibit D6**.  A screenshot of this fake *Alive In Joberg* IA website as **Exhibit E6**.  This fake site fraudulently claims the video was uploaded, Nov 23, 2005.

2. **Neill Blomkamp and Sony Pictures fraudulently and improperly included the falsified date of "2005" in *Alive In Joberg*'s IMDb title.**

- Thus; on IMDb, *Alive In Joberg* is titled "Alive In Joberg (**2005**)".  (See **Exhibit F6**.)

3. **Blomkamp and Sony Pictures created the fraudulent website "Snarky Spot"**

COMPLAINT

1    (snarkyspot.blogspot.com/2005/11/) to backdate Alive In Joberg.

2    • A copy of the Snarky Spot homepage is attached as **Exhibit G6**. A valid IA crawl of

3    Snarky Spot, showing it was **not** created until Jan **2019**, is attached as **Exhibit H6**.

4    4. **Blomkamp and Sony created the fraudulent website/page "Ghost Of A Flea"**

5    **(www.ghostofaflea.com/archives/007397.html) to fraudulently backdate AIJ.**

6    • Plaintiff has attached a copy of the *Ghost of a Flea* web page as **Exhibit I6**. The IA

7    had **excluded** this page from its system, with a page message reading: "Sorry. This

8    URL has been excluded from the Wayback Machine," attached as **Exhibit J6**. The

9    IA excludes websites that are fraudulent or that disseminate unlawful material.

10   Plaintiff encountered this message when he found the JackChaos.com website on the

11   IA. The IA did not exclude the Jack Chaos site, but it excluded the scriptment link.

12   5. **Blomkamp and Sony Pictures created the fraudulent website**

13   **www.joshuadysart.com/wp/more-work-from-neill-blomkamp-the-man-responsib**

14   **le-for-alive-in-joburg-2/ .**

15   • A PDF of this site is attached as **Exhibit K6**. The IA has one calendar crawl of this

16   page, from Oct **2013** (attached as **Exhibit L6**), 7 years **after** AIJ alleges it was

17   displayed in South Africa; thus, given the surrounding Fraud, this page is fake. The

18   hidden "2013*" element in this fake IA crawl's URL (see Ex L6) confirms this IA

19   crawl is fake, as explained in the Fraud & Unlawful Access Supplement.

20   6. Plaintiff also found an exceedingly elaborate and creepy fake IA crawl at

21   web.archive.org/web/**2019***/www.coudal.com/archive.php?cat=cat_comics_animation

22   589. Finally, as explained on page 119, herein, in BvB the Defs hired a man named Jeff

23   Rovin as an Expert Witness. Two years after BvB moved to appeals, Rovin confessed on

24   FOX News that he was a *fixer* for President Bill Clinton. Rovin explained that, as a fixer he

25   wrote false "smear" stories against Clinton detractors. In 2014, Plaintiff moved the BvB

26   court to exclude Rovin's report due to rampant fraud. Denied. Because Rovin's admission

27   came 2 years after BvB went to appeals, Plaintiff could not present those facts. (It should be

28   noted that in 2014, James Cameron used Rovin as an expert in *Moore v Lightstorm*.)

COMPLAINT

**A MATTER OF NATIONAL INTEREST**

- **Plaintiff's Ideas Motivate International Industry**
- **Failure To Implement Copyright Law As Intended Imperils National Security**

590.  Our Founding Fathers' belief that intellectual property rights laws should <u>reward and inspire excellence</u>, led to our Constitution's **Copyright Clause**, modeled after Great Britain's *Statute of Anne*—enacted because wealthy publishers were stealing poor writers' stories.

591.  150 years later, as Hitler trammelled human and creative rights, Germany's greatest thinkers immigrated to the US, and helped create the technologies that would stop Hitler.

592. A decade later, 1945, sci-fi writer Arthur C Clark theorized satellites could be used to bounce radio signals around the world.  12 years later, Russia put the first satellite in space.

593.  2005-2007, Plaintiff's screenplay (Butterfly Driver/Uberopolis) gave us a stunning glimpse of the future of **space tourism**, where wealthy citizens of Earth travel to a giant satellite city for the rich, to marvel at its wonder.  Just 3.5 months after ZGM accessed Plaintiff's script, Richard Branson formed his **space tourism** company: **Virgin Galactic**.

594.  This is not coincidental.  Just as ZGM's Michael Pierce and Mark Williams shared Plaintiffs ideas with every major film studio, they proffered Plaintiff ideas as their own to Titans of industry, such as Richard Branson, Amazon's Jeff Bezos and Google LLC.  Thus, 3 months after stealing Plaintiff's script, <u>ZGM</u>**, a company that was <u>dead</u> the day the Plaintiff contacted them**, were rubbing elbows with billionaire Richard Branson.  Michael Pierce confirms his ongoing relationship with Branson on his current *Linked In* page:

> I pivoted my entertainment investment strategy into P/E and Venture Capital in 2011 and cofounded WPSChallenger with three partners based in London. We made several acquisitions including; **the purchase of the Virgin Formula 1 racing team from <u>Richard Branson,</u>** the acquisitions of APO ski and…

595.  Further, Plaintiff's script showed how a comet could be captured for an abundant water source, and how the moon could be mined to make a fantastic tourist destination:

<div align="center">Page 73 (Exhibit X6)</div>

**PUBLIC ADDRESS**: ... All six billion gallons of water in the Uberopolis Harbor were secured when Drex-Tech captured the RathmanTuttle comet …

<div align="center">Page 78 (Exhibit X6)</div>

<div align="center">COMPLAINT</div>

| 1 | **PUBLIC ADDRESS**: ... 95 percent of the materials used to construct |
| 2 | Uberopolis were mined and produced at President Drexler's lunar refinery... |
| 3 | 596.  Seven years later, April 2013, *National Geographic* reported NASA's plan to capture |
| 4 | an asteroid and bring it into the moon's orbit for **investors to mine** (see **Exhibit M6**): |
| 5 | NASA wants to identify an asteroid in deep space, figure out a way to |
| 6 | capture the spinning and hard-to-grab orb, nudge it into our planetary region, and then set it into orbit around the moon, the agency announced Wednesday. |
| 7 | The capture would be performed robotically, and the relocated asteroid |
| 8 | would become a destination for astronauts to explore— and, possibly, for space entrepreneurs to mine. |
| 9 | |
| 10 | 597.  Plaintiff's script did more than inspire space tourism and space mining.  Plaintiff's |
| 11 | script described *GenLab* (AKA *The Soul Machine*): a system that scanned the souls and |
| 12 | brains of all people living in *The State*, and collected data from computers, cameras, phones, |
| 13 | markets, GPS systems, etc, to create a global crime **prediction** system.  Today, Amazon's |
| 14 | *Ring* doorbell cameras integrate with Amazon's *Rekognition* facial recognition software to |
| 15 | help US law enforcement fight crime.  [NOTE: Plaintiff's *GenLab/Soul Machine* was only |
| 16 | featured in versions of *Butterfly Driver* that were posted on TriggerStreet.com, Dec 2006 or |
| 17 | Jan 2007 to May 2007 (approx).  A "Soul Machine" version of Plaintiff's script **is not** |
| 18 | **attached to this Complaint** because these Defs did not infringe this element, **and** , as these |
| 19 | documents are public, Plaintiff does not wish to expose this concept to further theft.] |
| 20 | 598.  Plaintiff script showed how a corrupt President/villain controlled the media by using |
| 21 | flawless computer generated human replicas (gens).  These gens evolved into exact human |
| 22 | replicas with souls. Plaintiff has attached a glimpse of his soul machine in **Ex M5**, as Jerry |
| 23 | and Van Auck look at TV screen full of **computer generated characters** and discuss how |
| 24 | human souls and brains will soon be scanned and reproduced into an exact replica of Earth: |
| 25 | VAN: "These are just programmable cyber-gens.  Been around tinsel town for |
| 26 | almost three years.  Take someone's MRI scan, digitize it an you got an exact digital replica.  Next year they're gonna introduce neuro-gens that |
| 27 | look, think and act just like the people they're modelled after." |
| 28 | JERRY: "That possible?" VAN: "Take a guy's neuro-scan and digitize it into his cyber-gen.  Technology |

COMPLAINT

1       finally caught up to the theory.

2      599.   One of the most odious examples of the Defs or their associates appropriating the

3 Plaintiff's concepts and proffering them as their own is **Mark Sagar**, who founded the

4 company *Soul Machines Limited* in 2016. <u>Mr Sagar, who was one of the primary animator</u>

5 <u>of Avatar,</u> lives in New Zealand (where Avatar was filmed), and is a professor of Animation

6 at the University of Auckland. Sagar's and *Soul Machines Limited* are working to produce

7 **computer generated characters** that will look and act just like humans. (Not to be

8 outdone, January 2020, Google's AI team published the most detailed brain scan ever.)

9      600.   Plaintiff's work clearly inspired these enterprises, but that is perfectly fair; copyright

10 applies to creative and artistic works, not technological works or inventions. <u>But this shows</u>

11 <u>how creative thinkers can influence science and industry</u>. [Note: Private industry (Google,

12 Amazon) seems intent to create variations of Plaintiff's *GenLab/soul machine* (aggregating

13 GPS, cell-phone, social and market data to predict crime and military outcomes). For the

14 record, although these ideas make for a great sci-fi plot, Plaintiff believes, in practice, these

15 systems will foment dissent and give foreign *hackers* (of the systems or the data) the ability

16 to predict US military responses and allow hackers (or the owners) to predict markets.]

17      601.   **In closing,** the Defs stole Plaintiff's work by publishing false web articles. Allowing

18 this, without severe consequences, will be a clarion of American failure: where once we

19 sought to inspire and reward creative excellence, we now punish it, and reward theft and lies.

20      602.   Corporate attorneys have perverted copyright law so that it now protects the same

21 powerful infringers it was created to rebuff. If the Defs' actions are allowed, US creators

22 will be forced to protect their works abroad—as US creators can register and protect their

23 works in any Berne Convention country (90% of the world). This would give American

24 creators the benefit of sound copyright law (applied as our Founding Fathers intended) and

25 access to much more affordable attorneys—without ever leaving the US. Plaintiff has other

26 works as inspiring as Butterfly Driver. But if US creators are forced to defend their works

27 abroad, then foreign nations will have first access to America's best ideas. That would be

28 misguided, against our Founding Fathers' intent, and will threaten National security.

COMPLAINT

**CLAIMS FOR RELIEF**

**FIRST CLAIM FOR RELIEF**

**Copyright Infringement Against All Defendants**

603.  Plaintiff reasserts and incorporates by reference all allegations (and attachments) of paragraphs 1 through 572, and paragraphs 590 through 602, as if fully set forth herein.

604.  The Defendants' conduct, described above in this Complaint, constitutes willful copyright infringement under 17 U.S.C. §101 et seq.

605.  As a result of the Defendants' willful and deliberate conduct, described above, Plaintiff has been damaged in an amount to be determined at trial.

606.  Like all works, Plaintiff work contained unprotectable elements which **had** been done before.  But Plaintiff's various unique arrangements of unprotectable elements, like other such works, are protectible.  The Defendants infringed on these unique expressions.

607.  Plaintiff's screenplay also contained many wholly original expressions and story structures that had never been done before.  Works containing such original ideas and expressions are extremely rare.  The Defendants infringed on most of these original aspects.

608.  As a highly creative work, Plaintiff's screenplay is entitled to broad and thick protection, which tolerates very little similarity.

609.  Under 17 U.S.C. §504(a)(1) and (b) Plaintiff is entitled to all of the Defendants' profits "that are attributable to the infringement" (and not included as Plaintiff's damages) and is entitled to attorneys fees and costs under 17 U.S.C. § 505.

610.  The Defendants' actions have caused Plaintiff harm, continue to cause Plaintiff harm, and will continue to cause Plaintiff harm in the future.  With no other remedy to prevent this ongoing harm, pursuant to 17 U.S.C. §§ 502 and 503, Plaintiff is entitled to injunctive relief and impounding, prohibiting the Defendants from further infringing against Plaintiff's copyright, thereby ordering the prohibition, seizure and destruction of all copies of Avatar and Taken, and all derivative sequels (previously released or planned to be released in the future), in all formats, physical, electronic, digital, DVD, blue-ray, downloadable, toys, posters, video games, etc., in perpetuity.

COMPLAINT

## SECOND CLAIM FOR RELIEF

### Vicarious Copyright Infringement

(Against Twentieth Century Fox Film Corporation & News Corporation)

611.  Plaintiff reasserts and realleges and incorporates by reference all allegations (and attachments) of paragraphs 1 through 572, and paragraphs 590 through 610, as if fully set forth herein.

612.  *Perfect 10, Inc. v. Visa Int'l Serv. Ass'n,* (9th Cir. 2007) established that "To state a claim for vicarious copyright infringement, a plaintiff must allege that the defendant has: (1) the right and ability to supervise the infringing conduct and (2) a direct financial interest in the infringing activity.

613.  The verifiable evidence (copyright registrations and business entity statements) indicate that News Corp and 20CFOX initiated the infringement of Plaintiff's work.

614.  Before the infringement of the Plaintiff's work transpired, News Corp and 20CFOX made a company called Future Service Inc their subsidiary.  Future Service Inc was created and owned, in part or fully, by the owners of Zero Gravity Management LLC (the company that unlawfully accessed and misappropriated Plaintiff's work).

615.  Twentieth Century Fox Film Corporation and News Corporation  agreed to finance, produce and distribute Defs James Cameron's and Lightstorm Entmt's film, *Avatar*, for over $230-million.  Thus, News Corp and 20CFOX were in a position to supervise Defs Cameron's and Lightstorm's infringing conduct.  Further, on page 3, para 2 of **Ex Y4**, Rupert Murdoch (then CEO of NC and 20CFOX) stated of Avatar: "But we own much of the distribution and other rights.  In the end, we will make much more money than them."

616.    The facts outlined in paragraphs 611 through 615 establish that **(1) Twentieth Century Fox Film Corporation and News Corporation had the right and ability to supervise the infringing conduct, and (2) Twentieth Century Fox Film Corporation and News Corporation had a direct financial interest in the infringing activity.**

617.  The Defendants' actions and conduct, as alleged above, constitute Vicarious Copyright Infringement, committed by the Defendants against Plaintiff.

COMPLAINT

## THIRD CLAIM FOR RELIEF

### Contributory Copyright Infringement

(Against Google LLC, Internet Archive)

618. Plaintiff realleges and incorporates by reference all allegations (and attachments) of paragraphs 1 through 572, and paragraphs 590 through 617, as if fully set forth herein.

619. Numerous individuals and entities infringed Plaintiff's copyrighted works.

620. Defs Google LLC and Internet Archives materially contributed to the infringing acts of the other Defendants, by helping the infringers gain access to Plaintiff's work, and preventing the Plaintiff from learning the truth about the infringement by sending Plaintiff fraudulent URL readings, and likely by preventing Plaintiff from seeing and reading other or prior fraudulent articles that the Defendants produced for their infringing film, *Avatar*.

621. Although Defs Google LLC and Internet Archives did not directly engage in the actual infringement of the Plaintiff's work, Google LLC and Internet Archive had clear knowledge of the infringing Defendants' infringement of Plaintiff's work.

622. The acts and conduct of Defs Google LLC and Internet Archive constitute contributory copyright infringement.

## FOURTH CLAIM FOR RELIEF

### Intentional Misrepresentations

(Against News Corp; 20CFOX; James Cameron; Google; Internet Archive; Lightstorm; Zero Gravity; Mark Williams; Michael Pierce)

623. Plaintiff reasserts and incorporates by reference all allegations (and attachments) of paragraphs 1 through 572, and paragraphs 590 through 622, as if fully set forth herein.

#### 1. ZGM's, News Corp's & 20CFOX's Intentional Misrepresentations

624. January 2006, in various online screenwriter publications, ZGM represented themselves as professional literary talent agents who were authorized to represent writers, and specifically indicated they were seeking screenwriters and screenplays.

625. January 20, 2006, Plaintiff found Zero Gravity Management (**ZGM**) listed in several online publications as a literary talent agency. When Plaintiff contacted ZGM seeking their

COMPLAINT

1  permission to submit his work, **so there could be no doubt**, Plaintiff explained in his email

2  that he found ZGM listed in a publication that specifically indicated that ZGM was seeking

3  screenwriters and screenplays.  On the opening line of his email, Plaintiff wrote to ZGM:

4  "I am responding to your query for screenplays

5  posted on moviebytes.com."

6    626.  At the time that Plaintiff contacted ZGM, ZGM's Michael Pierce and Mark Williams

7  were good friends of Alex Young, who was Vice President of Productions at 20CFOX.  Alex

8  Young boasted that ZGM often helped out with 20CFOX films (see Ex T).

9    627.  Unbeknownst to Plaintiff, September 12, 2005, four months before Plaintiff

10  contacted ZGM, ZGM filed a California Certificate of Cancellation, with the Office of the

11  California Secretary of State, and went out of business.  Thus, ZGM were no longer

12  registered to do business as talent agents.

13    628.  At the time that Plaintiff contacted ZGM, ZGM knew that the representation that

14  they were a valid and legitimate talent agency was not true.  But ZGM, recklessly and

15  without regard for the truth, did not tell Plaintiff the truth.

16    629.  ZGM also said they would contact Plaintiff if they intended to use Plaintiff's ideas.

17  But ZGM used Plaintiff's ideas but never contacted Plaintiff again.  ZGM had no intention of

18  contacting Plaintiff, if they used his work and ideas.

19    630.  Six days after Plaintiff sent ZGM his screenplay, ZGM filed a new California

20  business registration.  A few months later ZGM would form the company *Future Service Inc*

21  with billionaire investor Stephen Margolis.  Margolis (a UK citizen) used ZGM's address on

22  California BES filings for *Future Films Delaware Limited Partnership* and *Future Films*

23  *USA*.  By December of 2006, Future Service Inc would be on the Avatar copyright

24  registrations, and by June 2007 News Corporation would declare the ZGM related company

25  "Future Service Inc" was a News Corp subsidiary.  ZGM dissolved November 2007, before

26  Avatar was released publicly.  Future Service Inc dissolved and went out of business, as the

27  Plaintiff composed this Complaint, Sept 27, 2019.  For these reasons News Corp and

28  20CFOX are also responsible for the actions of ZGM and Future Service Inc.

COMPLAINT

631.   Zero Gravity Management LLC, and Defendants News Corporation and Twentieth Century Fox Film Corporation (via their governing and/or paternal relationship to Zero Gravity Management and Future Service Inc), represented that (1) they were valid talent agents, and (2) that they would inform Plaintiff if they intended to use his work.

632.   Zero Gravity Management knew these representations were false.

633.   Zero Gravity Management  intended that Plaintiff rely on these representations.

634.   Plaintiff, Steve Wilson Briggs,  reasonably relied on these representations.

635.   As a direct result of Zero Gravity Management LLC's actions, specifically their representations that (1) they were valid talent agents, and (2) that they would inform Plaintiff if they intended to use his work, Plaintiff was harmed.

636.   Plaintiff's reliance on Zero Gravity Management LLC's representations was a very substantial factor in the harm Plaintiff suffered.

637.   As a direct result of Zero Gravity Management's deceitful statements, which were made to unlawfully access, acquire and misappropriate the Plaintiff's screenplay, Plaintiff has been damaged in an amount to be determined at trial.

638.   Zero Gravity Management LLC's conduct was despicable, oppressive, fraudulent, malicious, intended to cause Plaintiff harm, and done in conscious disregard for Plaintiffs' rights.  Therefore, Plaintiff is  entitled to an award of exemplary or punitive damages under California Civil Code § 3294.

639.   Zero Gravity Management, and its owners (Michael Pierce and Mark Williams) are responsible for **initiating** the harm done to Plaintiff.  However, because (1) the actual harm to Plaintiff did not occur until over three years later (December 2009) when the film *Avatar* was finally released (infringement begins when a work is published or marketed), AND (2) Zero Gravity Management dissolved as a corporate entity two years before Avatar was released, therefore, in the alternative, News Corporation and Twentieth Century Fox Film Corporation (who purchased and assumed as a subsidiary the nearest known ZGM entity, Future Service Inc) are also responsible for the willful harm done to Plaintiff by Zero Gravity Management LLC.

COMPLAINT

| | |
|---|---|
| 1 | **2. News Corp & 20CFOX Used Their Media Outlets And Affiliates** |
| 2 | **To Make Intentional Misrepresentations** |
| 3 | 640. The Defendants used their media outlets, affiliates and contracted publishers to |
| 4 | make intentional misrepresentations. The examples of these fraudulent statements abound |
| 5 | throughout this Complaint. The Following is a salient example. |
| 6 | 641. From 2005 to 2013 <u>News Corporation owned IGN Entertainment Inc</u> (**IGN**). IGN |
| 7 | was a very large and popular American-based video game and entertainment media website, |
| 8 | which operated around the world. Sometime between 2006 and 2009 IGN produced a |
| 9 | fraudulent web-article titled "Cameron's Mysterious Project 880" (**Exhibit H4**). The article |
| 10 | is fraudulently dated Jan 20, 2006; however, as explained in Section Five, the article was |
| 11 | produced much later. (It is impossible to know when the article was actually published |
| 12 | because it is falsified and the Defs used the Internet Archive to produce fraudulent crawls of |
| 13 | the article.) Mid-way through the third paragraph, this article states: |

> "But according to a big scoop at JoBlo.com, it appears that Cameron is
> instead gearing up for his mysterious Project 880. What's more, they seem to
> think that Project 880 is the same film as Avatar, a film that Cameron has
> been trying to get made for years.
>
> According to script treatments that have been floating around on the
> Internet…"

| | |
|---|---|
| 19 | 642. IGN produced several such articles for its parent corporation, News Corporation. |
| 20 | 643. News Corporation used IGN (an international media company, that News Corp |
| 21 | owned) to produce one or more fraudulent article that made representations that: |
| 22 | 1. That James Cameron had been trying to get Avatar made many years before Zero |
| 23 | Gravity Management LLC accessed Plaintiff's work; |
| 24 | 2. James Cameron had one or more Avatar "script treatments" that had "had been |
| 25 | floating around on the internet" for some time before the article was alleged to have |
| 26 | been published. |
| 27 | 644. News Corporation represented that these things were true. |
| 28 | 645. These representations were false. |

COMPLAINT

646. NewsCorporation knew these representations were false.

647. News Corporation and Twentieth Century Fox Film Corporation Intended that Plaintiff rely on these representations, and intended that Plaintiff rely on those same representations as published in various other affiliated or contracted publications.

648.    When Plaintiff discovered these and other such representations (in News Corporation publications, or affiliated or contracted publications) Plaintiff reasonably relied on these representations.

649.   Plaintiff was harmed by News Corporation's and Twentieth Century Fox Film Corporation's representations in several ways, including:

1.  The suffering one might experience when they learn a screenplay that they devoted two years of their life to has been stolen, and the culprit has been falsely telling the world that they had all of those original ideas years before Plaintiff.

2.  Plaintiff believed these reports and **lost 3 months time (writing two previous versions of this Complaint)**, until he finally surmised, from the entirely fraudulent evidence, that these stories, and other related stories, were false.

650.   Plaintiff's reliance on News Corporation's and Twentieth Century Fox Film Corporation's representations was a substantial factor in the harm Plaintiff suffered.

651.  As a direct result of News Corp's and 20CFOX's representations, Plaintiff has been damaged in an amount to be determined at trial.

652.  Further, Plaintiff believes that the Court and a reasonable jury would agree that News Corporation's and Twentieth Century Fox Film Corporation's conduct, in publishing these false representations, was despicable, oppressive, fraudulent, malicious, intended to cause Plaintiff harm, and done in conscious disregard for Plaintiffs' rights.  Therefore, Plaintiff is entitled to an award of exemplary or punitive damages under California Civil Code § 3294.

### 3.  **Google LLC's Misrepresentations**

653. Under the heading "Our Warranties and Disclaimers" on Google LLC's "Privacy & Terms" web page, Google LLC states: "**We provide our Services using a commercially reasonable level of skill and care.**"

COMPLAINT

1    654.  However, this Complaint shows that Google LLC (1) exploited a widely reported

2    Windows 10 vulnerability to display falsified URLs in Plaintiff's Chrome URL bar, (2) sent

3    Plaintiff false Google/Chrome search results, which displayed results that News Corp and

4    20CFOX wanted Plaintiff to see, and omitted valid results.

5    655.  Google LLC represented that they employ "**reasonable level of skill and care**."

6    656.  These representations were false.  Google did not use reasonable skill and care in

7    matters concerning its involvement with the Plaintiff.

8    657.  Google LLC knew that, with respect to the Plaintiff, these representations were false.

9    658.  Google LLC intended that Plaintiff rely on the representations that Google LLC

10   employs *reasonable level of skill and care*.

11   659.  Plaintiff reasonably relied on the representations that *Google LLC used skill and care*.

12   660.  Plaintiff was harmed by these representations.

13   661.  Plaintiff's reliance on Google LLC's representations was a substantial factor in

14   Plaintiff's harm, as it was the basis for Plaintiff joining Google LLC's "Gmail".

15   662.  Google LLC's conduct was despicable, oppressive, fraudulent, malicious, intended

16   to cause Plaintiff harm, in conscious disregard for Plaintiffs' rights.  Therefore, Plaintiff is

17   entitled to an award of exemplary or punitive damages, under California Civil Code § 3294.

### FIFTH CLAIM FOR RELIEF

### <u>Breach of Contract</u>

(<u>Against Zero Gravity, News Corporation, Twentieth Century Fox Film Corp</u>)

21   663.  Plaintiff reasserts and incorporates by reference all allegations (and attachments) of

22   paragraphs 1 through 572, and paragraphs 590 through 662, as if fully set forth herein.

23   664.  Zero Gravity Management LLC (ZGM) represented that they were a valid business

24   entity on Jan 20, 2006.  However, they were not.   They cancelled their LLC four months

25   earlier, Sept 12, 2005.  Thus, they were not authorized to enter into contracts as that entity.

26   665.  However, Plaintiff emailed ZGM, and made it clear that he was looking for that

27   ZGM entity, seeking permission to submit a screenplay.

28   666. ZGM responspond by sending Plaintiff a release. (See Ex K)

COMPLAINT

667. This release was not valid because, again, ZGM was not a valid business entity.

668. However, Plaintiff, believing ZGM was a valid, honest, legitimate, trustworthy company, signed the release in good faith.

669. ZGM's release made a clear representations on the second item (center of first page) **"You** [Zero Gravity Management LLC] **agree that you** [Zero Gravity Management LLC] **will not use the material unless you** [Zero Gravity Management LLC] **shall first agree to negotiate with me** [Steve Wilson Briggs] **compensation for such use..."** [Zero Gravity Management LLC]

670. However, in breach of this contract (which, again, was not valid because ZGM was not a valid business entity), ZGM did not contact Plaintiff and negotiate compensation before it gave permission to NC and 20CFOX (and others) to use Plaintiff's ideas.

670. Plaintiff entered into an agreement with an entity that represented itself to be a valid business entity named Zero Gravity Management LLC. But this entity was not a valid business entity at that time. In entering this contract, Zero Gravity Management LLC, willfully and intentionally deceived Plaintiff.

671. Plaintiff did all, or substantially all of the significant things that the contract required of him.

672. Further, any responsibility that the Plaintiff may have had, may have been waived, because, **in good faith**, Plaintiff entered into an agreement with Defendant ZGM, who, **in bad faith**, represented that they (ZGM) were a valid business entity, when they were not.

673. Further, ZGM did not perform the duties that they (ZGM) were required to perform under the contract; namely, ZGM did not contact Plaintiff to negotiate compensation before giving Plaintiff's work to various other parties.

674. Plaintiff was harmed by Defendant ZGM's intentional and willful Breach of Contract, in an amount to be determined at trial.

675. Defendant ZGM's conduct —namely ZGM's intentional Breach of Contract and intentional failure to contact Plaintiff to negotiate compensation before giving Plaintiff's work to various other parties— was a substantial factor in Plaintiff's harm.

COMPLAINT

676. In addition to actual damages, because ZGM (and Defs NC and 20CFOX, who knew ZGM acted improperly, and who helped ZGM create a new secret corporate entity, *Future Service Inc*, which became NC's and 20CFOX's subsidiary) engaged in Intentional Misrepresentation <u>while engaging in an **Intentional** Breach of Contract</u>, Plaintiff believes he is entitled to an award of exemplary or punitive damages from ZGM, NC 20CFOX.

## SIXTH CLAIM FOR RELIEF

### <u>Breach of Confidence</u>

(Against Zero Gravity, News Corporation, Twentieth Century Fox Film Corp)

677. Plaintiff reasserts and incorporates by reference all allegations (and attachments) of paragraphs 1 through 572, and paragraphs 590 through 676, as if fully set forth herein.

678. After finding ZGM's name listed on a screenwriter resource websites, as a screenwriter/literary agency/business that was considering representing new works from writers, and not knowing that ZGM cancelled its LLC four months earlier, Plaintiff contacted ZGM to see if ZGM would be interested in representing Plaintiff. ZGM then asked Plaintiff to sign a release and send his screenplay. Michael Pierce, ZGM's founder, on information and belief, was then and is now an attorney and businessman. Thus, at the time that Plaintiff sent ZGM his screenplay and the release, ZGM's relationship to Plaintiff was as Plaintiff's prospective legal talent agent.

679. Once Plaintiff sent ZGM his screenplay, ZGM had information relating to Plaintiff *Steve Wilson Briggs*, that ZGM knew, or should have known was confidential.

680. ZGM used Plaintiff *Steve Wilson Briggs*' confidential information (Plaintiff's screenplay) for ZGM's own benefit, AND communicated Plaintiff *Steve Wilson Briggs*' confidential information (Plaintiff's screenplay) to third parties.

681. Plaintiff, Steve Wilson Briggs, did not give informed consent to ZGM's conduct.

682. Plaintiff's screenplay was not a matter of general knowledge.

683. ZGM's willful and deliberate conduct caused Plaintiff great harm, in an amount to be determined at trial.

684. ZGM's conduct was a substantial factor in Plaintiff's harm.

COMPLAINT

## PRAYERS FOR RELIEF

WHEREFORE Plaintiff prays for judgement against the Defendants as follows:

1. Award Plaintiff compensatory damages in an amount to be determined at trial;

2. Award Plaintiff exemplary or punitive damages according to proof;

3. Award Plaintiff special damages according to proof;

4. Award Plaintiff civil penalties as provided by law;

5. For recovery of all profits from the films *Avatar* and *Taken* (including theatrical receipts, DVDs, video games, etc), as provided under 17 U.S.C. § 504;

6. Award Plaintiff prejudgment interest, according to proof;

7. Award Plaintiff's costs, and reasonable attorneys' fees, under 17 U.S.C. § 505;

8. Impose injunctions and impounding against Defendants, as provided under 17 U.S.C. §§ 502 and 503, blocking the release of all Avatar or Taken series videos, video games, downloads, books, posters, toys or other such products.

9. An accounting (as *Avatar* has earned $2,500,000,000 in theatres, and is projected to earn an additional $7,500,000,000 in auxiliary markets, according to conventional market analytics; similarly the *Taken* series has earned $800,000,00, and should have earned $3,200,000,000 in auxiliary markets).

10. Grant any other relief that the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all triable issues.

Dated: March 4, 2020.                    Respectfully Submitted,

By _____

Steve Wilson Briggs
Plaintiff In Propria Persona

COMPLAINT