| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | APR 5 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| STEVE K. WILSON BRIGGS,<br><br>　　　　Plaintiff-Appellant,<br><br>　v.<br><br>JAMES CAMERON; et al.,<br><br>　　　　Defendants-Appellees. | No.　20-17229<br><br>D.C. No. 3:20-cv-01596-VC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Appellees' motion to transmit physical exhibits (Docket Entry No. 24) is granted. *See* 9th Cir. R. 27-14. Appellees shall submit four copies of the exhibits within seven days of the date of this order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jennifer Nutt
Deputy Clerk
Ninth Circuit Rule 27-7