UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 05 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STEVE K. WILSON BRIGGS,

   Plaintiff - Appellant,

 v.

JAMES CAMERON; et al.,

   Defendants - Appellees.

No. 20-17229

D.C. No. 3:20-cv-01596-VC
U.S. District Court for Northern
California, San Francisco

**ORDER**

The Court sua sponte grants appellant Steve K. Wilson Briggs a 1 day extension of time to file the reply brief, which was not timely submitted. The reply brief submitted on April 4, 2021 is filed.

Within 7 days of this order, appellant is ordered to file 6 copies of the brief in paper format accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Liora Anis
Deputy Clerk
Ninth Circuit Rule 27-7