# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

January 25, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Steve Wilson Briggs
           v. James Cameron, et al.
           No. 21-1037
           (Your No. 20-17229)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on January 14, 2022 and placed on the docket January 25, 2022 as No. 21-1037.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst